UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- X
ALEXANDER KESTENBAUM and :
STUDENTS AGAINST ANTISEMITISM, :
INC., : Case No. 24-10092
:
Plaintiffs, :
v. :
:
PRESIDENT AND FELLOWS OF :
HARVARD COLLEGE, :
:
Defendant. :
------------------------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Students Against Antisemitism, Inc. states that it is a membership corporation that does not issue stock, and thus it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**STUDENTS AGAINST ANTISEMITISM, INC.**

By its attorneys,

*/s/ Timothy H. Madden*
Timothy H. Madden (BBO# 654040)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
thm@dcglaw.com

Marc E. Kasowitz*
Daniel R. Benson*
Mark P. Ressler*
Andrew L. Schwartz*
Joshua E. Roberts*
Andrew C. Bernstein*

KASOWITZ BENSON TORRES LLP<br>
1633 Broadway<br>
New York, New York 10019<br>
Tel: (212) 506-1700<br>
mkasowitz@kasowitz.com<br>
dbenson@kasowitz.com<br>
mressler@kasowitz.com<br>
aschwartz@kasowitz.com<br>
jroberts@kasowitz.com<br>
abernstein@kasowitz.com

Dated: January 10, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2024.

*/s/ Timothy H. Madden*
Timothy H. Madden