UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

        Plaintiffs,

  v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

        Defendant.

Case No. 1:24-cv-10092-IT

---

### Motion for Admissions to Practice *Pro Hac Vice*

Undersigned counsel for the Plaintiff Alexander Kestenbaum and Students Against Antisemitism, Inc. hereby moves, pursuant to Local Rule 83.5.3, that the Court allow attorneys Marc E. Kasowitz, Daniel R. Benson, Mark P. Ressler, Andrew L. Schwartz, Joshua E. Roberts and Andrew C. Bernstein, to appear *pro hac vice* in the above-captioned matter. As grounds therefor, undersigned counsel states:

1. Attorneys Kasowitz, Benson, Ressler, Schwartz, Roberts and Bernstein, are members in good standing of all the bars to which they have been admitted to practice, and they are familiar with the Local Rules of this Court.

2. There are no disciplinary proceedings pending against Attorneys Kasowitz, Benson, Ressler, Schwartz, Roberts and Bernstein as members of the bar of any jurisdiction.

3. Undersigned counsel is a member of the bar of this Court and has appeared in this action on behalf of the Plaintiff.

The Certificates required by Local Rule 83.5.3 of the above-named individuals are attached to this Motion as exhibits.

1

| | |
|---|---|
| January 15, 2024 | Respectfully submitted,<br><br>**ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.**<br><br>*/s/ Timothy H. Madden*<br>Timothy H. Madden (BBO #654040)<br>Donnelly, Conroy & Gelhaar, LLP<br>260 Franklin Street, Suite 1600<br>Boston, Massachusetts 02110<br>(617) 720-2880<br>thm@dcglaw.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the Plaintiff hereby certifies that counsel for the Plaintiff has conferred with counsel for the Defendant, Bruce M. Berman of the firm Wilmer Hale and Mark A. Kirsch of the firm King & Spalding, concerning the subject matter of this Motion and the Defendant does not oppose this Motion.

*/s/ Timothy H. Madden*
Timothy H. Madden

## CERTIFICATE OF SERVICE

I, Timothy H. Madden, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on January 15, 2024, specifically:

Bruce M. Berman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue
Washington, D.C. 20037
bruce.berman@wilmerhale.com

Mark A. Kirsh, Esq.
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
mkirsch@kslaw.com

*/s/ Timothy H. Madden*
Timothy H. Madden