# **CERTIFICATION**

I, Marc E. Kasowitz, hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

    i. State Courts

- Appellate Division of the Supreme Court of the State of New York, First Judicial Department (Admitted: 11/28/78; Registration #: 1309871)

    ii. Federal Courts

- U.S. District Court, Southern District of New York (Admitted: 5/12/79; Bar #: MK2597)
- U.S. District Court, Eastern District of New York (Admitted: 5/22/79; Bar #: MK2597)
- U.S. District Court, Northern District of New York (Admitted: 9/20/99; Bar #: 601762)
- U.S. District Court, District of Colorado (Admitted: 8/1/01)
- U.S. Court of Appeals, First Circuit (Admitted: 8/3/09; Bar #: 1137706)
- U.S. Court of Appeals, Second Circuit (Admitted: 4/25/91; Bar #: 91-308)
- U.S. Court of Appeals, Third Circuit (Admitted: 10/7/93)
- U.S. Court of Appeals, Seventh Circuit (Admitted: 12/23/10; Bar #: 2826 95 TA)
- U.S. Court of Appeals, Tenth Circuit (Admitted: 6/3/15)
- U.S. Supreme Court (Admitted: 2/22/16; Bar #: 297106)

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court revoked.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 15, 2024

/s/ *Marc E. Kasowitz*
Marc E. Kasowitz
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com