## **CERTIFICATION**

I, Daniel R. Benson, hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

    i. State

    - Appellate Division of the Supreme Court of the State of New York, First Judicial Department (Admitted: 3/16/81; Registration # 1712223)

    ii. Federal

    - U.S. District Court, Southern District of New York (Admitted: 5/12/81; Bar #: DB6587)
    - U.S. District Court, Eastern District of New York (Admitted: 5/12/1981)
    - U.S. District Court, Colorado (Admitted: 8/1/2001)
    - U.S. Court of Appeals, Second Circuit (Admitted: 6/12/2010)
    - U.S. Court of Appeals, Third Circuit (Admitted: 10/7/1993)
    - U.S. Court of Appeals, D.C. Circuit (Admitted: 2/15/2018; Bar #: 60845)
    - U.S. Supreme Court (Admitted: 1/9/2006; Bar #: 257718)

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court revoked.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 15, 2024                     */s/ Daniel R. Benson*
                                            Daniel R. Benson
                                            KASOWITZ BENSON TORRES LLP
                                            1633 Broadway
                                            New York, New York 10019
                                            (212) 5016-1700
                                            dbenson@kasowitz.com

1