## CERTIFICATION

I, Mark P. Ressler, hereby certify that:

1.      I am a member in good standing of the bar in every jurisdiction in which I have

been admitted to practice.  I have been admitted to practice in the following jurisdictions:

    i.  State

- Appellate Division of the Supreme Court of the State of New York, First Judicial Department (Admitted: 9/25/89; Registration # 2295582)

    ii.  Federal

- U.S. District Court, Southern District of New York (Admitted: 2/13/91; Bar #: MR4985)
- U.S. District Court, Eastern District of New York (Admitted: 2/13/91)
- U.S. Court of Appeals, Second Circuit (Admitted: 1/27/94)
- U.S. Court of Appeals, Third Circuit (Admitted: 1/28/22)

2.      There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court revoked.

3.      I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.


Dated: January 15, 2024                          */s/ Mark P. Ressler*
                                            Mark P. Ressler
                                            KASOWITZ BENSON TORRES LLP
                                            1633 Broadway
                                            New York, New York 10019
                                            (212) 5016-1700
                                            mressler@kasowitz.com

1