## CERTIFICATION

I, Andrew L. Schwartz, hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

    i. State

    - Appellate Division of the Supreme Court of the State of New York, Second Judicial Department (Admitted: 7/11/14; Registration # 5224712)
    - New Jersey Supreme Court (Admitted: 12/3/13; Bar #: 092242013)

    ii. Federal

    - U.S. District Court, Southern District of New York (Admitted: 8/1/14; Bar #: AS2871)
    - U.S. District Court, Eastern District of New York (Admitted: 8/8/14; Bar #: AS9915)
    - U.S. District Court, District of New Jersey (Admitted: 1/2/14)
    - U.S. Court of Appeals, Second Circuit (Admitted: 3/22/21)

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court revoked.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 15, 2024

*/s/ Andrew L. Schwartz*
Andrew L. Schwartz
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 5016-1700
aschwartz@kasowitz.com

1