## **CERTIFICATION**

I, Joshua E. Roberts, hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

    i. State

    - Appellate Division of the Supreme Court of the State of New York, Second Judicial Department (Admitted: 2/3/16; Registration # 5398870)
    - New Jersey Supreme Court (Admitted: 11/15/15; Bar #: 171602015)

    ii. Federal

    - U.S. District Court, Southern District of New York (Admitted: 2/21/17; Bar #: JR6687)
    - U.S. District Court, Eastern District of New York (Admitted: 11/5/19; Bar #: 5398870 )
    - U.S. District Court, District of New Jersey (Admitted: 2/23/16)

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court revoked.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.


Dated: January 15, 2024                     */s/ Joshua E. Roberts*
                                            Joshua E. Roberts
                                            KASOWITZ BENSON TORRES LLP
                                            1633 Broadway
                                            New York, New York 10019
                                            (212) 5016-1700
                                            jroberts@kasowitz.com

1