**CERTIFICATION**

I, Andrew C. Bernstein, hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

    i. State

    - Appellate Division of the Supreme Court of the State of New York, First Judicial Department (Admitted: 2/26/18; Registration # 5572870)

    ii. Federal

    - U.S. District Court, Southern District of New York (Admitted: 5/8/18; Bar #: AB1124)
    - U.S. District Court, Eastern District of New York (Admitted: 4/9/19; Bar #: 5572870)
    - U.S. Court of Appeals, Second Circuit (Admitted: 11/19/19)
    - U.S. Court of Appeals, Ninth Circuit (Admitted: 3/28/18)

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I have not previously had a *pro hac vice* admission to this court revoked.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 15, 2024

*/s/ Andrew C. Bernstein*
Andrew C. Bernstein
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 5016-1700
abernstein@kasowitz.com