UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. 1:24-cv-10092-IT <br><br> **NOTICE OF APPEARANCE** |

---

## NOTICE OF APPEARANCE

Please enter the appearance of Joshua E. Roberts as attorney for Alexander Kestenbaum and Students Against Antisemitism, Inc. in the above-captioned case.

Dated:   January 17, 2024

Respectfully submitted,

ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.

By their attorneys,

 /s/ Joshua E. Roberts
Joshua E. Roberts*
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700
jroberts@kasowitz.com

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2024.

                              */s/ Joshua E. Roberts*
                              Joshua E. Roberts