**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-------------------------------------------------------- X
ALEXANDER KESTENBAUM and          :
STUDENTS AGAINST ANTISEMITISM,    :
INC.,                             :          Case No. 1:24-cv-10092-IT
                                  :
          Plaintiffs,             :
     v.                           :          NOTICE OF APPEARANCE
                                  :
PRESIDENT AND FELLOWS OF          :
HARVARD COLLEGE,                  :
                                  :
          Defendant.              :
-------------------------------------------------------- X
```

<u>**NOTICE OF APPEARANCE**</u>

Please enter the appearance of Andrew L. Schwartz as attorney for Alexander

Kestenbaum and Students Against Antisemitism, Inc. in the above-captioned case.

Dated:    January 17, 2024          Respectfully submitted,

ALEXANDER KESTENBAUM and STUDENTS
AGAINST ANTISEMITISM, INC.

By their attorneys,

 */s/ Andrew L. Schwartz*
Andrew L. Schwartz*
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700
aschwartz@kasowitz.com

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2024.

*/s/ Andrew L. Schwartz*
Andrew L. Schwartz