UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,
    Plaintiffs,

v.                               Civil Action No. 1:24-cv-10092-___

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,
    Defendants.

## ORDER OF RECUSAL
February 28, 2024

**TALWANI, D.J.**

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

**IT IS SO ORDERED.**                       **/s/ Indira Talwani**
                                                      **UNITED STATES DISTRICT JUDGE**