AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Alexander Kestenbaum et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-10092 |
| President and Fellows of Harvard College | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant President and Fellows of Harvard College.

Date:   03/13/2024

/s/ Felicia H. Ellsworth
*Attorney's signature*

Felicia H. Ellsworth (BBO #665232)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

felicia.ellsworth@wilmerhale.com
*E-mail address*

(617) 526-6000
*Telephone number*

(617) 526-5000
*FAX number*