UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | No. 1:24-CV-10092 |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Bruce M. Berman, hereby certify:

1. I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and a member of the District of Columbia Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 13, 2024         */s/ Bruce M. Berman*
       Bruce M. Berman (D.C. Bar #333948)
       WILMER CUTLER PICKERING
         HALE AND DORR LLP
       2100 Pennsylvania Ave NW
       Washington, DC 20037
       Tel:  (202) 663-6000
       Fax:  (202) 663-6363
       Bruce.Berman@wilmerhale.com