UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | No. 1:24-CV-10092 |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Jeremy W. Brinster, hereby certify:

1. I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

2. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and a member of the District of Columbia Bar and the State Bar of Texas.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 13, 2024                     /s/ Jeremy W. Brinster
                                           Jeremy W. Brinster (D.C. Bar #1766660)
                                           WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                           2100 Pennsylvania Ave NW
                                           Washington, DC 20037
                                           Tel:  (202) 663-6000
                                           Fax:  (202) 663-6363
                                           Jeremy.Brinster@wilmerhale.com