## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | No. 1:24-CV-10092 |

### MOTION FOR *PRO HAC VICE* ADMISSION OF MARK A. KIRSCH

Now comes Felicia H. Ellsworth, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Mark A. Kirsch as counsel for Defendant President and Fellows of Harvard College ("Harvard").

1.     Mr. Kirsch is an attorney with the law firm King & Spalding LLP, located at 1185 Avenue of the Americas, 34th Floor, New York, New York 10036.  He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Ms. Ellsworth requests that Mr. Kirsch be granted leave to appear and practice *pro hac vice* on behalf of Harvard in the above-captioned matter.

Dated:  March 14, 2024

/s/ Felicia H. Ellsworth

Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
Felicia.Ellsworth@wilmerhale.com

## LOCAL RULE 7.1 CERTIFICATION

I, Felicia H. Ellsworth, hereby certify that Harvard's counsel conferred with counsel for

Plaintiffs on March 14, 2024, and Plaintiffs consent to this motion.

/s/ Felicia H. Ellsworth

Felicia H. Ellsworth

### CERTIFICATE OF SERVICE

I, Felicia H. Ellsworth, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 14, 2024.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth