UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | No. 1:24-CV-10092 |

**CERTIFICATION OF GINA MERRILL
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Gina Merrill hereby certify:

1. I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

2. I am an attorney with the law firm of King & Spalding LLP, located at 1185 Avenue of the Americas, 34th Floor New York, NY 10036.

3. I am a member in good standing of the Bar of New York.

4. I am a member in good standing of the Bar in every court or jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. I have not previously had pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2024

/s/ *Gina Merrill*
Gina Merrill (NY- 4391157)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
gmerrill@kslaw.com
Tel: (212) 790-5367
Fax: (212) 556-2222

3