UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Defendant. | No. 1:24-CV-10092 |

**CERTIFICATION OF ZACHARY FARDON
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

　　　　Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Zachary Fardon hereby certify:

　　　　1.　　I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

　　　　2.　　I am an attorney with the law firm of King & Spalding LLP, located at 110 North Wacker Drive, Suite 3800, Chicago, Illinois 60606.

　　　　3.　　I am a member in good standing of the Bar of Illinois and the Bar of Tennessee.

　　　　4.　　I am a member in good standing of the Bar in every court or jurisdiction in which I have been admitted to practice.

　　　　5.　　There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

　　　　6.　　I have not previously had pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7.       I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: March 14, 2024 | /s/ *Zachary Fardon*<br>Zachary Fardon (IL - 6292156)<br>KING & SPALDING LLP<br>110 N. Wacker Drive<br>Suite 3800<br>Chicago, IL 60606<br>zfardon@kslaw.com<br>Tel: (312) 764-6960<br>Fax: (312) 995-6330 |

3