# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | No. 1:24-CV-10092 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ZOE M. BEINER

Now comes Felicia H. Ellsworth, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Zoe M. Beiner as counsel for Defendant President and Fellows of Harvard College ("Harvard").

1. Ms. Beiner is an attorney with the law firm King & Spalding LLP, located at 1700 Pennsylvania Ave NW, Suite 900, Washington, DC 20006. She is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; she has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Ms. Ellsworth requests that Ms. Beiner be granted leave to appear and practice *pro hac vice* on behalf of Harvard in the above-captioned matter.

| | |
|---|---|
| Dated:  March 14, 2024 | */s/ Felicia H. Ellsworth* <br> Felicia H. Ellsworth (BBO #665232) <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Tel:  (617) 526-6000 <br> Fax:  (617) 526-5000 <br> Felicia.Ellsworth@wilmerhale.com |

## **LOCAL RULE 7.1 CERTIFICATION**

I, Felicia H. Ellsworth, hereby certify that Harvard's counsel conferred with counsel for Plaintiffs on March 14, 2024, and Plaintiffs consent to this motion.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth

**CERTIFICATE OF SERVICE**

      I, Felicia H. Ellsworth, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 14, 2024.

                                            */s/ Felicia H. Ellsworth*
                                            Felicia H. Ellsworth