UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | No. 1:24-CV-10092 |

**CERTIFICATION OF ZOE M. BEINER**
**IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Zoe M. Beiner hereby certify:

1. I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

2. I am an attorney with the law firm of King & Spalding LLP, located at 1700 Pennsylvania Ave NW, Suite 900, Washington, DC 20006.

3. I am a member in good standing of the Bar of Georgia and the Bar of the District of Columbia.

4. I am a member in good standing of the Bar in every court or jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. I have not previously had pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2024

/s/ *Zoe M. Beiner*
Zoe M. Beiner (GA- 878340)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Suite 900
Washington, DC 20006
zbeiner@kslaw.com
Tel: (202) 626-5575
Fax: (202) 626-3737