UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ X
ALEXANDER KESTENBAUM and              :
STUDENTS AGAINST ANTISEMITISM,        :
INC.,                                 :
                                      :
                Plaintiffs,           :   Civil Action No. 1:24-cv-10092-RGS
        v.                            :
                                      :
PRESIDENT AND FELLOWS OF              :
HARVARD COLLEGE,                      :
                                      :
                Defendant.            :
------------------------------------------------------------ X
```

## JOINT MOTION FOR SCHEDULING ORDER

Plaintiffs Alexander Kestenbaum and Students Against Antisemitism, Inc. and Defendant President and Fellows of Harvard College (collectively, the "Parties") respectfully jointly request that the Court enter the proposed schedule outlined herein. In support thereof, the Parties state the following:

1. On January 10, 2024, Plaintiffs filed the complaint in the above-captioned action. ECF No. 1. Defendant's deadline to answer or otherwise respond to the complaint is March 15, 2024. ECF No. 12.

2. On February 28, 2024, Plaintiffs advised Defendant that they intended to file an amended complaint.

3. The Parties thereafter met and conferred and agreed upon a proposed schedule for Plaintiffs' forthcoming amended complaint, as well as Defendant's responsive pleading and any related briefing.

4. The Parties respectfully and jointly request that this Court enter a scheduling order for Plaintiffs' amended complaint and Defendant's response, as follows:

- Plaintiffs file an amended complaint by Friday, April 19, 2024;

- Defendant answers or moves to dismiss the amended complaint by Friday, May 17, 2024; and

- Plaintiffs oppose Defendant's motion to dismiss the amended complaint by Friday, June 7, 2024.

- Defendant requests, and Plaintiffs do not oppose, leave to file, by June 14, 2024, a reply brief in support of its anticipated motion to dismiss the amended complaint.

5. Granting this request will not delay the proceedings, and no scheduling order has yet been entered.

Dated: March 14, 2024
New York, New York

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

s/ *Felicia H. Ellsworth*
 Felicia H. Ellsworth (BBO #665232)
 **WILMER CUTLER PICKERING HALE AND DORR LLP**
 60 State Street
 Boston, MA 02109
 Tel: (617) 526-6000
 felicia.ellsworth@wilmerhale.com

 Bruce M. Berman*
 Seth P. Waxman*
 Jeremy W. Brinster*
 **WILMER CUTLER PICKERING HALE AND DORR LLP**
 2100 Pennsylvania Avenue
 Washington, D.C. 20037
 Tel: (202) 663-6000
 bruce.berman@wilmerhale.com
 seth.waxman@wilmerhale.com
 jeremy.brinster@wilmerhale.com

 Mark A. Kirsch, Esq.*
 Gina Merill, Esq.*
 **KING & SPALDING LLP**
 1185 Avenue of the Americas
 34th Floor
 New York, NY 10036
 mkirsch@kslaw.com
 gmerill@kslaw.com

 Zachary Fardon*
 **KING & SPALDING LLP**
 110 N. Wacker Drive
 Suite 3800
 Chicago, IL 60606
 zfardon@kslaw.com

Respectfully submitted,

**ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.**

/s/ *Timothy H. Madden*
 Timothy H. Madden (BBO #654040)
 **DONNELLY, CONROY & GELHAAR, LLP**
 260 Franklin Street, Suite 1600
 Boston, MA 02110
 Tel: (617) 720-2880
 thm@dcglaw.com

 Marc E. Kasowitz*
 Daniel R. Benson*
 Mark P. Ressler*
 Andrew L. Schwartz*
 Joshua E. Roberts*
 Andrew C. Bernstein*
 **KASOWITZ BENSON TORRES LLP**
 1633 Broadway
 New York, New York 10019
 Tel: (212) 506-1700
 mkasowitz@kasowitz.com
 dbenson@kasowitz.com
 mressler@kasowitz.com
 aschwartz@kasowitz.com
 jroberts@kasowitz.com
 abernstein@kasowitz.com

 *Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Zoe M. Beiner*
**KING & SPALDING LLP**
1700 Pennsylvania Ave NW
Suite 900
Washington, DC 20006
zbeiner@kslaw.com

*Pro hac vice applications pending*

*Attorneys for Defendant*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Plaintiffs hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendant concerning the subject matter of this Motion and the Defendant joins this Motion.

    /s/ Timothy H. Madden
Timothy H. Madden

**CERTIFICATE OF SERVICE**

I, Timothy H. Madden, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on March 14, 2024, specifically:

Felicia H. Ellsworth
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
felicia.ellsworth@wilmerhale.com

Bruce M. Berman
Seth P. Waxman
Jeremy W. Brinster
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue
Washington, D.C. 20037
bruce.berman@wilmerhale.com
seth.waxman@wilmerhale.com
jeremy.brinster@wilmerhale.com

Mark A. Kirsch, Esq.
Gina Merill, Esq.
**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
mkirsch@kslaw.com
gmerill@kslaw.com

Zachary Fardon
**KING & SPALDING LLP**
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
zfardon@kslaw.com

Zoe M. Beiner
**KING & SPALDING LLP**
1700 Pennsylvania Ave NW
Suite 900
Washington, DC 20006
zbeiner@kslaw.com

*/s/ Timothy H. Madden*
Timothy H. Madden