# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br> *Plaintiff* <br> v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE <br> *Defendant* | Case No.  1:24-cv-1009-IT |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PRESIDENT AND FELLOWS OF HARVARD COLLEGE.

Date:   03/20/2024

*Zoe Beiner*

*Attorney's signature*

Zoe Beiner (*Admitted pro hac vice*)

*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C.  20006

*Address*

zbeiner@kslaw.com

*E-mail address*

(202) 626-5575

*Telephone number*

(202) 626-3737

*FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2024.

      Respectfully submitted,

      */s/ Zoe Beiner*
      Zoe Beiner*
      *zbeiner@kslaw.com*
      **KING & SPALDING LLP**
      1700 Pennsylvania Ave., N.W.
      Washington, D.C. 20006
      Telephone: (202) 626 – 5575
      Facsimile: (202) 626 – 3737

      *Admitted *pro hac vice*

2