AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br> *Plaintiff* <br> v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-1009-IT <br> ) <br> ) |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PRESIDENT AND FELLOWS OF HARVARD COLLEGE.

Date:  03/19/2024

*Mark A. Kirsch*
*Attorney's signature*

Mark A. Kirsch (*Admitted pro hac vice*)
*Printed name and bar number*

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, New York 10036
*Address*

mkirsch@kslaw.com
*E-mail address*

(212) 790-5329
*Telephone number*

(212) 556-2222
*FAX number*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2024.

          Respectfully submitted,

          */s/ Mark A. Kirsch*
          Mark A. Kirsch*
          *mkirsch@kslaw.com*
          **KING & SPALDING LLP**
          1185 Avenue of the Americas
          34th Floor
          New York, New York, 10036
          Telephone: (212) 790 – 5532
          Facsimile: (212) 790 – 2222

          *Admitted pro hac vice

2