AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br> *Plaintiff* <br> v. <br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE <br> *Defendant* | Case No. 1:24-cv-1009-IT |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PRESIDENT AND FELLOWS OF HARVARD COLLEGE.

Date:    03/19/2024

*Zachary Fardon*
Attorney's signature

Zachary Fardon   *(Admitted pro hac vice)*
Printed name and bar number

King & Spalding LLP
110 N Wacker Drive
Suite 3800
Chicago, IL  60606
Address

zfardon@kslaw.com
E-mail address

(312) 764-6960
Telephone number

(312) 995-6330
FAX number

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2024.

        Respectfully submitted,

        */s/ Zachary Fardon*
        Zachary Fardon*
        *zfardon@kslaw.com*
        **KING & SPALDING LLP**
        110 N Wacker Drive
        Suite 3800
        Chicago, IL  60606
        Telephone:  (312) 764 – 6960
        Facsimile:   (312) 995 – 6330

        *Admitted *pro hac vice*