UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | No. 1:24-CV-10092-RGS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Respectfully submitted,

PRESIDENT AND FELLOWS OF
  HARVARD COLLEGE

By its attorneys,

*/s/ Felicia H. Ellsworth*

| | |
|---|---|
| Mark A. Kirsch (*pro hac vice*)<br>Gina Merrill (*pro hac vice*)<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>mkirsch@kslaw.com<br>gmerrill@kslaw.com<br>Tel: (212) 790-5329<br>Fax: (212) 556-2222<br><br>Zachary Fardon (*pro hac vice*)<br>KING & SPALDING LLP | Felicia H. Ellsworth, BBO #665232<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>felicia.ellsworth@wilmerhale.com<br><br>Bruce M. Berman (*pro hac vice*)<br>Seth P. Waxman (*pro hac vice*)<br>Jeremy W. Brinster (*pro hac vice*)<br>WILMER CUTLER PICKERING |

110 N. Wacker Drive  
Suite 3800  
Chicago, IL 60606  
zfardon@kslaw.com  
Tel: (312) 764-6960  
Fax: (312) 995-6330  

Zoe M. Beiner (*pro hac vice*)  
KING & SPALDING LLP  
1700 Pennsylvania Avenue NW  
Suite 900  
Washington, DC 20006  
zbeiner@kslaw.com  
Tel: (202) 626-5575  
Fax: (202) 626-3737  

HALE AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington, DC 20037  
Tel:  (202) 663-6000  
Fax: (202) 663-6363  
bruce.berman@wilmerhale.com  
seth.waxman@wilmerhale.com  
jeremy.brinster@wilmerhale.com