**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

                  Plaintiffs,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,
                  Defendant.

Case No. 1:24-cv-10092-RGS

**ASSENTED TO MOTION TO MODIFY PAGE LIMIT FOR
DEFENDANT'S COMBINED MOTION TO DISMISS AND MOTION TO STRIKE**

Defendant President and Fellows of Harvard College ("Harvard") respectfully requests that the Court modify the default page limitations applicable to Harvard's response to Plaintiffs' Amended Complaint, which is due on April 12, 2024. *See* Dkt. 25. Harvard requests that the Court grant Harvard leave to file a memorandum up to 35 pages in length in support of its forthcoming motion.

In support of this Motion, Harvard states as follows:

1.     Plaintiffs filed their Amended Complaint on March 29, 2024. Dkt. 32. The Amended Complaint is 107 pages long and includes 286 paragraphs of allegations.

2.     In response to the Amended Complaint, Harvard intends to file a combined motion to dismiss under Rules 12(b)(1) and 12(b)(6) and motion to strike under Rule 12(f).

3.     Under Local Rule 7.1(b)(4), the default page limitation for memoranda in support of motions is 20 pages.

4.     While Harvard is working diligently to present its arguments in as concise and streamlined a manner as possible, Harvard believes that an additional 15 pages are necessary to

address the volume and scope of the allegations in the Amended Complaint, and to present complete and effective arguments as to the jurisdictional and pleading defects that require dismissal of the Amended Complaint and support striking certain of its allegations.  Harvard therefore believes that allowing it to submit a memorandum that is up to 35 pages in length will serve the goals of efficiency and judicial economy.

5.       Plaintiffs have consented to Harvard filing a memorandum of up to 35 pages in length.  In the event that Plaintiffs elect to seek a comparable expansion of the page limit for their opposition to Harvard's motion, Harvard has agreed to consent to such a request.

## CONCLUSION

For the reasons set forth above, Harvard respectfully requests that this Court grant Harvard leave to file a memorandum in support of its combined motion to dismiss and motion to strike of up to 35 pages in length.

DATED:  April 3, 2024

Respectfully Submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By its attorneys,

*/s/ Felicia H. Ellsworth*

| | |
|---|---|
| Mark A. Kirsch (*pro hac vice*) | Felicia H. Ellsworth, BBO #665232 |
| Gina Merrill (*pro hac vice*) | WILMER CUTLER PICKERING |
| KING & SPALDING LLP |    HALE AND DORR LLP |
| 1185 Avenue of the Americas | 60 State Street |
| 34th Floor | Boston, MA 02109 |
| New York, NY 10036 | Tel:  (617) 526-6000 |
| mkirsch@kslaw.com | Fax: (617) 526-5000 |
| gmerrill@kslaw.com | felicia.ellsworth@wilmerhale.com |
| Tel: (212) 790-5329 | |
| Fax: (212) 556-2222 | Seth P. Waxman (*pro hac vice*) |
| | Bruce M. Berman (*pro hac vice*) |
| Zachary Fardon (*pro hac vice*) | Jeremy W. Brinster (*pro hac vice*) |
| KING & SPALDING LLP | WILMER CUTLER PICKERING |
| 110 N. Wacker Drive |    HALE AND DORR LLP |
| Suite 3800 | 2100 Pennsylvania Avenue NW |
| Chicago, IL 60606 | Washington, DC 20037 |
| zfardon@kslaw.com | Tel:  (202) 663-6000 |
| Tel: (312) 764-6960 | Fax: (202) 663-6363 |
| Fax: (312) 995-6330 | seth.waxman@wilmerhale.com |
| | bruce.berman@wilmerhale.com |
| Zoe M. Beiner (*pro hac vice*) | jeremy.brinster@wilmerhale.com |
| KING & SPALDING LLP | |
| 1700 Pennsylvania Avenue NW | |
| Suite 900 | |
| Washington, DC 20006 | |
| zbeiner@kslaw.com | |
| Tel: (202) 626-5575 | |
| Fax: (202) 626-3737 | |