IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>     Defendant. | Case No. 1:24-cv-10092-RGS |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Assented to Motion to Modify Page Limit for Defendant's Combined Motion to Dismiss and Motion to Strike, it is hereby ORDERED that the Motion is **GRANTED** and that Defendant may file a memorandum up to 35 pages in length in support of its forthcoming Combined Motion to Dismiss and Motion to Strike.

ORDERED this _____ day of _____, 2024.

BY THE COURT

_____
Hon. Richard G. Stearns
United States District Judge