UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

       Plaintiffs,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

       Defendant.

Civil Action No. 1:24-cv-10092-RGS

---

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Assented to Motion to Modify Page Limit for Plaintiffs' Opposition to Defendant's Combined Motion to Dismiss and Motion to Strike, it is hereby ORDERED that the Motion is **GRANTED** and that Plaintiffs may file a memorandum of up to 30 pages in length in opposition to Defendant's Combined Motion to Dismiss and Motion to Strike.

ORDERED this ___ day of April, 2024.

BY THE COURT

_____
Hon. Richard G. Stearns
United States District Judge