IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- X
ALEXANDER KESTENBAUM and                     :
STUDENTS AGAINST ANTISEMITISM, INC.,         :
                                             :
       Plaintiffs,                       :  Case No. 1:24-cv-10092-RGS
                                             :
  v.                                         :
                                             :
PRESIDENT AND FELLOWS OF HARVARD             :
COLLEGE,                                     :
                                             :
       Defendant.                       :
                                             :
---------------------------------------------------------------- X

**DECLARATION OF SAA MEMBER #1 IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND STRIKE**

**FILED UNDER SEAL**