UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ X
ALEXANDER KESTENBAUM and : 
STUDENTS AGAINST ANTISEMITISM, :
INC., :
 :
       Plaintiffs, : Civil Action No. 1:24-cv-10092-RGS
  v. :
 :
PRESIDENT AND FELLOWS OF :
HARVARD COLLEGE, :
 :
       Defendant. :
------------------------------------------------------------ X

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File Under Seal Unredacted Declaration of SAA Member #1, it is hereby ORDERED that the Motion is **GRANTED** and that Plaintiffs may file an unredacted version of the declaration of SAA Member #1 under seal with the redacted version available on the public record.

ORDERED this ___ day of April, 2024.

BY THE COURT

_____

Hon. Richard G. Stearns
United States District Judge