IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ X
ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM, INC.,

        Plaintiffs,

   v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

        Defendant.

------------------------------------------------------------ X

Case No. 1:24-cv-10092-RGS

**DECLARATION OF [REDACTED] IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND STRIKE**

I, [REDACTED], declare under penalty of perjury as follows:

1. I am a first-year student at Harvard Law School. I am familiar with the facts set forth in this declaration. I am over the age of eighteen and competent to testify to the matters contained in this declaration.

2. I am a member of Students Against Antisemitism, Inc. ("SAA"). I am described in the Amended Complaint as SAA Member #1.

3. On or around the morning of April 24, 2024, the Harvard College Palestine Solidarity Committee ("Harvard PSC") and other student groups, including the unregistered group Harvard Out of Occupied Palestine, announced on Instagram an "emergency rally" to take place in Harvard Yard on April 24, 2024 at 12:00 p.m.

4. On April 24, 2024, at around 1:15 p.m., I encountered the rally. There were approximately 100 to 150 students and faculty members participating. By the time I arrived, about

30 to 40 of those participants had set up around eight to twelve tents in front of the John Harvard statue in Harvard Yard in an area they call the "encampment."

5.      In the Harvard Yard encampment area, I noticed several pieces of luggage, which I took to mean that these individuals intended to stay fixed in this location. I also noticed many posters, including a massive banner on one tent that reads, "from the river to the sea, Palestine will be free."

6.      I also witnessed a Harvard Law student, with whom I am familiar, giving a speech through a megaphone. After the speech, demonstrators began chanting, "there is only one solution, Intifada revolution" and "from the sea to the river, Palestine will live forever." These chants—which I have heard often on campus since the October 7 Hamas massacre—call for the mass genocide of Jews, not only in Israel, but around the world.

7.      I also saw Ibrahim Bharmal, Elom Tettey-Tamaklo, and Sadaf Khan—a senior at Harvard College—among the demonstrators. These individuals made me particularly concerned for my and other Jewish students' safety, because Bharmal and Tettey-Tamaklo previously assaulted a Jewish student at another event, and Khan recently posted a picture on Instagram of himself holding a knife and another in which he called himself a "terrorist." I also saw Harvard Law Professor Nicholas Bowie among the rallygoers.

8.      I noticed a few Harvard University Police Department officers and Harvard PSC's faculty advisor, Professor Johnson, standing near the John Harvard statue in Harvard Yard. While I was there, they watched the events unfold and did not attempt to intervene.

9.      Since I left the encampment, I have seen more information about the ongoings via social media, the news, and messages from other Harvard students. One of my friends, a Jewish freshman at Harvard College, can hear the protestors from her dormitory.

10. Additionally, a Jewish teaching fellow at Harvard College told me that when he tried to approach the encampment area, the student protestors "body-checked" him and pushed him out of the area.

11. On April 22, 2024, three days before the encampment began, I passed through Harvard Yard to get to Harvard Chabad as I do regularly. Affixed to the gates of Harvard Yard were signs that read:

> Harvard Yard will be closed today. . . . Harvard affiliates must produce their ID card when requested. Structures, including tents and tables, are not permitted in the Yard without prior permission. Blocking pedestrian pathways or access to building entrances is prohibited. Students violating these policies are subject to disciplinary action.

12. The signs were in place when the encampment began on April 24, 2024, and remain in place as of today. Despite the signs' instructions, the protestors have erected more tents and large crowds are still gathered in Harvard Yard, blocking the sidewalks and standing at the nearby University Hall entrances, in what I understand to be an attempt to intimidate students from entering that main administrative building.

13. In *The Harvard Crimson*'s "live updates" series, on April 25, 2024, I read that the Dean of Students told the protestors to abide by quiet hours, indicating to me that Harvard administrators do not intend to enforce Harvard's policies, including those prohibiting the encampment. I am extremely fearful that this demonstration will turn physically violent, not only because of the previous assault on a Jewish Harvard student and the myriad safety concerns at similar demonstrations at Harvard since October 7, but because of the violence at ongoing encampments at other universities that is being widely reported in the news.

14. As of April 26, 2024, at 5:00 p.m., the encampment is still ongoing. I have not seen or heard of any official communications or announcements regarding the encampment, nor any action by Harvard to end it.

Signed this 26th day of April, 2024, I declare under the penalty of perjury that the foregoing is true and correct.

