# EXHIBIT 1

Sections



**NEWS**
Faculty of Arts and Sciences Lacks Confidence in Harvard's Governing Boards, Per Survey



**NEWS**
Jeremy Weinstein V Harvard Kennedy S Garber Confirms

ADVERTISEMENT

# More Than 30 Students to Appear Before Harvard College Ad Board for Pro-Palestine Yard Encampment



Students at the pro-Palestine encampment in Harvard Yard have been threatened with disciplinary action and had their IDs checked by College administrators during the first days of the demonstration. More than 30 students involved with the encampment were asked to appear before the Harvard College Administrative Board on Monday. By Cam E. Kettles

By Joyce E. Kim and Azusa M. Lippit, Crimson Staff Writers

April 29, 2024

Sections

***Updated Monday, April 29, at 1:37 p.m.***

More than 30 undergraduates were asked Monday morning to appear before the Harvard College Administrative Board, which will decide whether students will face disciplinary action for their participation in the pro-Palestine Yard encampment.

"A serious matter has come to the attention of the Administrative Board of Harvard College, and we urgently want to meet with you to discuss this matter and to explain the confidentiality rules and procedures of the Administrative Board," the letter, which arrived via email, states.

The letter, signed by Assistant Dean and Secretary of the College's Administrative Board Titus Adeleke, requests students attend a Zoom meeting within the next day with the College's Ad Board — an administrative body responsible for the application and enforcement of Harvard College policies — alongside their Resident Dean to review the procedures.

Violet T.M. Barron '26, one of the students who received the Ad Board letter, said the Ad Board process has been "arbitrary" and "at worst, discriminatory."

"International students who have not been camping received emails from the Ad Board. Students who have not been ID'd received emails from the Ad Board," Barron, a Crimson Editorial editor, said.

"We encourage the Harvard community to pressure the admin to cease pursuing disciplinary processes. In turn, we call on the administration to listen to their community and engage with the demands listed in HOOP's statement of values," she added.

College spokesperson Alixandra A. Nozzolillo wrote in an emailed statement Monday afternoon that the encampment "has continued in direct violation of university policies."

"Harvard College has repeatedly communicated that participation in activities that do not comply with policies will result in disciplinary measures," Nozzolillo wrote, adding that the College does not comment on individual student circumstances.

Sections

The letter attached to Monday's email contains a confidentiality contract for students and a lengthy explanation of the process of appearing before the Ad Board. After an initial meeting, students submit a written statement to the Secretary and meet with a subcommittee, which produces a report. The student then writes a written response and may choose to appear before the Ad Board with a verbal statement before an outcome is decided.

The letter also quotes from the Undergraduate Student Handbook and threatens to withhold degrees from students who are "not in good standing or against whom a disciplinary charge is pending with the Administrative Board, the Honor Council, or the disciplinary board of another school."

The emails come after two emails from Dean of Students Thomas Dunne to the entire undergraduate body warning of sanctions over continued participation in the demonstration.

Saturday evening, hours after protesters flew three Palestinian flags from University Hall — which were almost immediately taken down by Yard Operations — seven administrators arrived and entered the encampment to scan and note down the IDs of students within the fenceposted area.

Administrators handed out slips of paper warning of disciplinary action to the students within the encampment.

"Repeat violations of University and School policies will result in increasingly severe sanctions," the slip stated, adding that "students with pending disciplinary matters may not be granted a degree."

Administrators — including Dunne, Associate Dean of Students Lauren E. Brandt '01, and Dean of Student Services Michael Burke — have noted or photographed the IDs of protesters within the encampment daily since Thursday afternoon.

Minutes before the letters reached students, Dean of the College Rakesh Khurana — who has visited the encampment several times since it was mounted Wednesday — arrived at the protest and briefly spoke with two security marshals.

Khurana declined to comment on his visit to the encampment.

Sections

ADVERTISEMENT

"ALL OUT TO CAMP NOW," the post stated. "We need as many people rallying at camp ASAP and staying throughout the day in anticipation of admin's arrival. They can try to discipline us, but they can't suspend the movement."

At 10 a.m., immediately following the emails, protesters participating in the encampment gathered for their daily morning meeting. As the meeting concluded, protesters chanted, "Harvard you can't Ad Board me, Palestine will be free!"

Despite the escalation in disciplinary measures against students, the encampment has thus far remained peaceful and there are no signs of police response.

Interim Harvard President Alan M. Garber '76 told The Crimson last Monday that though he would not rule out a police response to the demonstration, it would require a "high bar." In a Friday interview with The Crimson, Harvard University Police Department Chief Victor A. Clay defended the rights of protesters in the encampment and said HUPD is not preparing to make any arrests.

—Staff writers Cam E. Kettles, Dhruv T. Patel, and Veronica H. Paulus contributed reporting.

—Staff writer Joyce E. Kim can be reached at joyce.kim@thecrimson.com. Follow her on X at @joycekim324.

—Staff writer Azusa M. Lippit can be reached at azusa.lippit@thecrimson.com. Follow her on X @azusalippit or on Threads @azusalippit.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

TAGS

COLLEGE   STUDENT LIFE   COLLEGE ADMINISTRATION   AD BOARD   PROTESTS
COLLEGE NEWS   FEATURED ARTICLES   ISRAEL PALESTINE   FRONT BOTTOM FEATURE