# EXHIBIT 5

Subscribe

Advertisement

NEWS

# Harvard says pro-Palestinian encampment is in 'direct violation' of policy

Published: May. 01, 2024, 8:30 a.m.



Students protesting against the war in Gaza stand in an encampment in Harvard Yard, at Harvard University in Cambridge, Mass., on Thursday, April 25, 2024. (AP Photo/Ben Curtis) AP

By [Charlie McKenna | cmckenna@masslive.com](#)

The pro-Palestinian encampment constructed in Harvard Yard has continued despite being in "direct violation" of university policies, a campus spokesman said Wednesday.

Harvard has "repeatedly communicated that participation in activities that do not comply with policies will result in disciplinary measures," the spokesman said, adding that the university would not discuss potential disciplinary measures for individual students.

Advertisement

But, more than 30 student protesters were facing discipline from the school, according to the [Harvard Crimson](#), the university's student newspaper. Those students were called to appear before Harvard's Administrative Board, which is responsible for enforcement of the school's policies.

## MORE **HIGHER ED**

### MIT to suspend students who don't leave encampment

Emerson parent says 'serious failure by administrators prompted petition

Mass. student activists hope Brown agreement could be 'domino effect'

MIT says cutting research ties with Israeli military would 'violate academic freedom'

Biden addresses pro-Palestinian campus protests, says students caused chaos

The school has closed Harvard Yard to the public while the encampment is set up, with security at multiple gates to check for Harvard identification.

The encampment at Harvard was in its seventh day on Wednesday, and had expanded to take over the lawn between University Hall and Harvard Hall, the Crimson reported.

Nationwide campus protests began at Columbia in response to Israel's offensive in Gaza after Hamas launched a deadly attack on southern Israel on Oct. 7. Militants killed about 1,200 people, most of them civilians, and took roughly 250 hostages. Vowing to stamp out Hamas, Israel has killed more than 34,000 Palestinians in the Gaza Strip, according to the local health ministry.

Advertisement

As cease-fire negotiations appeared to gain steam, it wasn't clear whether those talks would inspire an easing of protests.

Israel and its supporters have branded the university protests as antisemitic, while Israel's critics say it uses those allegations to silence opposition. Although some protesters have been caught on camera making antisemitic remarks or violent threats, organizers of the

protests, some of whom are Jewish, say it is a peaceful movement aimed at defending Palestinian rights and protesting the war.

*Material from the Associated Press was used in this report.*

Powered by Advance Insights                                                                                1 of 6

# Which of the following best describes your position on universal background checks for the purchase of a gun or guns?

- Somewhat more likely to vote for someone who supports universal background checks

- Somewhat less likely to vote for someone who supports universal background checks

- It would not impact my vote

- More likely to vote for someone who supports universal background checks

- Less likely to vote for someone who supports universal background checks

Next

To understand how we may use the results of this poll, please read our Privacy Policy and User Agreement. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

## Around the Web