## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM,INC., <br><br>Plaintiffs <br><br>v. <br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>Defendant | ) Case No.: 1:24-cv-10092-RGS <br> ) <br> ) **[PROPOSED] ORDER GRANTING** <br> ) **MOTION FOR LEAVE TO FILE A** <br> ) **16 PAGE AMICUS BRIEF** <br> ) <br> ) |

### [PROPOSED] ORDER

AND NOW, upon consideration of Proposed-Amcius Joshua Lapin's Motion For Leave To File a 16-page Amicus Brief

IT IS HEREBY ORDERED: that said motion is GRANTED.

The [Proposed] Amcus Brief shall be deemed filed as of the date of this order.

BY THE COURT:

_____
Richard G. Stearns
UNITED STATES DISTRICT JUDGE