# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUADENTS AGAINST ANTISEMITISM,INC., | ) Case No.: 1:24-cv-10092-RGS<br>)<br>) **[PROPOSED] ORDER GRANTING** |
| Plaintiffs | ) **MOTION FOR LEAVE TO FILE A**<br>) **REPLY TO ANY OPPOSITIONS TO** |
| v. | ) **MOTION FOR LEAVE TO FILE AN**<br>) **AMICUS BRIEF** |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | |
| Defendant | |

## [PROPOSED] ORDER

AND NOW, upon consideration of Proposed-Amcius Joshua Lapin's Motion For Leave To File a Reply To any Opposition To his Motion For Leave To File an Amicus Brief,

IT IS HEREBY ORDERED:  that said motion is GRANTED.

The [Proposed] Amcus Brief shall file his reply within seven (7) days of this order.

BY THE COURT:

_____
Richard G. Stearns
UNITED STATES DISTRICT JUDGE
