UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

      Plaintiffs,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

      Defendant.

---

Civil Action No. 1:24-cv-10092-RGS

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint and a Continuance of Oral Argument, it is hereby ORDERED that the Motion is **GRANTED**.

Plaintiffs shall file their Second Amended Complaint on or before _____, 2024.

The May 30, 2024 hearing on Defendant's Motion to Dismiss and to Strike is continued to _____, 2024.

ORDERED this \_\_\_ day of May, 2024.

 

                                          Hon. Richard G. Stearns
                                          United States District Judge