## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendants*. | Case Number:  1:24-cv-10092-RGS <br><br> **CORPORATE DISCLOSURE STATEMENT** |

The undersigned, counsel for Foundation for Individual Rights and Expression ("FIRE"), hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that (1) *amicus* does not have any parent corporations, and (2) no publicly held companies hold 10% or more of the stock or ownership interest in *amicus*.

Dated: May 23, 2024

*/s/ Jeffrey D. Zeman*
Jeffrey D. Zeman (not admitted in Mass.)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA. 19106
Tel:    (215) 717-3473
jeff.zeman@thefire.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 23, 2024, he caused all counsel of record to be served by the court's ECF system at the email addresses on record for them with this Local Rule 7.1(a)(2) Certificate of Counsel Concerning the Motion of Foundation for Individual Rights and Expression for Leave to File *Amicus Curiae* Brief in Support of Neither Party.

/s/ Dustin F. Hecker
Dustin F. Hecker
*Local counsel of record for Amicus Curiae Foundation for Individual Rights and Expression*