## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendants*. | Case Number:  1:24-cv-10092-RGS <br><br> **LOCAL RULE 7.1(a)(2) CERTIFICATE OF COUNSEL CONCERNING MOTION OF FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF NEITHER PARTY** |

The undersigned, counsel for Foundation for Individual Rights and Expression ("FIRE"), hereby certifies pursuant to Local Rule 7.1(a)(2) that on May 21, 2024, he contacted counsel for the plaintiffs and counsel for the defendants and requested their assent to FIRE's motion for leave to file an amicus curiae brief in support of neither party in this case. Plaintiffs advised they take no position. Defendants did not respond.

Dated: May 23, 2024

                                                            */s/ Jeffrey D. Zeman*
                                                            Jeffrey D. Zeman (not admitted in Mass.)
                                                            FOUNDATION FOR INDIVIDUAL
                                                              RIGHTS AND EXPRESSION
                                                           510 Walnut St., Suite 900
                                                           Philadelphia, PA. 19106
                                                           Tel:    (215) 717-3473
                                                           jeff.zeman@thefire.org

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 23, 2024, he caused all counsel of record to be served by the court's ECF system at the email addresses on record for them with this Local Rule 7.1(a)(2) Certificate of Counsel Concerning the Motion of Foundation for Individual Rights and Expression for Leave to File *Amicus Curiae* Brief in Support of Neither Party.

/s/ Dustin F. Hecker
Dustin F. Hecker
*Local counsel of record for Amicus Curiae Foundation for Individual Rights and Expression*