UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ X
ALEXANDER KESTENBAUM and : 
STUDENTS AGAINST ANTISEMITISM, :
INC., :
 :
       Plaintiffs, : Civil Action No. 1:24-cv-10092-RGS
  v. :
 :
PRESIDENT AND FELLOWS OF :
HARVARD COLLEGE, :
 :
       Defendant. :
------------------------------------------------------------ X

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Assented to Motion for a Continuance of Oral Argument, it is hereby ORDERED that the Motion is **GRANTED**.

The July 9, 2024 hearing on Defendant's anticipated Motion to Dismiss and to Strike is continued to _____, 2024.

ORDERED this ___ day of June, 2024.

                                                      _____
                                                      Hon. Richard G. Stearns
                                                      United States District Judge