**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>          Defendant. | Case No. 1:24-cv-10092-RGS |

**DECLARATION OF FELICIA ELLSWORTH IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

I, Felicia Ellsworth, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned action. I am familiar with the facts set forth in this declaration.  I am competent and willing to testify to the matters contained in this declaration.

2.      I submit this declaration in support of the Rule 12(b)(1) portions of Harvard's Motion to Dismiss Plaintiffs' Amended Complaint.

3.      Attached as **Exhibit 1** is a true and correct copy of the *Harvard University Non-Discrimination Policy*, found at https://provost.harvard.edu/files/provost/files/non-discrimination_and_anti-bullying_policies.pdf.

4.      Attached as **Exhibit 2** is a true and correct copy of Harvard's *University-Wide Statement on Rights and Responsibilities*, found at https://provost.harvard.edu/university-wide-statement-rights-and-responsibilities.

5.      Attached as **Exhibit 3** is a true and correct copy of the November 9, 2023 statement of former Harvard President Claudine Gay, *Combating Antisemitism*, found at https://www.harvard.edu/president/news-gay/2023/combating-antisemitism/.

6.      Attached as **Exhibit 4** is a true and correct copy of the January 19, 2024 statement of Interim President Alan Garber and the Deans of Harvard University, *Statement of the Interim President and Deans of Harvard University on University Rights and Responsibilities*, found at https://provost.harvard.edu/statement-interim-president-deans-harvard-university-rights-and-responsibilities.

7.      Attached as **Exhibit 5** is a true and correct copy of the January 19, 2024 announcement of Interim President Alan Garber, *Announcement of Presidential Task Forces*, found at https://www.harvard.edu/president/news/2024/announcement-of-presidential-task-forces/.

8.      Attached as **Exhibit 6** is a true and correct copy of the February 20, 2024 statement of Interim President Alan Garber, *The Antisemitic Cartoon*, found at https://www.harvard.edu/president/news/2024/the-antisemitic-cartoon/.

9.      Attached as **Exhibit 7** is a true and correct copy of the February 26, 2024 statement of Interim President Alan Garber, *Update on Presidential Task Forces*, found at https://www.harvard.edu/president/news/2024/update-on-presidential-task-forces/.

10.     Attached as **Exhibit 8** is a true and correct copy of the March 22, 2024 *Harvard Gazette* article, *Presidential Task Forces Announce Listening Sessions*, found at

https://news.harvard.edu/gazette/story/2024/03/presidential-task-forces-announce-listening-sessions/.

11.     Attached as **Exhibit 9** is a true and correct copy of the May 6, 2024, *Harvard Crimson* article, *HUPD 'Far More Vigilant' on Campus Amid Increased Threats Against Students Following Oct. 7*, found at https://www.thecrimson.com/article/2024/5/6/HUPD-increases-presence-israel-palestine/.

12.     Attached as **Exhibit 10** is a true and correct copy of the April 23, 2024, *Harvard Crimson* article, *Harvard Suspends Palestine Solidarity Committee Amid Wave of Protests on College Campuses*, found at https://www.thecrimson.com/article/2024/4/23/harvard-psc-suspended/.

13.     Attached as **Exhibit 11** is a true and correct copy of the May 6, 2024, statement of Interim President Alan Garber, *Encampment in Harvard Yard*, found at https://www.harvard.edu/president/news/2024/encampment-in-harvard-yard/.

14.     Attached as **Exhibit 12** is a true and correct copy of the May 14, 2024, *Harvard Crimson* article, *Harvard Out of Occupied Palestine Ends Harvard Yard Encampment*, found at https://www.thecrimson.com/article/2024/5/14/harvard-encampment-ends/.

15.     Attached as **Exhibit 13** is a true and correct copy of the May 18, 2024, *Boston Globe* article, *Harvard Disciplines Undergrads Who Participated in Pro-Palestinian Encampment, Student Coalition Says*, found at https://www.bostonglobe.com/2024/05/18/metro/harvard-punishes-palestinian-protesters/.

16.     Attached as **Exhibit 14** is a true and correct copy of the May 23, 2024 *Harvard Crimson* article by Presidential Task Force on Combating Antisemitism Co-Chairs Derek J.

Penslar and Jared A. Ellis, found at https://www.thecrimson.com/article/2024/5/23/penslar-ellias-antisemitism-task-force/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 18th day of June 2024 under the pains and penalties of perjury.

_____

Felicia Ellsworth