IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. 1:24-cv-10092-RGS |

**DECLARATION OF FELICIA ELLSWORTH IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS AND STRIKE**

I, Felicia Ellsworth, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant the President and Fellows of Harvard College in the above-captioned action. I am familiar with the facts set forth in this declaration. I am competent and willing to testify to the matters contained in this declaration.

2. I submit this declaration in support of Harvard's Reply in Support of Motion to Dismiss and Strike Plaintiffs' Second Amended Complaint.

3. Attached as **Exhibit 1** is a true and correct copy of the May 18, 2024, *Harvard Crimson* article, *5 Harvard Students Suspended, More Than 20 Face Probation for Encampment Participation*, found at https://www.thecrimson.com/article/2024/5/18/harvard-encampment-protesters-suspended/.

1

4.      Attached as **Exhibit 2** is a true and correct copy of the June 26, 2024, *Harvard Crimson* article, *Harvard Places 10 Graduate Students on Probation for Encampment Participation*, found at https://www.thecrimson.com/article/2024/6/26/gsas-places-10-students-on-probation/.

5.      Attached as **Exhibit 3** is a true and correct copy of the May 22, 2024, statement of the President and Fellows of Harvard College, *Conferral of Degrees*, found at https://www.harvard.edu/blog/2024/05/22/conferral-of-degrees/.

6.      Attached as **Exhibit 4** is a true and correct copy of the June 26, 2024, *Harvard Gazette* article, *Presidential Task Forces Deliver Preliminary Recommendations To Garber*, found at https://news.harvard.edu/gazette/story/2024/06/harvard-presidential-task-forces-deliver-preliminary-recommendations/.

7.      Attached as **Exhibit 5** is a true and correct copy of a memorandum entitled *Harvard University Presidential Task Force on Combating Antisemitism Preliminary Recommendations*, found at https://www.harvard.edu/wp-content/uploads/2024/06/June-2024-preliminary-recommendations-AS.pdf.

8.      Attached as **Exhibit 6** is a true and correct copy of the May 23, 2024, *New York Times* article, *Students Walk Out in Protest at Harvard Commencement*, found at https://www.nytimes.com/2024/05/23/us/harvard-graduation-protests-antisemitism.html.

9.      Attached as **Exhibit 7** is a true and correct copy of the May 21, 2024, *Harvard Crimson* article, *Nearly 500 Harvard Faculty, Staff Blast Sanctions Against Pro-Palestine Protesters in Open Letter*, found at https://www.thecrimson.com/article/2024/5/21/harvard-faculty-staff-open-letter-ad-board/.

10. Attached as **Exhibit 8** is a true and correct copy of the May 11, 2024, *Harvard Crimson* article, *Protesters Rally Against Involuntary Leave, Rename Harvard Yard Buildings Amid Move-Out*, found at https://www.thecrimson.com/article/2024/5/11/harvard-rally-leave-of-absence/.

11. Attached as **Exhibit 9** is a true and correct copy of the April 29, 2024, *Harvard Crimson* article, *Jewish Leaders At Harvard Diverge Widely In Responses To Ongoing Pro-Palestine Encampment*, found at https://www.thecrimson.com/article/2024/4/29/hillel-chabad-encampment-responses/.

12. Attached as **Exhibit 10** is a true and correct copy of the November 17, 2023, *Harvard Crimson* article, found at *University Hall Occupied By Harvard Jews For Palestine, Group Demanding Ceasefire In Israel-Hamas War*, found at https://www.thecrimson.com/article/2023/11/17/university-hall-occupation-jfp/.

13. Attached as **Exhibit 11** is a true and correct copy of the July 10, 2024, *Harvard Crimson* article, *Harvard Reverses Decision To Suspend 5 Pro-Palestine Protestors Following Faculty Council Appeal*, found at https://www.thecrimson.com/article/2024/7/10/harvard-reverses-encampment-suspensions/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 10th day of July 2024 under the pains and penalties of perjury.

*/s/ Felicia Ellsworth*
Felicia Ellsworth