## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Defendants*. | Case Number: 1:24-cv-10092-RGS <br><br> **LOCAL RULE 7.1(a)(2) CERTIFICATE OF COUNSEL CONCERNING MOTION OF FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF NEITHER PARTY** |

The undersigned, counsel for Foundation for Individual Rights and Expression ("FIRE"), hereby certifies pursuant to Local Rule 7.1(a)(2) that on July 5, 2024, he contacted counsel for the plaintiffs and counsel for the defendants and requested their assent to FIRE's motion for leave to file an amicus curiae brief in support of neither party in this case. Plaintiffs and Defendants advised they take no position on FIRE's motion.

Dated: July 11, 2024

/s/ *Jeffrey D. Zeman*
Jeffrey D. Zeman (not admitted in Mass.)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA. 19106
Tel:   (215) 717-3473
jeff.zeman@thefire.org

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 11, 2024, he caused all counsel of record to be served by the court's ECF system at the email addresses on record for them with this Local Rule 7.1(a)(2) Certificate of Counsel Concerning the Motion of Foundation for Individual Rights and Expression for Leave to File *Amicus Curiae* Brief in Support of Neither Party.

/s/ Dustin F. Hecker
Dustin F. Hecker
*Local counsel of record for Amicus Curiae Foundation for Individual Rights and Expression*