## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

                Plaintiffs,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                Defendant.

Case No. 1:24-cv-10092-RGS

## ANSWER TO SECOND AMENDED COMPLAINT

Conduct that targets Harvard's Jewish students, faculty, or staff for discrimination or harassment is not just unacceptable but antithetical to Harvard's foundational values. Protecting our students and ensuring that they can pursue their intellectual and personal interests free from harassment and discrimination, whether rooted in antisemitism or any other prejudice, has been and will continue to be of the utmost importance to Harvard. Accordingly, Harvard has taken, and continues to take, concrete steps to protect its students, to manage protests and minimize their disruption, and to address and prevent harassment, as the evidence adduced in this case will demonstrate and as has been detailed in multiple public statements. Some examples of these steps include providing antisemitism training to personnel who serve as points of contact for, and who adjudicate complaints under Harvard's Non-Discrimination and Anti-Bullying Policies, clarifying policies for the Harvard community related to campus protests and gatherings, and providing additional opportunities and avenues for reporting and accessing disciplinary processes to address policy violations. And Harvard will continue to take steps to prevent and address harassment and discrimination of any kind, including antisemitic. In answering Plaintiffs'

1

allegations, Harvard in no way intends to diminish the seriousness of claims of antisemitism or to detract from the ongoing work Harvard is undertaking to address concerns about harassment or discrimination at Harvard.  But simply put, Harvard has not been, nor will it ever be, deliberately indifferent to these claims and concerns.

Except as hereinafter expressly admitted, Harvard denies each and every allegation, statement, and matter contained in the Second Amended Complaint and, in particular, denies that it has engaged in intentional discrimination in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.*, has breached any contract with Plaintiffs, or has violated any implied covenant of good faith and fair dealing.  A great many of the allegations in the Second Amended Complaint impress the Plaintiffs' own characterizations of documents, emails, messages, statements, public testimony, and other sources that speak for themselves, and Harvard denies them on that basis.  Other allegations concern events or alleged events about which Harvard lacks firsthand knowledge sufficient to enable Harvard to form a belief about their truth, often because those events did not involve Harvard, were not made known to Harvard, or were not reported to Harvard in the level of detail alleged, and Harvard therefore denies them on that basis.  Still other allegations comprise non-factual characterizations and arguments rather than factual assertions.  Even though the Federal Rules of Civil Procedure do not require an answer to such characterizations and arguments, Harvard denies them as well.

Harvard responds to the numbered allegations in the Second Amended Complaint as follows:

**ANSWER TO NO. 1:**  Harvard admits that Hamas launched a terrorist attack on Israel on October 7, 2023, and condemns it unequivocally.  Harvard also acknowledges and condemns the antisemitism that has affected communities around the world, including Harvard, in the wake of

the terrorist attack.  Harvard denies the remaining allegations in Paragraph 1 on the basis that

they purport to characterize, summarize, or paraphrase other allegations in the Second Amended

Complaint that are answered below.

**ANSWER TO NO. 2:**  Harvard admits that beginning April 24, 2024, a demonstration took

place on or around Harvard's campus, during which individuals, including Harvard affiliates,

established a protest encampment in a section of Harvard Yard.  After progressive warnings,

referrals for involuntary leave, and disciplinary charges, Harvard secured a peaceful end to the

encampment on May 14, 2024.  Harvard denies the remaining allegations in Paragraph 2.

**ANSWER TO NO. 3:**  Denied.

**ANSWER TO NO. 4:**  To the extent the allegations in Paragraph 4 purport to quote or

characterize documents or statements, those documents or statements speak for themselves, and

thus no response is required.  Harvard denies the remaining allegations Paragraph 4.

**ANSWER TO NO. 5:**  Denied.

**ANSWER TO NO. 6:**  Harvard denies the existence of any double standard.  Harvard admits

that its former president resigned from her position on January 2, 2024, and that a member of the

Antisemitism Advisory Group resigned from that group on December 7, 2023.  To the extent the

allegations in Paragraph 6 purport to characterize statements or documents, those statements and

documents speak for themselves, and thus no response is required.  Harvard denies the remaining

allegations in Paragraph 6.

**ANSWER TO NO. 7:**  Denied.

**ANSWER TO NO. 8:**  To the extent the allegations in Paragraph 8 purport to quote or

characterize documents, those documents speak for themselves, and thus no response is required.

Harvard denies the remaining allegations in Paragraph 8.

**ANSWER TO NO. 9:**  To the extent the allegations in Paragraph 9 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 9.

**ANSWER TO NO. 10:**  Paragraph 10 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 10.

**ANSWER TO NO. 11:**  Harvard denies the characterization of Harvard's actions in Paragraph 11.  Paragraph 11 makes allegations about, and contains characterizations of, historical and geopolitical events spanning multiple countries and timeframes, and on that basis Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11, and therefore denies them.

**ANSWER TO NO. 12:**  Denied.

**ANSWER TO NO. 13:**  Paragraph 13 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the characterizations of its actions in Paragraph 13.  To the extent the allegations in Paragraph 13 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 13.

**ANSWER TO NO. 14:**  Paragraph 14 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 15:**  Paragraph 14 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 16:**  Paragraph 16 states legal conclusions, and thus no response is required.

**ANSWER TO NO. 17:**  Admitted.

**ANSWER TO NO. 18:**  Paragraph 18 states legal conclusions, and thus no response is required.

**ANSWER TO NO. 19:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and on that basis denies them.

**ANSWER TO NO. 20:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and on that basis denies them.

**ANSWER TO NO. 21:**  Harvard admits that Mr. Kestenbaum was enrolled in the Master of Theological Studies program at Harvard Divinity School and graduated in May 2024.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21, and on that basis denies them.

**ANSWER TO NO. 22:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and on that basis denies them.

**ANSWER TO NO. 23:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and on that basis denies them.

**ANSWER TO NO. 24:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and on that basis denies them.

**ANSWER TO NO. 25:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and on that basis denies them.

**ANSWER TO NO. 26:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and on that basis denies them.

**ANSWER TO NO. 27:**  Admitted.

**ANSWER TO NO. 28:**  Harvard admits that it receives federal grants and that its students may use federal financial aid to pay tuition.  Paragraph 28 contains legal conclusions and non-factual

characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 28.

**ANSWER TO NO. 29:**  Paragraph 29 states legal conclusions, and thus no response is required. To the extent a response is required, Harvard admits the allegations in Paragraph 29.

**ANSWER TO NO. 30:**  To the extent the allegations in Paragraph 30 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Paragraph 30 also contains legal conclusions to which no response is required.

**ANSWER TO NO. 31:**  To the extent the allegations in Paragraph 31 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 31, and on that basis denies them.

**ANSWER TO NO. 32:**  To the extent the allegations in Paragraph 32 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 32, and on that basis denies them.

**ANSWER TO NO. 33:**  Paragraph 33 purports to quote or characterize documents that speak for themselves, and thus no response is required.

**ANSWER TO NO. 34:**  Paragraph 34 purports to quote or characterize documents that speak for themselves, and thus no response is required.

**ANSWER TO NO. 35:**  Paragraph 35 purports to quote or characterize statements and documents that speak for themselves, and thus no response is required.

**ANSWER TO NO. 36:**  Paragraph 36 purports to quote or characterize a document that speaks for itself, and thus no response is required.

**ANSWER TO NO. 37:**  To the extent the allegations in Paragraph 37 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 37.

**ANSWER TO NO. 38:**  The first three sentences of Paragraph 38 make broad allegations about, and contain sweeping characterizations of, historical, religious, and geopolitical events spanning thousands of years, and on that basis, Harvard lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis denies them.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the final sentence of Paragraph 38, and on that basis denies them.

**ANSWER TO NO. 39:**  Paragraph 39 contains non-factual characterizations and legal conclusions to which no response is required.  To the extent the allegations in the last sentence of Paragraph 39 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and on that basis denies them.

**ANSWER TO NO. 40:**  Paragraph 40 contains non-factual characterizations and legal conclusions to which no response is required, but to the extent a response is required, Harvard denies them.  Further, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and on that basis denies them.

**ANSWER TO NO. 41:**  Harvard admits that Hamas is a designated foreign terrorist organization.  To the extent the allegations in Paragraph 41 purport to quote or characterize

documents or statements, those documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 41, and on that basis denies them.

**ANSWER TO NO. 42:**  Harvard acknowledges and condemns unequivocally acts of terror committed by Hamas.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 42, and on that basis denies them.

**ANSWER TO NO. 43:**  Harvard acknowledges and condemns unequivocally acts of terror committed by Hamas.  To the extent the allegations in Paragraph 41 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 43, and on that basis denies them.

**ANSWER TO NO. 44:**  To the extent the allegations in Paragraph 44 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44, and on that basis denies them.

**ANSWER TO NO. 45:**  Harvard admits that it and its constituent schools maintain policies that prohibit discrimination, harassment, and intimidation.  Paragraph 45 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 45.

**ANSWER TO NO. 46:**  Harvard admits that the operative version of its University-Wide Non-Discrimination Policy and Anti-Bullying Policy was adopted on September 1, 2023.  To the extent the allegations in Paragraph 46 purport to quote or characterize documents, those

documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 46.

**ANSWER TO NO. 47:**  To the extent the allegations in Paragraph 47 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 47.

**ANSWER TO NO. 48:**  To the extent the allegations in Paragraph 48 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 48.

**ANSWER TO NO. 49:**  Harvard admits that its constituent schools promulgate student handbooks.  To the extent the allegations in Paragraph 49 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 49.

**ANSWER TO NO. 50:**  Denied.

**ANSWER TO NO. 51:**  To the extent the allegations in Paragraph 51 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 51.

**ANSWER TO NO. 52:**  Harvard admits that it released guidance on the University-wide Statement on Rights and Responsibilities on January 19, 2024.  To the extent the allegations in Paragraph 52 purport to quote or characterize statements or documents, those statements or documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 52.

**ANSWER TO NO. 53:**  Harvard admits that some of its constituent schools have adopted policies that apply to protest activity.  To the extent the allegations in Paragraph 53 purport to

quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 53.

**ANSWER TO NO. 54:**  To the extent the allegations in Paragraph 54 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 54.

**ANSWER TO NO. 55:**  To the extent the allegations in Paragraph 55 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 55.

**ANSWER TO NO. 56:**  To the extent the allegations in Paragraph 56 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 56.

**ANSWER TO NO. 57:**  To the extent the allegations in Paragraph 57 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 57.

**ANSWER TO NO. 58:**  To the extent the allegations in Paragraph 58 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 58.

**ANSWER TO NO. 59:**  Harvard admits that Harvard's constituent schools have various policies pertaining to recognized student organizations.  To the extent the allegations in Paragraph 59 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 59.

**ANSWER TO NO. 60:**  To the extent the allegations in Paragraph 60 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 60.

**ANSWER TO NO. 61:**  Paragraph 61 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 61.

**ANSWER TO NO. 62:**  Harvard acknowledges and condemns the discriminatory admissions practices used in the 1920s.  Paragraph 62 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 62.

**ANSWER TO NO. 63:**  Paragraph 63 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent the allegations in Paragraph 63 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 63.

**ANSWER TO NO. 64:**  Harvard denies the allegations in Paragraph 64 on the basis that they purport to characterize, summarize or paraphrase other allegations in the Second Amended Complaint that are answered elsewhere.

**ANSWER TO NO. 65:**  Harvard admits that a demonstration took place on or around Harvard's campus on October 15, 2015, and that a swastika was discovered drawn on a desk in the Law School in November of 2015, an act that Harvard promptly condemned.  Harvard denies the remaining allegations in Paragraph 65.

**ANSWER TO NO. 66:**  Paragraph 66 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and on that basis denies them.

**ANSWER TO NO. 67:**  Harvard denies the characterization of Harvard's actions in Paragraph 67.  Harvard acknowledges that a student made a remark at an event featuring Israeli politician Tzipi Livni on April 14, 2016, which was swiftly condemned by the Law School's then-dean, and that it employs Sam Koolaq at the Law School.  Harvard denies the remaining allegations in Paragraph 67.

**ANSWER TO NO. 68:**  Harvard denies the characterization of Harvard's actions in Paragraph 68.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68, and on that basis denies them.

**ANSWER TO NO. 69:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and on that basis denies them.

**ANSWER TO NO. 70:**  Harvard admits that a swastika was discovered on a bulletin board in May 2018, which Harvard promptly investigated, and that a menorah sponsored by Harvard Chabad toppled in December 2018, which was investigated by the Cambridge Police Department because the menorah was located in a public park.  Harvard denies the remaining allegations in Paragraph 70.

**ANSWER TO NO. 71:**  Harvard denies the characterization of Harvard's actions in Paragraph 71.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 71, and on that basis denies them.

**ANSWER TO NO. 72:**  Harvard denies the characterization of Harvard's actions in Paragraph 72.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 72, and on that basis denies them.

**ANSWER TO NO. 73:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and on that basis denies them.

**ANSWER TO NO. 74:**  Harvard admits that several deans from the Law School met with students in May 2021 in relation to a WhatsApp message.  The fourth sentence of Paragraph 74 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the allegations in the fourth and fifth sentences of Paragraph 74, which purport to characterize Harvard's actions.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 74, and on that basis denies them.

**ANSWER TO NO. 75:**  Harvard admits that the Harvard University Police Department investigated, and Harvard's then-President swiftly condemned, vandalism of the Hillel building in May 2021.  Harvard denies the remaining allegations in Paragraph 75.

**ANSWER TO NO. 76:**  Harvard admits that the Harvard Law Program on Law & Society co-sponsored an October 2021 event at which Mohammed El-Kurd spoke.  Paragraph 76 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 76, and on that basis denies them.

**ANSWER TO NO. 77:**  Harvard acknowledges that a student in the School of Public Health raised concerns about a course syllabus in December 2021 and discussed those concerns with a professor, a department chair, and other administrators, and that a dean met with the student in response to a formal complaint.  Paragraph 77 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 77 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 77, and on that basis denies them.

**ANSWER TO NO. 78:**  Harvard denies the characterization of Harvard's actions in Paragraph 78.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 78, and on that basis denies them.

**ANSWER TO NO. 79:**  Harvard acknowledges that Harvard's FXB Center for Health and Human Rights maintains an academic hub called the Palestine Program for Health and Human Rights in collaboration with the Institute of Community and Public Health at Birzeit University. Paragraph 79 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 79 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 79, and on that basis denies them.

**ANSWER TO NO. 80:**  Harvard denies that Harvard Out of Palestine is a recognized student group.  Paragraph 80 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 80, and on that basis denies them.

**ANSWER TO NO. 81:**  Harvard denies the characterization of Harvard's actions in Paragraph 81.  The final sentence of Paragraph 81 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the allegations in the final sentence of Paragraph 81.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 81, and on that basis denies them.

**ANSWER TO NO. 82:**  Harvard acknowledges that a demonstration took place on or around Harvard's campus in April 2022 and that Harvard's Currier House Faculty Deans swiftly condemned the placement of a swastika in Currier House in May 2022.  Paragraph 82 contains

non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 82.

**ANSWER TO NO. 83:**  Harvard acknowledges that students placed stickers with slogans on certain products in Harvard dining halls.  To the extent the allegations in Paragraph 83 purport to characterize public testimony, that testimony speaks for itself, and thus no response is required. Harvard denies the remaining allegations in Paragraph 83.

**ANSWER TO NO. 84:**  Harvard acknowledges that some students held up a banner with a slogan at the 2022 convocation ceremony.  Harvard denies the characterization of Harvard's actions in Paragraph 84.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 84, and on that basis denies them.

**ANSWER TO NO. 85:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and on that basis denies them.

**ANSWER TO NO. 86:**  Paragraph 86 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 86 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 86, and on that basis denies them.

**ANSWER TO NO. 87:**  Harvard admits that individuals spoke or chanted slogans at the 2023 convocation ceremony.  Harvard denies the characterization of Harvard's actions in Paragraph 87.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 87, and on that basis denies them.

**ANSWER TO NO. 88:**  Harvard admits that student protestors spoke or chanted slogans at the 2023 convocation ceremony.  Harvard denies the characterization of Harvard's actions in

Paragraph 88.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 88, and on that basis denies them.

**ANSWER TO NO. 89:**  Harvard admits that Dianna Buttu holds a faculty position in Harvard's Division of Continuing Education and that she spoke at an event at the Divinity School in September 2023.  Paragraph 89 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 89, and on that basis denies them.

**ANSWER TO NO. 90:**  Denied.

**ANSWER TO NO. 91:**  Harvard admits that beginning in March 2023 it conducted an independent investigation in response to complaints about a faculty member in the Kennedy School of Government and took appropriate action.  To the extent the allegations in Paragraph 91 purport to characterize documents, those documents speak for themselves, and thus no response is required.  Paragraph 91 contains a legal conclusion to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 91.

**ANSWER TO NO. 92:**  Harvard admits that beginning in March 2023 it conducted an independent investigation in response to complaints about a faculty member in the Kennedy School of Government and took appropriate action.  To the extent the allegations in Paragraph 92 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 92 contains non-factual characterizations and legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 92.

**ANSWER TO NO. 93:**  Harvard admits that beginning in March 2023 it conducted an independent investigation in response to complaints about a faculty member in the Kennedy School of Government and took appropriate action.  To the extent the allegations in Paragraph 93 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Paragraph 93 contains legal conclusions to which no response is required. To the extent a response is required, Harvard denies the remaining allegations in Paragraph 93.

**ANSWER TO NO. 94:**  Harvard admits that beginning in March 2023 it conducted an independent investigation in response to complaints about a faculty member in the Kennedy School of Government and took appropriate action.  Harvard further acknowledges that the Brandeis Center sent Harvard a letter on October 30, 2023, requesting further action.  To the extent the allegations in Paragraph 94 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 94.

**ANSWER TO NO. 95:**  Paragraph 95 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 96:**  Harvard admits that Hamas launched a terrorist attack on Israel on October 7, 2023, and condemns it unequivocally.  Paragraph 96 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 96, and on that basis denies them.

**ANSWER TO NO. 97:**  Harvard admits that President Biden condemned Hamas's October 7 terrorist attack on Israel.  To the extent the allegations in Paragraph 97 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required.

**ANSWER TO NO. 98:**  Paragraph 98 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 98, and on that basis denies them.

**ANSWER TO NO. 99:**  Denied.

**ANSWER TO NO. 100:**  Paragraph 100 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 100.

**ANSWER TO NO. 101:**  To the extent the allegations in Paragraph 101 purport to quote or characterize a statement, that statement speaks for itself, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 101, and on that basis denies them.

**ANSWER TO NO. 102:**  To the extent the allegations in Paragraph 102 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 102.

**ANSWER TO NO. 103:**  Harvard admits that on October 9, 2023, Harvard issued a public statement that, among other things, condemned "the death and destruction unleashed by the attack by Hamas that targeted civilians in Israel."  To the extent the allegations in Paragraph 103 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Paragraph 103 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 103.

**ANSWER TO NO. 104:**  To the extent the allegations in Paragraph 104 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 104.

**ANSWER TO NO. 105:**  To the extent the allegations in Paragraph 105 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 105.

**ANSWER TO NO. 106:**  To the extent the allegations in Paragraph 106 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 106 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 106.

**ANSWER TO NO. 107:**  Harvard acknowledges that it took steps to protect students whose identities were displayed on a billboard truck on and around Harvard's campus on October 10 and 11, 2023.  Furthermore, Paragraph 107 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 107.

**ANSWER TO NO. 108:**  To the extent the allegations in Paragraph 108 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the final sentence of Paragraph 108, and on that basis denies them.  Harvard denies the remaining allegations in Paragraph 108.

**ANSWER TO NO. 109:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109, and on that basis denies them.

**ANSWER TO NO. 110:**  To the extent the allegations in Paragraph 110 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 110.

**ANSWER TO NO. 111:**  Denied.

**ANSWER TO NO. 112:**  Harvard admits that a demonstration took place on October 14, 2023, at various locations on or around Harvard's campus.  Paragraph 112 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 112, and on that basis denies them.

**ANSWER TO NO. 113:**  Harvard denies the characterization of Harvard's actions in Paragraph 113.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 113, and on that basis denies them.

**ANSWER TO NO. 114:**  Harvard admits that on October 18, 2023, a demonstration took place at various locations on or around Harvard's campus and that investigations relating to that event remain ongoing.  Furthermore, Paragraph 114 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 114, and on that basis denies them.

**ANSWER TO NO. 115:**  Harvard admits that on October 18, 2023, a demonstration took place at various locations on or around Harvard's campus, and that investigations relating to that event remain ongoing.  Furthermore, Paragraph 115 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's

actions in Paragraph 115 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 115, and on that basis denies them.

**ANSWER TO NO. 116:**  Harvard admits that on October 19, 2023, a demonstration took place at various locations on or around Harvard's campus.  Harvard denies the characterization of Harvard's actions in Paragraph 116.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the first and second sentences of Paragraph 116, and on that basis denies them.

**ANSWER TO NO. 117:**  Harvard admits that on October 19, 2023, a demonstration took place at various locations on or around Harvard's campus, and that Harvard University Police Department officers were present during this demonstration.  Harvard denies the characterization of Harvard's actions in Paragraph 117.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 117, and on that basis denies them.

**ANSWER TO NO. 118:**  To the extent the allegations in Paragraph 118 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 118.

**ANSWER TO NO. 119:**  Harvard admits that on October 19, 2023, several administrators at the Law School met with students to discuss a demonstration on or around campus.  Harvard denies the characterization of Harvard's actions in Paragraph 119.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 119, and on that basis denies them.

**ANSWER TO NO. 120:**  Harvard admits that a Law School administrator corresponded with and met with a student about her concerns and directed her to supportive resources.  Harvard denies the remaining allegations in Paragraph 120.

**ANSWER TO NO. 121:**  Harvard admits that a demonstration took place at various locations on or around Harvard's campus on October 20, 2023.  Paragraph 121 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 121 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 121, and on that basis denies them.

**ANSWER TO NO. 122:**  Harvard admits that a demonstration took place at various locations on or around Harvard's campus on October 27, 2023, and that a student emailed administrators about the event in advance.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 122, and on that basis denies them.

**ANSWER TO NO. 123:**  Denied.

**ANSWER TO NO. 124:**  To the extent the allegations in Paragraph 124 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required. The final sentence in Paragraph 124 contains a legal conclusion to which no response is required. To the extent a response is required, Harvard denies the remaining allegations in Paragraph 124.

**ANSWER TO NO. 125:**  Paragraph 125 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in the first and second sentences of Paragraph 125.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 125, and on that basis denies them.

**ANSWER TO NO. 126:**  Harvard denies the characterization of Harvard's actions in Paragraph 126.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 126, and on that basis denies them.

**ANSWER TO NO. 127:**  Harvard admits that it sent an email to Law School students advising them that shared spaces are for personal or small group study and conversation only.  Harvard denies the characterization of Harvard's actions in Paragraph 127 and denies the remaining allegations in Paragraph 127.

**ANSWER TO NO. 128:**  Harvard admits that a demonstration took place in the Law School on November 16, 2023, that a student emailed the Law School dean of students in advance of the event about his concerns, and that the student emailed another Law School administrator after the event to express his concerns.  Furthermore, Paragraph 128 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 128 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies them.

**ANSWER TO NO. 129:**  Harvard denies the allegations in the first and third sentences of Paragraph 129.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 129, and on that basis denies them.

**ANSWER TO NO. 130:**  To the extent the allegations in Paragraph 130 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Paragraph 130 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 130.

**ANSWER TO NO. 131:**  Harvard admits that a student communicated with Harvard safety personnel concerning video footage at the Law School and further admits that it did not locate video footage that showed the removal of posters.  Harvard denies the remaining allegations in Paragraph 131.

**ANSWER TO NO. 132:**  Harvard admits that Mr. Kestenbaum communicated with Divinity School administrators about the posting and removal of posters.  Paragraph 132 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 132.

**ANSWER TO NO. 133:**  Harvard admits that a student communicated with Harvard Law School administrators about a demonstration planned for November 9, 2023.  Harvard denies the remaining allegations in Paragraph 133.

**ANSWER TO NO. 134:**  To the extent the allegations in Paragraph 134 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 134 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 134.

**ANSWER TO NO. 135:**  To the extent the allegations in Paragraph 135 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 135 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 135.

**ANSWER TO NO. 136:**  To the extent the allegations in Paragraph 136 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 136.

**ANSWER TO NO. 137:**  To the extent the allegations in Paragraph 137 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 137.

**ANSWER TO NO. 138:**  The first sentence of Paragraph 138 contains legal conclusions to which no response is required.  To the extent a response is required, the allegations in the first sentence of Paragraph 138 are denied.  Harvard admits that a group of individuals demonstrated in University Hall for some amount of time between November 16 and 17, 2023, that it secured a peaceful conclusion to this demonstration, and that a number of students were subject to disciplinary proceedings in connection with these actions.  To the extent the allegations in Paragraph 138 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 138.

**ANSWER TO NO. 139:**  Paragraph 139 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 139, and on that basis denies them.

**ANSWER TO NO. 140:**  Harvard admits that then-President Gay was invited to a December 4, 2023, screening of a film and was unable to attend that screening.

**ANSWER TO NO. 141:**  Harvard admits that a demonstration took place on or around Harvard's campus on November 29, 2023, and that a number of students faced disciplinary

charges as a result of their conduct.  Furthermore, Paragraph 141 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 141, and on that basis denies them.

**ANSWER TO NO. 142:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 142, and on that basis denies them.  Harvard denies the allegations in the second sentence of Paragraph 142.

**ANSWER TO NO. 143:**  The second sentence of Paragraph 143 contains non-factual characterizations to which no response is required.  To the extent a response is required, the non-factual characterizations in the second sentence of Paragraph 143 are denied.  To the extent the allegations in Paragraph 143 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 143, and on that basis denies them.

**ANSWER TO NO. 144:**  Harvard admits that Harvard Divinity canceled its Seasons of Light celebration and that a group of students interrupted Harvard Divinity's "Holiday Tea" on December 6, 2023.  Harvard denies the characterization of Harvard's actions in Paragraph 144. Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 144, and on that basis denies them.

**ANSWER TO NO. 145:**  Denied.

**ANSWER TO NO. 146:**  Harvard admits that a demonstration took place on or around Harvard's campus on or around December 10, 2023.  Harvard denies the characterization of Harvard's actions in Paragraph 146.  Furthermore, Paragraph 146 contains non-factual

characterizations to which no response is required.  To the extent a response is required, Harvard

lacks knowledge or information sufficient to form a belief as to the truth of the remaining

allegations in Paragraph 146, and on that basis denies them.

**ANSWER TO NO. 147:**  To the extent the allegations in Paragraph 147 purport to quote or

characterize documents, those documents speak for themselves, and thus no response is required.

Harvard denies the remaining allegations in Paragraph 147.

**ANSWER TO NO. 148:**  Harvard acknowledges that, in response to concerns about antisemitic

messages on Sidechat—a messaging platform that Harvard neither owns nor controls—Harvard

met with Sidechat's Chief Executive Officer and secured assurance from Sidechat that it would

take steps to address these concerns, including engaging in content moderation and limiting

access to the Harvard community page of its application.  Harvard lacks knowledge or

information sufficient to form a belief as to the truth of the allegations relating to the content or

viewers of postings on Sidechat in Paragraph 148, and on that basis denies them.  Harvard denies

the remaining allegations in Paragraph 148.

**ANSWER TO NO. 149:**  Harvard acknowledges that, in response to concerns about antisemitic

messages on Sidechat—a messaging platform that Harvard neither owns nor controls—Harvard

met with Sidechat's Chief Executive Officer and secured assurance from Sidechat that it would

take steps to address these concerns, including engaging in content moderation and limiting

access to the Harvard community page of its application.  Harvard denies the remaining

allegations in Paragraph 149.

**ANSWER TO NO. 150:**  Harvard lacks knowledge or information sufficient to form a belief as

to the truth of the allegations in Paragraph 150, and on that basis denies them.

**ANSWER TO NO. 151:**  Paragraph 151 contains legal conclusions to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 151.

**ANSWER TO NO. 152:**  Denied.

**ANSWER TO NO. 153:**  Harvard acknowledges that a student raised concerns about a course-wide message sent by a teaching fellow, that these concerns were addressed by the course professor and multiple administrators, and that a formal complaint was filed relating to this message.  Harvard further states that investigations relating to the events of October 18, 2023, remain ongoing.  Harvard denies the remaining allegations in Paragraph 153.

**ANSWER TO NO. 154:**  To the extent the allegations in Paragraph 154 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 154 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 154.

**ANSWER TO NO. 155:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155, and on that basis denies them.

**ANSWER TO NO. 156:**  To the extent the allegations in Paragraph 156 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 156 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 156.

**ANSWER TO NO. 157:**  To the extent the allegations in Paragraph 157 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 157.

**ANSWER TO NO. 158:**  To the extent the allegations in Paragraph 158 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 158.

**ANSWER TO NO. 159:**  Paragraph 159 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159, and on that basis denies them.

**ANSWER TO NO. 160:**  Harvard admits that the Harvard Center for Middle Eastern Studies hosted an event featuring Columbia University Professor Rashid Khalidi.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 160, and on that basis denies them.

**ANSWER TO NO. 161:**  To the extent the allegations in Paragraph 161 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 161.

**ANSWER TO NO. 162:**  Admitted.

**ANSWER TO NO. 163:**  To the extent the allegations in Paragraph 163 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 163.

**ANSWER TO NO. 164:**  To the extent the allegations in Paragraph 164 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 164.

**ANSWER TO NO. 165:**  To the extent the allegations in Paragraph 165 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 165.

**ANSWER TO NO. 166:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and on that basis denies them.  Furthermore, Paragraph 166 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 166.

**ANSWER TO NO. 167:**  Paragraph 167 contains non-factual characterizations to which no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 167, and on that basis denies them.

**ANSWER TO NO. 168:**  To the extent the allegations in Paragraph 168 purport to quote or characterize a statement or document, that statement or document speaks for itself, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 168.

**ANSWER TO NO. 169:**  To the extent the allegations in Paragraph 169 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 169 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 169.

**ANSWER TO NO. 170:**  To the extent the allegations in Paragraph 170 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 170 contains legal conclusions to which no response is required.  Harvard denies the remaining allegations in Paragraph 170.

**ANSWER TO NO. 171:**  To the extent the allegations in Paragraph 171 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 171 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 171.

**ANSWER TO NO. 172:**  To the extent the allegations in Paragraph 172 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 172.

**ANSWER TO NO. 173:**  Harvard admits that on December 7, 2023, Rabbi David Wolpe resigned from Harvard's Antisemitism Advisory Group.  To the extent the allegations in Paragraph 173 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 173.

**ANSWER TO NO. 174:**  To the extent the allegations in Paragraph 174 purport to quote or characterize a statement, that statement speaks for itself, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 174, and on that basis denies them.

**ANSWER TO NO. 175:**  To the extent the allegations in Paragraph 175 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 175.

**ANSWER TO NO. 176:**  To the extent the allegations in Paragraph 176 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 176.

**ANSWER TO NO. 177:**  To the extent the allegations in Paragraph 177 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 177.

**ANSWER TO NO. 178:**  Admitted.

**ANSWER TO NO. 179:**  To the extent the allegations in Paragraph 179 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 179.

**ANSWER TO NO. 180:**  Harvard admits that President Gay resigned on January 2, 2024, and that Provost Garber became Interim President and now President.  To the extent the allegations in Paragraph 180 purport to quote or characterize a statement or document, that statement or document speaks for itself, and thus no response is required.  Furthermore, Paragraph 180 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 180.

**ANSWER TO NO. 181:**  To the extent the allegations in Paragraph 181 purport to quote or characterize a document, that document speaks for itself, and thus no response is required. Harvard denies the remaining allegations in Paragraph 181.

**ANSWER TO NO. 182:**  To the extent the allegations in Paragraph 182 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 182.

**ANSWER TO NO. 183:**  To the extent the allegations in Paragraph 183 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 183.

**ANSWER TO NO. 184:**  To the extent the allegations in Paragraph 184 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 184.

**ANSWER TO NO. 185:**  To the extent the allegations in Paragraph 185 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 185.

**ANSWER TO NO. 186:**  To the extent the allegations in Paragraph 186 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 186.

**ANSWER TO NO. 187:**  Harvard answers that the House Committee on Education and the Workforce's report contained selective excerpts from Harvard's voluminous submissions to that Committee that provide an incomplete and misleading view of Harvard's overall efforts to combat antisemitism, including the important work of the Antisemitism Advisory Group and Antisemitism Task Force.  To the extent the allegations in Paragraph 187 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 187.

**ANSWER TO NO. 188:**  Denied.

**ANSWER TO NO. 189:**  To the extent the allegations in Paragraph 189 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required. Furthermore, Paragraph 189 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 189, and on that basis denies them.

**ANSWER TO NO. 190:**  To the extent the allegations in Paragraph 190 purport to quote or characterize a statement, that statement speaks for itself, and thus no response is required. Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 190, and on that basis denies them.

**ANSWER TO NO. 191:**  Harvard admits the allegations in the first, second, and third sentences of Paragraph 191.  Harvard denies the allegations in the fourth sentence of Paragraph 191.

**ANSWER TO NO. 192:**  Harvard denies the allegations in the first and second sentences of Paragraph 192.  To the extent the allegations in Paragraph 192 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 192, and on that basis denies them.

**ANSWER TO NO. 193:**  To the extent the allegations in Paragraph 193 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 193 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 193.

**ANSWER TO NO. 194:**  Harvard admits that Professor Sadun resigned as co-chair of the Presidential Task Force on Combating Antisemitism on February 25, 2024.  To the extent the allegations in Paragraph 194 purport to quote or characterize a statement or document, that statement or document speaks for itself, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 194.

**ANSWER TO NO. 195:**  Harvard admits that on or around January 21, 2024, Mr. Kestenbaum sent emails with attachments to various Harvard administrators.  To the extent the allegations in

Paragraph 195 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 195, and on that basis denies them.

**ANSWER TO NO. 196:**  Harvard admits that on or around January 21, 2024, Mr. Kestenbaum sent emails with attachments to various Harvard administrators.  To the extent the allegations in Paragraph 196 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 196, and on that basis denies them.

**ANSWER TO NO. 197:**  Harvard admits that on or around January 24, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  Harvard further admits that on January 31, 2024, Leila Farsakh spoke during a virtual panel hosted by Harvard's Weatherhead Center for International Affairs.  To the extent the allegations in Paragraph 197 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 197.

**ANSWER TO NO. 198:**  Harvard admits that on or around January 25, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 198 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 198, and on that basis denies them.

**ANSWER TO NO. 199:**  To the extent the allegations in Paragraph 199 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 199, and on that basis denies them.

**ANSWER TO NO. 200:**  To the extent the allegations in Paragraph 200 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 200, and on that basis denies them.

**ANSWER TO NO. 201:**  To the extent the allegations in Paragraph 201 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 201, and on that basis denies them.

**ANSWER TO NO. 202:**  To the extent the allegations in Paragraph 202 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 202, and on that basis denies them.

**ANSWER TO NO. 203:**  To the extent the allegations in Paragraph 203 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 203, and on that basis denies them.

**ANSWER TO NO. 204:**  Harvard admits that on or around May 4, 2024, Mr. Kestenbaum sent emails to various Harvard administrators.  To the extent the allegations in Paragraph 204 purport to quote or characterize documents, those documents speak for themselves, and thus no response

is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 204, and on that basis denies them.

**ANSWER TO NO. 205:**  Harvard admits that on or around January 26, 2024, a student sent an email with attachments to various Harvard administrators.  Harvard further admits that Rhiannon Hamam spoke at a conference co-hosted by Harvard Law School's Critical Corporate Theory Lab on January 27 and 28, 2024 on a subject matter unrelated to Israel and Palestine.  To the extent the allegations in Paragraph 205 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required. Furthermore, Paragraph 205 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 205, and on that basis denies them.

**ANSWER TO NO. 206:**  To the extent the allegations in the second sentence of Paragraph 206 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 206 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206, and on that basis denies them.

**ANSWER TO NO. 207:**  Harvard admits that on January 30, 2024, Rashid Khalidi spoke at an event hosted by Harvard's Center for Middle Eastern Studies.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 207, and on that basis denies them.

**ANSWER TO NO. 208:**  The allegations in Paragraph 208 purport to quote or characterize statements that speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 208.

**ANSWER TO NO. 209:**  Harvard admits that on or around February 2, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 209 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 209.

**ANSWER TO NO. 210:**  Harvard admits that on or around February 4, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  Harvard further admits that Dalal Saeb Iriqat spoke at an event on campus on March 7, 2024.  To the extent the allegations in Paragraph 210 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 210.

**ANSWER TO NO. 211:**  Harvard admits that on or around February 5, 2024, Mr. Kestenbaum sent emails to various Harvard administrators concerning an event on Cambridge property.  To the extent the allegations in Paragraph 211 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 211, and on that basis denies them.

**ANSWER TO NO. 212:**  Paragraph 212 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 212, and on that basis denies them.

**ANSWER TO NO. 213:**  Paragraph 213 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 213, and on that basis denies them.

**ANSWER TO NO. 214:**  To the extent the allegations in Paragraph 214 purport to quote or characterize statements or documents, those statements and documents speak for themselves and thus no response is required.  Harvard denies the remaining allegations in Paragraph 214.

**ANSWER TO NO. 215:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215, and on that basis denies them.

**ANSWER TO NO. 216:**  Paragraph 216 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 216.

**ANSWER TO NO. 217:**  Paragraph 217 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217, and on that basis denies them.

**ANSWER TO NO. 218:**  Harvard admits that on or around February 12, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 218 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 218.

**ANSWER TO NO. 219:**  Harvard admits that on February 12, 2024, a demonstration took place at various locations on or around Harvard's campus.  Harvard further admits that on or around February 12, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  To the extent the allegations in Paragraph 219 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the allegations in the final sentence of Paragraph 219.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 219, and on that basis denies them.

**ANSWER TO NO. 220:**  Harvard admits that on February 12, 2024, Francesca Albanese spoke during a virtual conversation hosted by the Harvard Kennedy School's Carr Center for Human Rights Policy.  Harvard further admits that on or around February 12, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 220 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 220 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegation that Mr. Kestenbaum did not receive a response from Harvard and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 220, and on that basis denies them.

**ANSWER TO NO. 221:**  To the extent the allegations in Paragraph 221 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 221 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 221.

**ANSWER TO NO. 222:**  To the extent the allegations in Paragraph 222 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 222, and on that basis denies them.

**ANSWER TO NO. 223:**  Harvard admits that on or around February 14, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 223 purport to quote or characterize a document, that document speaks for itself, and thus no response is required.  Harvard denies the allegations in the final sentence of Paragraph 223 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 223, and on that basis denies them.

**ANSWER TO NO. 224:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224, and on that basis denies them.

**ANSWER TO NO. 225:**  Harvard admits that on or around February 15, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 225 purport to characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the allegations in the final sentence of Paragraph 225 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 225, and on that basis denies them.

**ANSWER TO NO. 226:**  Harvard admits that a deeply offensive antisemitic cartoon was posted or shared on social media by groups whose membership includes Harvard affiliates, which Harvard immediately and strongly condemned.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 226, and on that basis denies them.

**ANSWER TO NO. 227:**  Harvard admits that on or around February 19, 2024, a student made a report and Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 227 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 227.

**ANSWER TO NO. 228:**  Paragraph 228 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228, and on that basis denies them.

**ANSWER TO NO. 229:**  To the extent the allegations in Paragraph 229 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229, and on that basis denies them.

**ANSWER TO NO. 230:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230, and on that basis denies them.

**ANSWER TO NO. 231:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231, and on that basis denies them.

**ANSWER TO NO. 232:**  Harvard admits that on or around February 27, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 232 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 232.

**ANSWER TO NO. 233:**  Harvard admits that on February 27, 2024, Harvard Chabad and Harvard Law School Alliance for Israel hosted an event on campus and that there was a demonstration during the event.  Harvard further admits that on or around February 27, 2024, a student sent an email to various Harvard administrators and that referrals were made to the appropriate Administrative Boards following this email.  To the extent the allegations in Paragraph 233 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 233.

**ANSWER TO NO. 234:**  Harvard admits that the House Committee on Education and the Workforce held a discussion event on February 29, 2024, and that Mr. Kestenbaum participated in the event.  To the extent the allegations in Paragraph 234 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 234, and on that basis denies them.

**ANSWER TO NO. 235:**  To the extent the allegations in Paragraph 235 purport to quote and characterize statements, those statements speak for themselves, and thus no response is required. Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 235, and on that basis denies them.

**ANSWER TO NO. 236:**  Harvard admits that on or around March 2, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent that the allegations in Paragraph 236 purport to quote and characterize statements, those statements speak for themselves, and thus no response is required.  Harvard denies the allegation that Mr. Kestenbaum did not receive

a response from Harvard and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 236, and on that basis denies them.

**ANSWER TO NO. 237:**  To the extent the allegations in Paragraph 237 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 237.

**ANSWER TO NO. 238:**  Harvard admits that on March 4, 2024, Noura Erakat spoke at an event hosted by Harvard's Center for Middle Eastern Studies.  Harvard further admits that on or around March 4, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 238, and on that basis denies them.

**ANSWER TO NO. 239:**  To the extent the allegations in Paragraph 239 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Paragraph 239 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 239, and on that basis denies them.

**ANSWER TO NO. 240:**  Harvard admits that Harvard J4P is not a recognized student group. Harvard further admits that on or around March 9, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  To the extent the allegations in Paragraph 240 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 240.

**ANSWER TO NO. 241:**  Harvard admits that The Bell Collective for Critical Race Theory at Harvard Law School hosted a conference from March 20 through 22, 2024, where Adnan Barq

44

and Ryna Workman spoke.  To the extent the allegations in Paragraph 241 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 241, and on that basis denies them.

**ANSWER TO NO. 242:**  Harvard admits that on March 29, 2024, a demonstration took place in Caspersen Lounge.  To the extent the allegations in Paragraph 242 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 242 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 242, and on that basis denies them.

**ANSWER TO NO. 243:**  Harvard admits that on March 30, 2024, a protest "Wall of Resistance," consisting of freestanding panels, was constructed in Science Center Plaza.  To the extent the allegations in Paragraph 243 purport to quote or characterize statements, documents, or the protest wall, the statements, documents, and wall speak for themselves, and thus no response is required.  Furthermore, Paragraph 243 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 243, and on that basis denies them.

**ANSWER TO NO. 244:**  To the extent the allegations in Paragraph 244 purport to quote or characterize statements and documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in Paragraph 244, and on that basis denies them.

**ANSWER TO NO. 245:**  To the extent the allegations in Paragraph 245 purport to quote or characterize statements and documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 245, and on that basis denies them.

**ANSWER TO NO. 246:**  Harvard admits that on April 18, 2024, Tareq Baconi spoke at an event hosted by Harvard's Center for Middle Eastern Studies.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 246, and on that basis denies them.

**ANSWER TO NO. 247:**  Harvard admits that on April 22, 2024, it suspended Harvard PSC for the Spring 2024 Term.  Paragraph 247 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the allegations in Paragraph 247.

**ANSWER TO NO. 248:**  Harvard admits that on or around April 25, 2024, Mr. Kestenbaum sent an email to various Harvard administrators.  To the extent the allegations in Paragraph 248 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 248, and on that basis denies them.

**ANSWER TO NO. 249:**  Paragraph 249 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 249, and on that basis denies them.

**ANSWER TO NO. 250:**  To the extent the allegations in Paragraph 250 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 250 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 250, and on that basis denies them.

**ANSWER TO NO. 251:**  To the extent the allegations in Paragraph 251 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 251 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the remaining allegations in Paragraph 251.

**ANSWER TO NO. 252:**  To the extent the allegations in Paragraph 252 purport to quote or characterize statements and documents, those statements and documents speak for themselves, and thus no response is required.  Paragraph 252 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 252 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 252, and on that basis denies them.

**ANSWER TO NO. 253:**  To the extent the allegations in Paragraph 253 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Paragraph 253 contains non-factual characterizations to which no

47

response is required.  To the extent a response is required, Harvard denies the characterization of Harvard's actions in Paragraph 253 and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 253, and on that basis denies them.

**ANSWER TO NO. 254:**  To the extent the allegations in Paragraph 254 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 254 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 254, and on that basis denies them.

**ANSWER TO NO. 255:**  To the extent the allegations in Paragraph 255 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 255 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 255, and on that basis denies them.

**ANSWER TO NO. 256:**  Harvard admits that on or around April 24, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  To the extent the allegations in Paragraph 256 purport to characterize documents, those documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 256 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 256, and on that basis denies them.

**ANSWER TO NO. 257:**  To the extent the allegations in Paragraph 257 purport to characterize documents, those documents speak for themselves, and thus no response is required. Furthermore, Paragraph 257 contains legal conclusions and non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 257, and on that basis denies them.

**ANSWER TO NO. 258:**  Harvard admits that on or around April 24, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  Paragraph 258 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 258, and on that basis denies them.

**ANSWER TO NO. 259:**  To the extent the allegations in Paragraph 259 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 259 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 259, and on that basis denies them.

**ANSWER TO NO. 260:**  To the extent the allegations in Paragraph 260 purport to quote or characterize documents, those documents speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 260.

**ANSWER TO NO. 261:**  Harvard admits that on May 2, 2024, Harvard Law administrators met with students at the Law School.  Harvard lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in Paragraph 261, and on that basis denies them.

**ANSWER TO NO. 262:**  Harvard admits that on or around May 2, 2024, individuals, including Mr. Kestenbaum, placed approximately 1,000 Israeli flags on campus.  Harvard further admits that on or around May 2, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  Harvard denies the remaining allegations in Paragraph 262.

**ANSWER TO NO. 263:**  Harvard admits that on or around May 4, 2024, Mr. Kestenbaum sent an email with attachments to various Harvard administrators.  Harvard denies the characterization of Harvard's actions in Paragraph 263.  Harvard denies the allegation that no one acknowledged his complaint.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 263, and on that basis denies them.

**ANSWER TO NO. 264:**  Harvard admits that by May 3, 2024, the protest encampment had expanded to other sections of Harvard Yard.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 264, and on that basis denies them.

**ANSWER TO NO. 265:**  Paragraph 265 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265, and on that basis denies them.

**ANSWER TO NO. 266:**  Harvard admits that on or around May 3, 2024, Dean Whelsky met with Mr. Kestenbaum.  To the extent the allegations in Paragraph 266 purport to quote or

characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 266.

**ANSWER TO NO. 267:**  To the extent the allegations in Paragraph 267 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 267 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 267, and on that basis denies them.

**ANSWER TO NO. 268:**  The allegations in Paragraph 268 purport to characterize a document that speaks for itself, and thus no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268, and on that basis denies them.

**ANSWER TO NO. 269:**  Harvard admits that on or around May 8, 2024, Interim President Garber met and corresponded with individuals involved in the protest encampment, and that after progressive warnings, disciplinary charges, and referrals for involuntary leave, Harvard secured a peaceful end to the encampment on May 14, 2024.  Harvard denies the remaining allegations in Paragraph 269.

**ANSWER TO NO. 270:**  Paragraph 270 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 270, and on that basis denies them.

**ANSWER TO NO. 271:**  To the extent the allegations in Paragraph 271 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and

thus no response is required.  Furthermore, Paragraph 271 contains non-factual characterizations to which no response is required.   To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 271, and on that basis denies them.

**ANSWER TO NO. 272:**  To the extent the allegations in Paragraph 272 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 272 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272, and on that basis denies them.

**ANSWER TO NO. 273:**  To the extent the allegations in Paragraph 273 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 273, and on that basis denies them.

**ANSWER TO NO. 274:**  To the extent the allegations in Paragraph 274 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 274.

**ANSWER TO NO. 275:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275, and on that basis denies them.

**ANSWER TO NO. 276:**  Denied.

**ANSWER TO NO. 277:**  Denied.

**ANSWER TO NO. 278:**  To the extent the allegations in Paragraph 278 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 278.

**ANSWER TO NO. 279:**  Denied.

**ANSWER TO NO. 280:**  To the extent the allegations in Paragraph 280 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 280 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 281:**  Harvard admits that in 2021 the Harvard School of Engineering and Applied Sciences canceled a course on policing strategy and that in 2022 the Harvard English Department disinvited Dr. Devin Buckley from speaking on campus.  Furthermore, Paragraph 281 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 282:**  Harvard admits that in 2016, Harvard Law School ceased using an official symbol that was associated with the slaveholding Royall family.  Harvard admits that in 2016, Harvard replaced the title "house master" with the title "faculty dean."  Harvard admits that in 2022, the Presidential Committee on Harvard & the Legacy of Slavery released a report reflecting its work and findings.  To the extent the allegations in Paragraph 282 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 282 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 283:**  To the extent the allegations in Paragraph 283 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and

thus no response is required.  Furthermore, Paragraph 283 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 284:**  Harvard admits the allegations in the first, second, and third sentences of Paragraph 284.  Harvard denies the allegations in the fourth sentence of Paragraph 284.

**ANSWER TO NO. 285:**  Harvard denies the allegations in the first, second, and third sentences of Paragraph 285.  Harvard admits that, like its strong public statements condemning antisemitism, Harvard has issued strong public statements condemning police violence and the Russian invasion of Ukraine.

**ANSWER TO NO. 286:**  To the extent the allegations in Paragraph 286 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required. Harvard denies the remaining allegations in Paragraph 286.

**ANSWER TO NO. 287:**  Denied.

**ANSWER TO NO. 288:**  To the extent the allegations in Paragraph 288 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 288.

**ANSWER TO NO. 289:**  To the extent the allegations in Paragraph 289 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 289 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 290:**  Paragraph 290 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 291:**  To the extent the allegations in Paragraph 291 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 291.

**ANSWER TO NO. 292:**  To the extent the allegations in Paragraph 292 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 292 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 293:**  To the extent the allegations in Paragraph 293 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 293 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 294:**  To the extent the allegations in Paragraph 294 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Furthermore, Paragraph 294 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 295:**  Harvard admits that it has taken disciplinary action against student groups and individual students at various times for violating Harvard policies.  To the extent the allegations in Paragraph 295 purport to quote or characterize statements or documents, those statements and documents speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 295.

**ANSWER TO NO. 296:**  To the extent the allegations in Paragraph 296 purport to quote or characterize a statement or document, that statement or document speaks for itself, and thus no

response is required.  Furthermore, Paragraph 296 contains non-factual characterizations to which no response is required.  To the extent a response is required, denied.

**ANSWER TO NO. 297:**  Harvard admits the allegations in the first and second sentences of Paragraph 297.  Harvard denies the allegations in the third sentence of Paragraph 297.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 297, and on that basis denies them.

**ANSWER TO NO. 298:**  Denied.

**ANSWER TO NO. 299:**  Denied.

**ANSWER TO NO. 300:**  Harvard denies the allegations in the first, second, and fourth sentences of Paragraph 300.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 300, and on that basis denies them.

**ANSWER TO NO. 301:**  To the extent the allegations in Paragraph 301 purport to quote or characterize statements, those statements speak for themselves, and thus no response is required.  Harvard denies the remaining allegations in Paragraph 301.

**ANSWER TO NO. 302:**  Denied.

**ANSWER TO NO. 303:**  Harvard denies the allegations in the first, fourth, and fifth sentences of Paragraph 303.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 303, and on that basis denies them.

**ANSWER TO NO. 304:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304, and on that basis denies them.

**ANSWER TO NO. 305:**  Harvard denies the characterization of Harvard's actions in Paragraph 305.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 305, and on that basis denies them.

**ANSWER TO NO. 306:**  Harvard denies the characterization of Harvard's actions in Paragraph 306.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 306, and on that basis denies them.

**ANSWER TO NO. 307:**  Harvard denies the characterization of Harvard's actions in Paragraph 307.  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 307, and on that basis denies them.

**ANSWER TO NO. 308:**  Harvard denies the characterization of its actions in Paragraph 308. Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 308, and on that basis denies them.

**ANSWER TO NO. 309:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309, and on that basis denies them.

**ANSWER TO NO. 310:**  To the extent the allegations in Paragraph 310 purport to quote or characterize a statement or document, that statement and document speaks for itself, and thus no response is required.  Furthermore, Paragraph 310 contains non-factual characterizations to which no response is required.  To the extent a response is required, Harvard lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 310, and on that basis denies them.

**ANSWER TO NO. 311:**  Denied.

## COUNT I

**ANSWER TO NO. 312:**  Harvard incorporates its responses to the foregoing paragraphs as though fully stated herein.

**ANSWER TO NO. 313:**  Harvard admits that it receives financial assistance from the United States Department of Education.  The remaining allegations in Paragraph 313 state a legal conclusion, and thus no response is required.

**ANSWER TO NO. 314:**  The allegations in Paragraph 314 state a legal conclusion, and thus no response is required.

**ANSWER TO NO. 315:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315, and on that basis denies them.

**ANSWER TO NO. 316:**  The allegations in Paragraph 316 state a legal conclusion, and thus no response is required.

**ANSWER TO NO. 317:**  Denied.

**ANSWER TO NO. 318:**  Denied.

**ANSWER TO NO. 319:**  Denied.

**ANSWER TO NO. 320:**  Denied.

**ANSWER TO NO. 321:**  Denied.

**ANSWER TO NO. 322:**  Denied.

**ANSWER TO NO. 323:**  Denied.

**ANSWER TO NO. 324:**  Denied.

**ANSWER TO NO. 325:**  Denied.

**ANSWER TO NO. 326:**  Denied.

**ANSWER TO NO. 327:**  Denied.

**ANSWER TO NO. 328:**  Denied.

<b><u>COUNT II</u></b>

**ANSWER TO NO. 329:**  Harvard incorporates its responses to the foregoing paragraphs as though fully stated herein.

**ANSWER TO NO. 330:**  Denied.

**ANSWER TO NO. 331:**  Denied.

**ANSWER TO NO. 332:**  Harvard lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 332, and on that basis denies them.

**ANSWER TO NO. 333:**  Denied.

**ANSWER TO NO. 334:**  Denied.

<b><u>COUNT III</u></b>

**ANSWER TO NO. 335:**  Harvard incorporates its responses to the foregoing paragraphs as though fully stated herein.

**ANSWER TO NO. 336:**  Denied.

**ANSWER TO NO. 337:**  Denied.

<b><u>JURY TRIAL DEMAND</u></b>

Harvard denies that Plaintiffs are entitled to a trial by jury.

<b><u>PRAYER FOR RELIEF</u></b>

Harvard denies that Plaintiffs are entitled to any form of relief.

## AFFIRMATIVE DEFENSES

Harvard asserts the following affirmative defenses on the basis of its current knowledge and information, reserving the right to withdraw any of these defenses or to assert additional defenses as further information becomes available.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs lack standing.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because they cannot demonstrate that Harvard acted with deliberate indifference to severe and pervasive harassment that denied Plaintiffs equal access to educational programs.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Harvard took prompt and appropriate action in response to complaints of harassment and discrimination.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Harvard has proper policies and procedures in place to prevent and remedy claims of discrimination and harassment and actively and evenhandedly enforces such policies and procedures.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Harvard cannot be held responsible under any theory of vicarious liability.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have sustained no damages.

## EIGHTH AFFIRMATIVE DEFENSE

If Plaintiffs have been damaged, it is by reason of the acts or omissions of some third party or parties, not by reason of anything Harvard did or failed to do.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Harvard acted at all relevant times consistent with federal policy and guidance related to Title VI.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because there was no contract between Plaintiffs and Harvard requiring Harvard to take action under any of its policies.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Harvard did not violate any of Plaintiffs' reasonable expectations in relation to any contract.

## TWELFTH AFFIRMATIVE DEFENSE

Assuming a contract existed between Harvard and Plaintiffs, Plaintiffs' claims fail because they cannot show that any alleged breach of contract or breach of an implied covenant of good faith and fair dealing resulted in damages to Plaintiffs.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because Harvard acted at all times reasonably and in good faith toward Plaintiffs.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs fail to allege irreparable harm or any other basis upon which injunctive relief would be available.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because Harvard exercised reasonable care to prevent and correct promptly any discriminatory conduct.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail because they were not treated differently from any similarly situated individuals outside of their protected class.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent they seek to hold Harvard liable for alleged conduct that occurred off campus and under circumstances over which Harvard did not exercise control

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs seek remedies beyond the allowable scope of recovery under Title VI or Massachusetts contract law.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to join a party or parties necessary for the just adjudication of their claims under the requirements of Rule 19 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Harvard respectfully requests that the Court enter judgment in its favor and award it the costs of this action, together with attorneys' fees, expert fees, and such other relief as the Court may deem just and proper.

DATED:  September 4, 2024

Respectfully Submitted,

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE


By its attorneys,


Mark A. Kirsch (*pro hac vice*)
Gina Merrill (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
mkirsch@kslaw.com
gmerrill@kslaw.com
Tel: (212) 790-5329
Fax: (212) 556-2222


Zachary Fardon (*pro hac vice*)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
zfardon@kslaw.com
Tel: (312) 764-6960
Fax: (312) 995-6330


Zoe M. Beiner (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
zbeiner@kslaw.com
Tel: (202) 626-5575
Fax: (202) 626-3737

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth, BBO #665232
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com


Seth P. Waxman (*pro hac vice*)
Bruce M. Berman (*pro hac vice*)
Jeremy W. Brinster (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel:  (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
bruce.berman@wilmerhale.com
jeremy.brinster@wilmerhale.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2024, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth