UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------- X
ALEXANDER KESTENBAUM and              :
STUDENTS AGAINST ANTISEMITISM,        :
INC.,                                 :
                                      :
              Plaintiffs,             :   Civil Action No. 1:24-cv-10092-RGS
      v.                              :
                                      :
PRESIDENT AND FELLOWS OF              :
HARVARD COLLEGE,                      :
                                      :
              Defendant.              :
----------------------------------------------------------- X
```

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiffs Alexander Kestenbaum and Students Against Antisemitism, Inc. ("Plaintiffs") and Defendant President and Fellows of Harvard College ("Defendant," and collectively with Plaintiffs, the "Parties") respectfully submit this joint statement pursuant to Local Rule 16.1.

1. On August 6, 2024, the Court entered a pretrial schedule (Dkt. 94) setting the following deadlines:

    a. August 27, 2024 - Defendant's Answer.

    b. September 27, 2024 - Initial disclosures.

    c. October 28, 2024 (or within 30 days of the initial disclosures) – Maximum of 30 interrogatories, 30 requests for admission, and 30 document requests without leave of court.

    d. November 22, 2024 – Amendments to pleadings and/or joinder of additional parties.

    e. April 10, 2025 – Parties to notify docket clerk if they would like to participate in the Court's mediation program.

      f. April 14, 2025 – Any party that intends to utilize an expert to file notice on the docket.

      g. April 24, 2025 – Close of fact discovery.

      h. May 19, 2025 – Dispositive motions.

      i. June 9, 2025 – Oppositions to dispositive motions.

2. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), on August 16, 2024, the Parties conferred regarding discovery.

3. Defendant moved, with Plaintiff's consent, for an extension of the deadline to Answer the Second Amended Complaint from August 27, 2024 to September 4, 2024. Dkt. 96. On August 20, 2024, the Court granted this extension. Dkt. 97.

4. Plaintiffs withdrew the requests for document production served prior to the Court's entry of a pretrial scheduling order and intend to serve revised requests. The Parties will serve all written discovery requests without leave of court by October 28, 2024.

5. The Parties anticipate utilizing experts and will comply with the Court's deadline to file notice thereof and to request any necessary modifications to the existing schedule.

6. Plaintiffs have indicated their preferences regarding the production of electronically stored information. Defendant is reviewing and will provide a proposed ESI protocol, after which, the Parties will confer regarding any outstanding issues.

7. The Parties anticipate submitting a joint proposed stipulated protective order governing discovery.

8. Plaintiffs anticipate seeking to conduct more than 10 depositions. Defendant believes that the presumptive limit of 10 depositions reflected in Rule 30 is appropriate in this case. The Parties will confer regarding depositions as discovery progresses.

9.   The Parties do not consent to proceed before a magistrate judge.

10.   The Parties are considering the viability of alternative dispute resolution programs, including participation in the Court's mediation program at the close of fact discovery.

11.   The Parties have discussed with their counsel the anticipated costs of conducting litigation and the possibility of resolving the litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| Dated:  September 5, 2024 | Respectfully submitted, |
| By: *[signature]* | By: *[signature]* |
| Felicia H. Ellsworth, BBO #665232<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>felicia.ellsworth@wilmerhale.com<br><br>Seth P. Waxman*<br>Bruce M. Berman*<br>Jeremy W. Brinster*<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>seth.waxman@wilmerhale.com<br>bruce.berman@wilmerhale.com<br>jeremy.brinster@wilmerhale.com<br><br>Mark A. Kirsch*<br>Gina Merrill*<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>mkirsch@kslaw.com<br>gmerrill@kslaw.com<br>Tel: (212) 790-5329<br>Fax: (212) 556-2222 | Marc E. Kasowitz*<br>Daniel R. Benson*<br>Mark P. Ressler*<br>Andrew L. Schwartz*<br>Joshua E. Roberts*<br>Andrew C. Bernstein*<br>**KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>mkasowitz@kasowitz.com<br>dbenson@kasowitz.com<br>mressler@kasowitz.com<br>aschwartz@kasowitz.com<br>jroberts@kasowitz.com<br>abernstein@kasowitz.com<br><br>Timothy H. Madden (BBO #654040)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>Tel: (617) 720-2880<br>thm@dcglaw.com<br><br>*Attorneys for Plaintiffs*<br><br>* Admitted p*ro hac vice* |

Zachary Fardon*
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
zfardon@kslaw.com
Tel: (312) 764-6960
Fax: (312) 995-6330

Zoe M. Beiner*
1700 Pennsylvania Avenue NW
Suite 900 Washington, DC 20006
zbeiner@kslaw.com
Tel: (202) 626-5575
Fax: (202) 626-3737

*Attorneys for Defendant*

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

I hereby certify that Plaintiffs have conferred with Counsel: (A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| | |
|---|---|
| Deva Roberts<br>President<br>Students Against Antisemitism, Inc. | */s/ Marc E. Kasowitz*<br>Marc E. Kasowitz<br>Counsel for Plaintiffs |

Alexander Kestenbaum

4

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

I hereby certify that Defendant has conferred with Counsel: (A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

 /s/ Ellen Berkman
Ellen Berkman
University Attorney
Harvard Office of the General Counsel

_____
Felicia H. Ellsworth
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Marc E. Kasowitz*
Marc E. Kasowitz