UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Defendant. | Case No. 1:24-cv-10092-RGS |

### NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL

Kindly enter my appearance as substitute counsel for Plaintiff Shabbos (Alexander) Kestenbaum.

Respectfully submitted,

*/s/ Jason Brett Torchinsky*
Jason Brett Torchinsky
HOLTZMAN VOGEL PLLC
2300 N Street, NW
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com
(*pro hac vice* granted May 28, 2024 in consolidated case, 1:24-cv-11354-RGS)

Dated: December 6, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 6, 2024.

                                              */s/ Jason Brett Torchinsky*
                                              Jason Brett Torchinsky