UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Defendant. | Case No. 1:24-cv-10092-RGS |

## NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL

Kindly enter my appearance as substitute counsel for Plaintiff Shabbos (Alexander) Kestenbaum.

Respectfully submitted,

*/s/ Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
dbrooks@lhbmlegal.com

Dated: December 6, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 6, 2024.

                                                   */s/ Douglas S. Brooks*
                                                   Douglas S. Brooks