IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. 1:24-cv-10092-RGS |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Students Against Antisemitism, Inc. ("SAA"), and Defendant President and Fellows of Harvard College have provided notice to the Court that they have entered into a confidential settlement agreement and have jointly moved for dismissal with prejudice of all claims brought by SAA against Harvard and, in support of that motion, advised that Harvard has agreed to undertake important actions to combat antisemitism on its campus, the Court finds good cause to dismiss the claims brought by Plaintiff SAA against Harvard.

THEREFORE, **IT IS ORDERED** that Plaintiff SAA's claims are hereby **DISMISSED WITH PREJUDICE** and the case caption is amended to remove Plaintiff Students Against Antisemitism, Inc. Each party shall bear its own costs.

Dated
Boston, Massachusetts

The Hon. Richard G. Stearns
United States District Court Judge