UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

       Plaintiffs,

  v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

       Defendant.

---

Civil Action No. 1:24-cv-10092-RGS

**NOTICE OF WITHDRAWL OF APPEARANCE
OF COUNSEL FOR ALEXANDER KESTENBAUM**

Pursuant to Local Rule 83.5.2(c)(1), the following attorneys of record hereby withdraw their respective appearances as counsel for Alexander Kestenbaum in the above-titled case:

1) Timothy H. Madden;
2) Marc E. Kasowitz;
3) Daniel R. Benson;
4) Mark P. Ressler;
5) Andrew L. Schwartz;
6) Joshua E. Roberts; and
7) Andrew C. Bernstein.

Attorneys Douglas S. Broks, of Libby Hoopes Brooks & Mulvey, PC, and Jason Brett Torchinsky, of Holtzman Vogel PLLC, have appeared in this action on behalf of Mr. Kestenbaum and will remain as counsel for Mr. Kestenbaum.

Dated: January 23, 2025

Respectfully submitted,

**STUDENTS AGAINST ANTISEMITISM, INC.**

/s/ Timothy H. Madden
Timothy H. Madden (BBO #654040)
**DONNELLY, CONROY & GELHAAR, LLP**
260 Franklin Street, Suite 1600
Boston, MA 02110

    Tel: (617) 720-2880
    thm@dcglaw.com

    Marc E. Kasowitz*
    Daniel R. Benson*
    Mark P. Ressler*
    Andrew L. Schwartz*
    Joshua E. Roberts*
    Andrew C. Bernstein*
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700
    mkasowitz@kasowitz.com
    dbenson@kasowitz.com
    mressler@kasowitz.com
    aschwartz@kasowitz.com
    jroberts@kasowitz.com
    abernstein@kasowitz.com

    *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    I, Timothy H. Madden, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on January 23, 2025.

    */s/ Timothy H. Madden*
    Timothy H. Madden