UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Defendant. | Case No. 1:24-cv-10092-RGS |

**NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL**

Kindly enter my appearance as substitute counsel for Plaintiff Shabbos (Alexander) Kestenbaum.

Respectfully submitted,

*/s/ Jonathan Lienhard*
Jonathan Lienhard
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
(540) 341-8808
jlienhard@holtzmanvogel.com
(*pro hac vice* granted May 29, 2024 in consolidated case, 1:24-cv-11354-RGS)

Dated: March 20, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 20, 2025.

                                                                             */s/ Jonathan Lienhard*
                                                                             Jonthan Lienhard