UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM and STUDENTS AGAINST ANTISEMITISM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE <br><br> Defendant. | Case No. 1:24-cv-10092-RGS |

## NOTICE OF APPEARANCE OF SUBSTITUTE COUNSEL

Kindly enter my appearance as substitute counsel for Plaintiff Shabbos (Alexander) Kestenbaum.

                                      Respectfully submitted,

                                      */s/ John Cycon*
                                      John Cycon
                                      HOLTZMAN VOGEL BARAN
                                      TORCHINSKY & JOSEFIAK, PLLC
                                      2300 N St., NW
                                      Suite 643
                                      Washington, DC 20037
                                      (202) 737-8808
                                      jcycon@holtzmanvogel.com
                                      (*pro hac vice* granted May 29, 2024 in
                                      consolidated case, 1:24-cv-11354-RGS)

Dated: March 20, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 20, 2025.

                                                         */s/ John Cycon*
                                                         John Cycon