IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ X

ALEXANDER KESTENBAUM and
STUDENTS AGAINST ANTISEMITISM,
INC.,

                Plaintiffs,                Civil Action No. 1:24-cv-10092-RGS

    v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                Defendant.

------------------------------------------------------------ X

## PLAINTIFF KESTENBAUM'S OPPOSED MOTION FOR LEAVE TO FILE HIS THIRD AMENDED COMPLAINT

Plaintiff Alexander Shabbos Kestenbaum ("Plaintiff") respectfully moves this Court for leave to amend the Second Amended Complaint ("SAC") (Dkt. 63), adding John Doe #1 and John Doe #2[1] as Plaintiffs and clarifying prior allegations in light of the voluntary dismissal of claims brought by Students Against Antisemitism, Inc. ("SAA"). Plaintiff conferred with Defendant Harvard under Local Rule 7.1. It objects to the relief sought and intends to file an opposition. The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law, include the following:

    1.    Plaintiff has good cause to file an amended complaint.

---

[1] A Motion for Leave to Proceed Pseudonymously and a Motion for Leave to File Redacted Versions of the Declarations are forthcoming.

2. Plaintiff seeks to file an amended complaint shortly after the amended pleading deadline because the other plaintiffs settled their suit *after* the deadline had already passed.

3. Additionally, permitting leave to amend is more efficient and practical than filing a new lawsuit premised on the same facts and claims.

4. Defendant will not be prejudiced by permitting leave to amend because the new Plaintiffs are not adding new claims, but are only joining claims that have already been sustained.

5. In the alternative, if the Court denies leave to amend, it should extend the current scheduling order by at least six months.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion for leave to file a third amended complaint.

Dated: March 20, 2025

Respectfully submitted,

*/s/ Jason Torchinsky*

Jason B. Torchinsky
John C. Cycon
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com
jcycon@holtzmanvogel.com

Mark I. Pinkert
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
119 S. Monroe Street
Suite 500
Tallahassee, FL 32301
mpinkert@holtzmanvogel.com

Jonathan Lienhard
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
jlienhard@holtzmanvogel.com

*Counsel for Plaintiff Alexander Kestenbaum*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that I have conferred with Counsel for Defendant in a good faith attempt to resolve or narrow the issue. Defendant opposes the filing of this Motion.

*/s/Jason Torchinsky*
Jason B. Torchinsky

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on March 20, 2025.

*/s/Jason Torchinsky*
Jason B. Torchinsky