**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

```
------------------------------------------------------------ X
ALEXANDER KESTENBAUM, JOHN DOE  :
#1, and JOHN DOE #2,
                                :
                                :     1:24-cv-10092-RGS
                                :
              Plaintiffs,       :
       v.                       :     THIRD AMENDED
                                :     COMPLAINT
                                :
PRESIDENT AND FELLOWS OF        :
HARVARD COLLEGE,                :     Jury Trial Demanded
                                :
              Defendant.        :
------------------------------------------------------------ X
```

Plaintiffs Alexander Shabbos Kestenbaum ("Mr. Kestenbaum"), John Doe #1, and John Doe #2 (collectively, the "John Does"), for their complaint against Defendant President and Fellows of Harvard College ("Harvard"), allege as follows:

**PRELIMINARY STATEMENT**

1.      Harvard, America's leading university, has become a bastion of rampant anti-Jewish hatred and harassment. Since October 7, 2023, when Hamas terrorists invaded Israel and slaughtered, tortured, raped, burned, and mutilated 1,200 people—including infants, children, and the elderly—antisemitism at Harvard has been particularly severe and pervasive. Mobs of pro-Hamas students and faculty have marched by the hundreds through Harvard's campus, shouting vile antisemitic slogans and calling for death to Jews and Israel. Those mobs have occupied buildings, classrooms, libraries, student lounges, plazas, and study halls, often for days or weeks at a time, while promoting violence against Jews and harassing and assaulting them on campus. Jewish students have been attacked on social media, and Harvard faculty members have promulgated antisemitism in their courses and dismissed and intimidated students who object.

2.      Most recently, in April and May 2024—just after arguing to this Court that Plaintiffs' challenges to Harvard's antisemitic hostile educational environment were "premature" and "contingent on establishing the deficiency of Harvard's ongoing response to antisemitism"— Harvard permitted hundreds of Harvard students, faculty members, and others to occupy Harvard Yard for weeks. They erected an encampment to further their antisemitic agenda—replete with calls for global intifada and other antisemitic slogans, chants, and banners—disrupting Jewish and other students living in Harvard Yard dormitories and harassing, threatening, and intimidating Jewish students walking through the Yard.

3.      What is most striking, and frightening for Jewish students, is Harvard's refusal to take meaningful steps to deter this outrageous antisemitic conduct and effectively penalize the students and faculty who perpetrate it. To the contrary, Harvard has *rewarded* their conduct, including by capitulating to the unlawful occupiers of Harvard Yard. Despite a three-week takeover of Harvard yard, few students were punished, and even those consequences were relatively minimal. Moreover, Harvard promised the occupiers meetings with Harvard's governing investment body concerning their demands that Harvard "divest" from Israel.

4.      The "deficiency of Harvard's ongoing response to antisemitism" and its deliberate indifference to its antisemitic hostile environment could not be clearer. Harvard's refusal to do anything to effectively confront, let alone solve, its antisemitism problem, which, by February 2024, its then president had acknowledged was "very serious," and its egregious double standards when it comes to protecting its Jewish students, are reflected in its May 17, 2024 public statement, titled "Follow-up on the Ending of the Encampment in Harvard Yard."

5.      In that statement, which Harvard asked the board of the Harvard Jewish Alumni Association ("HJAA") to circulate to its 3,000 members, Harvard refers to the "concerning

behavior" of the occupiers of Harvard Yard and the "significant disruption to Harvard's educational activities and operations" the occupation caused and describes the woefully inadequate disciplinary measures Harvard was supposedly taking, as well as the divestment meeting promises Harvard's president made to the occupiers. As the HJAA board put it in response to Harvard's May 17 statement:

> [T]he fact of the matter is that scores of students, faculty and administrators appear to be getting a free pass/slap on the wrist for behavior that would result in immediate administrative action including expulsion were any other minority or ethnic group targeted. What we see is leniency, supported by legalese, that would not have been afforded transgressors against any other university community.

6.     Moreover, not once in its May 17 statement did Harvard even mention antisemitism, Jews, or Jewish concerns—an omission that would have been unthinkable had the target been any other group. The HJAA board further stated that what Harvard did with respect to the occupation of Harvard Yard was a "continuation of massive moral failure on the part of the University."

7.     Harvard's antisemitism cancer—as a past Harvard president termed it—manifests itself in a double standard invidious to Jews. Harvard selectively enforces its policies to avoid protecting Jewish students from harassment, hires professors who support anti-Jewish violence and who spread antisemitic propaganda, and then ignores Jewish students' pleas for protection. Those professors teach and advocate through a binary oppressor-oppressed lens, through which Jews, one of history's most persecuted peoples, are typically designated "oppressor," and therefore unworthy of support or sympathy. Harvard permits students and faculty to advocate, without consequence, the murder of Jews and the destruction of Israel—the only Jewish country in the world. Meanwhile, Harvard requires students to take a training class warning that they will be disciplined if they engage in sizeism, fatphobia, racism, transphobia, or other discriminatory

behavior.

8.    Harvard's double standard starts at the top. Whereas almost twenty years ago, a Harvard president was run out of his position for merely suggesting a disfavored hypothesis concerning the underrepresentation of women in the sciences—a hypothesis he said he wanted proven wrong—Harvard's previous president testified before Congress in early December 2023 that calls for the genocide of the Jewish people do not necessarily violate Harvard's policies, and then received the unanimous backing of Harvard's governing body. Following that testimony on December 5, 2023, the only rabbi on Harvard's recently appointed Antisemitism Advisory Group resigned because, as he said, "both events on campus and the painfully inadequate testimony reinforced the idea that I cannot make the sort of difference I had hoped." Only after the disclosure of plagiarism allegations and a month of intense public scrutiny did Harvard's president finally resign.

9.    That antisemitism is severe and pervasive at Harvard, and that Harvard has responded with at best deliberate indifference, have been unequivocally confirmed by investigative reports issued in May 2024 by the HJAA and by the House of Representatives Committee on Education and the Workforce.

10.    The HJAA report, "The Soil Beneath the Encampments: How Israel and Jews Became the Focus of Hate at Harvard," was based on interviews with fifty Jewish Harvard community members.[1]  As set forth in the report, students described having been: kicked out of class for being Israeli; turned away from campus events for being recognized as a Jew; targeted by a teaching fellow saying Jews are contributing to the current "Holocaust"; compelled to hide their

---

[1] *The Soil Beneath the Encampments: How Israel and Jews Became the Focus of Hate at Harvard*, HARVARD JEWISH ALUMNI ALL. (May 2024), https://harvardjewishalumni.org/wp-content/uploads/2024/08/Final-HJAA-Report.The_Soil_Beneath_the_Encampments.pdf.

true beliefs in class for fear of retaliation by peers or professors grading them; subjected to having their mezuzahs torn down from their dormitory doors; attacked for wearing religious items or compelled to stop wearing them; and subjected to such calls as "Zionists should be slain. Many stated that they were "scared to be a Jew here right now." HJAA reported that the protesters are "repeating what they are taught in classrooms and at department-sponsored events," where Israel is described as "the last remaining colonial settler power embodying the world's worst evils: racism, apartheid, and genocide." HJAA described the "unchecked antisemitism" on Harvard's Sidechat social media platform, such as "Gas the Jews," and reported that Harvard "has repeatedly ignored Jewish students' complaints despite clear violations of Harvard's non-discrimination and anti-bullying policies." Forty one of the forty two students HJAA interviewed "discussed feeling alienated and excluded, if not outright harassed," and the few faculty members willing to be interviewed by HJAA reported that they were, as HJAA described it, "even more afraid of speaking with us on the record; they said it could get them fired or undermine a promotion."

11.    The House Committee report, based on interviews and Harvard's responses to the Committee's subpoena, "highlight[ed] major flaws in Harvard University's response to antisemitic events on its campus" and concluded that "[t]he consequences of Harvard's leaders' continued failure to implement a strong response to antisemitism and violations of the University's rules are evident in the chaos that has erupted at the University in recent weeks."[2] Among other things, as the Committee further reported, Harvard's own Antisemitism Advisory Group—which it appointed ostensibly to "develop a robust strategy for confronting antisemitism on campus"—had "found antisemitic harassment to be a significant problem at Harvard" and "presented Harvard's

---

[2] *Antisemitism on College Campuses Exposed, Education and the Workforce Committee Releases Report*, COMM. ON EDUC. & WORKFORCE (Oct. 31, 2024),
https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=412025.

leadership with significant recommendations on goals and steps to address antisemitism" that "could have had a real impact in combating antisemitism at the University and restoring a safer environment for Jewish students," but that "Harvard's leaders failed to implement these recommendations."

12.     Mr. Kestenbaum, the John Does, and numerous others have explicitly and repeatedly warned Harvard that its severe and pervasive hostile environment endangers Jewish students. In fact, Harvard has been aware of its antisemitism problem for years, but its response has been clearly unreasonable and totally unacceptable in not just tolerating but enabling antisemitism. Harvard has abjectly failed to enforce its policies and discipline those responsible for turning Harvard's campus into a severely hostile environment for its Jewish students, including Mr. Kestenbaum and the John Does. Its faculty members have gone so far as to cancel classes so students can attend antisemitic rallies and harass and intimidate Jews without consequence. When, in clear violation of Harvard policies, a mob of students took over a campus building to further their antisemitic agenda, Harvard's response was not to remove and discipline them, but to supply them with burritos and candy.

13.     Harvard's longtime practice of refusing to enforce its own policies against antisemitism ensured that the October 7 terrorist attack would significantly intensify the anti-Jewish abuse on campus. Numerous students and faculty members at Harvard have openly endorsed Hamas's October 7 massacre, issuing public statements blaming Jews for their own murders, or otherwise excusing or supporting Hamas's actions, notwithstanding Hamas's history of suicide bombings and other terrorist attacks, Hamas's explicit vows to kill and destroy Jews and Israel, the U.S. State Department's designation of Hamas as a foreign terrorist organization, and Hamas's repeated public proclamations of its determination to repeat the October 7 atrocities until

its genocidal aims are achieved. In supporting Hamas and condemning Israel, Harvard students and faculty harass, discriminate, and assault Jewish students—including on October 18, when a mob of protesters attacked a Jewish student, and the next day, when a mob trapped a group of Jewish students in a study room—but they are never heard to condemn, let alone rally against, Hamas, which has committed unspeakable atrocities in Israel.

14.    Harvard's purported excuse for refusing to take disciplinary measures and sitting by idly as the Jew-bashing on campus escalates—that antisemitic harassment is protected by free expression principles—confirms its antisemitic double standard. Considering that Harvard aggressively enforces policies to address bias against other minorities and regularly disciplines students and faculty members who harass other groups or espouse viewpoints Harvard deems inappropriate, its refusal to discipline students attacking, harassing, or intimidating Jews is glaring. Based on its record, it is inconceivable that Harvard would allow any group other than Jews to be targeted for similar abuse or that it would permit, without response or consequence, students and professors to call for the annihilation of any country other than Israel.

15.    Harvard's deliberate indifference to its hostile environment has worsened since this action was initiated.  Harvard has taken no disciplinary measures against students who have posted on social media such antisemitic canards as "too many damn Jews run this country," or against the faculty and student groups that published a cartoon depicting a man marked with a Star of David and a dollar symbol strangling an Arab man and a Black man, or against the Harvard students and faculty who perpetrate near-daily acts of antisemitic harassment against Jews on campus.  To the contrary, in May 2024, then-Interim President Garber dropped the involuntary leave sanctions against students who, in flagrant violation of Harvard's policies, had organized and participated in the Harvard Yard occupation.

16.    Subjected to intense anti-Jewish vitriol, including from their own professors and Harvard administrators, Mr. Kestenbaum and other Jewish students, including the John Does, have been deprived of the ability and opportunity to fully participate in Harvard's educational and other programs and have been placed at severe emotional and physical risk. Making matters even worse for Jewish students, over the past ten years, Harvard College has instituted admissions policies that have severely reduced—from approximately 25% in 2013 to between 5.4% and 9.8% in 2023 for the most recent freshman class—the percentage of Jewish students, an enormous decline that evinces an intentional effort, much like Harvard's quotas one hundred years ago, to exclude Jews.[3] The severe and pervasive hostile environment for Jews on campus leaves Harvard's remaining Jewish population even more isolated and unsafe against their abusers.

17.    As a recipient of federal funding, Harvard is covered by Title VI of the Civil Rights Act of 1964 ("Title VI"). It has a legal duty to provide a safe learning environment for all of its students. It also has a contractual obligation to enforce its policies to protect tuition-paying students from the very type of harassment, bullying, and discrimination that Plaintiffs have endured.

18.    Therefore, Harvard's deliberate indifference to, and indeed enabling of, antisemitism on its campus constitutes an egregious violation of Title VI. Harvard has allowed endemic antisemitism to exclude Jewish students from the full and equal participation in, and to deprive them of the full and equal benefits of, their educational experience at Harvard, and has discriminated against them, by, among other things, failing to protect them in the way Harvard protects other groups—all based on race, ethnicity, and/or national origin.

---

[3] Sara Weissman, *Jewish Student Enrollment Is Down at Many Ivies*, INSIDE HIGHER ED (May 8, 2023), https://www.insidehighered.com/news/admissions/2023/05/08/jewish-student-enrollment-down-many-ivies.

19.     Harvard must now be compelled to implement comprehensive and concrete remedial measures, including, but not limited to: (i) disciplinary measures, including the termination of deans, administrators, professors, and other employees responsible for antisemitic discrimination and abuse, whether because they engage in it or permit it; (ii) disciplinary measures, including suspension or expulsion, against students who engage in such conduct; (iii) declining and returning donations, whether from foreign countries or elsewhere, implicitly or explicitly conditioned on the hiring or promotion of professors who espouse antisemitism or the inclusion of antisemitic coursework or curricula; (iv) adding required antisemitism training for Harvard community members; (v) appointing a neutral expert monitor to oversee compliance with this Court's order; (vi) an independent review of all policies and procedures for reporting and responding to antisemitism on and off campus, and (vii) payment of appropriate damages for lost or diminished educational opportunities, among other things.

## JURISDICTION AND VENUE

20.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343 over claims arising under Title VI of the Civil Rights Act of 1964 ("Title VI") (42 U.S.C. § 2000d *et seq.*). This Court has supplemental jurisdiction over Plaintiffs' related state law claims under 28 U.S.C. § 1367(a) because those claims arise out of the same case or controversy as Plaintiffs' federal claim.

21.     This Court has personal jurisdiction over Harvard because it is based and operates in Cambridge, Massachusetts.

22.     Venue in the District of Massachusetts is proper under 28 U.S.C. § 1391 because it is the judicial district in which a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred and where Harvard is located.

## PARTIES

23.     Plaintiff Alexander Kestenbaum was a Jewish student at Harvard University, enrolled in the Master in Theological Studies program at Harvard Divinity School ("HDS"). He completed his studies in May 2024.

24.     Plaintiff John Doe #1 is a Jewish and Israeli student at Harvard University, enrolled in his second year at Harvard Business School ("HBS").

25.     Plaintiff John Doe #2 is a Jewish student at Harvard University, enrolled in his second year at Harvard Law School ("HLS").

26.     Defendant President and Fellows of Harvard College, the legal name of Harvard University, is a private educational institution based in Cambridge, Massachusetts.

27.     Despite its endowment of nearly $53.2 billion—the largest among American universities—Harvard accepts substantial direct financial assistance from the federal government through, among other things, grants and loans, including in fiscal years 2022, 2023, and 2024 at least $642 million, $676 million, and $686 million respectively, and will receive substantial direct federal financial assistance in fiscal year 2025 as well as substantial indirect federal financial assistance through, among other things, tuition paid with federal financial aid. As a recipient of federal financial assistance, Harvard is subject to Title VI.

## FACTS

A.     **Title VI Protects Jewish Students Against Antisemitism**

28.     Title VI prohibits discrimination on the basis of race, color, or national origin in any program or activity that receives federal funding or other federal financial assistance, and protects all students, including Jewish students, in such programs or activities.

29.     Since at least September 2004, it has been the policy of the Office for Civil Rights ("OCR") of the U.S. Department of Education ("DOE"), the agency responsible for enforcing Title

VI, to investigate claims against universities related to antisemitism. In an October 26, 2010 letter to federally funded schools, OCR confirmed that such schools are "responsible for addressing harassment incidents about which [they] know[] or reasonably should have known," and must address "anti-Semitic harassment," stating that such harassment violates Title VI when it creates a "hostile environment" based on "actual or perceived shared ancestry or ethnic identity as Jews," in which "the conduct is sufficiently severe, pervasive, or persistent so as to interfere with or limit a student's ability to participate in or benefit from the services, activities, or opportunities offered by a school," or when the "harassment is encouraged, tolerated, not adequately addressed, or ignored by school employees." OCR further clarified that schools must take "immediate and appropriate action to investigate" harassment claims and "must take prompt and effective steps reasonably calculated to end the harassment, eliminate any hostile environment and its effects, and prevent the harassment from recurring."

30.     The Obama, Trump, and Biden administrations have confirmed the urgent need to combat antisemitism in educational institutions. During President Obama's administration, in June 2010, the State Department's Office of the Special Envoy to Monitor and Combat Antisemitism, which is tasked with developing and implementing policies and projects to support efforts to combat antisemitism, adopted a working definition of antisemitism developed by the European Monitoring Center on Racism and Xenophobia and adopted contemporary examples of antisemitism, which include ways that antisemitism manifests itself "with regard to the State of Israel":

- "Using the symbols and images associated with classic anti-Semitism to characterize Israel or Israelis";

- "Drawing comparisons of contemporary Israeli policy to that of the Nazis";

- "Blaming Israel for all inter-religious or political tensions";

- "Applying double standards by requiring of it a behavior not expected or demanded of any other democratic nation"; and

- "Denying the Jewish people their right to self-determination, and denying Israel the right to exist."

31.    In December 2019, President Trump issued Executive Order 13899 on "Combating Anti-Semitism," directing the Executive Branch to enforce Title VI against discrimination "rooted in anti-Semitism as vigorously as against all other forms of discrimination prohibited by Title VI," and in doing so, to consider the definition of antisemitism promulgated by the International Holocaust Remembrance Alliance ("IHRA"), an intergovernmental organization comprised of thirty-five countries.

32.    On January 4, 2023, DOE, citing the "rise in reports of anti-Semitic incidents," released a fact sheet, "Protecting Students from Discrimination Based on Shared Ancestry or Ethnic Characteristics," which reiterates that Title VI protects "students who experience discrimination, including harassment, based on their . . . (i) shared ancestry or ethnic characteristics; or (ii) citizenship or residency in a country with a dominant religion or distinct religious identity."

33.    In May 2023, President Biden released the U.S. National Strategy to Counter Antisemitism, described as the "most ambitious and comprehensive U.S. government-led effort to fight antisemitism in American history," while DOE launched its Antisemitism Awareness Campaign. As part of that campaign, on November 7, 2023, OCR reminded schools of their "[l]egal responsibility under Title VI" to "provide all students a school environment free from discrimination based on race, color, or national origin, including shared ancestry or ethnic characteristics," to "address prohibited discrimination against students and others on your campus—including those who are or are perceived to be Jewish [or] Israeli," and to "take immediate and effective action to respond to harassment that creates a hostile environment."

34. On September 28, 2023, as part of President Biden's National Strategy to Counter Antisemitism, eight federal agencies confirmed yet again that Title VI prohibits antisemitic forms of discrimination in federally funded programs and activities.

35. On November 7, 2023, OCR released a letter "remind[ing] colleges, universities, and schools that receive federal financial assistance of their legal responsibility under Title VI . . . to provide all students a school environment free from discrimination based on race, color, or national origin, including shared ancestry or ethnic characteristics." The letter stated: "It is your legal obligation under Title VI to address prohibited discrimination against students and others on your campus—including those who are perceived to be Jewish [or Israeli] . . . in the ways described in this letter."

36. On May 7, 2024, OCR released another letter promulgating Title VI guidance, making clear, among other things, that the "fact that harassment may involve conduct that includes speech in a public setting or speech that is also motivated by political or religious beliefs . . . does not relieve a school of its obligation to respond under Title VI . . . if the harassment creates a hostile environment in school for a student or students," "harassing conduct that otherwise appears to be based on views about a country's policies or practices [that] is targeted at or infused with discriminatory comments about persons from or associated with a particular country" may implicate Title VI, and that "[h]arassing conduct need not always be targeted at a particular person in order to create a hostile environment for a student or group of students," but "may be directed at anyone." The letter also provided examples of conduct with respect to which a college's failure to take effective preventative action could give rise to a Title VI violation—namely, the very kind of harassment and intimidation that has been regularly occurring at Harvard.

37. As described above, under Executive Order 13899, the Executive Branch must

consider the IHRA definition of antisemitism when evaluating whether a violation of Title VI has occurred. The IHRA definition of antisemitism provides, among other things, that the following are "contemporary examples of antisemitism":

- "Calling for, aiding, or justifying the killing or harming of Jews in the name of a radical ideology or an extremist view of religion";

- "Making mendacious, dehumanizing, demonizing, or stereotypical allegations about Jews as such or the power of Jews as collective—such as, especially but not exclusively, the myth about a world Jewish conspiracy or of Jews controlling the media, economy, government, or other societal institutions";

- "Accusing Jews as a people of being responsible for real or imagined wrongdoing committed by a single Jewish person or group, or even for acts committed by non-Jews";

- "Denying the fact, scope, mechanisms (e.g. gas chambers) or intentionality of the genocide of the Jewish people at the hands of National Socialist Germany and its supporters and accomplices during World War II (the Holocaust)";

- "Accusing the Jews as a people, or Israel as a state, of inventing or exaggerating the Holocaust";

- "Accusing Jewish citizens of being more loyal to Israel, or to the alleged priorities of Jews worldwide, than to the interests of their own nations";

- "Denying the Jewish people their right to self-determination, e.g., by claiming that the existence of a State of Israel is a racist endeavor";

- "Applying double standards by requiring of [Israel] a behavior not expected or demanded of any other democratic nation";

- "Using the symbols and images associated with classic antisemitism (e.g., claims of Jews killing Jesus or blood libel) to characterize Israel or Israelis";

- "Drawing comparisons of contemporary Israeli policy to that of the Nazis"; and

- "Holding Jews collectively responsible for actions of the state of Israel."

38.    The IHRA definition of antisemitism is well-founded. As the historical birthplace of the Jewish people, the land of Israel is at the core of Jewish identity, ancestral tradition, religion, and culture. Jewish civilization has been centered for thousands of years on its homeland in Israel, where Jews have had a continuous presence since ancient times. The movement for the

reestablishment, development, and protection of the Jewish nation in the land of Israel, known as Zionism, arises from Jews' ethnic and historic roots in that land and their right to self-determination. Zionism is a crucial component of Mr. Kestenbaum's and the John Does' Jewish identities, and some of them are descendants of survivors of the Nazis and have family and friends in Israel.

39.     Anti-Zionism is not merely a political movement—although many try to disguise it as such—but is a direct attack against Israel as a Jewish collectivity. Nearly half of the Jews in the world live in Israel. Anti-Zionism is discriminatory and antisemitic when expressed in terms of, for example: applying double standards not applicable to other countries or peoples in assessing Israel's legitimacy and conduct; denying that Jewish civilization is indigenous to the land of Israel, thereby engaging in the erasure of Jewish heritage; denying the Jewish people's right to self-determination or the right of the State of Israel to exist; denying that Israel has the right to self-defense against terrorism, invasion, or the murder, rape, and kidnapping of its citizens; accusing Israel of being inherently racist or comparable to the Nazis; or invoking classic antisemitic canards against Israel and its people. "When people criticize Zionists," Dr. Martin Luther King, Jr. explained, "they mean Jews. You're talking antisemitism."

40.     The widespread anti-Jewish hate that has gripped Harvard and other colleges since October 7, 2023, confirms that, in nearly all instances, anti-Zionism is rarely anything more than thinly veiled antisemitism. Harvard's Jewish students have been threatened with antisemitic slurs and chants, such as "There is only one solution!" and "Intifada revolution." They have been maligned as "murderers," "colonizers," "racists," "white supremacists," "killers and rapists of children," "genocidal," and "Zionists."

41.     Antisemitism is a core tenet of Harakat al-Muqawama al-Islamiya, known by its

15

Arabic acronym, Hamas—an extreme Islamist terrorist group explicitly committed to the destruction of Israel and its Jewish inhabitants, the creation of an Islamic state in Israel's place, and the annihilation of all Jews around the world. Hamas's 1988 charter states: "The Day of Judgment will not come about until Muslims fight the Jews and kill them." In October 1997, the U.S. State Department designated Hamas, which has controlled Gaza since 2007, a Foreign Terrorist Organization ("FTO").

42.    Since its inception, in keeping with its charter and goals, Hamas has carried out numerous terror attacks on Israeli civilians, including bombings, rocket barrages, shootings, and stabbings. Hamas also conducted two so-called "Intifadas" against Jews in Israel, effectuated mostly by suicide bombs, many of which included nails dipped in rat poison.

43.    During the Second Intifada, from approximately September 2000 through February 2005, Hamas claimed responsibility for over fifty suicide bombings, including the August 9, 2001, bombing of a Jerusalem pizzeria, which murdered seven children; the December 2, 2001, double-suicide bombing in the crowded Ben Yehuda pedestrian mall in Jerusalem, murdering eleven; and the March 27, 2002, suicide bombing at a Passover Seder at the Park Hotel in Netanya, murdering thirty.

44.    Hamas leaders remain clear about their agenda: kill all Jews.  In December 2008, for example, Hamas spokesperson Fawzi Barhoum called for suicide attacks and warned that "Hamas will continue the resistance until the last drop of blood."  A month later, in January 2009, Hamas leader Mahmoud Al-Zahar promised that Hamas would "lay the foundation for a tomorrow without Zionists."  Ten years on, Hamas's message and purpose were unchanged; in 2019, a senior Hamas terrorist, Fathi Hamad, encouraged Palestinians across the globe to kill Jews, stating, "Seven million Palestinians outside, enough warming up, you have Jews with you in every place.

You should attack every Jew possible in all the world and kill them."

45.    Indeed, since the two Intifadas, Hamas has murdered scores more through similar suicide bombings, public bus attacks, booby traps, shootings, and other acts of terror. The October 7 terror attacks are the most brutal and horrific to date.

46.    In the wake of Hamas's October 7 terrorist attack against Israel, which as President Biden observed, contributed to an "alarming" rise in antisemitism at schools and on college campuses, OCR announced that it was expediting its processing of discrimination complaints involving antisemitism.  At least seven bills have been introduced in both houses of Congress condemning support for Hamas, Hezbollah, and other terrorist organizations at American universities that have created a hostile educational environment for Jewish students, faculty, and staff.  On October 18, 2023, the U.S. Senate passed a resolution condemning "antisemitic student activities," and on November 2, 2023, the U.S. House passed a resolution condemning support for Hamas, Hezbollah, and other terrorist organizations at American universities.

47.    On March 10, 2025, the U.S. Department of Education's Office for Civil Rights (OCR) sent letters to 60 colleges and universities announcing Title VI investigations , "warning them of potential enforcement actions if they do not fulfill their obligations under Title VI of the Civil Rights Act to protect Jewish students on campus."[4] According to the Secretary of Education, "Jewish students studying on elite U.S. campuses continue to fear for their safety amid the relentless antisemitic eruptions that have severely disrupted campus life."[5] Harvard is one of the schools under investigation.

---

[4] *U.S. Department of Education's Office for Civil Rights Sends Letters to 60 Universities Under Investigation for Antisemitic Discrimination and Harassment*, U.S. DEP'T OF EDUC. (Mar. 10, 2025), https://www.ed.gov/about/news/press-release/us-department-of-educations-office-civil-rights-sends-letters-60-universities-under-investigation-antisemitic-discrimination-and-harassment.

[5] *Id.*

**B.    Harvard Fails To Enforce Its Policies To Prevent the Discrimination, Harassment, and Bullying Against Jewish Students**

48.    Harvard has numerous policies designed and intended to protect students from the exact type of discrimination, retaliation, harassment, and violence that Plaintiffs endured. Those policies include: (i) the "Harvard University Non-Discrimination Policy"; (ii) the "Harvard University Anti-Bullying Policy"; (iii) the "University-Wide Statement on Rights and Responsibilities"; (iv) the "Statement of the President and Deans on University Rights and Responsibilities"; (v) various Harvard Student Handbooks; (vi) the Protest Rules; and (vii) Harvard's Student Organization Policies.

49.    These statements, policies, and handbooks set forth Harvard's purported commitment to treating all members of the community with respect, to providing an environment conducive to learning, and to ensure equal access to rights, privileges, and opportunities without regard to race, color, religion, creed, national origin, ancestry, or any other legally protected basis.

50.    The statements, policies, and handbooks further affirm that discrimination or harassment on the basis of any of these characteristics is inconsistent with Harvard principles and policies. All of the codes, policies, and procedures also emphasize freedom of speech and academic freedom, freedom from personal force and violence, and freedom of movement.

51.    Harvard represents to its students that it is "committed to the principles of equal opportunity" and "to cultivating a community that is open, welcoming, and inclusive." Among other things, Harvard also repeatedly promises that principles of "fairness, rigor, and impartiality" will be observed throughout the process once a complaint alleging a violation of its policies is submitted.

52.    But these assurances have proven false. Harvard refuses to apply these policies in a non-discriminatory manner to protect Jewish students and prevent antisemitism on campus.

Instead, it selectively enforces its own rules, deeming Jewish victims unworthy of the protections it readily affords non-Jewish ones. This discriminatory double standard has created and exacerbated Harvard's hostile educational environment and the antisemitic abuse and harassment that Mr. Kestenbaum, the John Does, and other Jewish students have been forced to endure at Harvard.

**i.    Harvard University Non-Discrimination Policy**

53.    On September 1, 2023, Harvard adopted a University-wide Non-Discrimination Policy (the "Non-Discrimination Policy"), which applies to alleged discrimination "by any member of the Harvard community," both on- and off-campus (including on social media), that "may have the effect of creating a hostile or abusive work or learning environment for a member of the University community."

54.    The Non-Discrimination Policy states that "Harvard University is committed to the principles of equal opportunity in education" and that discrimination based on race, color, national origin, ancestry, or religion, among other protected categories, "is unlawful and is prohibited by this Policy."

55.    The Non-Discrimination Policy prohibits "discriminatory disparate treatment" and "discriminatory harassment" on the basis of race, color, national origin, ancestry, religion, or creed, among other protected classes.

56.    "Discriminatory disparate treatment" is defined as "singling out or targeting an individual for less favorable treatment because of their protected characteristic," which "unreasonably interfere[s] with or limit[s] the student's ability to participate in or benefit from the institution's programs and activities."

57.    Harvard defines "discriminatory harassment" as "unwelcome and offensive conduct that is based on an individual or group's protected status" that interferes with "a student's

academic performance or ability to participate in or benefit from academic/campus programs and activities."

58.     The Non-Discrimination Policy further provides the following examples of "[d]iscriminatory disparate treatment":

- Imposing more severe discipline on a student or employee because of their protected characteristic; and

- Giving a negative performance evaluation or grade/academic assessment because of an individual's protected characteristic.

59.     The Non-Discrimination Policy also sets forth governing principles, including that all those at Harvard "with responsibility for implementing [the policy] will discharge their obligations with fairness, rigor, and impartiality," as well as timeliness and transparency, and sets forth procedures, including specified timeframes for reviewing, investigating, and acting upon complaints of violations.

60.     Indeed, when a formal complaint is made, Harvard normally will investigate, and those found to have violated the Non-Discrimination Policy will face sanctions and remedial measures, including suspension, mandatory coaching and training, or termination.

**ii. Harvard University Anti-Bullying Policy**

61.     Adopted on September 1, 2023, Harvard's University-wide Anti-Bullying Policy (the "Anti-Bullying Policy") states that "Harvard University is committed to cultivating a community that is open, welcoming, and inclusive, and that supports all community members in pursuit of the University's mission of learning, teaching, research, and discovery." As such, "[b]ullying, hostile and abusive behavior, and power-based harassment directly threaten the ability of community members to engage in the free exchange of ideas and pursue their educational and professional goals . . . [and] are prohibited at Harvard."

62.     The Anti-Bullying Policy defines "bullying" as "harmful interpersonal aggression

20

by words or actions that humiliate, degrade, demean, intimidate, or threaten," which is "sufficiently severe or pervasive, and objectively offensive, that it creates a[n] . . . educational[] or living environment that a reasonable person would consider intimidating, hostile, or abusive and denies the individual an equal opportunity to participate in the benefits of the workplace or the institution's programs and activities."

63.     The Anti-Bullying Policy provides the following examples of bullying:

- Abusive expression directed at an individual or individuals, such as derogatory remarks, epithets, or ad hominem attacks that are outside the range of commonly accepted expressions of disagreement, disapproval, or critique in an academic community and professional setting that respects free expression.

- Unwarranted physical contact or intimidating gestures directed at an individual or individuals. Examples include: [1] A physical, verbal, or written act toward another person, which causes them reasonably to fear for their safety or the safety of others; [2] Invading personal space after being asked to move or step away.

64.     The Anti-Bullying Policy promises that Harvard will "respond promptly to reports of bullying and . . . take appropriate action to prevent and respond to behavior that violates the Policy." Therefore, when a formal complaint is made, Harvard normally will investigate, and those found to have violated the Anti-Bullying Policy will face sanctions and remedial measures, including suspension, mandatory coaching and training, or termination.

### iii. University-Wide Statement on Rights and Responsibilities at Harvard

65.     Harvard University's "Statement on Rights and Responsibilities"—adopted on an interim basis in 1970 and voted to remain in effect indefinitely in 1970—asserts that "[b]y accepting membership in the University, an individual joins a community ideally characterized by free expression, free inquiry, intellectual honesty, respect for the dignity of others, and openness to constructive change."

66.     Moreover, the Statement on Rights and Responsibilities declares that "it is the

responsibility of all members of the academic community to maintain an atmosphere in which violations of rights are unlikely to occur and to develop processes by which these rights are fully assured. In particular, it is the responsibility of officers of administration and instruction to . . . give full and fair hearing to reasoned expressions of grievances; and to respond promptly and in good faith to such expressions and to widely expressed needs for change."

67.    The Statement on Rights and Responsibilities also provides that intense personal harassment and the unauthorized occupation of buildings violate Harvard policy, stating that "[i]t is implicit in [its] language . . . that intense personal harassment of such a character as to amount to grave disrespect for the dignity of others be regarded as an unacceptable violation of the personal rights on which the University is based."

68.    On January 19, 2024, Harvard released additional guidance on the Statement on Rights and Responsibilities, including that "unless a particular School makes an explicit exception, demonstrations and protests are ordinarily not permitted in classrooms and other spaces of instruction; libraries or other spaces designated for study, quiet reflection, and small group discussion; dormitories, residence halls, or dining halls where students live and take their meals; offices where the work of the University is carried out; or other places in which demonstrations and protests would interfere with the normal activities of the University." The guidance also makes clear that "blocking ingress or egress to campus buildings, classrooms, administrative offices, or other spaces is forbidden, as is blocking or otherwise interfering with the free flow of vehicular, bicycle, or pedestrian traffic," and "conduct such as assaulting, threatening, or intimidating another person or damaging, defacing, or removing a properly posted sign is not permitted." And "community members may not protest a speech or event in a manner that interferes with the right of the speaker(s) to be heard or of the audience to hear them."

### iv. Statement of the President and Deans on University Rights and Responsibilities

69.    Harvard University's "Statement of the President and Deans on University Rights and Responsibilities"—adopted in 2002 and appended to the University-Wide Statement on Rights and Responsibilities—affirms Harvard's "commitment to ensuring that all members of the University are able to carry out their normal duties and activities in support of the University's mission without interference or constraint by others." This statement "emphasize[s] the serious nature of building occupations that interfere with the ability of members of the University to carry out their normal duties and activities and the serious consequences that should follow from such interference," including being "subject to suspension" or an appropriate sanction.

70.    Moreover, this statement notes that Harvard "believe[s] it important, when a building occupation or similar acts involve participants from different Schools, that steps be taken toward coordination in the approach to discipline."

### v. Harvard Student Handbooks

71.    Harvard's constituent schools also promulgate student handbooks, which set forth misconduct policies and procedures. For instance, the Harvard College and HDS handbooks provide that the schools retain broad rights to protect the Harvard community "as it deems necessary in extraordinary circumstances to protect the health and safety of the Harvard community," including "conditions posing broad threats to community health and safety or significantly disrupting campus life or learning."

72.    The handbooks also adopt versions of Harvard's Non-Discrimination Policy. For instance, HDS's handbook "prohibit[s]" and declares "unlawful and contrary to Harvard University[] policy" acts that "discriminate on the basis of race, color, . . . religion, creed, . . . [or] national or ethnic origin." Meanwhile, the HBS handbook states unequivocally that HBS adheres

to the University-wide Non-Discrimination Policy and Anti-Bullying Policy. The HLS handbook provides notice of the Harvard Non-Discrimination Policy and confirms that all "students, faculty, staff," and others at HLS are bound by it and that "[s]tudents [and] faculty . . . agree to respect the rights, dignity, and differences of others . . . and accept personal responsibility in these efforts."

73.    While these unambiguous statements purportedly signal Harvard's commitment to prohibiting discrimination and harassment across its various schools, the reality is that Harvard has treated Jews as unworthy of the respect and protection it affords other groups.

### vi.    Protest Rules

74.    Several constituent schools have adopted protest policies in addition to the Statement on Rights and Responsibilities, including the Faculty of Arts and Sciences Free Speech Guidelines, the Harvard Public Health Guidelines for Open Debate and Protest, the Harvard Law Protest and Dissent Guidelines, and the Harvard Divinity Statement of Community Values ("Protest Rules").

75.    The Faculty of Arts and Sciences Free Speech Guidelines, "intended to supplement and clarify" the Statement on Rights and Responsibilities and to "inform students of the acceptable limits of protest," define prohibited "disruption" of a campus event as "any repeated or continuous action which effectively prevents members of the audience from adequately hearing or seeing the event" and provide that "[i]n cases of obstruction [of others' 'freedom of movement']. . . the offenders should be punished."

76.    The Free Speech Guidelines provide, among other things, that "act[s] or threat[s] of physical violence" are "regarded as a complete lack of respect for the deepest values that unite the [Harvard] community" and "[r]acial" and "intense personal harassment," as well as "[b]ehavior evidently intended to dishonor such characteristics as race [or] ethnic group," are "contrary to the pursuit of inquiry and education" and constitute "grave disrespect for the dignity of others" which

will be "punished."

77.    Harvard's constituent schools have adopted similar policies. For instance, the HLS handbook warns, among other prohibitions, that students who "s[i]t in or obstruct[] access to administrative offices, faculty offices, and other school facilities as a form of protest"—conduct previously sanctioned by a "reprimand"—may now face "significant disciplinary sanction."

78.    The HLS handbook also incorporates the HLS Protest and Dissent Guidelines, which provide, among other things, that student "dissenter[s]" are warned that it is not "acceptable" to impede access to a speaking event, that "[u]sing or threatening force or violence, such as defacing a sign or assaulting a speaker or a member of the audience, is never permitted," and that "interference with freedom of movement or with freedom from personal force or violence is a serious violation of personal rights." These policies also provide that "any form of protest that disrupts the conduct of a[] class would violate the University-Wide Statement of Rights and Responsibilities' prohibition against interference with 'the performance of the normal duties and activities' of [Harvard]," that "[w]hen a meeting is closed, dissent by non-attendees is limited to activity outside the meeting that does not impede access to the meeting or substantially interfere with the communication inside," and "[c]hanting or making other sustained or repeated noise in a manner which substantially interferes with the speaker's communication is not permitted."

79.    The Public Health Guidelines for Open Debate and Protest provide, among other things, that expression is not protected when it violates the Non-Discrimination Policy and that "[a]ny violation[]" by students, faculty, or other speakers constitutes "grounds for appropriate disciplinary action."

80.    The HDS Statement of Community Values provides, among other things, that HDS is committed to ensuring "that all may participate freely within a climate of openness, trust, and

sensitivity" and that students are held accountable "for the impact of [their] actions on our community, our environment, and the world."

### vii. Student Organization Policies

81.    Harvard also has policies regulating student organizations.

82.    These are codified in Harvard's Student Organization Resource Guide and Harvard's handbooks (collectively, the "Student Organization Policies"), which confirm the Non-Discrimination Policy applies to Harvard-recognized student organizations—those that have registered with and are supported by and receive benefits from Harvard in exchange for agreeing to follow Harvard's policies. These policies provide that "Harvard [] does not tolerate any behavior that constitutes harassment on the basis of . . . any [] characteristic protected under applicable federal or state law" and that student organizations "may not discriminate based on race, color, national or ethnic origin, [or] religion."

83.    The Student Organization Policies also provide that unrecognized student organizations are not permitted "to conduct any activity at Harvard even though their activities involve Harvard" students, except under "special circumstances," that Harvard will not provide "access, support, or benefits" to unrecognized student organizations, and that students may not use the "Harvard" name or marks in organizations' activities without permission from a dean or the provost.

84.    Harvard nevertheless regularly permits unrecognized student groups such as Harvard Boycott, Divestment, Sanctions ("Harvard BDS") and Harvard Afro to conduct disruptive antisemitic protests inside Harvard buildings and on Harvard grounds, while using Harvard's name without consequence.

85.    These unrecognized groups have extensively engaged in discrimination against, and harassment of, Jewish and Israeli students in violation of numerous Harvard policies by

holding unauthorized events in which they recruit hundreds of students to interrupt classes with calls for "globaliz[ing] the Intifada" and violence against Jews and Israelis, among other disruptive and harassing conduct. Harvard seemingly has not taken action to prevent these organizations from regularly harassing Jewish and Israeli students in violation of Harvard's policies.

## C.    Harvard's Recent History of Antisemitism and Civil Rights Violations

86.    Antisemitism at Harvard is hardly a new phenomenon. In the 1920s, it was official Harvard policy to "diminish the Jews" and restore Harvard as a "Gentile" college by, for example, using quotas on admissions. Over the last decade in particular, Harvard's tolerance for, and enabling of, antisemitism has caused a surge in antisemitic hate and harassment culminating in the current intolerable anti-Jewish environment at Harvard following Hamas's October 7 terrorist attack. Rather than discipline the perpetrators of antisemitism on campus, Harvard has enabled antisemitic abuse and harassment to intensify, forsaking its Jewish students to a hostile environment that deprives them of the educational experiences other students enjoy.

87.    This hostile environment is reflected in a 2022 study conducted by the AMCHA Initiative, a non-profit organization which investigates and documents antisemitism in higher education—finding that Harvard was the most antisemitic college in the United States—and in a Harvard student's March 2023 senior thesis, "The Death of Discourse: Antisemitism at Harvard College," for which she interviewed Jewish Harvard students, large percentages of whom (as much as eighty percent or more) reported experiencing antisemitism and anti-Zionism on campus or knowing someone who had. The thesis provided numerous accounts reflecting the widespread, virulent antisemitism Jewish students experience on campus, including how Harvard's hostile environment has effectively made certain courses off-limits to Jewish students because of the bias and harassment they face and the "degree of censorship [they] must take on in order to protect themselves socially and academically."

i.    **Antisemitism Has Pervaded Harvard's Campus for Years**

88.    Over the past ten years, Harvard Jewish students have endured numerous antisemitic incidents, of which the following are examples.

89.    On October 15, 2015, Harvard College Palestine Solidarity Committee ("Harvard PSC")—a Students for Justice in Palestine ("SJP") affiliate and Harvard-recognized student group—hosted a "die-in" in front of Harvard Hillel, a Jewish campus organization, to protest and interrupt an event featuring an Israeli soldier—according to Harvard Hillel Executive Director Jonah C. Steinberg, the "first time in my five years at Harvard that I have seen an effort to interfere with the event of another organization." Although Harvard's Statement on Rights and Responsibilities proscribes the "blocking ingress or egress to campus buildings, classrooms, administrative offices, or other spaces" and "protest[ing] a speech or event in a manner that interferes with the right of the speaker(s) to be heard or of the audience to hear them," Harvard not only failed to discipline Harvard PSC, but its administrators and faculty members, including Dean Stephen Lassonde and Harvard Foundation for Intercultural and Race Relations Director S. Allen Counter, attended and supported the violative activity. On November 5, 2015, three weeks after the die-in, a swastika was discovered on an HLS classroom desk.

90.    SJP—which has a recognized chapter at HDS in addition to its affiliate, Harvard PSC—is one of the most vitriolic antisemitic networks on college campuses. SJP was founded by the chairman of American Muslims for Palestine ("AMP"), the leadership of which overlaps with the leadership of organizations that have been shut down by federal authorities, whose assets were frozen by the U.S. Treasury Department, or that were found liable in civil actions for providing

material support to Hamas.[6] SJP receives funding and training from AMP as well as from universities.

91.    SJP and its affiliates sponsor antisemitic events, host antisemitic speakers, and are leading organizers of Boycott, Divestment, and Sanctions ("BDS") campaigns against Israeli businesses. They use confrontational tactics to target Jewish students, including disrupting Jewish events, constructing mock "apartheid walls," and disseminating anti-Jewish propaganda laced with falsehoods and blood libels.

92.    A recent study by the Network Contagion Research Institute, an information verification think tank, found the presence of SJP on campuses "significantly correlated with antisemitic activity."[7] Several leading universities, but not Harvard, have banned SJP and other such hate organizations from their campuses because of their harassment of Jewish students and support for Hamas.

93.    Harvard PSC, SJP, and similar groups have harassed Jews on campus for years without consequence, exemplifying Harvard's deliberate indifference to its severe antisemitism problem.

94.    For example, on April 14, 2016, HLS held an event featuring a speech by Tzipi Livni, a leading Israeli politician. At the event, a student SJP leader Husam El-Quolaq accosted Livni, asking her, and echoing anti-Jewish stereotypes promoted by, among others, the Nazis: "How is that you are so smelly? It's regarding your odor—about the odor of Tzipi Livni, very

---

[6] Letter from Rep. James Comer, Committee on Oversight and Accountability Chairman, to Dr. Osama Abuirshaid, American Muslims for Palestine Executive Director (May 29, 2024), https://oversight.house.gov/wp-content/uploads/2024/05/Letter-to-National-SJP-5.29.24.pdf.

[7] Charles Asher Small et al., *The Corruption of the American Mind: How Foreign Funding in U.S. Higher Education by Authoritarian Regimes, Widely Undisclosed, Predicts Erosion of Democratic Norms and Antisemitic Incidents on* Campus, NETWORK CONTAGION RSCH. INST., https://networkcontagion.us/wp-content/uploads/NCRI-Report_The-Corruption-of-the-American-Mind.pdf.

smelly." Harvard did not discipline this student, but, instead, the then-dean of HLS—while recognizing that "[m]any perceive [the incident] as anti-Semitic"—responded "that speech is and should be free," notwithstanding that the conduct plainly violated policies including Harvard's Statement on Rights and Responsibilities. Not only did Harvard not punish El-Quolaq, but it rewarded him. HLS hired El-Quolaq—who changed his name to Sam Koolaq—as a Clinical Instructor in 2020, promoted him to Director of the Entertainment Law Clinic in spring 2023, and to Lecturer on Law in the spring 2024 semester. Harvard knew of Koolaq's past antisemitic conduct at Harvard when it hired and promoted him.

95.    Groups like Harvard PSC are notoriously active during "Israeli Apartheid Week," an annual worldwide program organized by virulent anti-Israel activists, which promotes BDS and targets Jewish students for harassment. During the April 2017 Israeli Apartheid Week, a Harvard dormitory was covered with mock detention notices targeting Jewish students for their alleged mistreatment of "Palestinians in Israel-Palestine." The mock notices were orchestrated by Harvard PSC and co-signed by Harvard Concilio Latino, Harvard Islamic Society, and Harvard Black Students Association. Jewish students reacted with shock and fear, but Harvard took no meaningful steps to discipline the groups responsible.

96.    In October 2017, Harvard's student-led Phillips Brooks House Association granted Nihad Awad its "Call of Service" Lecture and Award, designated for a "significant leader in public service" invited to speak at Harvard to inspire a "deeper engagement with critical social issues on campus and in the wider community"—notwithstanding that Awad had long been an open supporter of Hamas. Awad most recently said that he was "happy to see" the people of Gaza "break the siege . . . on October 7," a statement the White House "condemn[ed]" as "shocking" and "antisemitic."

97.     On May 10, 2018, a swastika was discovered on a bulletin board at the Harvard T.H. Chan School of Public Health ("Harvard Public Health"). A few months later, on December 2, 2018, a man intentionally toppled the menorah at Harvard Chabad, a center of Jewish life and faith. Harvard has not disclosed what, if anything, it has done to find and discipline the perpetrators of these antisemitic incidents.

98.     In March 2019, the Harvard Undergraduate Council met to vote on whether to award University funding to Harvard PSC for its upcoming Israeli Apartheid Week. During the meeting, Jewish students, in the words of Harvard Hillel's president, were met "with angry interjections and unfounded accusations, as well as references to age-old tropes of prejudice and bigotry," leaving her "shocked and disappointed by the way in which students were prevented from expressing their very real concerns." The council voted to award the funding to Harvard PSC through the Open Harvard College grant, even though such grants are designed to fund student initiatives on "mental health, race, culture, [] faith relations, . . . harassment prevention, social spaces, and financial accessibility." Harvard did not take disciplinary action against Harvard PSC, the council, or anyone who spewed antisemitism during the meeting, and it did not prevent the use of Harvard funds to support the antisemitic Israeli Apartheid Week.

99.     On April 2, 2019, during Israeli Apartheid Week, Harvard PSC hosted several speakers, including Boston College Professor Yamila Hussein, who declared that Zionism is a "white supremacist, European, patriarchal, heterosexist, you name it, movement . . . when you read Zionism, it is white supremacy," and Marc Lamont Hill, a former CNN commentator whom CNN fired for calling for a "free Palestine from the river to the sea"—a genocidal call for the destruction of Israel and its Jewish inhabitants—and who is well known for his antisemitic views. Harvard allowed these influential speakers and audience members on campus, at Harvard's

expense, to spew unchecked antisemitic vitriol. A member of the audience even demanded discussion of the antisemitic trope that European Jews are not "real Jews" but Turkic Khazars, a nomadic European tribe, and that the Holocaust is a "myth." Harvard took no disciplinary or remedial actions and did not condemn the event's antisemitism.

100.    In August 2020, Harvard PSC posted a graphic on Instagram calling Zionism a "racist, sectarian, exclusionary, Jewish-supremacist political ideology," adopting the "Jewish supremacy" phrase coined by former Ku Klux Klan Grand Wizard David Duke.

101.    In May 2021, in response to a Jewish Israeli student's post in a WhatsApp group, an HLS student, Shayaan A. Essa, messaged, "We shed your blood with stones." A group of Jewish Israeli students reported the incident to then-Dean Jessica Soban, Deputy Dean I. Glenn Cohen, and Assistant Dean-appointee Catherine Peshkin. In a meeting with the deans, the students explained how this violent threat left them "heartbroken and humiliated" and "no longer feel[ing] comfortable," and asked the deans to denounce Essa's call for violence. The deans refused to do so, instead downplaying the message and telling the students to ignore or respond directly to such harassment. Harvard chose to do the former, and Essa graduated without consequence.

102.    Also in May 2021, Harvard Hillel's building was vandalized twice. Two masked individuals tied a Palestinian flag emblazoned with an anti-police slogan to Hillel's door, after which Hillel's windows were shattered. While Harvard purports to have investigated these incidents, nothing came of it, and no one was arrested or disciplined.

103.    In October 2021, the HLS Program on Law & Society in the Muslim World and numerous Harvard student groups co-sponsored a pro-BDS event, "Law and Violence in Palestine," at which a speaker was Mohammed El-Kurd, who notoriously espouses antisemitic views, has repeatedly and publicly announced his fantasy of murdering Jews, expresses how "we

must normalize massacres as the status quo," and claims that Israelis and Zionist Jews—whom he calls part of a "death cult"—"harvest organs of" dead Palestinians to "feed their warriors," a vile antisemitic blood libel and antisemitic conspiracy theory.

104.    In December 2021, a Jewish Ph.D. student taking courses at Harvard Public Health informed Professor Bram Wispelwey that his winter semester course, *The Settler Colonial Determinants of Health*, in Harvard Public Health's Department of Global Health and Population, contained disturbing antisemitic topics and materials, including required readings propagating antisemitic claims and Hamas propaganda, by denying Jewish ethnic identity (which one reading calls an "invented transnational ethnic identity"), calling Jewish history a "mythology," denying Jewish indigeneity to Israel, and downplaying antisemitism and the Holocaust. Professor Wispelwey dismissed these concerns in an emailed response, as "demonstrably false."

105.    The student emailed Department Chair Marcia Castro to raise his concerns. Professor Castro, like Professor Wispelwey, was dismissive of the student's concerns, but proposed a meeting between the student, Professor Wispelwey, and Professor Jackie Bhabha, who Professor Castro said was leading the development of a new program on Palestine at Harvard's François-Xavier Bagnoud Center for Health and Human Rights ("FXB Center"). The student made a formal complaint in Harvard's bias reporting system and sent his concerns to Dean for Education Erin Driver-Linn and Chief Diversity, Inclusion, and Belonging ("DIB") Officer Amarildo Barbosa. The student met with Chief DIB Officer Barbosa later that month and reported this and several other incidents of antisemitism on campus.

106.    Harvard did not take any steps to prevent Professor Wispelwey from promulgating antisemitism in his course or to otherwise discipline him, but instead promoted his course from a truncated winter-term course to a full-length spring-semester course, which, according to Harvard

Public Health's website, entailed Harvard approving the course content. Following Hamas's October 7 terrorist attack, the Jewish student followed up with administrators, providing resources to explain the bias in Wispelwey's course—as Chief DIB Officer Barbosa admitted that his office lacked sufficient expertise in understanding antisemitism.

107.    The student also raised concerns regarding Harvard's continued partnership with Birzeit University in the West Bank, which openly discriminates against Jews and promotes Hamas and its terrorism. Among other things, Birzeit's buildings and events are named after convicted terrorists; military parades on campus feature students wearing mock explosive vests while waving Hamas flags; in May 2022, Hamas won the majority of Birzeit student council seats; and, two weeks before the October 7 massacre, eight students were arrested with weapons and plans to carry out a terrorist attack.

108.    In fact, following October 7, Harvard's FXB Center co-sponsored a webinar with Birzeit on December 11, 2023. Harvard's Center for Middle Eastern Studies and the Birzeit University Museum have organized at least fourteen "teach-in" sessions to put "Gaza in context"—which included discussions on "Israel's onslaught against Palestinians."

109.    In early 2024, the Harvard Dean for Communications and Strategic Initiatives acknowledged Birzeit's close connection with Hamas, but said it had not affected Harvard's partnership with the University: "Student government elections at Birzeit typically involve candidates affiliated with each of the major political parties in the region, including Hamas. . . . These student government elections are not germane to and have not affected the FXB Center's work with the scholars and students at Birzeit's Institute of Community and Public Health."

110.    Meanwhile, on July 21, 2024, five members of the Birzeit student council were arrested for planning a terrorist attack. Yet, despite Birzeit's explicit support for terrorism and

violence, Harvard touts its Birzeit partnership.

111.    Indeed, the FXB Center intended to conduct its Summer 2024 Palestine Social Medicine course at Birzeit. According to Harvard's website, the "contingency plan" for the summer course was to "host the course in Amman, Jordan, or Beirut, Lebanon." However, such a contingency plan effectively would have precluded the participation of Jewish students, because, according to the U.S. State Department's website at the time, "Travelers [to Lebanon] with a family name deemed to be of Israeli or Jewish origin may also be questioned or detained." Harvard remained unbothered by such discrimination.

112.    Nearly a *third* of Harvard's Advisory Council for the Palestine Program for Health and Human Rights hails from Birzeit.

113.    Harvard Out of Palestine ("HOOP"), another student group, led a relentless campaign against retired Israeli Major General Amos Yadlin, a senior fellow at Harvard Kennedy School of Government ("Harvard Kennedy"). For example, on February 1, 2022, HOOP organized a disruptive rally outside Yadlin's first study group of the semester. As HOOP posted on its Instagram page, the harassment "continue[d] despite [the study group's] efforts to change rooms every week." HOOP also shared a video that showed its members standing in two parallel rows just outside the open door of Yadlin's classroom, holding large banners and flags, so that anyone entering or exiting would be forced to walk through the gauntlet. The video also depicts protesters chanting and disrupting Yadlin's discussion with students in the classroom.

114.    On April 7, 2022, HOOP marched through campus, including in and out of buildings, banging on drums and using a megaphone to shout further accusations at Yadlin, charging him with personal responsibility for alleged "genocide." Throughout the semester, Harvard did nothing to prevent HOOP from severely and pervasively harassing Yadlin and his

students, notwithstanding, among other policies, Harvard's Statement on Rights and Responsibilities proscribing such conduct as "unacceptable" violations of Harvard policy.

115.    The April 2022 Israeli Apartheid Week included a display in Harvard Yard, which read: "ZIONISM IS RACISM SETTLER COLONIALISM WHITE SUPREMACY APARTHEID." Harvard did nothing in response to these inflammatory antisemitic tropes. Similarly, when a swastika was once again found shortly after Israeli Apartheid Week—this time in the undergraduate residence Currier House—Harvard failed to publicly condemn it, outside of a statement to the Currier House community, or take any other steps.

116.    That same year, Harvard PSC members placed stickers on Sabra Hummus (a brand co-owned by an Israeli company that is a common target for BDS) throughout Harvard's dining halls, which accused Israel of being an apartheid state and murdering Palestinians. Rather than discipline the perpetrators, Harvard pulled Sabra products from the dining halls. Later, when questioned at the December 5, 2023 hearing before the U.S. House Committee on Education and the Workforce ("House Committee"), titled "Holding Campus Leaders Accountable and Confronting Antisemitism" ("House Antisemitism Hearing"), then-Harvard President Claudine Gay refused to say whether the stickers violated Harvard's policies or to explain Sabra's disappearance from the dining halls.

117.    In August 2022, Harvard PSC members disrupted Harvard's convocation—a ceremony for incoming students that is supposed to "provide[] an understanding of the values, history, and traditions" at Harvard and help new students "develop a sense of belonging and class unity [through] inspirational messages from a current student leader and University officials"—by chanting and displaying a banner that read: "Veritas? Here's the Real Truth: Harvard Supports Israeli Apartheid." Later, Harvard shared images from the convocation that prominently displayed

the banner on social media.

118.    In October 2022, Harvard PSC and other student groups brought El-Kurd back to speak on campus. Mr. Kestenbaum, who was present for the event, wrote about his shock and dismay that "El-Kurd's casual comparisons between the State of Israel and Nazi Germany," and his insistence that "Jews have begun 'internalizing the ways of the Nazis,'" in a February 2023 article published on the Jewish cultural and news website *Aish*. Despite El-Kurd's openly antisemitic views, he was not precluded from speaking on campus.

119.    In spring 2023, Harvard PSC carried out its annual boycott campaign against Israel Trek—a ten-day trip to Israel sponsored by Harvard Hillel that is held for non-Jewish students to learn more about Israeli history and culture and to speak with high-ranking Israeli and Palestinian officials—during which participants and prospective participants were harassed and intimidated, with no response by Harvard.

120.    Harvard PSC organized another protest at the September 4, 2023 convocation, at which one of its members—who on October 7 justified that day's massacre by saying the "oppressed have the right to resist"—interrupted Dean Rakesh Khurana mid-speech, shouting: "Here's the real truth: Harvard supports, upholds, and invests in Israeli apartheid, and the oppression of Palestinians." Harvard did not discipline that member or any other protester; instead, the student who interrupted Dean Khurana was later selected as a Rhodes Scholar, after receiving Harvard's endorsement.

121.    At the 2023 convocation, which Mr. Kestenbaum attended, protesters encircled the seated freshman class and screamed "boycott Israel," "stop supporting genocide," and "boycott Israel Trek," among other things. Harvard did not make any attempt to stop the protesters, who interrupted multiple speakers in addition to Dean Khurana. Mr. Kestenbaum's friend, a Jewish

freshman who wears a kippah, got up and left the convocation, telling Mr. Kestenbaum he was extremely uncomfortable with his introduction to Harvard.

122.    On September 21, 2023, HDS invited former Palestine Liberation Organization spokeswoman Diana Buttu to speak in HDS's main building at a screening of *Israelism*, a film that argues American Jews raise their children with pro-Israel indoctrination. Ms. Buttu claimed that Jews are trained to mistreat Palestinians, a behavior she said they learned facing Nazi extermination at Auschwitz. Antisemitic tropes displayed during that screening drew applause rather than denunciation. Mr. Kestenbaum, who attended the screening along with HDS Interim Dean David Holland and nearly all of HDS's Religion and Public Life ("RPL") Department faculty, experienced severe anxiety and gross discomfort as a result of that Harvard-sponsored antisemitic event. No opposing viewpoint was presented. Buttu currently serves as an instructor at Harvard.

123.    As a result of Harvard's actions and inactions alleged herein, including permitting antisemitic events, speakers, screenings, flyers, and messages, and repeatedly failing and refusing to enforce its own policies or take disciplinary measures against students and professors who violate those policies, Harvard has made it clear that it will permit, tolerate, and condone antisemitic activity.  Such deliberate indifference and discriminatory application of Harvard's policies cultivated an environment in which antisemitic activity, and the risk to Jewish students, drastically increased following Hamas's October 7 massacre, and continues to this day.

> ii.    **Harvard Refuses To Discipline a Professor Who Intentionally Discriminated Against Jewish Students**

124.    In March 2023, as confirmed by an independent investigation commissioned by Harvard, Harvard Kennedy School Professor Marshall Ganz—who has long railed against what he calls the "Israeli regime," "Jewish supremacy in Israel," and Israeli "apartheid"—intentionally

discriminated against three Jewish-Israeli students enrolled in his *Organizing: People, Power, Change* course, the stated goal of which was for "students [to] learn to work as leadership teams to reach out to constituents to design an organizing campaign."

125.    For their organizing campaign class project, the three students examined ways "to harness and unite a majority of diverse and moderate Israelis to strengthen Israel's liberal and Jewish democracy." Professor Ganz first pressured the students to change their project description so that it did not refer to Israel as a "liberal Jewish democracy," and then told them to remove the word "Jewish" because, when used in connection with "Israel," it "creates an unsafe space" akin to describing the United States as led by "white supremacy," and ultimately prohibited them from using the phrase "liberal Jewish democracy" because the phrase is "highly controversial," "disrupt[s] the learning environment," and is "deeply offensive" to certain students.

126.    Ganz threatened the students with academic consequences when they defended themselves and their project. In retaliation for the students' refusal to capitulate to his intimidation, Ganz made the topic for the last day of class "Palestinian solidarity"—even though no student project involved Palestine—and Ganz refused to let the Jewish students speak that day, rebuffing them for having "caused enough problems already."

127.    In response to a letter from the Brandeis Center asserting that Harvard violated Title VI based on Professor Ganz's conduct, Harvard initiated an investigation led by the law firm Kurker Paget. Kurker Paget issued its findings in June 2023, concluding that Ganz violated Harvard's Statement on Rights and Responsibility and finding that: he subjected students to anti-Israel and antisemitic bias and discrimination on the basis of their identities as Jewish Israelis; silenced the students' speech; treated them differently and denigrated them on the basis of their Israeli national origin and Jewish ethnicity and ancestry; prioritized others' concerns over theirs;

and interfered with their ability to participate in and benefit from an educational program.

128.    On June 15, 2023, Harvard Kennedy School Dean Douglas W. Elmendorf accepted Kurker Paget's "findings of fact and conclusions regarding [Professor Ganz's] violations of School policies," and acknowledged that Harvard "need[s] to ensure that the School fulfills the[] commitments [in the Statement of Rights and Responsibilities] and that the violations of policies that occurred this spring are addressed fully and do not recur." Dean Elmendorf stated that he was "convening a small group of faculty members at the School to advise" him, and he "expect[ed] that this process of consultation will take only a few weeks, and then I will decide how to proceed."

129.    But after more than four months of Harvard's silence and failure to discipline Ganz, the Brandeis Center sent another letter on October 30, 2023, to Diane Lopez, the Vice President General Counsel for Harvard University, demanding immediate action. The letter notified Ms. Lopez of Harvard's failure to take any remedial action with respect to HKS Members, despite the Investigative Report that had been issued four months earlier.

130.    Further, the letter highlighted the acute danger of failing to address the discrimination in the context of the antisemitism and anti-Israel discrimination that had just erupted on campus in Fall 2023. As the letter explained, Harvard's response to the Hamas terrorist attacks was woefully insufficient, and Harvard had made no real effort to protect Jewish students on campus or to condemn the antisemitic protests.

131.    Ms. Lopez responded a week later, in a letter dated November 7, 2023. In the letter, Ms. Lopez offered bland and cursory statements about Harvard's general "commitment" to a safe environment for "all students," and she provided a list of resources for students who have experienced discrimination.

132.    Ms. Lopez assured the three students that Harvard "has and continues to comply

with all applicable laws and regulations"—despite the Investigative Report's finding to the contrary, and Harvard's subsequent failure to remedy the violations found in the Investigative Report. The letter also did not describe any specific remedial action that Harvard had taken or would undertake with respect to the three students or Professor Ganz—except to say that, in general, it "has undertaken a number of these measures, as well as others that the School is not permitted to disclose under its personnel policies."

133.    Although the Brandeis Center eventually sued and settled, Harvard still has not taken any public disciplinary action against Professor Ganz. And Professor Ganz has continued to make antisemitic statements in his classroom.

134.    Mr. Kestenbaum, the John Does, and other Jewish students see Harvard's failure to act—even after its own investigator confirmed Ganz's Title VI violations—as more evidence of Harvard's hostility towards Jewish students.

**D.    Harvard's Deliberate Indifference to Antisemitism Has Continued Despite Intense Anti-Jewish Harassment Following Hamas's Massacre**

135.    As a result of Harvard's actions and inactions alleged herein, including permitting antisemitic events, speakers, screenings, flyers, and messages, and repeatedly failing and refusing to enforce its own policies or take disciplinary measures against students and professors who violate those policies, Harvard has made it clear that it will permit, tolerate, and condone antisemitic activity. Such deliberate indifference and discriminatory application of Harvard's policies cultivated an environment in which antisemitic activity, and the risk to Jewish students, drastically increased following Hamas's October 7 massacre, and continues to this day.

**i.    On October 7, 2023, Hamas Terrorists Committed Horrific Atrocities Against Innocent Civilians in Israel**

136.    On October 7, 2023, Hamas launched an unprovoked surprise attack on Israel, engaging in depraved acts of murder, torture, rape, violence, and kidnapping against Israeli

citizens. Thousands of armed terrorists invaded southern Israel, while others launched thousands of rockets toward Israeli civilians. Once inside Israel, the terrorists, acting as well-armed death squads, dispersed into Israeli towns shooting, raping, torturing, burning, and mutilating unarmed civilians, including infants, children, and the elderly, taking hundreds of hostages and engaging in mass murder and rape at a music festival near Gaza's border with Israel.

137.    The Israel Defense Forces ("IDF") eventually repelled the terrorists and regained control over the affected area. By that time, Hamas had killed 1,200 people and abducted over 200 more. October 7 was the single deadliest day for Jews since the Holocaust. Since then, senior Hamas officials have hailed the slaughter and vowed that October 7 was "just the first time, and there will be a second, a third, a fourth," promising another "October 7, October 10, October one-millionth." When the Hamas leader who used this language was asked whether he meant to call for the complete annihilation of Israel, he replied, "Yes, of course."[8]

138.    On October 18, President Biden described the October 7 slaughter as follows:

> Scores of innocents—from infants to elderly grandparents, Israelis and Americans—taken hostage. Children slaughtered. Babies slaughtered. Entire families massacred. Rape, beheadings, bodies burned alive. Hamas committed atrocities that recall the worst ravages of ISIS, unleashing pure unadulterated evil upon the world. There is no rationalizing it, no excusing it. Period. The brutality we saw would have cut deep anywhere in the world, but it cuts deeper here in Israel. October 7th, which was . . . a sacred Jewish holiday, became the deadliest day for the Jewish people since the Holocaust. It has brought to the surface painful memories and scars left by a millennia of antisemitism and the genocide of the Jewish people.

139.    Shockingly, many students and faculty members at Harvard have celebrated, justified, and excused Hamas's mass rape, murder, and kidnapping. Many have resorted to harassment and even violence against Jewish students in support of Hamas's attack and in

---

[8] 170 Cong. Rec. H2430 (2024), https://www.govinfo.gov/content/pkg/CREC-2024-04-16/html/CREC-2024-04-16-pt1-PgH2430.htm.

condemnation of Israel's defensive response.

140.    Harvard faculty members publicly support these students and oppose even the smallest measures to combat Harvard's antisemitism. These faculty members and students falsely accuse the "Israeli regime" of committing "genocide" and "ethnic cleansing" (even though the Arab population of Gaza has more than quadrupled since 1967); creating an "open-air prison" in Gaza (even though Israel completely removed itself in 2005 from Gaza, which also shares a border with Egypt); and "apartheid" (even though all citizens in Israel enjoy equal rights).

141.    Further evidencing the antisemitic nature of their activities, these students and the faculty members who support them do not condemn such countries as Syria and Yemen, which have killed hundreds of thousands of Arab civilians, or Pakistan, which is now expelling almost two million Afghan Muslims, or China, which has imprisoned its Muslims in reeducation camps, or Somalia and Nigeria, where Christians are regularly murdered. Their ire is singularly for Israel and the global Jewish population.

> **ii.    In the Months Following October 7, Harvard Fails To Respond to the October 7 Atrocities, While Jewish Students Are Targeted and Attacked on Campus**

142.    In the immediate aftermath of Hamas's October 7 massacre, Harvard failed to make a public statement about the greatest loss of Jewish life since the Holocaust. Instead, Harvard allowed the massacre to fuel anti-Jewish discrimination and harassment, as students and faculty members were permitted to justify and celebrate the slaughter.

143.    Starting directly after October 7, student organizations including Harvard PSC, Harvard Afro, Harvard Graduate Students for Palestine ("Harvard GS4P"), HDS's Jews for Liberation, and Harvard BDS, among others, led near-daily antisemitic protests, disruptions, and harassment campaigns, regularly calling for violence against Jews at campus events and on social media, employing genocidal chants to advocate "globaliz[ing] the Intifada," and eradicating Israel

and its Jewish inhabitants "from the river to the sea."

144.     On October 8, 2023, the day after Hamas's attack, a coalition of more than thirty Harvard student groups calling themselves the Harvard Palestine Solidarity Groups, which included Harvard PSC, Harvard GS4P, HDS SJP, and Harvard Afro, among others, signed a statement, organized by Harvard PSC and publicized on its Instagram, blaming Israel for Hamas's massacre: "We, the undersigned student organizations, hold the Israeli regime entirely responsible for all unfolding violence. The apartheid regime is the only one to blame."[9]

145.     Rather than suspend the student groups—a sanction provided for in many of the policies these groups violated and continue to violate—Harvard remained silent. Harvard's abject failure to address the student organizations' antisemitic statement quickly drew public criticism, including from former Harvard President Lawrence Summers, who posted the following on Twitter on October 9:

> In nearly 50 years of @Harvard affiliation, I have never been as disillusioned and alienated as I am today. The silence from Harvard's leadership, so far, coupled with a vocal and widely reported student groups' statement blaming Israel solely, has allowed Harvard to appear at best neutral towards acts of terror against the Jewish state of Israel.

146.     On October 9, Harvard finally broke its silence on Hamas's attack, issuing a public statement containing platitudes but avoiding any condemnation of Hamas or of the antisemitic statement signed by the Harvard student organizations, any expression of solidarity with Jewish students, or any acknowledgment of the antisemitism on campus. Compare Harvard's statement to that made by the president of the University of Florida following October 7:

> I will not tiptoe around this simple fact: What Hamas did is evil and there is no defense for terrorism. This shouldn't be hard. Sadly, too many people in elite academia have been so weakened by their moral confusion that, when they see

---

[9] J. Sellers Hill & Nia L. Orakwue, *Harvard Student Groups Face Intense Backlash for Statement Calling Israel 'Entirely Responsible' for Hamas Attack*, HARVARD CRIMSON (Oct. 10, 2023), https://www.thecrimson.com/article/2023/10/10/psc-statement-backlash/.

videos of raped women, hear of a beheaded baby, or learn of a grandmother murdered in her home, the first reaction of some is to "provide context" and try to blame the raped women, beheaded baby, or the murdered grandmother. In other grotesque cases, they express simple support for the terrorists. This thinking isn't just wrong, it's sickening. It's dehumanizing. It is beneath people called to educate our next generation of Americans.

147.    Later, on October 9, a Jewish student at HLS emailed President Gay and HLS Dean John F. Manning (now Harvard's Provost), imploring them to condemn Hamas and release a "comprehensive statement calling out what is happening in Israel," explaining that she and other students "don't just want your support and understanding. . . . Our friends and families are getting murdered, raped, and kidnapped. We request that you condemn the murder and abominable crimes perpetuated by Hamas." The student's mother was in Israel on October 7, and her cousins serve in the IDF. The student offered to meet with Harvard's leaders to explain her concerns in person, but Harvard did not respond. President Gay waited a week before replying, and suggested that the student could go to Harvard's Counseling and Mental Health Service ("CAMHS"). Dean Manning did not respond. Another Jewish HLS student emailed Dean Manning on October 9, telling him that "[a]s a Jewish student who wears a kippah on campus, I feel unsupported by an administration that fails to call out evil acts of violence against Jewish people." Dean Manning did not respond.

148.    As Professor Summers stated in his October 10 response to Harvard's October 9 statement, "[t]he delayed @Harvard leadership statement fails to meet the needs of the moment," and Harvard should have given "reassurance" to "frightened students" that it "stands squarely against Hamas terror . . . when 35 groups of their fellow students appear to be blaming all the violence on Israel."

149.    On October 10, President Gay issued another statement called "Our Choices," in which she finally "condemn[ed] the terrorist atrocities perpetuated by Hamas," but failed to condemn the students' reprehensible October 8 statement, noting only that they did not speak for

Harvard or its leadership but affirming that they "have the right to speak for themselves." Under intense criticism, President Gay later attempted to defend her failure to denounce the students: "Had I known that the statement issued by the students would have been wrongly attributed to the University, I would have spoken sooner about it." But President Gay missed the point—the problem is not that some thought that Harvard itself sent the student statement, but rather that Harvard failed to condemn it or take any other actions to prevent the statement from further contributing to the hostile antisemitic environment on campus.

150.    On October 10 and 11, a billboard truck drove around Harvard displaying the identities of students affiliated with the groups that signed the October 8 statement. On October 24, Harvard College Dean of Students Thomas Dunne emailed these students to inform them of the steps Harvard was taking to protect them from being publicly identified, including the formation of a task force—to protect the students who had publicly issued a shocking, widely condemned pro-Hamas antisemitic statement—the first step that Harvard took in response to the campus environment following October 7.

151.    The creation of this task force sent a strong message that the University was not just ignoring the antisemitic incidents and continuous threats to Jewish students on campus, but that it was taking sides in the conflict by supporting and protecting only students who held Israel responsible for Hamas's terrorism.

152.    Dean Dunne referred to the public identification of these students as a "repugnant assault on our community," a harsher condemnation than Harvard issued against Hamas's massacre. Harvard then removed student groups, like Harvard PSC, from Harvard's online student organization directory to protect their members from being further identified and rebuked for their antisemitic statement. Harvard PSC is still a Harvard-recognized organization.

153.    On October 11, the leadership of HDS's Religion and Public Life Department sent a statement to HDS's student body on the "Current Spate of Violence in Palestine/Israel," signed by its Associate Dean, Associate Director of the Religion, Conflict, and Peace Initiative Hillary Rantisi and Professor Atalia Omer, among others, and itself rife with antisemitic historical distortion.

154.    Below the statement was a list of events and announcements, including the winners of the Harvard Divinity RPL's Summer Photography Competition.  One honorable mention was a student submission of a photograph of graffiti near Bethlehem, depicting a Jewish individual with a stereotypical elongated nose and wearing a shirt with a Star of David greedily hoarding water from three faucets simultaneously, while an individual wearing Palestinian garb stands nearby.  Under the photograph, the student's description read, in part: "Through my experience with RCPI [the Harvard Divinity Religion, Conflict, and Peace Initiative], I became further attuned to the ways in which Zionism, as a form of religious nationalism, impacts Palestinians living under occupation in myriad ways, such as water sovereignty.  Here, not only is the water a literal representation, but it also doubles as an allusion to the ways that religion is weaponized through Zionism, and violently denies Palestinians daily of their livelihood and humanity by taking their natural resources."  Mr. Kestenbaum was highly disturbed that his own school's leaders were directly promoting antisemitism.

155.    On October 13, a group of members of Congress who are Harvard alumni wrote a letter to President Gay to express their "outrage and profound disappointment over the statement made by" the Harvard student groups that "blame[d] Israel for the Hamas terrorist attacks brutally carried out against Israeli civilians." The letter demanded, among other things, that President Gay "immediately condemn" the "abhorrent" and "heinous" statement justifying Hamas's barbaric

behavior; "investigate the origins" of the "unified hate and ignorance" among students who "have such a deep hatred for Israel that they have chosen to ignore reality, celebrate ruthless terrorists, and blame innocent civilians"; and publicly clarify that Harvard "strongly opposes this dangerous antisemitism."

156.    The following day, Harvard PSC and Harvard GS4P organized an "emergency rally" at Harvard's flagship Widener Library to denounce Israel. Hundreds of students gathered on Widener's steps to block the entire length of the building while holding signs accusing Israel of "apartheid" and "genocide," and engaging in nonstop anti-Zionist chants. Although the organizers advertised the rally as "open to all," protesters forced a photojournalist to flee after they surrounded and pushed him.

157.    Two days later, students chalked antisemitic writings at the entrance to HLS, using phrases such as "from the river to the sea" and "divest from Israeli apartheid." Notwithstanding requests to administrators, no action was taken. Soon thereafter, "free Palestine" was painted outside Harvard Chabad. It remained for months.

158.    Meanwhile, Plaintiffs were subjected to a series of vile antisemitic statements and conspiracy theories that their classmates posted on "Sidechat," an anonymous social network that is accessible with Harvard emails.

159.    One student asked his classmates to "reflect on how much power the Jewish population has over the media."

160.    Another student stated that he or she "proudly accept[s] the label of terrorist" and that it is "very hard to gaf [i.e., "give a f---"] about the concertgoers"— referring to the over 350 innocent young men and women who were raped, mutilated, and slaughtered by Hamas terrorists at the Nova music festival on October 7.

161.    Another student claimed that the "nova massacre"—again, referring to the same terrorist attack at the music festival—was "carried out by the [Israel Defense Forces]."

162.    Another student referred to a Jewish student as "pro-genocide" and said that she "looks just as dumb as her nose is crooked."

163.    Another student posted a rhyme about "Harvard Hillel burning in hell," and claimed that it is "funded by Epstein" (i.e., Jeffrey Epstein) and that it "support[s] genocide."

164.    Another student referred to "Zionists" as "[k]illers and rapists of children!"

165.    Another student expressed that he or she "support[s] Hamas" and views "Oct 7 as a moment of decolonization."

166.    One student posted "LET EM COOK," apparently referring to news reports that Israeli first responders found babies burned to death in ovens after October 7.

167.    Harvard's failure to appropriately condemn or take meaningful steps to ameliorate antisemitism on campus emboldened students to engage in increasingly aggressive antisemitic protests, intensifying the hostile environment Jewish students were forced to endure.

a.    *Harvard Fails To Respond to Attack on John Doe #1 and Obstructs State Authorities from Investigating the Attack*

168.    On October 18, 2023, Harvard PSC and Harvard GS4P organized a "die-in" and protest (the "October 18 Demonstration") at HBS, heavily promoted on social media as a "demand [to] end [an] ongoing genocide," with organizers repeating Hamas falsehoods that Israel bombed al-Ahli Hospital in Gaza.

169.    After seeing this announcement in a WhatsApp group chat called "Protests around Harvard," Mr. Kestenbaum replied to the chat, asking whether the groups would still host the event even though the report blaming Israel for the hospital bombing had been proven false. Students responded by calling Mr. Kestenbaum despicable and accused him of spreading Israeli

propaganda.

170.    Hundreds of die-in protesters marched from outside President Gay's office to HBS, where they lay on the ground playing dead while raising "from the river to the sea" signs and chanting "free, free Palestine" and other slogans.

171.    After Harvard had allowed antisemitic hatred to fester for so long and permitted these public and online threats to go unpunished, things were bound to turn physical.

172.    Indeed, the October 18 Demonstration protesters also harassed and physically assaulted Jewish students, including John Doe #1.

173.    The entire event was captured on videos taken by student protestors, video taken by John Doe #1 himself, and by aerial news footage.

174.    As the videos show, John Doe #1 was walking outside HBS's Klarman Hall. He was wearing a blue bracelet, a public symbol of his Israeli identity and his solidarity with his homeland. While walking, he encountered the October 18 Demonstration taking place on the quad accessible to all Harvard students.

175.    The October 18 Demonstration was coordinated by two organizations, "Harvard Undergraduate Palestine Solidarity Committee" and "Graduate Students 4 Palestine." Scores of Harvard students gathered to protest Israel's right to exist and to accuse Israel of "war crimes."

176.    A leader from a group invited to speak at the October 18 Demonstration explained that the protest was fueled by the belief that "Israel is a fascist, genocidal government" that operates an "apartheid regime . . . rooted in the same logic of settler colonialism."[62]

177.    Several students at the event held up signs featuring slogans accusing Israel of committing "genocide" and calling for the eradication of the Jewish state— such as "From the River to the Sea!" and "Free Free Palestine!"

178.    The event was being widely recorded by cameras, including by one on an NBC helicopter. Students used their phones to film the event, and John Doe #1 chose to do so as well. Like others had, John Doe #1 walked through the demonstration and silently recorded.

179.    As John Doe #1 was walking and filming quietly, the protest's self-designated "safety marshals"—which included at least one HDS student and one HLS student, both of whom were also employed by Harvard—began to accost John Doe #1. Although the event was taking place in a University space and was ostensibly open to all students, John Doe #1 was repeatedly shouted at to "get out."

180.    The "safety marshals" had no legitimate reason to approach John Doe #1, to ask him to leave, and certainly not to accost him physically. John Doe #1 was doing nothing more than walking around silently, and—like other students who were not asked to leave—was filming the event on his phone.

181.    The videos show numerous other individuals filming the event, and no other person with a camera or taking a video with a phone was approached by "safety marshals."

182.    One of the first students to confront John Doe #1 was an HLS student, who shoved a keffiyeh in John Doe #1's face as he attempted to walk. It appears from the video that John Doe #1 said to him, "I'm allowed to be here," to which the HLS student appears to respond, "I'm allowed to cover you." John Doe #1 can be heard saying, "Back up."

183.    Shortly thereafter, a protester dressed in all black, including a black hood and black face mask, leapt up at John Doe #1. Following the lead of the self-designated "safety marshals," additional individuals began to approach and gather around John Doe #1, surrounded him with keffiyehs, and then violently grabbed him. The mob swarmed in even closer, constantly repeating the word "exit"—making it very clear that somebody like John Doe #1, an Israeli Jewish student,

was not welcome.

184.    The mob succeeded in forcing John Doe #1 to the outside perimeter of the die-in, all while continuing to force their keffiyehs in his face. One individual threw his arm into John Doe #1's neck.

185.    When John Doe #1 attempted to move past the mob, things took an even more violent turn. Multiple members of the mob began to forcefully grab him and physically push him back away from the protest. John Doe #1 repeatedly pleaded with those assaulting him to stop, but they refused. "Please don't touch me" and "Please don't grab me," John Doe #1 repeated—firmly but peacefully, trying to deescalate.

186.    Even as John Doe #1 attempted to walk by, however, the mob of students continued to surround him, press up against him, and shove protest signs and keffiyehs in his face. The crowd then began yelling chaotically in his face, "Shame! Shame! Shame!" Fearful for his safety, John Doe #1 tried to escape and was finally able to move past the protestors.

187.    In the weeks that followed the attack on John Doe #1, several Harvard students and at least one instructor, posted defamatory remarks on the internet about John Doe #1.

188.    On November 1, 2023, a first-year law student at HLS accused John Doe #1 on X of acting "aggressive[ly]" and "taking invasive photos and getting in [the protesters'] faces." She falsely claimed that John Doe #1 was "masked/covered to hide his identity," and that "the safety marshals did NOT touch this student."

189.    On November 2, 2023, the same first-year law student claimed on X that John Doe #1 was "nearly stepping on" the demonstrators "for the explicit purpose of doxing [sic] students." She repeated the falsehood that "safety marshals intervened without touching the student," and that John Doe #1 was "harass[ing] peaceful protestors."

190. On November 2, 2023, a second-year law student at HLS alleged on X that John Doe #1 had been "getting close to our faces and taking invasive pics" and "aggressively stepping over and near people." The student also falsely claimed that "nobody there got physical with" John Doe #1.

191. On December 2, 2023, these same two law students published an article on Medium accusing John Doe #1 of "harassment" at the event and blaming him for bringing the assault on himself.

192. Of course, none of this was true, and it is directly belied by the video. John Doe #1 was physically assaulted at the October 18 Demonstration. And, unlike many of those who attacked him, John Doe #1 was not covering his face, he remained quiet and peaceful, and he was not acting aggressively or harassing anyone.

193. On November 13, 2023, John Doe #1 filed his own complaint with HLS, detailing the verbal harassment and physical assault that he endured at the October 18 Demonstration by multiple Harvard graduate students, including one who was completing his second year at HLS.

194. On November 15, 2023, John Doe #1 also filed a complaint with HDS detailing the verbal harassment and physical assault that he endured at the October 18 Demonstration by multiple Harvard graduate students, including one who was completing his second year at HDS.

195. John Doe #1 included in his complaints the video he recorded, as well as video of his assault from other vantage points.

196. Following these complaints, Harvard engaged in delay tactics to sweep the incident under the rug without punishing the attackers.

197. Rather than take any direct or immediate action, former Harvard President Claudine Gay reported publicly on November 9, 2023, that the "incident is being investigated by

the FBI and the Harvard University Police Department." Dr. Gay continued: "[c]onsistent with our standard practice, once law enforcement's inquiry is complete, the University will address the incident through its student disciplinary procedures to determine if University policies or codes of conduct have been violated and, if so, take appropriate action." No such completion, determination, or action was ever announced.

198.    Further nothing in Harvard's policies states that it cannot or should not address complaints of discrimination, harassment, or violence until a related law enforcement investigation is complete. And there is no such "standard practice," as Harvard has acted swiftly in response to other incidents of violence. In reality, there is no reason that Harvard could not have disciplined, suspended, or expelled the attackers for violating Harvard school policies, or that it could not do so now. Doing so would in no way interfere with, undermine, or affect any law enforcement efforts to investigate criminal violations at the same time. Harvard's message was clear: discrimination, harassment, or violence is acceptable so long as it is directed at Israelis and Jews.

199.    To that end, the single external investigation commissioned by Harvard into the physical attack against John Doe #1 stalled until Congress intervened.

200.    On January 3, 2024, Harvard's outside counsel contacted John Doe #1's attorneys to inform them that Harvard had retained counsel's firm to conduct an external investigation into the physical attack against John Doe #1 on October 18, 2023.

201.    On January 5, 2024, attorneys from the firm met with John Doe #1's attorneys via Zoom. That same day, John Doe #1's attorneys sent the outside attorneys video footage of the incident in which John Doe #1 was physically attacked.

202.    There was no further movement on the investigation until April 10, 2024, the night

before Representative Elise Stefanik sent a letter to Harvard and made the letter public the same day.

203.   Though Harvard allegedly initiated an external investigation into the physical attack against John Doe #1, Harvard's outside counsel did not schedule an interview with John Doe #1 until after Representative Stefanik's letter was made public.

204.   After interviewing John Doe #1 in May 2024, Harvard's outside counsel did not contact nor update John Doe #1.

205.   On February 11, 2025, counsel for John Doe #1 contacted the outside investigators, and was curtly told five days later that they "cannot comment on the investigation." The matter appears to remain open more than 14 months after it was originally opened and over 17 months after the assault.

206.   Because one of the perpetrators was slated to graduate in May 2024, John Doe #1's attorneys sent one of the outside attorneys a letter on March 22, 2024, requesting an update on the investigation, including substantive actions taken by the firm or by Harvard University to ensure that the complaint against the graduating student would be resolved prior to graduation.

207.   Harvard's outside counsel claims that neither perpetrator graduated in May 2024. While the first assailant was relieved of his proctor duties, both assailants remain on campus and attend classes. The other assailant is currently a teaching assistant at HLS including for the 2024-2025 academic year. To this day, no public announcement condemning their behavior has been made by any Harvard administrator.

208.   Meanwhile, upon information and belief, Harvard and its outside firm stalled the investigation. Although the external law firm's investigation was designed to recommend to Harvard whether the University should open a formal investigation, to Plaintiffs' knowledge, no

official report was drafted and no conclusion reached.

209.    Regarding the criminal matter concerning the two known perpetrators of the physical attack against John Doe #1, the clerk's hearing in Suffolk County occurred on May 8, 2024, after the attorney for the two known perpetrators advocated for the clerk's hearing to be rescheduled to a much later date.

210.    Upon information and belief, Harvard staff and employees assisted the attorney of the two perpetrators in delaying the date of the clerk's hearing by a significant amount of time, thereby ensuring that the matter likely would not be resolved before the end of the school year.

211.    During the May 8 hearing, the clerk-magistrate found probable cause to issue criminal complaints against both perpetrators. As a result, on May 9, criminal charges were brought against both assailants. Their arraignments initially were scheduled for June 3, 2024.

212.    However, due to scheduling issues, the arraignment was pushed to September 4, 2024.

213.    On September 4, at what was supposed to be the arraignment of the assailants, Suffolk County Assistant District Attorney Ursala Knight asked the Court to continue the arraignment on the ground that the Commonwealth of Massachusetts still needed to engage in further investigation because the Harvard University Police Department had "essentially refused to investigate," which had been a "shock to the Commonwealth."

214.    In seeking a continuance, Ms. Knight emphasized to the court that the Commonwealth had approached Harvard multiple times seeking additional information about other individuals involved in the October 18 assault of John Doe #1 and had received no assistance. Ms. Knight stated, "We have made several requests to [Harvard] to look into this information, and they have been unwilling to follow up with us." Because the Commonwealth did

not yet have that information, Ms. Knight did not know whether other individuals may have inculpatory or exculpatory information.

215.    Harvard's refusal to cooperate with a state prosecutor in properly identifying the individuals who attacked John Doe #1 undercut the investigation, blocked justice, and further demonstrates the level of disregard with which Harvard treats antisemitic incidents, and the lack of care it has for its Jewish students.

216.    The arraignment was again rescheduled for October 22, 2024, and then again for November 15, 2024.

217.    At the arraignment on November 15, 2024, both assailants pleaded not guilty. The court issued a "no contact" order with regard to John Doe #1, while the assailant's attorney presented a series of motions, including a motion to dismiss on the basis of selective enforcement and prosecution, a motion to dismiss for lack of probable cause, and two motions seeking additional information from Harvard and Harvard University Police Department's investigating officer, Seargeant Karns ("Rule 17 motions"). Despite the "no contact" order, Harvard did not ban the assailants from campus (even on a temporary basis).

218.    Another hearing was scheduled for January 17, 2025, to allow for argument on the motions. During the hearing, the court agreed to take the motions to dismiss under advisement, while the parties agreed to table the Rule 17 motions until after discovery. It was announced during this hearing that the FBI, as well as the Boston Police Department, were assisting the Suffolk County DA's Office to identify additional attackers of John Doe #1. The next hearing is currently scheduled for April 3, 2025.

219.    Before the February 2025 hearing, the judge presiding over the matter issued an order granting the assailant's motion to dismiss the civil rights charge but denying their motion to

dismiss the assault and battery charges.

220.    Despite state authorities pursuing assault and battery charges against John Doe #1's attackers, HLS, HDS, and Harvard University have refused to take any public remedial or disciplinary action. Upon information and belief, HLS, HDS, and Harvard University have not even opened disciplinary proceedings against the HDS and HLS-enrolled employees—as they are required to do under each of their respective codes, policies, and procedures—despite John Doe #1's timely complaints to the University and Harvard University Police Department in November 2023.

221.    John Doe #1 followed the requirements under Harvard's policies and took all necessary steps to report his complaints to the appropriate channels—as laid out by Harvard's policies to ensure its students are protected from the exact situation that John Doe #1 experienced.

222.    Compounding the Harvard Administration's mishandling of the situation, in May 2024, Jeremy C. Fox, an instructor employed by the Harvard Extension School, contributed to a *Boston Globe* article that minimized the attack on John Doe #1 and defended the attackers.[10]

223.    To date, John Doe #1 continues to experience antisemitism at HBS, and despite repeated complaints, Harvard has not taken action to resolve his concerns.

> b.  *John Doe #2 Is Trapped in Wasserstein Hall by a Pro-Hamas Mob with No Response from Harvard*

224.    On October 19, 2023, just one day after the attack on John Doe #1, Harvard PSC and Harvard GS4P recruited hundreds of protesters to march through campus, invading the Science Center, HLS's Caspersen Student Center and Wasserstein Hall buildings, the Harvard

---

[10] Mike Damiano, *At Harvard, a Confrontation During a Protest Erupts in Political Controversy*, Bos. Globe (May 26, 2024), https://www.bostonglobe.com/2024/05/26/metro/harvard-confrontation-during-protest-erupts-political-controversy-lands-court/.

Kennedy courtyard, and Harvard Square, using noisemakers, drumsticks, buckets, and megaphones to chant "from the river to the sea," accuse Israel of "genocide," and demand that Harvard "divest[] from Israeli apartheid that is funding genocide in Gaza." The mob disrupted multiple classes, leading Jewish students to flee for their safety, with some removing identifying garb to avoid attack. Harvard failed to take steps to prevent the disruptions.

225.    During this upheaval, John Doe #2 and four other students were in a study room on the first floor of HLS's main building, attending a small discussion session with a former assistant to the President during the Trump administration, Jason Greenblatt. At the session, the students heard drumming outside the study room and found a mob at the entrance to HLS with a giant banner reading "Stop the Genocide in Gaza."

226.    One student watched as Harvard University Police Department ("HUPD") officers observed but took no action against the hundreds of protesters, including non-Harvard-issued identification entrants ("HUID"), who were bypassing card scanners and infiltrating the building.

227.    The group stormed HLS's main building, marched down the building's first-floor hallway, and blocked the hallway outside the study room where Greenblatt, John Doe #2, and several other students were hiding. Fearing a violent attack, students in the study room removed indicia of their Jewishness, such as kippot, and hid under desks.

228.    Harvard's policies also provide that students' HUID cards, which grant access to Harvard facilities, are "for University purposes only . . . [and] are not transferable; a student may not allow any other person to use their HUID card for any purpose," that "[c]ommunity members are responsible for their identification card and for the consequences of its misuse," and that the HUPD has the authority to request any individual's HUID card "[w]henever it is necessary to ascertain whether a person is a member of the University community or an authorized visitor."

229.    Several Jewish students, including John Doe #2, immediately went to the Dean of Students and Community Engagement, Equity, and Belonging ("CEEB") offices, only to find the offices locked with staffers already safely inside. One staffer ultimately came to the door to tell the Jewish students to wait in another room until the administrators were ready to meet. Eventually, HLS Dean of Students Stephen L. Ball and Assistant Dean for CEEB Monica Monroe met with the students very briefly and, without giving the students any opportunity to speak, stated that they were "sorry" and that they would look into the incursion.

230.    John Doe #2 had to miss his class later that day and, concerned for his safety, stopped regularly attending his classes.

231.    One of the other students present during the incident in the study room emailed Assistant Director of Student Life Jeffrey Sierra after the mob stormed HLS to describe what happened. In two previous meetings with Mr. Sierra, she had asked him what could be done to stop the rampant antisemitism on campus and explained its impact on her.

232.    In both meetings, and in response to her email regarding the October 19 incursion, Mr. Sierra directed the student to CAMHS for mental health services and, on several occasions, said he was "not in a position to do more." When the student asked who she could contact instead, Mr. Sierra said he would speak with more senior administrators, but the student never heard from anyone else about her concerns.

233.    Mr. Kestenbaum also encountered the mob as he was leaving his class at Harvard Kennedy. The mob, having moved on from HLS, now blocked the exit to the Harvard Kennedy building and shouted, at anyone trying to leave, "from the river to the sea" and other chants calling for the destruction of Israel and genocide of Jews. Mr. Kestenbaum was shaken by this experience, which made him fear for his safety on campus.

*c.  With No Response from Harvard to Either Incident, the
Harassment and Disruptions Continue Unabated*

234.    Reflecting its deliberate indifference to the severe and pervasive hostile environment for Jewish and Israeli students on campus, Harvard had actual knowledge of the incidents of student-led antisemitic harassment—including through personal observation by administrators, student complaints and reports, and news articles—yet unreasonably failed to adequately and appropriately investigate and remedy these issues.

235.    After Harvard's failure to respond to the October 18 and October 19 antisemitic harassment, Harvard PSC and Harvard GS4P organized yet another disruption on October 20, which they called a "global strike for Palestine," complete with a classroom walkout and protest.

236.    On October 27, during Family Weekend—when students' families visit campus— Harvard PSC and Harvard GS4P held another die-in and protest starting outside HLS's library, advertising the protest as "[o]pen to non-HUID Holders." Protesters lay on the ground at the library's entrance with "Boycott Divest Sanction" and "Harvard must recognize Genocide" signs, while chanting "from the river to the sea" and "hey hey, ho ho, the occupation has got to go."

237.    In advance of the protest, John Doe #2 had emailed several HLS administrators, including Dean Ball, Dean Manning, and Dean Monroe, attaching the student groups' flyers advertising the protest and requesting that the administrators prevent non-HUID holders from attending, and stating: "Please protect us." None of them responded.

238.    These mass disturbances violated several Harvard policies, but Harvard took no action to prevent them—even when students, citing specific policy language and providing photographic evidence, warned administrators, including President Gay, Provost (and now-President) Garber, Dean Manning, Dean Ball, Dean Soban, and Dean Monroe, of impending antisemitic disturbances.

239.    On October 27, President Gay attended a Harvard Hillel Shabbat dinner where she finally acknowledged that there had been a "surge in anti-Jewish incidents and rhetoric across the nation—and on our own campus," that she had "heard story after story of Jewish students feeling increasingly uneasy or even threatened on campus," and that "antisemitism has a very long and shameful history at Harvard," which "has done too little to confront its continuing presence." Although President Gay promised that this indifference would continue "[n]o longer," Harvard has done nothing to rectify its hostile environment.

240.    Three days later, on October 30, Harvard PSC and Harvard GS4P, in violation of Harvard's clear policies, began a semester-long takeover of HLS's main common lounge in Caspersen Student Center during which students orchestrated incessant antisemitic agitation, anti-Israel protests, and accosted Jewish students.

241.    Harvard ignored the pleas and concerns of Jewish students, including John Doe #2 and Unnamed Student A, who are visibly Jewish based on their religious clothing and who have been regularly stopped and targeted in the Lounge. Some students stopped using Caspersen Lounge as a study space entirely to avoid being harassed because they are Jewish.

242.    For at least two weeks, Harvard did not intervene to stop the takeover of Caspersen Lounge. Only on November 15—when Jewish students asked Dean Ball, Dean Soban, Dean Monroe, and Title IX Program Officer Sasha Tulgan if they could also demonstrate in that same space—did Dean Ball send an HLS-wide email advising that shared spaces like Caspersen Lounge are only for "personal or small group study and conversation." On November 15, the protesters ignored three separate in-person requests by administrators to stop the Lounge takeover. In short, Pro-Palestinian disruptors continued their disruptions unfettered, while Jewish students seeking to demonstrate were effectively instructed to keep out of the same spaces.

243.    On November 16, the next day, protesters held an unauthorized "vigil for martyrs" event in Caspersen Lounge during class time with a printed program outlining demands and advertised in advance on social media.

244.    Two days before this "vigil for martyrs" event, John Doe #2 emailed Dean Ball and other HLS administrators warning them about this planned disruption, noting that Harvard GS4P organizers again intended to bring outsiders to the school and stating that he "and other Jewish students feel unsafe and [these unauthorized events] are directly interfering with our ability to attend [class] and focus on our coursework."

245.    Dean Ball attended the "vigil," but did nothing to disperse the crowd or discipline the instigators. John Doe #2, Unnamed Student A, and others participated in a counter-protest that day, but their "bring them home" chants—referring to hostages held by Hamas—were drowned out by anti-Jewish protesters, who yelled, among other things, "glory to the martyrs."

246.    After Harvard again failed to stop these antisemitic threats, John Doe #2 emailed Title IX Program Officer Tulgan, telling her that "campus felt so unsafe today" and that "I used to hope that the administration will do better but today I lost all hope."

247.    The protesters' prohibited takeover of Caspersen Lounge continued through the end of the semester, and the perpetrators have faced no discipline. Organizers said they would continue using Caspersen in violation of school policy.  The Lounge has continued to be the site for protests and events that violate Harvard's policies.

248.    On November 3, 2023, the HJAA—formed in the wake of Harvard's unreasonable response to October 7—sent Harvard a letter, signed by over 1,800 alumni, demanding immediate action to stop the incessant antisemitism and stating that they never imagined that they would "have to argue the point that terrorism against civilians demands immediate and unequivocal

condemnation," or argue "for recognition of our own humanity."

249.    On or around November 5, 2023, flyers advertising an event hosted by the student group Alliance for Israel were ripped down. The group's members emailed HLS Campus Safety Coordinator Collin Keyes and HUPD Lieutenant Wilmon Chipman to request video footage of the locations where the flyers had been posted. Chipman stated that he would pass this request to "command staff"; however, the students heard nothing for several weeks despite repeated follow ups, until December 15, when Keyes informed one member that Harvard could not find the posters in the footage. That member followed up twice with more details to help Harvard properly search for the posters, but Harvard has still failed to locate the relevant footage.

250.    Starting on November 8, 2023, and continuing through the next week, Mr. Kestenbaum put up posters of Israeli children kidnapped by Hamas on a bulletin board in HDS's common area, all of which were ripped down.

251.    Mr. Kestenbaum reported this vandalism to HDS leadership, including the chaplain, the assistant and associate deans for DIB, and the director of student life, advising that he was discouraged from further using this dedicated public space. Harvard did nothing to address this blatant violation of its policies, instead telling Mr. Kestenbaum that the Administration would explore during the next semester—which proved to be nothing more than an empty platitude, given that the poster vandalism continued into the spring 2024 semester, and Harvard took no affirmative steps to investigate the issue on its own.

252.    Also on November 8, 2023, John Doe #2 emailed several administrators, including HLS Dean Ball and Dean Soban, notifying them of a Harvard PSC and Harvard GS4P "day of mourning" walkout event planned for November 9, the anniversary of Kristallnacht. He noted that the last time there was an organized walkout, hundreds of people, including outsiders, stormed

through the HLS building. He asked whether there was a "safe and secure location on the HLS Campus for Jewish students to go through in case any demonstrators break in." None of the administrators responded to John Doe #2 concerning any safety measures, and the event was ultimately postponed by the student groups.

253.    After mounting pressure from students, alumni, and the school's newly formed Antisemitism Advisory Group, President Gay issued a statement on November 9, 2023, outlining what she called "concrete steps" for "combating antisemitism" at Harvard, but offering only vague and unspecified plans to examine antisemitism and address its complex history, educate community members on antisemitism, make students aware of how to report bias, ensure physical and psychological safety, have community sessions with the diversity office, and look for external partnerships that would assist with efforts. Harvard failed to implement any of these actions, and the Antisemitism Advisory Group was dismantled in January 2024.

254.    Also on November 9, 2023, Harvard PSC posted a video of students disrupting a faculty dinner, shouting through a megaphone to "raise awareness" of what they called "genocide."

255.    On November 13, protesters chanted "globalize the Intifada"—that is, chanted for mass murder and terrorism against all Jews—across the Harvard undergraduate campus. John Doe #2 reported these violent chants to Dean Manning, Dean Monroe, the newly formed Antisemitism Advisory Group, and others, who did nothing other than thank John Doe #2 for informing them.

256.    As Professor Summers stated in a November 15 *Washington Post* op-ed titled "The Cancer of Antisemitism is Spreading. Colleges Must Take the Right Stand," Harvard was in "a moment of moral and mortal peril"; "Harvard . . . h[as] not been swift" in its response to antisemitism, a "cancer—a lethal adversary best addressed as rapidly, thoughtfully and

aggressively as possible"; Harvard's "[d]ouble standards" are "unacceptable," and no honest observer could say that its "responses to antisemitism have paralleled in vigor or volume the responses to racism or other forms of prejudice"; and "singling out Israel with calls for its annihilation is Jew hatred."

257.    The utter inadequacy and clear unreasonableness of Harvard's response to antisemitism on campus was further exemplified on November 16 and 17 when, for twenty-four hours, students took over University Hall, demanding that "Harvard administrators release a call for a ceasefire in Gaza," announce that "antisemitism [is] not the same as anti-Zionism," and "investigate Islamophobia and suppression of pro-Palestine speech on campus."

258.    Rather than eject or otherwise penalize those students, nine hours into the takeover, Dean Khurana and Adams House Faculty Dean Salmaan Keshavjee brought the occupying students burritos and candy. After twelve hours, Dean Khurana gave them the chance to leave without disciplinary action; when the students refused, he allowed them to remain overnight.

259.    When questioned at the House Antisemitism Hearing why the deans provided food to unlawful protesters and promised them no consequences, President Gay evaded the question, stating, "where conduct violates our policies . . . we have processes underway." Appeasement of antisemitic disrupters became the *modus operandi* of the Administration at the expense of the safety of Harvard's Jewish community.

260.    On November 27, 2023, Harvard Afro and Harvard BDS held a rally in Harvard's Science Center plaza, where students chanted "long live the Intifada," "globalize the Intifada," "from the river to the sea, Palestine will be free," and "we have them outnumbered," among other antisemitic slogans.

261.    The next day, on November 28, 2023, President Gay declined an invitation to

attend a December 4 campus screening of a video of forty-three minutes of Hamas's October 7 atrocities, because she was to be out of town, and declined a Harvard alumnus's offer to provide her private transportation to enable her to attend.

262.    On November 29, 2023, Harvard PSC, Harvard BDS, and Harvard Afro again organized "disruptive" mass walkouts from classes across campus, targeting major lecture halls and the Science Center's classrooms and lobby, among other locations. During their takeover of the Science Center lobby—conduct prohibited by Harvard's Statement of Rights and Responsibilities—protesters surrounded and intimidated Jewish students, using megaphones to shout genocidal antisemitic chants, including "globalize the Intifada," "long live the Intifada," "from the river to the sea," and, in Arabic, "water to water, Palestine will be Arab."

263.    The disruption, like many before it, was led by a student recognized by Jewish students as one of the primary instigators of antisemitic abuse on campus, whose presence causes considerable fear and alarm among the Jewish students who live in the same dormitory, Adams House. Adams House Faculty Dean Keshavjee—who supplied burritos and candy to the University Hall occupiers—did nothing to ameliorate the situation.

264.    A Harvard student, Unnamed Student B, also posted defamatory remarks about John Doe #1 in various official club group chats. He called John Doe #1 a "Zionist aggressor," stated "we all know who controls the media," and called Israel a "terrorist state." In November 2023, John Doe #1 reported this to Ben Longstreth, Associate Director, Community Standards and Program Services at HBS. However, Harvard seemingly failed to discipline Unnamed Student B.

265.    In November 2023, John Doe #1 reported to HBS that an HBS student, Unnamed Student C, had been actively harassing, cyber-bullying, and defaming John Doe #1 online. John Doe #1 reported that he feared for his physical safety, as Unnamed Student C posted about

resistance "by any means necessary." Unnamed Student C also posted a picture of John Doe #1's face on X. Despite the reports, Harvard seemingly did not take any action to remedy the situation or to discipline Unnamed Student C.

266.    At an HBS Middle East and North Africa ("MENA") Club event on November 15, 2023, event attendees were required to RSVP in advance. Upon arrival at the registration table, John Doe #1 found that the administrator handling sign-in had a separate list of Jewish students at HBS who had RSVPed, and next to each Jewish student's name on the list was a notation of either "protestor" or "peaceful." Presenters at the event espoused antisemitic rhetoric, despite advance warning of the anticipated conduct and content brought to the attention of the HBS administration by the HBS Jewish Students Association in advance of the event. Many Jewish students, including John Doe #1, brought the nature of the event to the attention of the HBS leadership immediately, both at the event and in the days following. At the event, the administrator with the list of Jewish students told the objectors it was essentially "not a big deal." To date no action has been taken to explain or apologize for this situation. No action has been taken to ensure that such discriminatory behavior does not recur.

267.    On December 3, 2023, Harvard BDS posted an Instagram story publicizing a speaking event featuring convicted terrorists and attempted murderers Marah Bakir and Shorouq Dwaiat—the former was sentenced to eight years in prison for her October 2015 attempted murder of a police officer in Jerusalem, and the latter to sixteen years in prison for her premeditated stabbing of a Jewish man in the head and attempt to stab another in Jerusalem on October 7, 2015. Both of these terrorists were among those Israel released in late November 2023 in exchange for hostages held by Hamas. Mr. Kestenbaum emailed the December Instagram post to President Gay, Interim Dean Holland, and the Antisemitism Advisory Group, stating that it "sends a clear,

dangerous message to Jews on campus," and asking Harvard to suspend Harvard BDS leaders, "disavow anti-Jewish rhetoric, and protect Jewish students." Harvard did not respond.

268.    On December 6, 2023, rather than prevent protesters from disrupting HDS's Seasons of Light celebration that evening—a "beloved annual multireligious service" and HDS's only annual event that includes a celebration of the Jewish faith—Harvard canceled it, choosing instead to bow to the mob.

269.    That same day, Harvard GS4P students took over HDS's "Holiday Tea," interrupting the Harvard administrators, faculty, staff, and students who had gathered there by unfurling a large banner alleging "genocide in Gaza," yelling about a "Zionist genocidal campaign," shrieking "there can be no peace without justice," "free, free Palestine," and "shame!" The Harvard administrators did nothing to stop the students. Mr. Kestenbaum, who was present, emailed the Antisemitism Advisory Group to report this blatant violation of Harvard policy— which occurred after President Gay publicly declared that Harvard would discipline this type of violation—but has not received a response.

270.    Rather than protect Jewish students, Harvard has required that they limit or conceal their activities. For example, as Harvard Chabad Rabbi Hirschy Zarchi revealed, Harvard required that he remove the Chabad Hanukkah menorah from the campus at night so that it would not be vandalized. Rather than ensuring the safety and success of the Seasons of Light celebration and making it unequivocally clear that vandalizing the menorah was unacceptable and would be met with harsh punishment, Harvard addresses antisemitism by canceling events that include celebrations of Jewish culture and warning celebrants to hide Jewish symbols.

271.    At the same time Jewish students were being cautioned by Harvard to abandon or conceal their identity, students celebrating the October 7 massacre and advocating death to Israelis

and Jews were free to do so on campus and social media, undeterred and unpunished by Harvard.

272.    On December 10, 2023, during final exam week, Harvard PSC, Harvard BDS, and Harvard Afro oversaw a disruptive, aggressive takeover of Harvard's Widener Library, and then marched to Massachusetts Hall, where students chanted "from the river to the sea." Mr. Kestenbaum had intended to study at Widener but abandoned his plan, as he was concerned that his religious clothing would make him a target for abuse or violence. Harvard took no action to stop the Widener protest or discipline the students or organizations that participated in it.

273.    In the months following October 7, Harvard's faculty and teaching fellows joined, encouraged, and supported severe and pervasive harassment and marginalization of Jews at Harvard. For example, rather than condemn the disruptive student-led events alleged above, several professors canceled class to encourage students to participate. Harvard was fully aware of these actions by its faculty and staff, yet took no action to prevent these professors' and teaching fellows' discrimination against Jewish students, even though such conduct plainly violates Harvard's policies.

274.    On October 10, 2023, an HLS Civil Procedure teaching fellow—the same HLS student who assaulted John Doe #1 at the October 18 Demonstration—sent an email to his students, comprising nearly one-third of the 561 first-year law students, calling for them to bring their "whole identities and ideologies" to class, and inviting them to a "vigil for all civilian lives lost and in solidarity with Palestine," with no mention of the slaughter and rape of Israelis three days earlier. It is worth noting that Israel had not even entered Gaza when this posturing "vigil" was to be hosted.

275.    One of the assailant's law students immediately emailed the course professor, James Greiner, copying Dean Manning, Dean Ball, and the CEEB Office, asking Professor

Greiner to respond to the email, explaining that it was "deeply inappropriate" given Jewish students' pain and fear following October 7 and that the assailant made him and other students feel even more afraid of antisemitism at Harvard.

276.    Three weeks later, after he was recorded assaulting John Doe #1 on October 18, Professor Greiner permitted the assailant to host a review session for his students, which John Doe #2 and other Jewish classmates did not attend because they were afraid of him.

277.    John Doe #2 asked administrators at the Dean of Students Office if Jewish students would have to be killed before Harvard deemed it appropriate to finally act to protect them. John Doe #2 filed a formal complaint with the Dean of Students on October 12, 2023, met with Director Sierra about his complaint, and repeatedly followed up, imploring them to take action to stop the constant antisemitic protests and other hostile activities at HLS, but contrary to its ostensible procedures, Harvard failed to take any action against perpetrators.

278.    At the time of this filing, the HLS assailant still has faced no discipline from Harvard for his assault—he is still an HLS student and still employed by Harvard as a teaching fellow.

279.    John Doe #2 and other Jewish students have also been targeted by their Torts professor, Jon Hanson, who, on October 7, promoted a podcast inviting listeners to "learn more about Israeli apartheid + occupation" and defended the Hamas attack by claiming "people on the underside of power who resist state violence and occupation will always be called terrorists". On October 17, Hanson said, "I'm honestly stunned by how openly bigoted both Israeli and American Zionists have been since October 7th," and on November 2, Hanson maligned Israeli Jews as "colonizers" who "blow[] up" babies. On December 9, Hanson asserted there was a "depopulation campaign" in Gaza, and on December 10, he derided the December 5 House Antisemitism Hearing

as a "master class in bad-faith culture war bullshit."

280.    On October 19, 2023—after stopping class because of the disruptive mob charging through the halls—Professor Hanson required the class to participate in a blind vote about whether to discuss the Israel-Hamas conflict during Torts class, which he declared a tie, and granted himself sole discretion whether to facilitate such discussion at a later time. During a Zoom meeting, Professor Hanson shared his anti-Israel/Jewish views and told John Doe #2 that he would not rule out discussing the Israel-Hamas conflict during Torts class.

281.    At another meeting less than two weeks later, Hanson discouraged John Doe #2 from escalating his complaint against the HLS assailant and advised that he supported the students who had recently taken over Caspersen Lounge. Professor Hanson also planned his final exam for the Fall 2023 semester to require students to write about Israel and Gaza but changed it at the last minute—after the Registrar's Office intervened.

282.    On October 17, the Executive Committee of Harvard's Center for Middle Eastern Studies endorsed a statement published by the board of the Middle East Studies Association which demonized Israel. The statement listed the atrocities caused by Hamas's October 7 attack on Israel—namely, Hamas's murder of over 1,200 Israelis, the injuring of over 3,600 Israelis, and the kidnapping of (at that time) 150 Israelis—but argued that Israel still has no right to respond in self-defense. As former Harvard President Summers explained in a January 30, 2024, statement, it is not academic freedom to use one's official Harvard capacity to endorse a discriminatory and prejudiced position.

283.    On October 20, 2023, Professor Clio Takas, who teaches undergraduates, emailed her students stating, "[a]s many of you know, [Harvard PSC] and [Harvard GS4P] are organizing a class walk-out and general strike . . . . I have decided to cancel section today in solidarity."

284.    Similarly, Harvard Public Health Professor Nancy Krieger accommodated students who wanted to participate in the October 20 global strike by permitting the vast majority of students to leave class to protest. Krieger then excused the remaining seven (which included several Jewish students) and asked them to return along with the protesting students at noon. Krieger and the protesting students then returned to the classroom about forty minutes earlier than expected, and in the absence of the Jewish students, Krieger resumed her lecture.

285.    On November 13, 2023, over 120 Harvard professors posted a public letter to President Gay, titled "Harvard Faculty Response to 'Combating Antisemitism'" framing Harvard's Antisemitism Advisory Group appointed by President Gay as an assault on academic freedom. The signatories include Professor Diana L. Eck, who previously demanded an Indian professor's courses be canceled because of his "call[] for violence against" mosques; Professor Walter Johnson, the most recent faculty advisor for Harvard PSC, who regularly participates in disruptive student groups' activities; and HDS Professors Rantisi and Omer, who had previously signed the October 11 RPL statement defending Hamas's terrorist attack. Reflecting Harvard's antisemitic environment, the faculty letter:

- Stated the professors were "profoundly dismayed" by President Gay's November 9 "Combating Antisemitism" message;

- Demanded Harvard resist calls to suspend and/or decertify Harvard PSC, even though it has regularly engaged in activities that violate numerous Harvard policies and is a key instigator of campus antisemitism;

- Defended students' use of the antisemitic "from the river to the sea," as "complicated" and worthy of protection; and

- Omitted any mention of the deliberate targeting of Jewish civilians for murder, rape, torture, and kidnapping or the intense discrimination, harassment, and violence Jewish students face on campus.

286.    A Jewish Ph.D. student at the Harvard T.H. Chan School of Public Health emailed

one signatory, Professor Jesse Bump, who had tweeted in the spring of 2021 (during another Israel-Hamas conflict) that Zionists could not work in public health. The Jewish student asked Bump whether he understood the implications of what he had signed and how it would impact the Jewish and Israeli students required to take his courses. Rather than respond, Bump reported the Ph.D. student to Dean Driver-Linn and Department Chair Castro. Driver-Linn accused the student of failing to uphold Harvard's values by "extrapolating views and assuming intent" concerning the statement Bump signed.

287.    On November 14, Harvard's Center for Middle Eastern Studies hosted a conversation, "The Ongoing Nakba," in the Science Center, which included Columbia University Professor Rashid Khalidi who, on October 9, 2023, blamed Jews for Hamas's attack and who was a Palestine Liberation Organization spokesperson in the 1970s and 1980s, when that group regularly committed terrorist acts, such as the Lod Airport massacre in which twenty-six people were killed, including seventeen Christian pilgrims from Puerto Rico.

288.    On December 5, 2023, Harvard Faculty and Staff for Justice in Palestine ("Harvard FSJP") released a statement falsely blaming the Jewish student and falsely characterizing the October 18 Demonstration and related events as "peaceful," minimizing the assault on a Jewish student as not even a "scuffle." Despite video evidence to the contrary, the faculty members defended the assaulters' actions as "de-escalation tactics," even though such actions clearly violated Harvard's policies to protect "freedom from personal force and violence, and freedom of movement."

289.    Harvard FSJP even went so far as to assert that Harvard should not have cooperated with the FBI's investigation of the assault and demanded that Harvard "establish an investigative committee on anti-Palestinian racism," even while many of these same faculty members, in their

November 13 statement, criticized President Gay's announcement of the Antisemitism Advisory Group.

### iii. President Gay's December 5 House Antisemitism Hearing Testimony Confirms Harvard's Deliberate Indifference to Its Hostile Anti-Jewish Environment

290.    On December 5, 2023, President Gay, along with the presidents of Massachusetts Institute of Technology ("MIT") and University of Pennsylvania ("Penn"), testified at the House Antisemitism Hearing. President Gay did not consult the Antisemitism Advisory Group when preparing for her testimony.

291.    At the hearing, President Gay's repeated refusal to acknowledge that calling for the genocide of the Jewish people on campus is against Harvard policy shocked people across the nation. Representative Elise Stefanik asked President Gay: "[D]oes calling for the genocide of Jews violate Harvard's rules of bullying and harassment?" President Gay responded, "it depends on the context." Representative Stefanik asked several more times whether calling for genocide of the Jewish people violates Harvard's policies, yet each time President Gay refused to give a definitive answer, offering falsely that "antisemitic rhetoric, when it crosses into conduct that amounts to bullying, harassment, intimidation, that is actionable conduct, . . . we do take action."

292.    President Gay also testified that she understood the meaning of the phrases "globalize the Intifada" and "from the river to the sea," calling them "hateful speech [that is] personally abhorrent" to her, but not necessarily to Harvard.

293.    Representative Stefanik asked President Gay about multiple protests and rallies on Harvard's campus where students were permitted to engage in such chants as "there is only one solution, Intifada revolution" and "globalize the Intifada," without any repercussions. President Gay admitted to hearing "that thoughtless, reckless and hateful language on our campus," and admitted "it is at odds with the values of Harvard," but refused to say such "hateful" incitements

to violence were contrary to Harvard's policies.

294.    Similarly, when asked if Harvard would want an "avowed Neo-Nazi" or someone who "has called for the elimination of the state of Israel" as part of the Harvard community, President Gay repeated that such a person is "not consistent with Harvard values" and admitted that such conduct is "antisemitism," but added, "we allow a wide berth for free expression." Yet in practice, Harvard only allows a wide berth for antisemitism, but not other forms of hateful "expression."

295.    Representative James Comer asked President Gay about Harvard's acceptance of funding from "sources that support Hamas or have links to terrorist organizations, like Qatar, Lebanon, and the Palestinian Authority." President Gay testified that "Harvard has policies that govern the acceptance of gifts and contracts beginning with respecting federal law . . . then we go further and only accept gifts that align with our mission."

296.    Apparently, it is consistent with Harvard's mission to accept gifts from Qatar, where same-sex activity is criminalized, and the government permits and utilizes indentured servants and exploits migrant workers, thousands of whom died building the infrastructure for the 2022 FIFA World Cup.[11]

297.    Watching the testimony, Mr. Kestenbaum was appalled that Harvard's president refused to say under oath that calling for the genocide of his people violated Harvard policy and considered leaving Harvard because he felt he was in physical danger.

---

[11] Juliana Kim, *FIFA Should Pay Workers Harmed in Building World Cup Venues, Its Committee Report Says*, NPR (Nov. 30, 2024), https://www.npr.org/2024/11/30/nx-s1-5211297/soccer-qatar-world-cup-saudi-arabia-human-rights#:~:text=A%202021%20investigation%20by%20The,and%20others%20were%20ruled%20suicides.

iv.    **The House Education Committee Announces a Full Investigation into Harvard's Antisemitism, and Public Backlash Against President Gay's Testimony Intensifies**

298.    President Gay's December 5 testimony at the House Antisemitism Hearing caused enormous public backlash. That night, Harvard Hillel President Jacob M. Miller and Campus Rabbi Getzel Davis wrote that "President Gay's failure to properly condemn this speech calls into question her ability to protect Jewish students on Harvard's campus," and that she "fail[ed] to reassure us that the University is seriously concerned about the antisemitic rhetoric pervasive on campus."

299.    President Gay's testimony also revealed that Harvard intentionally made the Antisemitism Advisory Group powerless, which was also later revealed through contemporaneous meeting notes and the House Committee's investigative report released in May 2024 based on Harvard's internal documents and an interview with member Dara Horn—materials Harvard had not made public. Ex. B.  By the time of Gay's testimony, the Antisemitism Advisory Group and Harvard leadership fully understood the scope of the antisemitism at Harvard. For example, at its first meeting on October 23, 2023, then-Provost Garber noted that the "shunning of Israeli students" was a "pervasive problem" at Harvard and possibly other schools even before October 7. In November 2023, the Antisemitism Advisory Group met and discussed antisemitic incidents, including that a student wearing a yarmulke was "spat upon," but "had not received answers from Harvard reporting channels or from" HUPD; that a professor told an Israeli student she was making people "uncomfortable" because she was from Israel (the student filed two complaints with Harvard); and that a Jewish student was "chased" and "screamed at by a Resident Tutor."

300.    The Antisemitism Advisory Group found that for each incident, Harvard had taken no action.  The group was also included on many emails reporting antisemitic discrimination

and harassment. But members of the Antisemitism Advisory Group were not empowered to do anything about it. Over the course of its short tenure, the group identified numerous concerns, including the "dramatic decline in Jewish enrollment" at Harvard, Harvard's failure to share "information on disciplinary outcomes publicly," the "importance of condemning antisemitic rhetoric," the need to investigate the potential influence of funders of terrorism on Harvard, the "need to address masked protest," and more generally, Harvard's inadequate response to antisemitic incidents. Harvard refused the group's request to share information publicly on disciplinary actions taken in response to antisemitic incidents, citing privacy concerns, despite the group explaining to the president and provost that there were ways—such as those Harvard uses to report Title IX violation—to offset privacy concerns while still informing the community that serious action was being taken.

301.    On November 5, 2023, more than half of the Antisemitism Advisory Group's members wrote to then-President Gay and then-Provost Garber, calling out Harvard's "deeply unsatisfactory" response to "widespread harassment of our Jewish students across schools," requesting immediate and longer-term remedial measures, and warning that if action was not taken, the members would resign from the group. A day later, President Gay joined the group's meeting with Harvard Corporation Senior Fellow Penny Pritzker and Provost Garber, pleading with the members to refrain from "resigning en masse." The next day, she released a statement on antisemitism to stave off mass resignations and embarrassment

302.    One of President Gay's promises in her November 9 statement—that the Antisemitism Advisory Group would work with Harvard's constituent school deans—was never fulfilled. In fact, at the one meeting that took place with school deans, at which the deans outlined their schools' approaches to antisemitic incidents, Horn found "extremely disturbing" that several

of the deans "didn't really seem disturbed" by the antisemitic events they described. Members of the group were not given any opportunity at this meeting to respond substantively to the deans' presentations, and a promised second meeting with the deans was never scheduled.

303.    President Gay's testimony at the House Antisemitism Hearing made clear to members of the Antisemitism Advisory Group that they would never be taken seriously by Harvard's leadership. On December 7, 2023, two days after the hearing, the group met, noting how "troubl[ing]" it was that President Gay had not asked them for advice before her testimony. They also found the testimony itself to be "extremely disappoint[ing]," as Horn put it, because President Gay did not acknowledge the "pervasive" and "systemic" scope of antisemitism and merely presented it "as though this were about . . . this difficult line with rallies and free speech, and that sort of there were maybe some individual incidents where things had crossed a line." That day, Rabbi David Wolpe, rabbinic fellow for the Anti-Defamation League and visiting scholar at HDS, resigned from Harvard's Antisemitism Advisory Group, stating:

> Without rehashing all of the obvious reasons that have been endlessly adumbrated online, and with great respect for the members of the committee, the short explanation is that both events on campus and the painfully inadequate testimony reinforced the idea that I cannot make the sort of difference I had hoped.
>
> However, the system at Harvard along with the ideology that grips far too many of the students and faculty, the ideology that works only along axes of oppression and places Jews as oppressors and therefore intrinsically evil, is itself evil. Ignoring Jewish suffering is evil. Belittling or denying the Jewish experience, including unspeakable atrocities, is a vast and continuing catastrophe. Denying Israel [] self-determination as a Jewish nation accorded unthinkingly to others is endemic, and evil.

304.    Rabbi Wolpe elaborated on CNN: "I resigned because I came to the conclusion that I was not going to be able to make the kind of changes that I thought Harvard needed" through the Antisemitism Advisory Group, which he described as having "accountability without authority."

305.    On December 20, Rabbi Wolpe stated that Jewish students are the target of a "deliberate attempt" at intimidation, and that Harvard has "no sense of urgency, no sense of anger, no sense of disgust" regarding the "crisis" of "so many incidents of antisemitism" on campus. During a December 22 podcast, he stated that he could not keep giving "legitimacy to an enterprise" that was "fruitless," as the committee was not going to "make a change" while Harvard's antisemitism "crisis" was "getting worse, not better."

306.    As would be revealed in the House Committee's May 2024 report, on December 18, 2023, Horn and the other remaining members of the group presented Harvard's president and provost with detailed findings and recommendations that Harvard did not make public. Its recommendations included renewed commitments towards holding student groups accountable for violating university rules and protecting shared learning environments; rectification of "selective or unequal" enforcement of university policy; a "zero tolerance" policy for disruptions of learning environments; a review of Harvard's Office for Equity, Diversity, Inclusion, and Belonging ("OEDIB")'s inadequacy in addressing antisemitism; a review of the "academic rigor" of programs with antisemitic content; and otherwise countering antisemitic rhetoric on campus. Harvard failed to act on these recommendations. Also included was a recommendation to "[i]nvestigate the flow and impact of external 'dark money' (from Iran, Qatar, or individuals, or entities associated with terrorist groups as identified by the State Department) to Harvard" thus "ensur[ing] free and rigorous inquiry and independence of the university from outside control by donors, regardless of their identities, or disruption of activities and mission of the university by outside actors." Provost Garber told the group that he would have Harvard's Office of General Counsel investigate this particular issue, but the results of any such investigation, if any occurred, were not communicated to the group.   Only in response to the House Committee's questioning

regarding Harvard's foreign funding did Harvard's counsel answer generically that "no issues were identified."

307.    In a February 15, 2024, piece in *The Atlantic*, Horn publicly clarified what changes Harvard needs to make to address antisemitism, which tracked what the Antisemitism Advisory Group had told Harvard privately months before, including:

> [E]nforcing existing codes of conduct regarding harassment; protecting classroom buildings, libraries, and dining halls as zones free from advocacy campaigns (similar to rules for polling places); tracking and rejecting funding from entities supporting federal designated terror groups (a topic raised in recent congressional testimony regarding numerous American universities); gut-renovating diversity bureaucracies to address their obvious failure to tackle anti-Semitism; investigating and exposing the academic limitations of courses and programs premised on anti-Semitic lies and expanding opportunities for students to understand Israeli and Jewish history and to engage with ideas and with one another.

308.    On December 8, 2023, seventy-four members of Congress wrote to the boards of Harvard, MIT, and Penn, demanding that they remove their presidents from office over their failures to act against antisemitism. The Harvard letter noted that "[a]ntisemitism has been allowed to fester on campuses for years, and in the wake of the October 7th attack, the world is witnessing the consequences." It also cited President Gay's testimony as "show[ing] a complete absence of moral clarity and illuminat[ing] the problematic double standards and dehumanization of the Jewish communit[y] that [President Gay] enabled." The letter also recognized that Jewish and Israeli students do not feel safe at Harvard: "It is hard to imagine any Jewish or Israeli student, faculty, or staff feeling safe when [President Gay] could not say that calls for the genocide of Jews would have clear consequences on [Harvard's] campus."

309.    On December 12, 2023, Harvard's governing body issued a "unanimous" statement "reaffirm[ing] [its] support for President Gay's continued leadership of Harvard University" because of its "confidence that President Gay is the right leader to help our community

heal and to address the very serious societal issues we are facing."

310.    Despite its unwavering confidence in President Gay, Harvard's governing body admitted that her "initial statement should have been an immediate, direct, and unequivocal condemnation" of Hamas. And it promised that it is "united in [its] strong belief that calls for violence against our students and disruptions of the classroom experience will not be tolerated." Yet calls for violence against Harvard's Jewish and Israeli students are amplified across campus regularly, and those responsible often disrupt classes and other educational programming without repercussion.

311.    President Gay ultimately resigned on January 2, 2024, once allegations that she plagiarized academic papers surfaced.

312.    Interestingly, Harvard's email announcing President Gay's resignation condemned attacks against President Gay "in the strongest possible terms," even though it has not used similar language to condemn the antisemitism plaguing campus. Provost Garber succeeded Gay as Interim President, and is now President.

313.    On January 9, 2024, the House Committee sent a letter to Harvard that required Harvard to produce materials relating to antisemitism in its community.  In issuing its demand letter, the House Committee cited its "grave concerns regarding the inadequacy of Harvard's response to the antisemitism on its campus," something that "has been pervasive at Harvard since well before the October 7, 2023 terrorist attack."  The House Committee flagged two of the "numerous statements that further called into question the university's willingness to seriously address antisemitism":

> When asked whether calling for the genocide of Jews would violate Harvard's code of conduct, Dr. Gay replied that "it depends on the context."  When questioned if she could look a Jewish student's family in the eyes and "tell them their son or daughter would be safe and feel safe and welcome on your campus,"

Dr. Gay repeatedly refused to answer the question directly.

314.    Yet Harvard failed to produce any substantive documents, instead providing several redacted documents the House Committee described as "useless," and thousands of pages of publicly available documents.  After Harvard did not meet the first deadline, on February 7, 2024, the House Committee sent a second letter to Harvard giving Harvard until February 14, 2024 to produce the requested documents or face a subpoena.

315.    On January 10, 2024, the House Committee on Ways and Means ("Ways and Means Committee") also sent Harvard a letter explaining that Harvard's "actions, inconsistencies, and lack of a substantive response raise several questions, including whether [it is] fulfilling [its] educational purposes as required to receive 501(c)(3) tax-exempt status, and whether [it is] adequately protecting Jewish students from harassment and acts of violence in compliance with antidiscrimination laws."  It pointed not only to former President Gay's testimony at the House Antisemitism Hearing, but to the many signs of Harvard's antisemitic environment.  For example, it discussed Harvard's double standard:

> It is also perplexing given how your institutions have had no problem condemning other behavior in the past.  For example, the University of Pennsylvania had no problem issuing a warning threatening action against students for violating its antidiscrimination policy by failing to use their classmates' preferred pronouns.  Students at Harvard University were told that similar conduct could violate its harassment policies as well.  In addition, Harvard disinvited a feminist philosopher last year for comments critical of transgender ideology, and former President Gay's institution fired a political science instructor for inviting renowned social scientist Charles Murray to speak at their class. . . .

The Ways and Means Committee continued:

> You have found your voices before on numerous other topics, but not on this one.  If antisemitic speech crosses the line into unprotected conduct, it must be punished severely.  If disgusting antisemitic speech remains in the protected category, it should be condemned, not coddled.  Your words and actions matter.  Condemning barbaric terrorism against Israel and disgusting antisemitism should not be difficult.  Protecting Jewish students on campus as you protect other students, should not be a challenge. This is not that hard.

316.    The Ways and Means Committee requested certain information including, but not limited to, how Harvard "evaluates the difference between free speech and harassment, threats, and incitement," whether Harvard's "diversity, equity, and inclusion departments serve Jewish students on campus," and what, if anything, Harvard is doing "to address the poor ratings [it has] received from [the Foundation for Individual Rights and Expression] on protecting free speech on campus."

317.    On February 16, 2024, the House Committee Chairwoman Virginia Foxx issued a statement announcing that Harvard's failure to comply with the committee's document requests forced the House Committee to subpoena Interim President Garber, the Senior Fellow of Harvard's governing body, and the chief executive officer of Harvard's endowment. This marks the first time the House Committee has ever subpoenaed a university. Chairwoman Foxx noted that while Harvard was stonewalling Congress, its "Jewish students continue[d] to endure the firestorm of antisemitism that has engulfed its campus" and reminded Harvard that if it "is truly committed to combating antisemitism, it has had every opportunity to demonstrate its commitment with actions, not words"—a fact Kestenbaum and the John Does have spent months trying to impress upon Harvard, to no avail.

318.    On March 21, 2024, the Ways and Means Committee sent another letter to Harvard concerning its failure to protect Jewish students and the "hostile environment for Jews on Harvard's campus stemming from antisemitic rhetoric and discrimination" that "has gone unaddressed for years." It noted that, as many Americans knew, especially Jewish Americans, "these eruptions [] reveal[ed] a culture of antisemitism that developed and grew beneath the surface for decades." Among other requests, it asked Harvard to "explain the choice, including key stakeholders who were consulted and the decision-making process, to appoint Derek J. Penslar

as co-chair of Harvard's antisemitism task force."

319.    On May 16, 2024, the House Committee on Education in the Workforce released an "Investigative Update" detailing "major flaws" in Harvard's response to antisemitism, including that Harvard received, but did not act on, its Antisemitism Advisory Group's December 2023 recommendations and findings, which identified areas of serious concerns about Harvard's antisemitism problem.

> **v.    Following President Gay's Testimony, Antisemitism at Havard Continued To Plague the Community for the Remainder of the Academic Year**

320.    Despite congressional hearings, federal investigations, and the initiation of this lawsuit, the near-daily acts of antisemitic abuse and harassment at Harvard continued unimpeded.

321.    On December 31, 2023, a student promoted in the HDS student group chat a virtual event called "Purplewashing: Resisting Colonial Feminism Teach-In," which was to include a Palestinian activist speaker named Yaffa, who defended the October 7 massacre as a "Palestinian protest" against "our oppressors." Mr. Kestenbaum responded to the student in the HDS chat that Yaffa "called the largest massacre of Jews since the Holocaust a valid form of protest" and that he did not think "anyone would feel comfortable promoting an event if the keynote address was given by a person who cheered on the murder of any other minority group." The student responded, "I'm comfortable promoting this event."

322.    That day, Mr. Kestenbaum reported this exchange and event to the Antisemitism Advisory Group and President Gay, telling them it was "deeply concerning" and reminding them, "when I told you I don't feel safe at Harvard, it's precisely because of antisemitic students like this." Harvard never responded to Mr. Kestenbaum's concerns.

323.    As a result of plagiarism accusations, President Gay resigned on January 2, 2024. In the meantime, antisemitic messages were plastered all over Harvard's community group on the

social media app Sidechat, which requires a Harvard email address to join.

324.    Among the messages that students, including Mr. Kestenbaum, saw were the following: "LET EM COOK" next to a Palestinian flag emoji; "I proudly accept the label of terrorist"; "stfu pedo lover! all of you Zionists are the same. Killers and rapists of children!"; "Blondie pro-doxing, pro-genocide sophomore really thinks she is the shit for going on israeli media a couple days ago. She looks just as dumb as her nose is crooked"; "Forgot the moment where yall made it clear that the 'nova massacre' [the music festival where Hamas murdered, tortured and raped young people on October 7] that our zionist classmates were using as propaganda was carried out by the IDF."; and "I . . . support Hamas as representatives of Palestinian frustration and Oct 7 as a moment of decolonization."

325.    One student wrote a post to her classmates that said: "I'm begging you all to recognize the 'Jewish people are controlling everything' (and are the reason Gay resigned) narrative as an antisemitic conspiracy theory. It is a common white supremacist argument against Jewish people." In response, another student said, "It's not a theory if it's mostly true."

326.    Mr. Kestenbaum reported these antisemitic messages to Harvard leadership via email on January 4, 2024, including Interim President Garber, Harvard's OEDIB, HDS's DIB Office, and the Antisemitism Advisory Group, warning that "[f]or every minute that Harvard does not forcefully condemn the horrific antisemitism present within the student body, the more dangerous it gets for us on campus." Mr. Kestenbaum received no response.

327.    On January 5, 2024, Harvard Afro posted its "Statement on Claudine Gay's Resignation," in which it said, "Zionist forces have grown fearful of the strength of our movement." The student group further praised its successful intimidation campaign, claiming that it and other student groups' current campaign has made an "anti-Zionist, pro-Palestinian campus

achievable. And it will be through that collective pressure against the tenets of white supremacy that we actualize lasting change." Other groups like Harvard PSC and Jews 4 Palestine ("J4P") echoed Harvard Afro's statement and called former President Gay "a necessary casualty in a Zionist attack."

328. On January 16, Harvard, in concert with Sidechat, limited access to Harvard's Sidechat community to only undergraduate students. Rather than addressing the rampant antisemitism on the platform, the only thing this move accomplished was to block Mr. Kestenbaum and other Jewish graduate students' ability to report these vile posts. Harvard knows that the offending posters are undergraduate students subject to Harvard's policies, including the Non-Discrimination Policy, which extends to misconduct on social media. Harvard has refused to identify and discipline offending students, even though its Policy on Access to Electronic Information permits Harvard to "access user electronic information in connection with investigation of misconduct by students, faculty, staff, and other members of the University community."

329. In January 2024, the newly formed Harvard Faculty and Staff for Justice in Palestine ("FSJP"), a "collective of Harvard[] faculty and staff committed to supporting the cause of Palestinian liberation," including Harvard Divinity Associate Dean for RPL Diane L. Moore, Professor Wispelwey, Harvard FXB Center Visiting Scholar Sawsan Abdulrahim, and Professor Omer, accused the "Israeli occupation" of "colonial, racial violence" and "genocide." FSJP endorsed the BDS movement, encouraging Harvard to boycott the world's sole Jewish state:

> We call on the university to withdraw investments from the State of Israel and all companies that sustain Israeli apartheid, settler colonialism, and systematic human rights abuses against Palestinians. As educational workers, we are focused on boycotts of Israeli academic institutions that support apartheid and colonial occupation.

330. On January 19, 2024, Interim President Garber announced the creation of the

Presidential Task Force on Combating Antisemitism ("Antisemitism Task Force") and the Presidential Task Force on Combating Islamophobia and Anti-Arab Bias. President Garber cited a "need to understand why and how" the "[i]ncidents of bias and hate against Jews and against Muslims, Palestinians, and other people of Arab descent have risen across the country." He assigned two co-chairs to lead each task force: Professors Derek J. Penslar and Raffaella Sadun for the Antisemitism Task Force, and Professors Wafaie W. Fawzi and Asim Ijaz Khwaja for the Islamophobia task force. Garber decommissioned President Gay's Antisemitism Advisory Group, which was shuttered without making any public recommendations for addressing Harvard's antisemitism epidemic.

331.    Much like its predecessor, the new Antisemitism Task Force's mandate did not include implementing any measures to combat antisemitism. This iteration was to be led by Professor Penslar, whose appointment triggered an immediate public outcry, as he had publicly minimized antisemitism at Harvard and engaged in antisemitic canards regarding Israel. Nearly two years ago, well before October 7 and Penslar's appointment as co-chair, Penslar's teachings were analyzed in determining what Harvard teaches its students to "excuse mainstream Palestinian Arab terrorism"—including referring to Hamas attacks as Palestinian "resistance" efforts instead of acts of terror. In his 2023 book, *Zionism: An Emotional State*, Penslar stated that "veins of hatred run through Jewish civilization." In August 2023, Penslar signed a letter claiming that "Jewish supremacism has been growing for years" in Israel and that Israel's "long standing occupation . . . has yielded a regime of apartheid." Penslar also led the December 2023 faculty letter in support of then-President Gay after her congressional testimony. At a December 4, 2023, event at Harvard, Penslar advocated for using the term "settler colonialism" to define Zionism.

332.    On January 30, 2024, former Harvard President Summers published a statement

on X outlining the reasons Penslar was unfit to lead the Antisemitism Task Force. Summers explained how he had "lost confidence in the determination and ability of the Harvard Corporation and Harvard leadership to maintain Harvard as a place where Jews and Israelis can flourish." And in its March 21 letter, the Ways and Means Committee requested information concerning how Harvard selected Penslar, citing how this appointment "only increased[] concerns" about Harvard's approach to protecting Jewish students: "Appointing someone who has previously called Israel a 'regime of apartheid' and called on Congress to restrict aid to Israel is an odd way to combat antisemitism on campus." Despite clear evidence that Penslar is unsuitable to lead the Antisemitism Task Force, Penslar remains co-chair.

333. On February 25, 2024, just five weeks after her appointment as co-chair, Professor Sadun resigned from the Antisemitism Task Force. Sadun's resignation came after weeks of frustration with the Antisemitism Task Force—that its mandate did not include the swift implementation of measures to combat antisemitism. According to *The Harvard Crimson*, Professor Sadun had "sought a commitment from the University that they would act on the task force's recommendations, in advance of any being issued, instead of treating them as optional advice," but Harvard refused to make such a commitment. Harvard's creation of these advisory groups and task forces only reinforces that it pays, at most, lip service to dealing with its antisemitism problem and has no intention of taking any meaningful action to ameliorate the ongoing antisemitic hostile environment.

334. On January 21, 2024, Mr. Kestenbaum returned to campus to find that antisemitic vandalism and graffiti had been plastered across several posters hanging in Harvard Yard dedicated to the Jewish hostages taken by Hamas. At least two posters were of ten-month-old hostage, Kfir Bibas, and on one poster, someone had written, "HEAD STILL ON." Written on

several other posters were messages that "ISRAEL DID 9/11" and "GOOGLE THE DANCING ISRAELIS," with a URL for a website called "911 TRUTH NOW," which is a forum dedicated to the antisemitic conspiracy theory that Israel was behind the September 11, 2001, terrorist attacks. Others were defaced by comparisons of victims to pedophile Jeffrey Epstein. Dozens of students, including Mr. Kestenbaum, immediately sent emails reporting the vandalism to Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, OEDIB, and Harvard Divinity DIB, along with pictures and videos.

335.    When Mr. Kestenbaum next passed through Harvard Yard over fourteen hours later, not only were the graffitied posters still there but even more antisemitic graffiti had been scribbled across the same posters. Mr. Kestenbaum immediately sent another video of the vandalism to the same group of Harvard administrators.

336.    On January 24, 2024, Mr. Kestenbaum saw an announcement for an upcoming panel hosted by Harvard University's Weatherhead Center for International Affairs with Leila Farsakh as one of the panelists. Mr. Kestenbaum reported the panel and its guest to Interim President Garber, DIB, the Diversity Office, the DIB Leadership Council, HDS DIB Care Team, HDS DIB, and HDS Associate Dean for Enrollment and Student Services Timothy Whelsky. He reminded them that in response to October 7, Farsakh made a public statement celebrating the Hamas murderers:

> The courage of those who broke through the barbed wire, sailed by boat to return to their ancestral homes, or flew with their hang-gliders over the wall of the largest open-air prison has shown that Palestinians will continue to defy the gravity of settler colonialism to be free, whatever the cost.

Mr. Kestenbaum did not receive a response, and on January 31, Farsakh came to campus as Harvard planned.

337.    On January 25, Harvard GS4P hosted an event with Rabab Abdulhadi, a founding

member of the U.S. Campaign for the Academic and Cultural Boycott of Israel and the keynote speaker at two of the annual National SJP conferences. On October 7, she wrote: "#PalestineUnderAttack are merely defending themselves. Are you saying that #Palestinians should be exceptionalized from the right to defend themselves against colonial & racist violence? Check your facts! #FreePalestine #IsraeliCrimes." Three days before the event, Mr. Kestenbaum warned Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, OEDIB, Harvard Divinity DIB, and the Diversity Office and provided sources explaining Abdulhadi's history of antisemitism. Again, not one of these recipients responded to Mr. Kestenbaum, nor did they prevent the student group from hosting Abdulhadi.

338.    On January 25, Mr. Kestenbaum was horrified to open his Harvard email account to see an email from Gustavo Espada, a Financial and Systems Coordinator at Harvard, with the subject line "invitation to debate Israeli role in 9/11." Espada's email implicitly took responsibility for the vandalism on hostage posters in Harvard Yard, which Mr. Kestenbaum had posted about on X on January 21, 22, and 23. In his email, Espada interpreted Mr. Kestenbaum's tweets about the vandalism as if they were directed at Espada:

> Your tweet on X [regarding the vandalized posters] is getting a lot of attention! That's fantastic. As such, I invite you to debate me today at the Cambridge Street overpass 12-1, don't miss it! If you don't show up I will use a puppet or potted plant to represent you! [smiley face emoji] We can always schedule a more formal one in large venue on campus. . . .

> PS stop saying I hate Jews unless that is something you want. I hate Israel and Zionism with a passion and you know full well they are two different things. The Crimson is already too far gone and will probably be defunded by lawsuits in due course. Perhaps you and your allies want to start acting in better faith, starting with a public correction of the false claims you have made about the posters, and an apology to the community for inflaming passions at this difficult time with false statements?

339.    Throughout that day, Espada replied to Mr. Kestenbaum's posts on X about the vandalism from his verified account, "9/11 Guy." One such reply encouraged others to come to

campus: "Claudine was being pressured to fly the Israeli flag outside of [University] Hall and refused, after which plagiarism allegations coincidentally emerged. We have witnesses lined up for depositions, what about you? . . . Those wishing to examine evidence of the plagiarism and the false exoneration are invited to the science center from 12-1 today!" Another read: "you didn't show up for our debate!" with a frowny face emoji.

340.    Even a cursory review of Espada's social media history demonstrates his anti-Jewish obsession, that he poses a serious risk to Jews, and that he should not be permitted on Harvard's campus or to interact with students. For instance, on January 20, he posted from his "9/11 Guy" X account:

> Why, because I think Israel should be wiped off the map for what it's done around the world? I think what I am is an "anti-Semite" because I have no problem with Jews per se, just the ones who think there's a different set of rules for them.

341.    On January 21, he wrote: "What if any part of 10/7 is real?" On January 25, in a TikTok post titled "ENDGAME!", Espada issued the following threat against Jews: "there's enough of you out there who see what an opportunity we have to bring down the Zionist mafia once and for all [I]f we have to break some eggs or snowflakes to make this omlette [*sic*] so be it. We didn't start this $hit but we're going to end it."

342.    On January 26, Espada posted a video on TikTok on Harvard's campus standing among Harvard students while brandishing a plastic machete, and then a video of Harvard police approaching him as he was harassing two community members with signs reading "free the hostages."

343.    Later that day, several Jewish students at Harvard alerted Mr. Kestenbaum that Espada had posted a threatening video on his TikTok account where Espada showed off his machete, and said:

> [I]t sends the messages that we are ready to fight, win . . . anyways, nothing, I

won't enter into more details, but everything is going according to the plan. So stay with us cause things are happening here.

The end of Espada's video features a series of superimposed images of prominent Jews like Justice Elena Kagan and Alan Dershowitz and concludes with images of Mr. Kestenbaum's X posts concerning the vandalized Israeli hostage posters.

344.    Mr. Kestenbaum was deeply concerned about his physical safety as a direct result of this unhinged Harvard employee, who has direct access to Mr. Kestenbaum's and other students' personal information.  Harvard was notified of Espada's dangerous social media commentary and targeted harassment of Mr. Kestenbaum, but failed to inform Kestenbaum of any steps it would take to protect him—even though Espada continued to harass Kestenbaum on social media throughout the semester.

345.    On April 27, 2024, Espada posted on X, "Introducing a site dedicated to @shabbosk [Mr. Kestenbaum's X username] for fans and foes alike to discuss this important public figure's past, current, and future work on behalf of Zionism, to be preserved in perpetuity," with a link to a website called, "Thoughts on Shabbos Kestenbaum."

346.    On May 4, Espada posted on Twitter, "@ShabbosK, watch your back . . . I'm coming for much more than blood—I'm coming for Zionism, and I have a posse[.] . . . We are burying you."

347.    Mr. Kestenbaum immediately reported this threat to HDS Dean of the Faculty Marla Frederick, Dean Whelsky, OEDIB, and other administrators, and told them that "not a single person on this email thread or anyone from Harvard has confirmed his employment status, whether he's allowed in campus, or what Harvard will do to protect me from their own employees threatening my life." He followed up on his inquiry on May 7, but again received no response. As Mr. Kestenbaum later discovered, Espada had already been terminated.  Mr. Kestenbaum was

extremely distressed that no one at Harvard told him of this.

348.    On January 27 and 28, 2024, Professor Hanson held a conference about corporate influence over the legal system at Harvard Law and invited his students, including John Doe #2. One of the event's speakers was Rhiannon Hamam whose social media accounts are filled with antisemitism.  On October 7 and the days following, Hamam reposted several posts including: "what did y'all think decolonization meant?  vibes?  papers?  essays?  losers."; and "Glory to the resistance and the people of Palestine . . . I could not be more proud of my people who continue to demonstrate unthinkable bravery in their struggle for liberation"; "Tfw you are with your homies and you realize that you are all hamas."  John Doe #2 reported both the upcoming conference and Hamam's posts to Sasha Tulgan and Deans Manning, Soban, Claypoole, and Coates the day before the event started, but received no response.  After the event, Professor Hanson posted a photo of himself smiling with Hamam, noting how "grateful" he felt.

349.    On or about January 27, 2024, one of Mr. Kestenbaum's HDS classmates posted a barrage of Instagram stories filled with antisemitism and thinly veiled threats against Jewish and Israeli people.  One such story encouraged and justified Hamas's use of violence: "When all other efforts in a cause fall short, It is just righteous to the sword to resort."  Another read: "DECOLONIZATION IS NOT A METAPHOR AND PALESTINE WILL BE FREE BY ANY MEANS NECESSARY."  Several students reported these messages to Harvard.

350.    On January 30, 2024, Harvard's Center for Middle Eastern Studies invited Rashid Khalidi—the former Palestine Liberation Organization spokesperson who blamed Jews for Hamas's October 7 attack—to speak at Harvard once again, this time on "Gaza: A Colonial War?"

351.    On February 1, 2024, Harvard Interim President Garber admitted that Harvard has "a very serious [antisemitism] problem."  Former Antisemitism Advisory Group member Ms.

Horn admitted the same, claiming that the problem is "clear from the avalanche of documentation deposited at [her] feet."

352.    On February 2, 2024, in an Instagram post, Harvard PSC praised and "commemorate[d]" Ahed Tamimi—who was arrested for inciting violence and terrorist activities—and Hanan Ashrawi—a former member of the Intifada Political Committee—for their "resistance" and "deep resiliency and fight for a Free Palestine." After the October 7 massacre, Ahed Tamimi had stated on Instagram: "Come on settlers, we will slaughter you. We are waiting for you in all the cities of the West Bank. What Hitler did to you was a nothing. We will drink your blood and eat your skulls. We are waiting for you." Hanan Ashrawi, former Minister of Education of the Palestinian National Authority, similarly praised October 7 on her X account. That day, Mr. Kestenbaum reported the post to Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, and OEDIB but received no response.

353.    In early February 2024, Professor Tarek E. Masoud, the director of the Middle East Initiative at Harvard Kennedy's Belfer Center for Science and International Affairs, announced that Dalal Saeb Iriqat was scheduled to speak at the Center's "Middle East Dialogue" event on March 7. The announcement was met with intense criticism, not only from inside the Harvard community—Mr. Kestenbaum filed a report with Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, and OEDIB on February 4—but from the public as well. While the October 7 massacre was still ongoing, Mr. Iriqat, a professor at the Arab American University Palestine, posted several hateful messages on X: "Today is just a normal human struggle 4 #Freedom"; "we will never forgive the Israeli right wing extreme government for making us take their children and elderly as hostages"; and the "Israeli public need to realize that their own government had caused all this bloodshed and they remain the ones

responsible for this escalatin [*sic*] and losses of civilians lives."  Rather than prevent Iriqat from coming to its campus and threatening Harvard's Jewish and Israeli communities, Harvard disclaimed responsibility for the event, emphasizing that Professor Masoud "chose and invited the speakers for the series himself."  Despite Harvard's awareness of the event and of Mr. Iriqat's hateful history, Harvard allowed the event to proceed as planned.

354.    On February 5, Mr. Kestenbaum notified Interim President Garber, the Antisemitism Task Force, the Diversity Office, Harvard Divinity DIB, and the Diversity Inclusion & Belonging Leadership Council about an upcoming rally on February 8.  Harvard PSC, HOOP, Harvard GS4P, Harvard BDS, and Harvard Afro scheduled and promoted the event in Science Center Plaza calling for an end to "Israel's genocide of Palestinians," Israel's "occupation of historic Palestine," and "Harvard's financial and intellectual investment in Israel."  Mr. Kestenbaum explicitly told the administrators that he will have to pass the rally on his way to class and begged them to do something to prevent the antisemitism he would inevitably be forced to endure.  He explained that not only do these on-campus rallies impact his ability to focus in class due to the stress of being openly discriminated against, but often make him fear for his physical safety.  But by February 7, Harvard failed to respond to Mr. Kestenbaum, let alone take any preventive measures, so Mr. Kestenbaum notified the same administrators that he and other Jewish students had made plans to avoid the event set for the following day.

355.    On February 7, 2024, HOOP posted stickers of its logo all over Harvard Yard on Harvard property.  The group claimed responsibility for the vandalism on its Instagram, posting photos of its logo plastered on a Harvard Hall sign, on HUID card tap boxes, on doorways, and other locations.  Mr. Kestenbaum reported this to Interim President Garber, the Antisemitism Task Force, the Diversity Office, Harvard Divinity DIB, and the DIB Leadership Council that day.

356.    On February 7, Harvard GS4P sent its first newsletter of the spring semester, in which it called Israel an apartheid regime, and advertised the February 8 rally in Science Center Plaza and a February 11 rally demanding that Elizabeth Warren stop accepting money from "the Zionist lobby."

357.    Despite his many reports and requests for intervention, Mr. Kestenbaum did not receive a response to any of the emails he sent during the first week of February until February 8, when only the "OEDIB team" responded to inform Mr. Kestenbaum that OEDIB was unable to assist him because it is "not the appropriate place at Harvard to lodge complaints."  Yet when Mr. Kestenbaum asked on February 9 for clarification as to who that might be, no one offered a response.  Mr. Kestenbaum has still not received an answer.

358.    On February 10, an HDS and graduate assistant at the Harvard Religion and Spiritual Life Department ("RSL") removed Mr. Kestenbaum from the HDS "All Students" WhatsApp group chat after Mr. Kestenbaum responded to a student's message that promoted an event at which participants were encouraged to call congressional representatives to demand a ceasefire from Israel.

359.    Later that day, Mr. Kestenbaum reported this exclusion to HDS Dean Frederick, HDS DIB, HDS Assistant Dean for Diversity, Equity, Inclusion, and Belonging Steph Grayson Gauchel, the Antisemitism Task Force, Interim President Garber, and the Diversity Office.  In a series of messages, Mr. Kestenbaum made it clear he wanted to understand what the administration will do to combat antisemitism, but no one provided him a substantive response.

360.    On February 10, 2024, a video was posted of one of the assailants—the HDS proctor who assaulted John Doe #1 during the October 18 Demonstration—quoting a Nazi theologian, sharing a poem with blood libels accusing Israelis of being "vipers [] who siphon the

lifeblood of the innocent," and inciting violence against Israel.  Mr. Kestenbaum was deeply disturbed by this video, but Harvard did not take any action after it was notified of the video.

361.    On February 12, 2024, an HDS student posted a flyer promoting an "emergency die-in" in the Harvard Divinity '22 WhatsApp group chat to demand Israel stop the "ongoing genocide" in Gaza.  Mr. Kestenbaum responded, asking students to call on Hamas to both surrender and release the Jewish babies they kidnapped.  In a group chat of all Mr. Kestenbaum's classmates, the HDS student responded: "I believe that we're kind-of taking a 'don't engage with Shabbos' approach now-a-days . . . Shame on you for believing and sharing this."

362.    Mr. Kestenbaum emailed Associate Dean Gauchel, Interim President Garber, the Antisemitism Task Force, and others, sharing screenshots of these messages to show how Harvard has "created an atmosphere where Jewish students are bullied, intimidated, and ostracized."

363.    As scheduled, Harvard PSC, Harvard BDS, HOOP, and other student groups held the February 12 "emergency die-in."  Hundreds of Harvard students laid down on the Widener Library steps displaying massive banners reading, "STOP THE GENOCIDE IN GAZA," among others, and chanting in Arabic, "Palestine will be Arab."  Mr. Kestenbaum submitted video evidence of this to Dean Frederick, OEDIB, Assistant Dean Gauchel, the Antisemitism Task Force, Interim President Garber, and the Diversity Office.  He also sent in a screenshot of messages from a fellow Jewish student asking whether anyone knew if it was safe to leave Widener Library.  To date, Mr. Kestenbaum has not received a response from Harvard.

364.    Also on February 12, 2024, for the second time this academic year, Harvard hosted Francesca Albanese. Ms. Albanese has made a number of public antisemitic statements, including comparing Israel to the Nazis and the war in Gaza to the Holocaust, and claiming that the Jewish people's connection to the land of Israel is a "fake identit[y]."  In February 2024, after

an interviewer played a recorded call from a Hamas terrorist during the October 7 massacre gleefully telling his father, "Your son killed Jews!", Albanese remarked that the October 7 attack was not motivated by "aggression against the Jews."  She has perpetuated antisemitic tropes, including a 2014 public statement that "America is subjugated by the Jewish lobby."  Albanese refers to Israel as a settler-colonial enterprise and has repeatedly justified violence against Israelis, sympathized with terror groups, and dismissed Israel's right to self-defense.  Before the February 12, 2024, event, Mr. Kestenbaum notified several Harvard administrators of Albanese's antisemitic statements, but he received no response, and the event went on as planned.

365.    On February 13, 2024, several student groups, including HOOP, posted to Instagram "an early valentine's love letter" targeting "Zionists on Harvard's campus," and singling out students who have spoken up against antisemitism on campus.  The post, rife with sarcasm and intended to inflame, suggested these students should "get a life."  This post was reported to Harvard administrators, but Harvard has taken no action.

366.    On February 14, Harvard Law Justice for Palestine hosted an event in Caspersen Lounge for students to "write a message of love + solidarity."  In reality, messages written at the event included "Harvard loves genocide."  Harvard Law Justice for Palestine was warned by administrators before the event that "the lounge is not a reservable space, and events may not be held there."  Nonetheless, on February 14, Harvard PSC posted photos of the event on Instagram and promised that their and similar groups' members would continue ignoring Harvard's policies and warnings.

367.    On or around February 14, a whiteboard in Emerson Hall was defaced with "Liquidate the Gaza ghetto," and a reference to the Israeli Prime Minister as "Führer Netanyahu."  Kestenbaum reported this antisemitic graffiti to Interim President Garber, the Antisemitism Task

Force, the Antisemitism Advisory Group, and various diversity offices at Harvard, among others, asking "[w]hat specifically will Harvard do[] to prevent Jewish students from walking into classrooms and seeing horrific antisemitism as just happened this morning in Emerson Hall," and explaining that Jewish students "feel neither included or a sense of belonging at Harvard in the face of such persistent and vicious." Mr. Kestenbaum did not receive a response.

368. Around that same time, HOOP hung posters throughout campus, in violation of Harvard policies, stating "no Valentine's day under brutal occupation" and accusing Harvard of "pinkwashing," a reference to a disingenuous strategy employed by the BDS movement to accuse Israel of false progressiveness.

369. On February 15, Mr. Kestenbaum emailed Harvard administrators to report more antisemitic vandalism in Harvard Yard—yet again in the form of the defacement of hostage posters with red paint. Again, Mr. Kestenbaum received no response.

370. On February 19, 2024, the newly created Harvard FSJP Instagram page posted an antisemitic cartoon depicting a hand branded with a Jewish star with a dollar sign in it gripping a rope connected to two nooses around the necks of an Arab and a Black man. The cartoon originally appeared in a 1967 Student Nonviolent Coordinating Committee newsletter, in which it appeared in a feature that promoted various antisemitic conspiracy theories, such as "the famous European Jews, the Rothschilds, who have long controlled the wealth of many European nations, were involved in the original conspiracy with the British to create the 'state of Israel' and are still among Israel's chief supporters," and "THE ROTHSCHILDS ALSO CONTROL MUCH OF AFRICA'S MINERAL WEALTH." The post was shared by Harvard PSC and Harvard Afro.

371. Rabbi Wolpe commented on the post that day, writing: "This was posted today by 'Harvard faculty and staff for justice in Palestine.' The cartoon is despicably, inarguably

antisemitic.  Is there no limit?"  Also, that day, a Jewish Ph.D. student at Harvard Public Health reported the post by submitting a bias report and uploading a list of Harvard FSJP's members.  He did not receive a response until nine days later, when Chief DIB Officer Barbosa reached out to schedule a meeting to obtain more information about the incident.  He pointed out that any such information should already be known to Harvard and noted that Barbosa had ignored his request for updates about the many complaints they had already initiated. Mr. Kestenbaum also reported the post.

372.    Facing backlash, on February 21, Harvard PSC and Harvard Afro reshared the post with the antisemitic cartoon removed.  However, the groups replaced the cartoon with a picture of Kwame Ture, who often inveighed that "the only good Zionist is a dead Zionist."  The backlash was so severe that Harvard PSC's faculty advisor, Professor Johnson, resigned from that position—although he continues to regularly attend these groups' events.

373.    On February 19, 2024, the Jewish Ph.D. student at Harvard Public Health, who had previously reported antisemitic incidents, reported unrecognized student and faculty organizations that were "posting on social media with the word 'Harvard' in their name and organizing and holding events on campus" to the Harvard Trademark Program, a program in the Office of the Provost charged with protecting Harvard's trademarks.  Nevertheless, organizations like HOOP have continued using the official Harvard name.

374.    On February 19, 2024, a person held a poster that said, "Free America From AIPAC" with a swastika during a rally in Harvard Square co-sponsored by Harvard Afro.

375.    On February 22, 2024, Harvard Graduate Student Union-Boycott, Divestment, Sanctions and Harvard Afro hosted an online event featuring Marc Lamont Hill, who has spoken in support of antisemites, such as Louis Farrakhan (who called Adolf Hitler "a very great man"

and Judaism a "dirty religion"), whom Hill refers to as "my brother," and terrorists such as Ali Jiddah (who was convicted of planting bombs in downtown Jerusalem), whom Hill hailed as a "true revolutionary and a beautiful spirit."

376.     On February 27, 2024, Harvard Graduate Students for Palestine hosted an unsanctioned phone banking event in the Harvard Divinity Commons, calling for Harvard to "end all academic partnerships with Israeli universities."  Mr. Kestenbaum reported the planned event to the Antisemitism Task Force, Interim President Garber, Harvard Divinity DIB, among others, before it occurred, but did not receive a response until after the scheduled start time, once Mr. Kestenbaum had made arrangements to avoid the Commons.  Harvard took no preventive measures to stop the event from happening.

377.     On February 27, 2024, Harvard Chabad and Harvard Law Alliance for Israel hosted an event at HLS on "reporting on the Israel-Hamas war" that was disrupted by anti-Israel students who blocked the audience's view of the invited speaker with signs.

378.     Even though the event was for law students only and thus "closed" under Harvard Law policies, at least one of the disruptors was an HDS student.  John Doe #2 reported the violation to various administrators and the Antisemitism Task Force and Antisemitism Advisory Group, identifying the student disruptors by name, citing to the specific Harvard policies violated— including HLS's Protest and Dissent Guidelines, which prohibit "substantial[] interfere[nce] with a speaker's ability to communicate or an audience's ability to see and hear the speaker," and protests inside "closed" meetings—and noting that Harvard's "failure to discipline these students adequately is interfering with Jewish students' ability to host events and be students."  John Doe #2 merely received a response stating that the report would be referred to the Harvard Law Administrative Board.  John Doe #2 has received no update on the status of the report.

379.    On February 29, 2024, the House Committee held a "Bipartisan roundtable with Jewish students to discuss antisemitism at postsecondary institutions." Jewish students from nine universities, including Harvard, the University of Pennsylvania, and Columbia University, participated in the discussion. Chairwoman Foxx stated that "[t]hese students are dealing with antisemitism at their respective universities on a daily basis." Among the students "dealing with antisemitism . . . on a daily basis" was Mr. Kestenbaum.

380.    During the roundtable, Mr. Kestenbaum shared some of his experiences with antisemitism at Harvard, including social media posts from his peers such as "too many damn Jews run this country," defacement of hostage posters, rampant antisemitic conspiracy theories, including that the Jewish people orchestrated the September 11 terrorist attacks, and targeted threats against Jews. Mr. Kestenbaum stated that he is aware of "Jewish students at Harvard who do not wear their kippahs publicly anymore, who have changed their major due to hostile anti-Zionist and anti-Jewish environments, and have been spat on for their religious identity."

381.    On March 2, 2024, Harvard student groups, including Harvard PSC, Harvard Afro, and Harvard GS4P, co-organized a rally near campus, during which thousands of rally goers chanted "resistance is justified," "globalize the Intifada," and, in Arabic, "from water to water, Palestine will be Arab." Mr. Kestenbaum reported the event and the student groups' role to Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, and various Harvard diversity offers, among others, but received no response, and Harvard has taken no action.

382.    On March 3, 2024, after Mr. Kestenbaum noted at the House Committee roundtable that he reported antisemitic incidents to the Antisemitism Task Force on more than forty occasions without response, the Antisemitism Task Force finally contacted Mr. Kestenbaum to disclaim responsibility for addressing antisemitic incidents, writing: "It's important to note that

the task force's charge does not extend to investigating or commenting on specific incidents on or off campus, nor does the task force possess the authority to enforce University policies."

383.    On March 4, 2024, the Harvard Center for Middle Eastern Studies hosted an event in the Science Center titled "We Charge Genocide: The Potential and Limits of International Law," featuring Noura Erakat.  In 2020, Erakat participated in a workshop with a Hamas leader who has since promised an "October 7, October 10, October one-millionth" until Israel's eradication. On February 25, 2024, Kestenbaum reported the event to Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, Harvard diversity offices, and others, but received no response.

384.    On March 5, 2024, a number of student organizations hosted an event in Caspersen Lounge, promising "radical student activism" about Palestine.  John Doe #2 reported the event on March 4 to various administrators and the Antisemitism Task Force and reminded them that Harvard "has made it clear that [Caspersen Lounge] is not a space for demonstrations."

385.    John Doe #2 expressed concerns about classes being disrupted by the event, but did not receive a response, and Harvard did not prevent the event from proceeding.  Instead, a large group of students and faculty members, including HLS Professors Nikolas Bowie and Ryan D. Doerfler, occupied Caspersen Lounge, with students flouting Harvard's policies by posing for photos in front of a sign stating: "This space is for personal or small group study and conversation only."  Attendees also covered the walls of the Lounge with sticky notes with antisemitic messages and their demands, including a demand that a Jewish Israeli professor be fired.  John Doe #2 was in the Caspersen Lounge at the time and was prevented from using the Lounge as a study space because of the protest.

386.    On March 8, 2024, Harvard J4P, an unrecognized student group, shared a post

"honoring women in the history of Palestinian resistance," including Fatima Bernawi who in 1967 was convicted for attempting to bomb a Jerusalem movie theater.  The post also honored the Palestinian women involved in the First and Second Intifadas.  Mr. Kestenbaum reported this post to Interim President Garber, the Antisemitism Task Force, the Antisemitism Advisory Group, and diversity offices at Harvard, among others.  Three days later, HDS's DIB office responded to Mr. Kestenbaum's email, discussing the "We Charge Genocide: The Potential and Limits of International Law" event, which was not the subject of the email, and incorrectly suggesting the event was permissible because "it was not mandatory for any student."

387.    From March 20 to March 22, 2024, the Bell Collective for Critical Race Theory at HLS held its Censorship & Consciousness conference.  The conference featured "a conversation with the incredible" Adnan Barq.  On March 18, 2024, Mr. Kestenbaum followed up on his unanswered email to express concern about Mr. Barq's role at the conference, noting that Mr. Barq "was on the 'Long Live the Intifada' podcast to glorify violent armed resistance, discuss how Jews study Nazis to oppress Palestinians, and are 'fucking creepy.'" This report went unanswered. During the conference, Ryna Workman was also a featured panelist on "repression and resistance." Mr. Workman, as president of the New York University School of Law Student Bar Association, posted on its online newsletter on October 10, 2023, that "Israel bears full responsibility for this tremendous loss of life." Soon after, on October 24, 2023, Mr. Workman was caught defacing Israeli hostage posters.

388.    On March 21, 2024, Harvard's undergraduate house Lowell House was slated to host a discussion on "Islamophobia, Antisemitism, and Religious Literacy," featuring moderator Chance Bonar, a member of Harvard Faculty and Staff for Justice in Palestine, one of the several groups that posted the antisemitic imagery.

389.    Meanwhile, one of the scheduled panelists, Mafaz Al-Suwaidan, is currently a PhD student at Harvard. For years, she has expressed public support for Palestinian terrorists and for the elimination of the state of Israel. She is the daughter of the Kuwaiti leader of the Muslim Brotherhood, Tareq Al-Suwaidan. Hamas is the Palestinian offshoot of the Muslim Brotherhood.

390.    After two of the three panelists withdrew from the panel, the panel was canceled. It is not publicly known which panelists withdrew.

391.    On March 28, 2024, HLS's Student Government voted anonymously on an anti-Israel resolution accusing Israel of "ethnic cleansing," "genocide," and "illegal occupation of Palestine." The resolution calls for Harvard "to divest completely from weapons manufacturers, firms, academic programs, corporations, and all other institutions that aid the ongoing illegal occupation of Palestine and the genocide of the Palestinians."

392.    These modern-day Boycott, Divest, and Sanction resolutions are designed to mimic the "Don't buy from Jews" campaigns that the Nazi Party launched in Germany in the 1930s. Israeli is a euphemism for "Jewish," given that half of the world's Jewish population lives in Israel. The net effect is the same: no more Jewish professors on Harvard's campus if they happen to have an Israeli passport.

393.    The same student government that passed an anti-Israel resolution failed to condemn the gang-rape, mutilation, execution, and burning alive of Israeli civilians.

394.    On March 29, 2024, Harvard PSC, Harvard GS4P, and others held an unsanctioned event in Caspersen Lounge to celebrate the passing of a secret BDS resolution by Harvard Law's student government designed to urge Harvard Corporation to divest from Israel. Several students warned Harvard administrators including Deans Soban and Ball before the planned demonstration, but they did nothing to prevent it from occurring.

395.    During the event, one student speaker yelled that by refusing to divest from Israel—which she called a "death machine"—Harvard is a "breeding ground for profiteers of global oppression" that needs to "step away from its blood lust."

396.    That same day, HLS's Student Government held a Zoom meeting to discuss the resolution. Unsurprisingly, the meeting devolved into an antisemitic festival. When one student opposed to the resolution mentioned the horrific violence committed on October 7 against Jewish children and infants, numerous HLS students began laughing on the call. At least one Jewish HLS student, after expressing his concerns over the resolutions, was bullied to tears on the call.

397.    As the call was unfolding, participants messaged one another. "This is about substance disguised as procedure because brats are upset they didn't get their way," wrote Maha Husseini, a then-second-year HLS student, to the entire Zoom.

398.    One Jewish student asked, "Alliance for Israel asked for information on where the meeting was well before the 3/8/24 meeting. Why was this email ignored?" The same student reiterated, "We have also asked for minutes from the first meeting and have thus been ignored."

399.    She then noted, "I am so confused in what world it makes sense for a party accused of violating procedure with disregard for the SG bylaws and constitution be the same party defending itself and then deciding whether they did exactly what they have been accused of. No procedural fix will take away the antisemitic nature of this resolution—both in substance and in the way in which it was passed—but the disregard for procedure certainly adds insult to injury."

400.    Ms. Husseini responded flippantly, "You can't point at everything that disagrees with your view as antisemitic it's so old and untrue. Get real."

401.    Allie Ryave, a then-second-year law student who voted in favor of the resolution, announced on the Zoom chat, "I believe in unity against genocide, not for its own sake. I will not

have unity with genocide excusers."

402.    Several of the students bemoaned "doxxing" for their virulently anti-Israel activities. "As a student who has been doxxed multiple times before, I want to express my support for anyone facing this kind of harm and am available as a resource!! We keep each other safe. And for those in the chat perpetuating this harm against our peers, I hope you are ashamed of yourselves," wrote Lea Kayali, a then-third-year HLS student.

403.    Another student reasonably asked, "How is this meeting considered open if it was not widely communicated to the student body (i.e. sent in an email to all students)? Many students still are not even aware of the resolution, let alone this meeting."

404.    Through screenshot images, portions of the language used by the participants in the Zoom's "chat" feature were released to the non-profit StopAntisemitism, an organization devoted to exposing and combating antisemitism in all its forms. StopAntisemitism then shared the screenshot images online in order to demonstrate the rampant antisemitism present at Harvard.

405.    Those who had engaged in antisemitic abuse (and were exposed for doing so) swiftly blamed John Doe #2 for sharing screenshots of the antisemitic chat with StopAntisemitism, accusing John Doe #2 of "doxxing" them.

406.    Notably, the Zoom meeting was not password protected and provided no indicia or expectation of privacy whatsoever. In fact, the HDS student who attacked John Doe #1, was present at the Zoom meeting, despite not being a student at HLS. Not one person objected to his presence at the Zoom meeting.

407.    Nonetheless, John Doe #2 did not take any screenshots of the Zoom chat nor did he share any such images with StopAntisemitism. Still, he became the target of the antisemitic students' ire. More specifically, the antisemitic students began to call for John Doe #2's expulsion,

holding a protest demanding such outside the HLS Dean's office two days following the Zoom meeting.

408.    As the protest unfolded, John Doe #2 met with both Assistant Dean for Equal Opportunity Sasha Tulgan and Assistant Dean for CEEB Monica Monroe, who both assured John Doe #2 that what had occurred was not, in fact, "doxxing."

409.    John Doe #2 feared for his safety walking to class the day of the protest, so much so that Dean Tulgan offered to escort him herself.

410.    At least one of the students, Micah Herskind, took to X to call for the expulsion of the "Zionist losers" who shared the contents of the antisemitic Zoom chat. "[A]nyone involved, please feel free to take a nap in a glue trap," he wrote.

411.    Mr. Herskind later announced on X that he "walks by this student like every day," referencing John Doe #2. In the same post, Mr. Herskind announced that he had given "Harvard screenshots showing that a zionist student helped dox a bunch of fellow students, myself included, and they [Harvard] of course did nothing."

412.    On March 30, 2024, Harvard PSC was allowed to install its annual "Wall of Resistance"—more commonly referred to as an "apartheid wall"—which is a twelve-panel installation full of discriminatory messaging accusing Israel of apartheid and genocide. The wall stood in Science Center Plaza for one week as planned, but rather than taking it down after, the group moved it to HDS to "celebrate their recent divestment resolution win" for another week. The freestanding panels, which stood at least eight feet high and three feet wide each, were dedicated to "the ongoing genocide and ethnic cleansing of Palestinians." One panel featured a quote from Ghassan Kanafani, a well-known terrorist from the Popular Front for the Liberation of Palestine (a foreign terrorist organization), which was linked to the massacre of twenty-six

civilians at Israel's Ben Gurion Airport in 1972.  Another panel depicted an Israeli soldier, with the Harvard crest painted on his uniform, holding a machine gun over a man kneeling with an infant.  Many Jewish students, like Mr. Kestenbaum, felt even more isolated and abandoned because Harvard allowed—and actively protected—the apartheid wall.  Harvard provided 24/7 security to protect the apartheid wall—which stands in stark contrast with Harvard forcing Harvard Chabad to hide its menorah at night because it could not guarantee its safety.

413.    On April 5, 2024, Harvard PSC, Harvard Afro, HOOP, Harvard GS4P, and other recognized and unrecognized groups co-sponsored a student rally outside Harvard Yard to celebrate Al Quds Day—an annual day of resistance first celebrated forty-five years ago by Islamic revolutionaries in Iran, when Ayatollah Khomeini prayed for "the victory of the Muslims over the infidels."  Hundreds gathered in Science Center Plaza, chanting "from the river to the sea, Palestine will be free," among other familiar chants.  Many gave speeches, including students and outsiders like Cornel West—who has compared the IDF to Hamas and argued that Israel was founded because "Jews jumped out of the burning buildings of Europe in a Jew-hating Europe led by a gangster named Hitler [and] landed on the backs of some Arabs in 1948 when they founded their state."  Harvard failed to do anything to stop the Harvard Yard rally, nor discipline the groups involved.  Harvard Afro co-sponsored another event later that same day, the advertisements for which read, "ZIONISTS ARE NOT WELCOME HERE!"

414.    On April 8, 2024, Harvard PSC posted an Instagram story praising Walid Daqqa, who had been convicted in 1987 of commanding a terrorist cell that mutilated a 19-year-old Israeli Jew, Moshe Tammam, before killing him.  Harvard PSC's post read, "glory to the revolutionary Palestinian political prisoner and martyr," with the caption "Rest in power."  This post was detailed in *The Harvard Crimson*.

415.    On April 18, 2024, Harvard's Center for Middle Eastern Studies hosted an event on campus, "Gaza As Epicenter: An Alternative Reading," featuring Tareq Baconi, a professor who regularly blames Israel for October 7 and denies that Hamas is a terrorist group.  In November 2023, he hosted a teach-in on "Palestinian Resistance," at which he argued that calling for the destruction of Hamas is calling for a genocide, and that "Jews, Israeli Jews, [can't] feel safe while apartheid persists."  Just two weeks before Harvard's event, he argued for a "single state from the river to the sea" and called a two-state solution "unjust."  Yet Harvard granted Baconi a platform on its campus.

416.    On April 22, 2024, Harvard purportedly suspended Harvard PSC.  Yet this suspension was limited to the rest of the "Spring 2024 Term," ending a mere few weeks later, and limited to the group itself instead of its leaders or individual members—many of whom belong to or have leadership positions in the other problematic student groups.  As a result, Harvard PSC's nominal suspension did nothing to stem the tide of antisemitism on campus.

417.    On April 25, 2024, the Harvard Divinity RSL Department sent its weekly email to HDS students, which included a "Reflection" written by an RSL graduate assistant. In the reflection, the student quoted Alice Walker, who endorses the views that Jews are "lizard people" who funded the Holocaust, are pedophiles, and control the KKK.  Concerned Jewish students notified HDS administrators, but no apology or retraction was ever made.

### vi. Pro-Hamas Antisemitic Demonstrators Occupy Harvard Yard

418.    In April 2024, Mr. Kestenbaum, the John Does, and other Jewish Harvard students' fears for their physical safety increased when a new wave of antisemitic protests began across college campuses nationwide. These protests included tent encampments that became hotbeds of flagrant conduct policy violations and intimidation, harassment, and physical assault of Jewish students, including blocking Jewish students from access to those spaces and campus

buildings.

419.    Harvard was aware of the risk that an encampment would be erected on its campus, as reflected by its email announcement that Harvard Yard would remain restricted indefinitely to only Harvard affiliates, and signs Harvard affixed on April 22, 2024, to the gates of Harvard Yard that read:

> Harvard Yard will be closed today. . . .  Harvard affiliates must produce their ID card when requested.  Structures, including tents and tables, are not permitted in the Yard without prior permission.  Blocking pedestrian pathways or access to building entrances is prohibited.  Students violating these policies are subject to disciplinary action.

420.    John Doe #2 saw these signs on April 22, 2024 as he passed through Harvard Yard on his way to Harvard Chabad. On April 24—the first day of the Jewish holiday of Passover—the purportedly suspended Harvard PSC, HOOP, and other groups announced on Instagram an "emergency rally" in Harvard Yard that day at 12:00 p.m.  By 12:30 p.m., approximately 500 students and faculty had gathered in front of the John Harvard statue in Harvard Yard.  They lined the walkways through Harvard Yard before revealing their true intentions: to establish the Harvard encampment.  People with backpacks, tents, suitcases, and carts of food dove under the ropes that outline the grassy areas of Harvard Yard and began setting up tents, yelling, cheering, and utilizing noisemakers.  The demonstrators, now inside the ropes designed to keep people off the grass, designated the area the "Liberated Zone," and began policing entry right away.

421.    Near the John Harvard statute, John Doe #2 saw HUPD officers standing and watching but never intervening—much like John Doe #2's experience at the October 19 stampede.  As reported by *The Harvard Crimson*, HUPD officers were "instructed to keep students safe and allow protests to proceed unless they become violent or destructive." However, they did nothing when a visibly Jewish teaching fellow at Harvard College was charged by one of the occupiers,

who proceeded to physically push him away from the area. Several HUPD officers were protecting the entrance to Massachusetts Hall, where Interim President Garber and other top administrators have offices. But Jewish community members on the ground were left unprotected.

422.    Hundreds of students and faculty were participating in the rally, and about thirty to forty protestors had set up tents in front of the John Harvard statue. Several posters had been hung, including a massive banner that read, "from the river to the sea, Palestine will be free." John Doe #2 was particularly concerned after seeing three people in the crowd: the assailants who had physically assaulted John Doe #1 on October 18, 2023; and Sadaf Kahn, a Harvard College senior who had recently taken to Instagram to call himself a "terrorist" and post a picture of himself holding a knife.

423.    On the first day of the encampment, students and faculty members put up twenty-two tents in Harvard Yard. Attendees chanted, "there is only one solution, Intifada revolution," and "Intifada revolution, Intifada revolution." Despite the blatant disregard of Harvard policies prohibiting the encampment and evidence that an extended takeover was planned, Harvard allowed demonstrators to continue entering the Yard. HOOP continued to recruit people on social media: "Today was just the beginning. Keep showing up. Support the campers."

424.    Many members of Harvard's faculty and staff participated in the encampment. One of the first tents was labeled the "Faculty Tent." Harvard FSJP published a statement, "Solidarity with Harvard Gaza Solidarity Encampment," offering the disruptors its "unwavering support." An HDS dean wore her full regalia and clapped proudly while the occupiers erected the encampment—which Mr. Kestenbaum reported to HDS administrators. They took no action. Another Harvard professor, Vijay Iyer, delivered a statement on Harvard FSJP's behalf to the 500-person crowd through a bullhorn, urging the "administration to refrain from any retaliation against

the students" and rejecting its "use of . . . safety to stifle protest." Professor Johnson, whom John Doe #2 saw in those first few minutes, was "acting as the police liaison on behalf of the protestors," despite his resignation from his position as Harvard PSC's faculty advisor. Professor Bowie was also among the attendees.

425.    At the end of the first day, Dean Dunne told the protestors at nearly 10:00 p.m. that they must abide by "quiet hours," should notify him if non-Harvard affiliates arrive so he can "work to address" the situation, and may not light open flames, but otherwise said nothing to indicate Harvard would do anything to stop the encampment. John Doe #2 rightly feared that Harvard did not intend to enforce its own policies and would let the encampment continue to grow.

426.    On April 24, Mr. Kestenbaum notified Dean Frederick, OEDIB, and others that the campers included HDS students, told them the encampment put his physical safety at risk, and informed them that Jewish Harvard community members had already reported being physically confronted and verbally harassed. Mr. Kestenbaum asked how Harvard would ensure his and his classmates' safety, but the administrators refused to respond.

427.    By April 26, 2024, the encampment had expanded to over thirty tents. The campers, making clear their intentions to restrict free access to the campus, posted a large sign at the encampment entrance which read: "Welcome to the liberated zone! Make sure to talk to one of us before entering." The organizers designated student "safety marshals," who patrolled the encampment and refused visibly Jewish people access to the grounds it occupied. These "marshals" wore bright neon vests and repeatedly followed and harassed Jews walking through or around Harvard Yard.

428.    Every time Mr. Kestenbaum tried to walk through Harvard Yard since the encampment began, he was followed closely by the "marshals." For example, on May 2, 2024,

Mr. Kestenbaum walked through Harvard Yard to go to Widener Library, and at least seven marshals followed him, including four HDS students.  On May 4, Mr. Kestenbaum reported the incident to Dean Frederick, Professor Holland, Dean Whelsky, and OEDIB, among others, and asked what would be done to prevent this sort of harassment.  He received no response.

429.    Various Harvard administrators confirmed that the encampment violated Harvard policy.  Harvard Graduate School of Arts and Sciences Dean Bill Stackman and the HLS Dean of Students Office emailed students, confirming that the encampment's unauthorized actions "[were] a violation of rules" and stating that "[i]nterference with the academic mission or business functions of the University will not be tolerated.  Disruption or interference that hinder members of our community from performing their normal duties and activities will be regarded as an unacceptable obstruction of the essential processes of the University and will lead to disciplinary consequences[.]"  In blatant violation of this warning, on May 8, the occupiers refused to submit to HUID checks and surrounded the administrators chanting "shame!" and banging on drums and buckets.

430.    On April 27, 2024, Dean Dunne emailed Harvard College students confirming that "the encampment in Harvard Yard has continued and grown in direct violation of Harvard policies," and that their "[m]aintaining and participating in this extensive encampment of tents in Harvard Yard constitutes an ongoing violation of University rules." The email noted that "[a]mplified sound and other noise regularly coming from the encampment has disrupted the living spaces of first-year students in adjacent dormitories during . . . a critical juncture in the academic year when students study and prepare for examinations and complete end-of-term projects." Dunne's email was forwarded to HLS students by the Dean of Students Office on April 28.

431.    On May 2, several Jewish students met with Title IX Officer Tulgan and the Senior Director of Student Affairs Lakshmi Clark to discuss the possibility of taking their exams remotely because of safety concerns from the encampment.  The administrators informed them that they would be unable to do so.

432.    On May 2, 2024, Mr. Kestenbaum and other Jewish Harvard students placed 1,200 small Israeli and American flags near HDS to honor the 1,200 victims of October 7.  The installation also included a poster of those kidnapped by Hamas.  Though HUPD had taken no steps to stop hundreds of student protesters and those camping on Harvard Yard, HUPD officers quickly approached Mr. Kestenbaum while he was placing flags and took a photo of his identification.  Mr. Kestenbaum reported this incident to Professor Holland, Dean Frederick, Dean Whelsky, and others, and requested information on "who called the police [on him,] for what purpose, and what will be done as a result." Mr.  Kestenbaum has not received a response.

433.    Over the next two days, vandals ripped the flags out of the ground and scattered them across campus and destroyed the hostage poster.  Mr. Kestenbaum reported this to several administrators on May 4, and included a video of one of the vandals in action, but no one acknowledged his complaint.

434.    On May 3, 2024, the encampment expanded to the side of Harvard Yard in front of Widener Library, where commencement was scheduled to take place on May 23, 2024.

435.    Also, on May 3, 2024, a visibly Jewish HLS student, who wears a Star of David necklace and similar jewelry, was denied entry to Harvard Yard by a Harvard security guard.  She was trying to get to Professor Bowie's final exam review session and followed the same route she had traveled all year. She watched a Harvard security guard stationed at the gate allow someone else into the Yard just moments before she handed that guard her HUID card.  However, the

security guard told her she was not permitted to enter.  The Jewish HLS student had to walk outside the perimeter of the Yard to get to her review session.

436.    She later left the review session through Harvard Yard but was followed by one of the encampment "marshals" until she exited the Yard.  Shaken by this experience, she avoided walking through Harvard Yard when she returned to campus to take her final exams.

437.    On May 3, 2024, Mr. Kestenbaum and Harvard Hillel Rabbi Davis met with Dean Whelsky to discuss the numerous incidents of antisemitism he had been reporting for months. Whelsky refused to inform Mr. Kestenbaum about the status of his numerous complaints and the efforts Harvard was taking to remedy the hostile on-campus environment. In fact, Whelsky responded in *faux* ignorance of months of widely reported antisemitism at Harvard and Kestenbaum's own reports: "How have you seen antisemitism manifesting?"  Whelsky also told Mr. Kestenbaum that there was "no problem" with faculty members, even deans, participating in the encampment, which Harvard administrators had already admitted violated Harvard policy, or with chanting "globalize the Intifada."  Whelsky also dismissed Mr. Kestenbaum's concerns regarding FSJP's publication of the antisemitic cartoon on February 19.

438.    On May 6, 2024, which was Holocaust Remembrance Day, Interim President Garber addressed the encampment for the first time.  He sent a University-wide email in which he "call[ed] on those participating . . . to end the occupation of Harvard Yard," and acknowledged that the "continuation of the encampment presents a significant risk to the educational environment of the University."  He then explained that those who "participate in or perpetuate [the encampment's] continuation will be referred for involuntary leave from their Schools."

439.    In response, Professor Johnson—the former Harvard PSC faculty advisor who resigned after allowing PSC to post the blatantly antisemitic cartoon—gave a speech in support of

the students during which he spewed harmful and false rhetoric. Using a megaphone, Johnson falsely claimed that "the International Court of Justice has declared that there is plausible evidence that a genocide is occurring in Gaza."

440. Hours later, HOOP organized a rally of over 400 Harvard students and Cambridge residents to march from the gates of Harvard Yard to Garber's house. Before beginning the march, organizers made speeches, including one by a student who posed the question: "Does Harvard think this is going to stop? The student Intifada has engulfed the entire country."

441. The following day, on May 7, 2024, over 300 faculty members signed a public letter urging Garber to negotiate with the students.

442. On May 8, 2024, Interim President Garber met with members of HOOP to ask that they end the encampment in exchange for a meeting with more top Harvard officials. They rejected his offer.

443. On May 10, 2024, at the end of the encampment's second week, Garber offered to waive the disciplinary actions against participants if they ended the occupation. The students again refused, demanding confirmation that Harvard would disclose and divest from all investments in Israel.

444. Even as Garber offered to let the student protestors off without punishment, the protestors' violations of Harvard policies continued to mount. For example, on May 7, the encampment students gathered to chant "there is only one solution, Intifada revolution," as they banged drums and other noisemakers. Mr. Kestenbaum watched as HUPD officers in Harvard Yard allowed the disruptive event to occur on the eve of final examinations. On May 8, the protestors removed the American flag flying above the John Harvard statue and replaced it with a Palestinian flag—something they had already gotten away with on April 27.

445.    On May 9, the campers hung a large banner over the encampment, which depicted Garber, who is Jewish, as a devil with horns and a tail—a classic antisemitic trope—sitting on a toilet, with a caption stating, "Alan Garbage funds genocide." One of the Antisemitism Task Force members, Professor Boaz Barak, stated that he was "embarrassed for Harvard" that such an antisemitic trope had been used by its students. He also stated, "There is certainly antisemitism and hate among that movement." Mr. Kestenbaum reported this banner to Dean Frederick, DIB, OEDIB, and other administrators that day, but again received no response.

446.    On May 10, 2024, more than 200 students, faculty, and staff gathered at the encampment. Mr. Kestenbaum saw that several protestors were wearing neon orange vests reading "FACULTY AND STAFF." The protestors chanted, among other things, "Intifada! Intifada!"

447.    On May 11, 2024, someone with an HUID (*i.e.*, a student or Harvard employee) cut a lock securing Johnston Gate to allow roughly 150 protesters to access Harvard Yard for a Saturday afternoon protest. Harvard confirmed that "persons not affiliated and affiliated with the University" attended. On May 12, a crowd of protestors gathered at one of the Harvard gates. At least five students climbed to the top of the gate to hang a banner reading, "Welcome to the Liberated Zone." By May 13, the encampment still had nearly fifty tents.

448.    On May 14, 2024, Harvard capitulated to the unlawful occupiers, entering into an agreement with protest organizers from HOOP, an unrecognized student organization not permitted to conduct activities on campus. Garber announced that Harvard schools should begin reinstating demonstrators who had been placed on involuntary leave, that Harvard would expedite Administrative Board hearings in line with "precedents of leniency," and that HOOP would be offered meetings with Harvard's governing boards about divestment from Israel.

449.    HOOP announced that it will "re-group and carry out this protracted struggle through other means," and that supporters should "rest assured" that the concessions it gained from Harvard would not "pacify" it.  HOOP continued, "we can only come back stronger in our fight for Palestine," and "Our fight for Palestinian liberation does not begin nor end with this encampment."  A key encampment organizer said, "This action, this movement, wasn't just the finale of a semester, it was the beginning."

### vii. Despite the Eventual Closure of the Encampment, the Disruptive, Antisemitic Environment at Harvard Continued.

450.    Harvard's 2024 Commencement speaker Maria Ressa, who had previously compared Israel to Nazi Germany, declared before tens of thousands of listeners at Harvard's 2024 Commencement, "I was called antisemitic by power and money because they want power and money," a nod to the antisemitic trope that Jews seek only "power and money."

451.    Meanwhile, a large group of anti-Israel students, faculty, and staff disrupted Commencement by staging a loud walkout, complete with shouting, Palestinian flags, and various signage.

452.    In May 2024, the Harvard Palestine Solidarity Committee took to Instagram to advertise protests in favor of an "open intifada" or large-scale violence against "every settler and soldier … in every capital." The chilling post calling for violence appeared in both English and Arabic.

453.    The following month, as public consternation over Harvard's inaction continued growing, Harvard Dean of Social Science Lawrence D. Bobo published an op-ed in *The Harvard Crimson* calling for the punishment of individual faculty "with large external platforms" who criticize Harvard publicly, an implicit call to sanction faculty members critical of the Administration's contemptible approach to the explosion of antisemitism on Harvard's campus.

454.     The return to campus in Fall 2024 offered little change.

455.     On September 10, 2024, HDS hosted two anti-Israeli activists to discuss their perspectives on fighting antisemitism. Prior to appearing at HDS, both had publicly defended the mass attack of Jews outside a Los Angeles synagogue in July 2024 (which had been roundly condemned by President Joe Biden himself, as well as the Mayor of Los Angeles) and criticized the aforementioned congressional hearings on antisemitism.

456.     Pro-Hamas protests at Harvard resumed immediately, with chants of "There is only one solution! Intifada revolution!" and "Long live the Intifada!" filling the air around Harvard's Johnston Gates at a protest in early September 2024.

457.     On October 1, 2024, two unrecognized student groups—the Dissent Collective and HOOP—co-sponsored the annual "social justice" event referred to as "DisOrientation." The event quickly adopted an antisemitic theme, as event-goers chalked messages outside Wasserstein Hall, such as "From the River to the Sea"; "Stay Safe Stay Dangerous"; "Long Live the Lebanese Resistance" (a direct call for the support of Hezbollah); "Decolonize HLS" (a thinly-veiled threat to expel Zionists from Harvard); "Fire Genocide John Manning"; and "Divest From Genocide Apartheid Israel." John Doe #2 also heard chants that sounded akin to "Israel is a terrorist state!"

458.     John Doe #2 reported the incident via email to President Garber, as well as several other Harvard administrators. "These events are done to intimidate and harass Jewish and Israeli students at HLS," wrote John Doe #2. In his report, John Doe #2 also noted that Irene Ameena, one of the leaders of another pro-Palestinian group at HLS, had posted on X, "[T]he correct response to zionists feeling unsafe on college campuses is 'good zionists should feel unsafe everywhere[.]'" At least 80% of Jewish people are Zionists or believe in the right of the Jewish people to self-determination. John Doe #2 never received a response to his email.

459.    On the one-year anniversary of October 7, PSC hosted a celebration, committing themselves to continued "resistance" and declaring "now is the time to escalate." That evening, masked vandals smashed windows at University Hall and poured fake blood over the John Harvard statue in an effort to "bring the war home."

460.    The following week, Harvard's Hillel House received anonymous hate mail, had several cars broken into in its parking lot, and was targeted with dozens of stickers featuring a swastika on the Israeli flag where the Magen David would normally be placed.

461.    Meanwhile, that same month, the Harvard Center for Middle Eastern Studies hosted an event to celebrate convicted terrorist Nasser Abu Srour, who served 25 years in Israeli prison for stabbing and bludgeoning to death a twenty-five-year-old Israeli Jew. While behind bars, Mr. Abu Srour advocated for a third, fourth, and fifth intifada.

462.    On October 17, 2024, John Doe #2 contacted several HLS administrators, including HLS Dean of Students Stephen L. Ball, HLS's Interim Provost John Manning, and Dean Whitley, to notify them of an anti-Israel demonstration set to take place in HLS's Langdell Library. John Doe #2 acknowledged that the demonstration would violate Harvard's recent policy prohibiting demonstrations and protests "in classrooms or other spaces of instruction," including "libraries."

463.    The demonstration, advertised as a "silent study-in," was nominally to protest Israel's "genocidal invasion" (despite no such evidence of genocide).

464.    Instead of stopping the demonstration, Harvard placed fliers around the Langdell Library detailing the school's latest protest policy.[12] The demonstration of over 100 protesters

---

[12] S. Mac Healey & Saketh Sundar, *HLS Students Hold Langdell Library 'Study-in' to Protest War in Gaza*, HARVARD CRIMSON (Oct. 18, 2024), https://www.thecrimson.com/article/2024/10/18/harvard-law-gaza-study-in/.

proceeded as planned on October 18, 2024. Roughly two dozen Harvard faculty members participated.

465.     The silent "study-in" featured students in quiet areas, draped in keffiyehs with signs and tent cards featuring statements such as "HARVARD DIVEST FROM DEATH," "FREE PALESTINE," and "No normalcy during genocide."

466.     On November 4, 2024, John Doe #2 sent an email to the primary account overseeing the usage of Haas Lounge on the ground floor of the Casperen Student Center. John Doe #2's email, which CC'ed several Harvard deans, including Sasha Tulgan, Assistant Dean for Equal Opportunity at HLS, and Tracey Whitley, Dean for Administration at HLS, as well as to members of the Antisemitism Task Force, expressed concern over a recent proposal that would allow Haas Lounge to be used for "political" events.

467.     In his email, John Doe #2 requested that Professor Andrew Manuel Crespo be removed from the advisory group responsible for deciding how the Lounge should be used. John Doe #2 noted that Professor Crespo had recently published an op-ed accusing President Garber of engaging in "political statements" when he issued a "university-wide message condemning antisemitic stickers posted in Harvard Square." In other words, to Professor Crespo, antisemitism is "political."

468.     Many first-year students at HLS are also required to take Professor Crespo's criminal law class in the fall of their first year.

469.     As John Doe #2 rightfully noted in his email, "If the advisory group recommends allowing political action in Haas, this can quickly lead to hate. For example, Professor Crespo's assertion that antisemitism is political will allow for identity-based harassment in Haas." John Doe #2 never received a response to his email.

470.    On November 18, 2024, Harvard students gathered outside Havard's Hillel House to shout "Zionists are not welcomed here" as students entered the building. Harvard's Chaplain Office released a toothless statement condemning the incident eight days later, noticeably refusing to use the words Jew, Zionism, Israel, or antisemitism in his condemnation.

471.    Reminiscent of its partnership with Bitzreit University, in November 2024, Dar al-Kalima University announced a new partnership with HDS in hosting a "Decolonizing Power: Rethinking the Politics of Art and Religion" conference, to be held in 2025. In its own announcement, HDS encouraged students studying, *inter alia*, "Palestine studies" and "Indigenous studies," but not anyone pursuing Israel studies, to apply.

472.    The President of Dar al-Kalima University is Pastor Mitri Raheb, an individual who has boasted about his "constant communication with Hamas" which he regards as a "Palestinian political movement" that has an "important role." Speaking to the Egyptian daily Al Masry Al Youm in March of 2016, he stated, "Some people in the church believe in the armed resistance, and we do not disagree."

473.    Mr. Raheb, previously criticized by the Israeli government for holding "extremist and racist" views, is an adherent to "Palestinian theology" that denies any Jewish connection to the Land of Israel. A supporter of the Boycott, Divest, Sanction movement against Israel, Mr. Raheb repeatedly has advanced the antisemitic (and bizarre) Khazar conspiracy that Eastern European Jews are an "invention" and that Israeli Prime Minister Benjamin Netanyahu is not actually Jewish.

474.    On November 27, 2024, John Doe #2 emailed several HLS administrators, including Dean of Students Stephen L. Ball, Assistant Dean for Equal Opportunity Sasha Tulgan, and Assistant Dean for CEEB Monica Monroe regarding the passage of two recent resolutions by

the HLS Student Government concerning the Langdell Library protest. John Doe #2 expressed his concern that he had not been notified by the HLS Student Government regarding the passage of two resolutions nor had he been given "the opportunity to make my voice heard."

475.    The first resolution in question, Resolution No. R.-208-002, condemned the two-week suspension of the Langdell Library protesters and called for an end to such suspensions. The second resolution in question, Resolution No. R.-208-003, announced the presentation of a school-wide referendum to the entire HLS student body condemning the same suspension. Voting would take place in the first week of December.

476.    HLS Student Government meetings are supposed to be open to the public for comment. However, in passing the resolutions, the HLS Student Government purposefully did not notify Jewish and pro-Israel students about their potential (or even eventual) passage. John Doe #2 learned of the two resolutions after a friend forwarded him the relevant announcement.

477.    Though Resolution No. R.-208-003 was supposed to be open to a student vote, Dean Ball halted the voting process and deactivated the student government email responsible for notifying the HLS student body of HLS Student Government activity.

478.    Despite the failure of the HLS Student Government to invite public comment, as well as properly notify the entirety of the HLS student body, the HLS administration took no action against the HLS Student Government.

479.    John Doe #2 did not file a formal complaint, as he could not remain anonymous during the process and feared he would be subject to further discrimination and harassment.

480.    Notably, the vast majority of resolutions passed by the HLS Student Government from March 2022 to December 2024 has concerned Israel. In February 2025, the HLS Student Government proposed *another* referendum urging Harvard to divest from Israeli companies and

to accuse Israel of committing genocide despite no factual basis for such a claim.[13]

481.    After returning from winter break in January 2025, Harvard medical faculty called out of work to hold a rally in support of Hamas Colonel Hussam Abu Safiya, a doctor arrested by the IDF for his role as a Hamas leader. To thunderous applause, one speaker declared, "Zionism has turned many Jews into Nazis."

482.    On International Holocaust Remembrance Day in late January 2025, PSC and former student encampment leaders held an unsanctioned protest against "Israel's Holocaust in Gaza" and passed out flyers comparing Israel to Nazi Germany.

483.    Harvard has continued to invite antisemitic speakers to campus, including Muhammad Shehada, who proudly posted with Hamas leader and October 7 architect Ismail Haniyeh, who previously denied the sexual violence against Jewish women on October 7 and praised incendiary balloons fired by Hamas towards southern Israel. Another invited speaker, Aseel Mousa, mocked an elderly Jewish hostage taken by Hamas on October 7 and posted on X how she hoped Hamas would continue its assault into Israel following October 7. Harvard's Center for Human Rights at Harvard Kennedy School invited her to speak earlier this year.

484.    A career fair scheduled to take place this month at Harvard includes the Council on American-Islamic Relations (CAIR), whose executive director Nihad Awas said he "was happy" on October 7 to see people "breaking the siege" and that Israel is "an occupying power that does not have the right to self-defense." CAIR was an unindicted conspirator in the infamous Holy Land Foundation case, one of the largest anti-terrorism funding cases ever prosecuted in the United States.

---

[13] Caroline G. Hennigan & Bradford D. Kimball, *Amid Fight with Administration, HLS Activists Introduce Divestment Referendum*, HARVARD CRIMSON (Feb. 20, 2025), https://www.thecrimson.com/article/2025/2/20/law-school-divestment-referendum/.

### viii.  Harvard Has a Double Standard When It Comes to Addressing Antisemitism

485.    Harvard's deliberate indifference in response to its hostile antisemitic environment stands in stark contrast with its swift and decisive action in response to non-Jewish incidents of bias. This double standard has created and exacerbated the discrimination and harassment that Mr. Kestenbaum, John Does #1 and #2, and other Jewish students are forced to endure at Harvard.

486.    Harvard has failed to address the anti-Jewish harassment on campus—on the grounds that Harvard values open expression above all else—even though Harvard moves decisively to address discrimination, harassment, and bigotry when perpetrated against non-Jewish groups. Harvard's invidious and egregious double standard is reflected in, among other things, its selective application of free expression principles, official statements and programs addressing bias or important social issues, disciplinary actions against faculty, and disciplinary actions against students and student groups.

487.    Harvard's double standard in its enforcement of its own policies was highlighted in HJAA's May 2024 report (*see* Exhibit A), which encompassed reports from fifty Jewish members of the Harvard community.  The report found that Harvard's hostile environment for Jews was already well-established before October 7, 2023, including numerous examples in classrooms and Harvard-sponsored speakers and events—such as the speaker who said that "American Jewish immigrants have always been a foundational building block for the white supremacist infrastructure."

488.    The report described Harvard "repeatedly ignor[ing] Jewish students' complaints despite clear violations of" policy, so that there were "few to no consequences for the perpetrators of [antisemitic] hate speech and bullying," and an example of Harvard's double standard, when

Harvard Law sent an email the same day a "gay law school student was assaulted by another law school student" announcing that the attacker had been suspended, but Harvard failed to do the same thing when a Jewish student was assaulted by another student.  The report quoted students on the "psychological effects" of the antisemitic rallies at Harvard, where repeated shouts of "Globalize the Intifada," and "there is only one solution, Intifada revolution," led them to feel that other students "want dead Jews," and that they could not go into Harvard Yard or to Widener library because of a "stampede of people" shouting for death to Jews. Students recounted having to "be in class with someone who posted the day before that they are supportive of the murder and rape of my people."  Students talked about their intense fear at Harvard: "I am scared to be a Jew here right now"; "I feel more safe in Israel than here"; "It's pretty scary to walk around campus knowing someone who is comfortable physically assaulting a religious Jew is potentially still on campus"; "I was afraid to leave my [Harvard Yard dormitory] because there were people outside chanting [] 'Globalize the Intifada.'"

         *a.  Harvard Only Embraces Free Expression Principles When It Can Use Them To Protect and Permit Antisemitic Harassment*

489.    At the heart of Harvard's double standard is its discriminatory application of free expression and other principles. Harvard's campus is a safe space for students of all protected minority groups other than Jews.

490.    Harvard's invocation of free expression principles to justify permitting antisemitic harassment is both hypocritical and false—especially since Harvard ranks last in free speech out of the 248 colleges evaluated by the Foundation for Individual Rights and Expression. Harvard protects speech only when it advances positions that Harvard supports, while Harvard punishes speech that it disagrees with. Harvard's double standard is apparent when one compares Harvard's

failure to discipline anti-Jewish harassment with its warning to freshmen—during the Title IX training—that "sizeism," "fatphobia," "cisheterosexism," "racism," "transphobia," "ageism," and "ableism" are prohibited because they "contribute to an environment that perpetrates violence." Indeed, Interim President Garber has acknowledged this double standard exists, describing the "social shunning" of Jewish students and their complaints "that in some classes, only certain points of view on controversial issues are presented and seen as welcome."

491.    Harvard also has no problem censoring controversial speakers or discussions—unless they espouse antisemitic views, in which case Harvard insists it is obligated to permit them on free expression grounds.

492.    In 2021, for example, Harvard School of Engineering and Applied Sciences canceled a course on a policing strategy involving military tactics after student organizations expressed concerns about the subject matter.

493.    In 2022, the Harvard English Department disinvited Dr. Devin Buckley from speaking on campus because she is on the board of an organization that opposes incarcerating biological males with biological females or permitting them to participate in women's sports. But, as alleged above, Harvard readily permitted El-Kurd and Hill to appear on campus spewing anti-Jewish rhetoric, Holocaust denial, and calls for Israel's extermination.

494.    Harvard also intrusively interferes with free expression without hesitation. In early March 2025, Harvard notified Plaintiffs that it would collect and scrutinize the email accounts and personal communications of John Does #1 and #2—even while simultaneously opposing their ability to join this lawsuit.

### b.    Harvard Takes Decisive Action To Address Hate, Violence, and Harassment Unless Jews Are the Targets

495.    When bigotry impacts protected minority groups other than Jews, Harvard has

issued forceful condemnations.

496.    For example, in 2016, HLS abandoned its longstanding shield because it displayed the family crest of Isaac Royall, Jr., a slaveholder. HLS leadership oversaw a public campaign to denounce the shield as a painful reminder of slavery, including forming a special committee, soliciting community involvement, providing regular updates, and seeking approval from Harvard's governing body to retire the shield.

497.    That same year, Harvard changed the title of "house masters" to "faculty deans" because, it said, the former evoked slavery. In 2022, Harvard released "Harvard & the Legacy of Slavery," a 132-page report on Harvard's racist history that provided recommendations for combating its institutional racism and committed $100 million towards amelioration efforts.

498.    Neither the recommendations in the "Harvard & the Legacy of Slavery" report, nor then-President Lawrence S. Bacow's announcement of a plan to "address the persistent corrosive effects of those historical practices" identified therein, mentions an exception for "freedom of expression." Yet Harvard now invokes free expression principles as a pretext to retroactively justify tolerating antisemitism and marginalizing its Jewish community.

499.    For example, in Harvard's November 9 statement announcing the Antisemitism Advisory Group—as in many of its other statements concerning Hamas's October 7 terrorist attack and its aftermath— President Gay emphasized that Harvard is "at [its] strongest when [its members] commit to open inquiry and freedom of expression as foundational values of [Harvard's] academic community." Even though the Antisemitism Advisory Group is toothless, over one hundred faculty members signed a November 13 letter criticizing Harvard's decision to create it as an attack on "intellectual freedom."

500.    Harvard has gone to great lengths to make its campus more "inclusive" over the

last few years. Harvard's OEDIB, formed in 2021 as a "relaunch[]" of its 2018 precursor office, for example, purportedly strives "to guide Harvard's culture toward inclusive excellence." According to its website, "OEDIB views diversity, equity, inclusion, and belonging as the pathway to achieving inclusive excellence and fostering a campus culture where everyone can thrive." Jewish students, however, are excluded from those efforts.

501.    Harvard has selectively taken forceful stands on global conflict and social justice issues that it deems worthy. As a recent study by the AMCHA Initiative concluded, "there is a flagrant double standard in how the vast majority of school leaders treat Jewish students as compared to members of other student minority groups in the aftermath of group trauma."

502.    Harvard embodies that double standard. For example, Harvard has regularly issued numerous strong statements and sponsored numerous events condemning racist police killings and Russia's invasion of Ukraine.

503.    Harvard's response to Hamas's October 7 massacre was quite different. Rather than cancel its partnership with offending foreign institutions, as the Davis Center for Russian and Eurasian studies did at the start of Russia's invasion of Ukraine, Harvard's FXB Center maintains its partnership with Birzeit University, which is inextricably intertwined with Hamas, and has recently initiated a new partnership with another antisemitic Palestinian institution, Dar al-Kalima University.

504.    When asked during the House Antisemitism Hearing about her denial of a request to fly Israel's flag in Harvard Yard following October 7, despite then-President Bacow's earlier decision to fly Ukraine's flag, President Gay merely demurred that the Ukrainian flag decision was "made by [her] predecessor as an exception to a long-standing rule."

505.    Harvard's commitment to DIB and anti-racism initiatives does not include

protecting or supporting Jewish students. Harvard's DIB efforts deem Jews to be "oppressors," rather than "oppressed," which explains why anti-Israel and anti-Jewish hate speech and harassment on campus is treated far differently than similar conduct against other groups.

506.    As Harvard Chabad Rabbi Zarchi has noted, Harvard has a "beautiful culture" where community members "don't remain silent when we experience or witness the slightest form of discrimination," but it is a "double culture in which, when it comes to matters of the Jewish community, there's nothing being said."

507.    Harvard Medical School Professor Gabriel Kreiman recently echoed this sentiment when he told the *Washington Free Beacon* on March 19, 2024, that Harvard's "current version of DEI is full of double standards and is in many cases almost openly anti-Semitic." Professor Kreiman organized an Israel solidarity mission, and expressed that many Harvard faculty members were hesitant to participate for concerns of "being harassed or attacked or losing [career] opportunities." Others only joined on the condition of anonymity because of similar fears.

> c.    *Harvard Does Not Hesitate To Discipline Faculty Members Who Make Racist or Other Unpopular Statements, Except When the Statements Are Antisemitic*

508.    Harvard regularly disciplines faculty members who appear to support discrimination or harassment against groups other than Jews. For example, in 2011, Harvard removed courses taught by Professor Subramanian Swamy after he wrote an op-ed advocating that to "negate the political goals of Islamic terrorism in India," India should "[e]nact a national law prohibiting conversion from Hinduism to any other religion," "[r]emove . . . 300 masjids [mosques]," and "declare India a Hindu Rashtra [nation] in which non-Hindus can vote only if they proudly acknowledge that their ancestors were Hindus."

509.    Professor Eck, who would later sign the November 13, 2023, faculty letter

attacking President Gay's statement against antisemitism, called for Professor Swamy's discipline, arguing that his "op-ed clearly crosses the line by demonizing an entire religious community and calling for violence against their sacred places," and that "[t]here is a distinction between unpopular and unwelcome political views."

510.    In 2020, Professor David Kane invited Charles Murray, a libertarian political scientist and sociologist who currently serves as a Scholar at the American Enterprise Institute, to give an online lecture. Backed by student campaigns against Professor Kane, then-Dean Gay announced an investigation into Kane and temporarily removed him from his position before he was ultimately ousted from Harvard.

511.    Starting in March 2023, Harvard Public Health Professor Tyler VanderWeele faced extensive scrutiny after X users resurfaced his 2015 participation in an *amicus* brief urging the Supreme Court not to set forth a federal constitutional view on gay marriage. Harvard's response was swift and decisive. Following student complaints, Professor VanderWeele's department hosted "listening sessions," and the Dean of Education and Chief DIB Officer made him participate in a "restorative practices process" to explain his views to the community. Harvard Public Health's deans and administrators sent multiple emails to department chairs, Harvard's Council on Academic Freedom (a faculty organization devoted to promoting free inquiry, intellectual diversity, and civil discourse), and students, noting students' feelings of harm and betrayal and setting eight "listening sessions."

512.    Harvard Public Health administrators sent more emails to large lists of community members, referring to Professor VanderWeele's views as "reprehensible," having "cause[d] deep hurt, undermine[d] the culture of belonging, and ma[d]e other members of the community feel less free and less safe," and as being "in conflict with our . . . stated goals of advancing Equity,

Diversity, Inclusion, and Belonging as well as our commitment to sound public health policy." The Harvard Public Health Dean defended his remedial approach as necessary to avoid upsetting the students.

513.    Similarly, on November 28, 2023, Dr. Joan Donovan, an expert on social media disinformation, submitted a whistleblower declaration to Harvard, DOE, and the Massachusetts Attorney General's Office, accusing Harvard of terminating her position as a Harvard Kennedy research director because she sought to publish internal Facebook messages that purported to show Facebook's knowledge of the public harm it allegedly causes. Dr. Donovan alleged that when Harvard learned of her plan, it was processing its largest donation ever: $500 million from the founder of Facebook's philanthropic organization. Harvard thereafter began to systematically restrict Dr. Donovan and her work until ousting her in August 2023. Dr. Donovan accused Harvard of stifling her free speech and abusing its commitment to academic freedom in order to protect Facebook, as Dean Elmendorf told her: "I want you to know that you have no academic freedom. I want to remind you that you're staff here."

514.    But Harvard does nothing to protect Jews in response to complaints concerning its faculty, including Harvard Public Health professors' antisemitic coursework and tweets, or Professors Wispelwey's and Krieger's exclusion of Jewish students from the benefits of class.

515.    Professor Wispelwey went so far as to co-author an article, "As Genocide Rages, Doctors Must Choose: Care or Collaborationism," published on November 25, 2023, in which he argues that "we should refuse to nuance or debate preventable atrocity or to permit the fantasy of a middle ground for those who wish to abstain from 'taking a side.' The only ethical stance for physicians—or anyone else—is to demand a permanent ceasefire, an immediate end to ethnic cleansing in both Gaza and the West Bank, and the dismantling of the apartheid system that

ensures an unending stream of both perpetual and punctuated violence."

516.    Even after receiving countless reports through Harvard's anonymous bias reporting hotline, including one against Harvard FXB Center's Visiting Scholar Sawsan Abdulrahim—who tweeted a graphic glorifying a Hamas terrorist paraglider a day after Hamas's massacre and who continues to tweet messages glorifying the Intifada—Harvard continues to do nothing. Nor has Harvard acted to protect Jewish students from Professor Johnson, the former faculty advisor of PSC who, in addition to his active participation in many students' acts of discrimination and policy violations, was the first signatory of the November 13 faculty letter, signed a 2022 statement supporting BDS, and signed a 2014 letter urging speakers to avoid the University of Illinois which had rescinded an offer to a professor because of his antisemitic tweets.

>### d.    Harvard Punishes Students for Policy Violations That Do Not Involve Antisemitism

517.    Harvard does not hesitate to discipline students who engage in discrimination or otherwise violate its policies when the targets are not Jews.

518.    For example, while Harvard ejected students who stormed University Hall during a 1969 building takeover in protest of the Vietnam War and arrested many of the participants, the students who took over University Hall in November 2023 have faced no true consequences; in fact, they were fed with burritos and candy.

519.    In 2016, Harvard canceled the remainder of one of its men's soccer team's seasons for producing sexist "scouting reports" rating female soccer recruits.

520.    In 2018, Harvard placed a Christian student group on administrative probation for asking a female student leader to resign after she started dating another woman.

521.    In 2019, Harvard rescinded the acceptance of a mass-shooting survivor because of his past use of racial slurs.

522.    In 2020, Harvard dismissed three freshmen for hosting a party in their campus house in violation of COVID-19 social distancing rules.

523.    And in 2022, Harvard warned its freshmen class that "sizeism" and "fatphobia," among other harmful discriminatory behavior, perpetuate "violence" in violation of Harvard policy.

524.    On January 23, 2023, HLS Deans Ball and Monroe sent out an email to all HLS students informing them about a "security incident that occurred" on campus that day, where an "individual affiliated with [HLS] entered our campus and is reported to have punched a student while also uttering a homophobic slur." The deans demonstrated Harvard's ability to take swift action when they told all students that "[t]he individual is no longer at large and is barred from our campus," further noting that "[w]e condemn unconditionally all violence, hatred, and homophobia."

525.    On March 1, 2024, climate protesters disrupted a talk by Senator Joe Manchin at a Harvard Institute of Politics event.  According to a Harvard spokesperson, "[a] Harvard University police officer ordered the protesters to leave the Kennedy School campus."  Yet Harvard and HUPD have done virtually nothing to prevent antisemitic students and faculty from disrupting events and academic activities.  For instance, on October 19, 2023, HUPD officers observed, but took no action against, protesters, including non-HUID cardholders, who bypassed card scanners and infiltrated a Harvard Law building to engage in an antisemitic takeover.

526.    Meanwhile, Harvard tolerates not just the incitement of violence against Jewish and Israeli students, but *actual violence*. Harvard has not taken any meaningful disciplinary action against any students for their repeated use of antisemitic tropes, participation in antisemitic harassment and intimidation, or general violence towards Jewish students. For example, though

Harvard purportedly began to issue disciplinary notices to students involved in the Harvard Yard encampment, it soon capitulated, with the president announcing that constituent schools should begin reinstating demonstrators who had been placed on involuntary leave, that Harvard would expedite Administrative Board hearings in line with "precedents of leniency," and that HOOP would be offered meetings with Harvard's governing boards about divestment from Israel.

527.    The same formula has been applied when dealing with John Doe #1's attackers. In fact, Harvard has *obstructed* local authorities from locating additional attackers and generally refused to cooperate with local officials.

> e.  *Mr. Kestenbaum, John Doe #1, and John Doe # 2 Were Deprived of Equal Access to Harvard's Educational Opportunities*

528.    Mr. Kestenbaum and the John Does are acutely aware that Harvard views and treats them as second-class citizens due to their Jewish identities.

529.    Because of Harvard's persistent refusal to comply with its obligations to stop discrimination and harassment against Jewish students, Mr. Kestenbaum was—and the John Does continue to be—deprived of the benefits that non-Jewish students enjoy, including, but not limited to, physical protection; emotional support; a sense of inclusion and belonging; participation in educational, extracurricular, and Harvard-sanctioned social activities; the ability to freely express their Jewish identity in class, in written coursework, and on campus; and their right to express their support for and attachment to Israel, their ancestral homeland, where many, including Mr. Kestenbaum, the John Does, and Jewish Harvard students, have friends and family.

530.    Harvard's actions and inactions have led to discriminatory and diparate treatment of Mr. Kestenbaum and the John Does.

531.    Students, along with Harvard faculty members, have been able to taunt, demonize,

assault, harass, intimidate, ostracize, and discriminate against Mr. Kestenbaum, the John Does, and other Jews with impunity.

532.    The John Does do not feel physically safe on Harvard's campus or in its classrooms and other facilities and avoid certain areas of campus.

533.    As Antisemitism Advisory Group member Horn has acknowledged, since October 7, "Jewish students [at Harvard] could no longer expect to be able to study in the library, eat in dining halls, or attend class without being repeatedly told by their classmates sometimes through a bullhorn, that Jews are genocidal murderers deserving of perpetual intifada." Horn has further admitted that "[t]he mountain of proof at Harvard revealed a reality in which Jewish students' access to their own university (classes, teachers, libraries, dining halls, public spaces, shared student experiences) was directly compromised."

534.    As a result, the John Does justifiably fear the harassment, discrimination, and intimidation they face, on any given day, from Harvard professors, leadership, and fellow students. As a student, Mr. Kestenbaum similarly experienced the same fear as a function of Harvard's deliberate indifference.

535.    In addition, the John Does are often unable to focus, study, or perform their coursework to the best of their ability, thereby inhibiting their ability to take full advantage of their Harvard education and classroom activities. As a student, Mr. Kestenbaum similarly experienced the same degree of distraction as a function of Harvard's deliberate indifference.

536.    As the sole Orthodox Jewish student at HDS, Mr. Kestenbaum made it his mission when he joined Harvard to be a model representative of Orthodox Jews and an active citizen of the Harvard community. For example, Mr. Kestenbaum often attended events hosted by groups with different beliefs, including the weekly Halaqa hosted by one of the Muslim HDS professors,

where students and faculty would gather to read Islamic poetry and engage with the Quran.

537.    Harvard's refusal to stand against antisemitism left Mr. Kestenbaum too afraid to continue to participate in Jewish activities, much less those of other cultures; many of the classmates and professors he tried so hard to befriend now shun him because he is Jewish; and he eventually was driven to avoid public spaces like Widener Library, fearful of unregulated antisemitic rallies and disruptions. Harvard abandoned Mr. Kestenbaum, treating him as a second-class citizen and an appropriate target of abuse and harassment because he is Jewish. Mr. Kestenbaum—who regularly wears recognizably Jewish garb—never hid his Jewish identity (as many of his Jewish friends did and continue to do, trading kippot for baseball hats).

538.    John Doe #2 also does not hide his Jewish identity, as he often wears a kippah, while John Doe #1 is known at HBS as a pro-Israel advocate and proud Israeli-American.

539.    But during their time at Harvard, their Jewish identities have made the John Does targets for harassment, physical violence, and other acts of antisemitism perpetrated by students and faculty members.

540.    John Doe #1 fears for his safety on campus following his attack at the October 18 Demonstration and Harvard's refusal to properly punish those involved or even assist local authorities in doing so. He rightfully has lost any confidence in Harvard's capacity to address antisemitism as the outside counsel's investigation approaches its thirteenth month with nine months of no communication.

541.    John Doe #2 has been deeply affected by the antisemitism on campus and the administration's failure to respond. As a Jew who has family in Israel and has lived and worked there as an emergency medical technician, he fears for his safety at Harvard and has withdrawn from his classmates and schoolwork. He is ostracized for being Jewish, with some of his

classmates encouraging others to shun him.

542.    Since October 7, John Doe #2 has not been able to fully engage in his studies or Harvard's social experiences, because nearly every day, he is forced to confront his fears concerning uncontrolled antisemitic mobs on campus or the antisemitic ravings of his teaching fellow or professor.

543.    As he has reported to his professors and the Dean of Students Office, he missed approximately half of his classes during the Fall 2023 semester and could not participate in many class discussions for the lectures he did attend.

544.    Instead of focusing on his studies, John Doe #2 had to argue with Professor Hanson and the administration about whether his Torts final exam would require students to take an anti-Israel stance. To make matters worse, Professor Hanson threatened John Doe #2 for having to miss class, even though Hanson's refusal to avoid discussions of the war during his Torts class was a large contributor to the student's fear of, and inability to focus on, school. Not only that, but because of the administration's refusal to remove one of John Doe #1's assailants from his teaching fellow position, John Doe #2 could not take advantage of the review session and educational resources in yet another one of his first-year courses, Civil Procedure. When John Doe #2 reported specifics on how he had been denied those educational opportunities, Harvard not only dismissed his concerns but refused to pass his complaint to the Harvard Law Administrative Board.

545.    John Doe #2's grades suffered, and in the legal profession transcripts from law school are regularly reviewed by future employers. John Doe #2 reasonably fears that the lack of ability to thrive academically during this first year of law school will haunt his legal career and his earnings for his entire career as a lawyer.

546.    Other Jewish students have reported feelings of isolation as a function of their

Jewish identities. Some have felt increasingly vulnerable and threatened due to the incessant disruptions from pro-Hamas contingencies on campus that have felt emboldened to act with impunity. Some have reported missing extensive amounts of class in an attempt to avoid campus entirely.

547.    These students have had to spend their time at Harvard fearing for their physical safety, enduring anti-Jewish abuse and harassment, and communicating with Harvard administrators over antisemitism that Harvard is doing nothing to stop. They have been unable to focus on their coursework or otherwise enjoy their Harvard experience.

548.    John Doe #2 summed up the student experience in a November 16, 2023, email to HLS's Title IX program officer, following Harvard's repeated failure to stop unauthorized antisemitic student protesters from "blatantly ignor[ing]" the deans: "I'm having a really hard time attending this school as are many other Jewish students. I used to hope that the administration will do better but today I lost all hope. [The administration] should know that [its] failure to do so is deeply hurting so many of the Jewish students on this campus."

549.    Harvard's actions and inactions described above not only deprived Mr. Kestenbaum and continue to deprive the John Does of their right to the educational and extracurricular opportunities afforded other students—which have led and will continue to lead to academic, social, and professional consequences—but also continues to severely impact Plaintiffs' health, mental well-being, and sense of security.

550.    John Doe #1 was a member of the plaintiff entity Jewish Americans for Fairness in Education (JAFE) when it brought suit against Harvard alleging discrimination under Title VI. While the Brandeis Center settled with Harvard on behalf of JAFE in a private settlement, John Doe #1 did not believe at the time and does not believe now that the settlement specifically

addresses his injuries, and, in result, he continues to experience discrimination as a second-year student at HBS.

551.    John Doe #2 was a member of the plaintiff entity Students Against Antisemitism (SAA). While SAA settled with Harvard in a private settlement, John Doe #2 did not believe at the time and does not believe now that the settlement specifically addresses his injuries, and, in result, he continues to experience discrimination as a second-year student at HLS.

552.    While Mr. Kestenbaum graduated from HDS in May of 2024, he has outstanding damages yet to be addressed that he suffered as a result of his time at HDS, and he is hopeful that that this suit will bring necessary reform to Harvard and bring the university in compliance with Title VI.

## COUNT I
### Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.*
### (Deliberate Indifference to Hostile Environment)

553.    Plaintiffs repeat and reallege the allegations of the preceding paragraphs as though fully stated herein.

554.    Harvard receives financial assistance from the U.S. Department of Education and is therefore subject to suit under Title VI of the Civil Rights Act of 1964.

555.    Discrimination against Jews and/or Israelis—including based on actual or perceived ancestry, race, ethnic characteristics, or national origin—is prohibited under Title VI, as reflected not only in decades of Title VI jurisprudence, but also in the written policies of the Office of Civil Rights of the U.S. Department of Education.

556.    Mr. Kestenbaum is and identifies as Jewish, and his status and identification as a Jew brings him within the scope of Title VI protections.

557.    John Doe #1 is and identifies as Jewish. He is also an Israeli American. His status

and identification as both a Jew and an Israeli bring him within the scope of Title VI protections.

558.    John Doe #2 is and identifies as Jewish, and his status and identification as a Jew bring him within the scope of Title VI protections.

559.    Title VI prohibits a recipient of federal funds from intentionally treating any individual worse, even in part, because of his or her ancestry, race, ethnic characteristics, or national origin.

560.    The acts and omissions of Harvard and its administrators subjected Mr. Kestenbaum, and continue to subject John Does #1 and #2, to discrimination and harassment on the basis of their actual and/or perceived Jewish and/or Israeli ancestry, race, ethnic characteristics, or national origin.

561.    Harvard and its administrators had actual notice that such discrimination and harassment, over which Harvard has substantial control and the authority to remediate, was and continues to be so severe, pervasive, and objectively offensive that it created and continues to create a hostile environment based on Jewish ancestry, race, ethnic characteristics, or national origin that deprived Mr. Kestenbaum and continues to deprive John Does #1 and #2 of full access to Harvard's educational programs, activities, and opportunities.

562.    Harvard and its administrators discriminated against Mr. Kestenbaum and continue to discriminate against John Does #1 and #2 in violation of Title VI, on the basis of their actual and/or perceived Jewish ancestry, race, ethnic characteristics, or national origin, as exhibited by Harvard and its administrators' deliberate indifference.

563.    Specifically, Harvard and its administrators clearly and unreasonably failed, and continue to fail, to cure or otherwise adequately, appropriately, and meaningfully address, ameliorate, or remedy the discrimination against Mr. Kestenbaum and John Does #1 and #2 and

the hostile environment that they and other Jewish students were and are forced to endure at Harvard because of their race, ethnic characteristics, or national origin.

564.    Additionally, Harvard continues to grossly fail to take prompt and effective steps reasonably calculated to end the harassment, eliminate any hostile environment, and prevent the harassment from recurring. Such unlawful deliberate indifference causes John Doe #1 and John Doe #2 to continue to be subjected to a hostile educational environment.

565.    The environment at Harvard, which was rendered hostile for Mr. Kestenbaum and continues to be rendered hostile for John Does #1 and #2 as a result of their Jewish ancestry, race, ethnic characteristics, or national origin, is sufficiently severe, pervasive, persistent, and offensive such that it deprived Mr. Kestenbaum and continues to deprive John Does #1 and #2 of equal access to the educational opportunities and benefits that Harvard provides to non-Jewish students.

566.    Harvard and its administrators actively and intentionally engage in this pattern of severe and pervasive discrimination.

567.    Harvard unreasonably failed to and continues to unreasonably fail to act, or to act grossly inadequately and discriminatorily, and with leniency, tolerance, deliberate indifference, and/or unjustifiable delay, in applying its policies to known or reported incidents involving antisemitism or where the victim or complainant is a Jewish and/or Israeli student, including Mr. Kestenbaum and John Does #1 and #2.

568.    Harvard's acts and omissions are the actual, direct, and proximate causes of Mr. Kestenbaum's and John Does #1 and #2's injuries.

569.    As a result of the foregoing, Mr. Kestenbaum has suffered, and John Does #1 and #2 continue to suffer, substantial damages, in amounts to be determined at trial.

570.    Mr. Kestenbaum has been injured because Harvard denied him equal access to the

educational opportunities, benefits, and full value provided to other students.

571. John Does #1 and #2 have been injured and will continue to be injured because Harvard has denied them and continues to deny them the educational opportunities and benefits provided to other students.

572. John Does #1 and #2 are entitled to appropriate injunctive relief under Title VI because Harvard has knowledge of, and has been and continues to be deliberately indifferent to, a hostile environment that is severe, persistent, and pervasive; there is no adequate or speedy remedy at law to prevent Harvard from continuing to discriminate against its students on the basis of Jewish ancestry, race, ethnic characteristics, or national origin in violation of Title VI; and the harm John Does #1 and #2 will otherwise continue to suffer is irreparable.

573. Plaintiffs are entitled to attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

## COUNT II
### Breach of Contract

574. Plaintiffs repeat and reallege the allegations of the preceding paragraphs as though fully stated herein.

575. At all relevant times, an express contractual relationship existed between Harvard and each of Mr. Kestenbaum, John Doe #1, and John Doe #2, by virtue of their enrollment at Harvard and as defined by and through Harvard's written codes, policies, and procedures, governing student and faculty conduct, including, but not limited to, the Non-Discrimination Policy, Statement on Rights and Responsibilities, Protest Rules, Student Organization Policies, and Harvard's various student handbooks, which often adopt and expand on University-wide policies. Through these policies, Harvard makes contractual commitments to its students concerning safety, bias-related abuse, harassment, intimidation, and discrimination.

576. Under those contracts, Mr. Kestenbaum and John Does #1 and #2 agreed, among

other things, to pay Harvard tuition, and Harvard agreed, among other things, to provide them a discrimination-free environment to be achieved by Harvard abiding by and adequately and appropriately enforcing Harvard's policies.

577.    Mr. Kestenbaum and John Does #1 and #2 have complied and continue to comply with their obligations under these contracts.

578.    Harvard breached its contract with Mr. Kestenbaum and continues to breach its contracts with John Does #1 and #2 by, among other things, failing to take measures to ameliorate, prevent, and punish the discriminatory and harassing conduct that Mr. Kestenbaum and John Does #1 and #2 have endured and, in the case of John Does #1 and #2, continue to endure, failing to enforce numerous provisions of Harvard's policies, failing to meet Plaintiffs' reasonable expectations of the educational benefits to which they are entitled, all of which includes Harvard's failure to comply with the following provisions, among others:

- "Discrimination on the basis of . . . any [] legally protected basis[] is unlawful and is prohibited by this Policy." (Non-Discrimination Policy.)

- "Bullying, hostile and abusive behavior, and power-based harassment directly threaten the ability of community members to engage in the free exchange of ideas and pursue their educational and professional goals. Such behaviors, as defined in this Policy, are prohibited at Harvard." (Non-Discrimination Policy.)

- "Interference with [freedom of speech, academic freedom, freedom from personal force and violence, and freedom of movement] must be regarded as a serious violation of the personal rights upon which the community is based." (Statement on Rights and Responsibilities.)

- "[I]nterference with members of the University in performance of their normal duties and activities must be regarded as unacceptable obstruction of the essential processes of the University." (Statement on Rights and Responsibilities.)

- "Theft or willful destruction of the property of the University or its members must also be considered as unacceptable violation of the rights of individuals or of the community as a whole." (Statement on Rights and Responsibilities.)

- "It is implicit in the language of the Statement on Rights and Responsibilities that

intense personal harassment of such a character as to amount to grave disrespect for the dignity of others be regarded as an unacceptable violation of the personal rights on which the University is based." (Statement on Rights and Responsibilities.)

- "It is implicit in the University-wide Statement on Rights and Responsibilities that any unauthorized occupation of a University building, or any part of it, that interferes with the ability of members of the University to perform their normal activities constitutes unacceptable conduct in violation of the Statement and is subject to appropriate discipline." (Statement on Rights and Responsibilities.)

- "[I]t is the responsibility of officers of administration and instruction to be alert to the needs of the University community; to give full and fair hearing to reasoned expressions of grievances; and to respond promptly and in good faith to such expressions and to widely expressed needs for change." (Statement on Rights and Responsibilities.)

- "Any act or threat of physical violence must be regarded as a complete lack of respect for the deepest values that unite the community." (Faculty of Arts and Sciences Free Speech Guidelines.)

- "A disrupter who resists removal and persists in causing disruption should be subject to severe disciplinary measures." (Faculty of Arts and Sciences Free Speech Guidelines.)

- "In cases of obstruction, . . . the offenders should be punished for breaking the law of trespassing or rules against interfering with freedom of movement." (Faculty of Arts and Sciences Free Speech Guidelines.)

- "Yet our commitment to freedom of expression by its nature entails tolerating some speech that members of the community may receive as offensive or harmful. Although this expression may feel deeply injurious to some who hear it, it is nevertheless protected and permissible speech, unless it takes on a character that violates University or School policies on harassment, discrimination, or bullying." (Public Health Guidelines for Free Expression, Open Debate, Protest, and Dissent.)

- "Using or threatening force or violence, such as defacing a sign or assaulting a speaker or a member of the audience, is never permitted. Any interference with freedom of movement or with freedom from personal force or violence is a serious violation of personal rights." (Harvard Law Protest and Dissent Guidelines.)

- "[A]ny form of protest that disrupts the conduct of a[] [] class would violate the University-Wide Statement of Rights and Responsibilities' prohibition against interference with 'the performance of the normal duties and activities' of [Harvard]." (Harvard Law Protest and Dissent Guidelines.)

- "When a meeting is closed, dissent by non-attendees is limited to activity outside

the meeting that does not impede access to the meeting or substantially interfere with the communication inside." (Harvard Law Protest and Dissent Guidelines.)

- "Chanting or making other sustained or repeated noise in a manner which substantially interferes with the speaker's communication is not permitted." (Harvard Law Protest and Dissent Guidelines.)

- "[A]ll may participate freely within a climate of openness, trust, and sensitivity." (Harvard Divinity Statement of Community Values.)

- "[I]n seeking the long-term welfare of all, we endeavor to accept responsibility for the impact of [their] actions on our community, our environment, and the world. We hold ourselves and each other accountable for our behavior and our use of resources." (Harvard Divinity Statement of Community Values.)

- "Organizations defined as non-Harvard or as unrecognized organizations are not permitted to conduct any activity at Harvard even though their activities involve Harvard undergraduates." (Student Organization Policies.)

- "Student organizations may not co-sponsor on-campus events with external or unrecognized organizations." (Student Organization Policies.)

579.    As a direct, proximate, and foreseeable consequence of the foregoing breaches, Mr. Kestenbaum has been injured, and John Does #1 and #2 continue to sustain substantial injuries, in amounts to be determined at trial.

## COUNT III
### Breach of the Implied Covenant of Good Faith and Fair Dealing

580.    Plaintiffs repeat and reallege the allegations of the preceding paragraphs as though fully stated herein.

581.    Harvard has breached the implied covenant of good faith and fair dealing implied in its contracts with students, including Mr. Kestenbaum and John Does #1 and #2. Among other things, Harvard selectively applies or enforces its student handbooks, guidelines, policies, procedures, course catalogs, registration materials, bulletins, circulars, and regulations in bad faith and in a discriminatory way—improperly motivated by shared ancestry, race, ethnic characteristics, or national origin bias—treating incidents of abuse, harassment, intimidation, or

discrimination against Jewish and/or Israeli students, including Mr. Kestenbaum and John Does #1 and #2, in a more lenient, tolerant, forgiving, and nonchalant manner than it treats similar incidents against other minority groups.

226.    As a direct, proximate, and foreseeable consequence of the foregoing breaches, Mr. Kestenbaum has been damaged, and John Does #1 and #2 continue to sustain substantial damages, in amounts to be determined at trial.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a jury trial for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray and request that a judgment be entered in their favor, and against Harvard awarding the following:

A.    To John Does #1 and #2, injunctive relief preventing and enjoining Harvard from violating Title VI, including, but not limited to, preventing and enjoining Harvard and its agents from establishing, implementing, instituting, maintaining, or executing policies, practices, procedures, or protocols that penalize or discriminate against Jewish and Israeli students on the basis of their Jewish ancestry, race, ethnic characteristics, or national origin, including Plaintiffs in any way, and ordering Harvard to take all necessary, adequate, and appropriate remedial, corrective, and preventative measures against antisemitic discrimination and harassment, such as the following: (i) disciplinary measures against, including the termination of, deans, administrators, professors, and other employees responsible for the antisemitic abuse permeating the school that Plaintiffs experience, whether because they engage in it or permit it; (ii) disciplinary measures, including suspension or expulsion, against students who engage in such conduct; (iii) declining and

returning donations, whether from foreign countries or elsewhere, implicitly or explicitly conditioned on the hiring or promotion of professors who espouse antisemitism or the inclusion of antisemitic coursework or curricula; (iv) adding required antisemitism training for Harvard community members; and (v) appointing a neutral expert monitor to oversee compliance with this Court's order.

B.  To all Plaintiffs, compensatory, consequential, and punitive damages in amounts to be determined at trial;

C.  To all Plaintiffs, reasonable attorneys' fees, costs of suit, and expenses;

D.  To all Plaintiffs, re-judgment interest and post-judgment interest at the maximum rate allowable by the law; and

E.  Such other and further relief as the Court deems just and proper.

Dated:    March 20, 2025                 Respectfully submitted,

                                         ALEXANDER KESTENBAUM, JOHN DOE #1,
                                         and JOHN DOE #2

                                         By their attorneys,

                                         */s/ Jason Torchinsky*

                                         Jason B. Torchinsky
                                         John C. Cycon
                                         HOLTZMAN VOGEL BARAN TORCHINSKY
                                         & JOSEFIAK, PLLC
                                         2300 N Street NW
                                         Suite 643
                                         Washington, DC 20037
                                         (202) 737-8808
                                         jtorchinsky@holtzmanvogel.com
                                         jcycon@holtzmanvogel.com

                                         Mark I. Pinkert
                                         HOLTZMAN VOGEL BARAN TORCHINSKY
                                         & JOSEFIAK, PLLC
                                         119 S. Monroe Street
                                         Suite 500
                                         Tallahassee, FL 32301
                                         mpinkert@holtzmanvogel.com

                                         Jonathan Lienhard
                                         HOLTZMAN VOGEL BARAN TORCHINSKY
                                         & JOSEFIAK, PLLC
                                         15405 John Marshall Hwy
                                         Haymarket, VA 20169
                                         jlienhard@holtzmanvogel.com

                                         *Counsel for Plaintiffs Alexander*
                                         *Kestenbaum, John Doe #1, and John Doe #2*