EXHIBIT A

Wednesday, March 19, 2025 at 15:05:25 Central Daylight Time

| | |
|---|---|
| **Subject:** | RE: Kestenbaum/Brandeis Center v. Harvard |
| **Date:** | Wednesday, December 11, 2024 at 8:44:56 PM Central Standard Time |
| **From:** | Ellsworth, Felicia H |
| **To:** | Friedmann, Jared, Joshua E. Roberts, Jonathan.Polkes@weil.com, Mark P. Ressler, Andrew C. Bernstein, Daniel R. Benson, MKasowitz@kasowitz.com, Bretgoltz, Milana, Katzen, Alli, Mark Pinkert, Berman, Shai, Lifton, Daniel |
| **CC:** | Waxman, Seth, Berman, Bruce, Tuttle Newman, Jake, Brinster, Jeremy W., Mark Kirsch, Gina Merrill |
| **Attachments:** | image003.jpg, image004.jpg, image005.jpg, 2024.09.06 - DRAFT Kestenbaum Protective Order.docx |

You don't often get email from felicia.ellsworth@wilmerhale.com. Learn why this is important

Jared,

Thanks for your emails and for taking the time to discuss the other day. As discussed, attached is the draft Protective Order we previously shared with KBT. Let us know if you have any edits or questions.

In terms of the number of RFPs/Rogs/RFAs, 50 still seems high to us, giving the significant overlap in the factual allegations between the two complaints. We think 45 of each, per side, should be more than adequate. Let us know if that works for you.

Finally, while I'm not sure the order is particularly clear on this, we agree that RFPs should be served by 12/27 and that the parties should negotiate a later deadline for service and responses to ROGs and RFAs.

Thanks,
Felicia


**Felicia H. Ellsworth | WilmerHale**
she/her/hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6687 (t)
+1 617 501 5676 (c)
felicia.ellsworth@wilmerhale.com

 **One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Friedmann, Jared <Jared.Friedmann@weil.com>
**Sent:** Wednesday, December 11, 2024 12:54 PM
**To:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Jonathan.Polkes@weil.com; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; mpinkert@holtzmanvogel.com; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

**EXTERNAL SENDER**

Hi Felicia,

I wanted to follow-up on my email below and confirm that the parties were in agreement on the total number of discovery requests per side absent leave of the court. In addition, I wanted to confirm that you read the order to require the parties to serve their initial document requests by 12/27/24, but not interrogatories and/or RFAs, which we don't think make sense to serve at this time since much of the information sought might be addressed by the documents to be produced (i.e., no need to burden the parties with seeking and/or providing the same discovery through multiple discovery devices). We would appreciate your confirmation on both points by no later than the end of the week, given the impending deadline and holidays.

Thank you,
Jared



Jared R. Friedmann
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jared.friedmann@weil.com
+1 212 310 8828 Direct
+1 917 951 8730 Mobile

**From:** Friedmann, Jared
**Sent:** Wednesday, December 4, 2024 4:27 PM

**To:** 'Ellsworth, Felicia H' <Felicia.Ellsworth@wilmerhale.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

Hi Felicia,

Thank you again to you and your team for making yourselves available yesterday.  We have conferred with the Kasowitz team and jointly propose that, as a compromise, each side be limited to a total of 50 document requests, interrogatories, and requests for admission.  For the avoidance of doubt, Kasowitz will not be withdrawing the discovery previously served, which will count against our side's total.  Please let us know if you agree so that we can avoid the need to burden the court with this.

Regards,
Jared



**Jared R. Friedmann**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jared.friedmann@weil.com
+1 212 310 8828 Direct
+1 917 951 8730 Mobile

---

**From:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>
**Sent:** Monday, December 2, 2024 9:39 AM
**To:** Friedmann, Jared <Jared.Friedmann@weil.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>

**Subject:** Re: Kestenbaum/Brandeis Center v. Harvard

Thanks. Could I trouble you to send around an invite and link?

Felicia H. Ellsworth
WilmerHale
617-526-6687 (o)
617-501-5676 (c)

---

**From:** Friedmann, Jared <Jared.Friedmann@weil.com>
**Sent:** Monday, December 2, 2024 9:34:22 AM
**To:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Jonathan.Polkes@weil.com <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com <MKasowitz@kasowitz.com>; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

**EXTERNAL SENDER**

Hi Felicia,

Tuesday at 3:30pm would work for the Weil and Kasowitz teams.

Thank you,
Jared



Jared R. Friedmann
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jared.friedmann@weil.com
+1 212 310 8828 Direct
+1 917 951 8730 Mobile

**From:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>
**Sent:** Saturday, November 30, 2024 6:01 PM
**To:** Friedmann, Jared <Jared.Friedmann@weil.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** Re: Kestenbaum/Brandeis Center v. Harvard

Jared — would Tuesday at 1:30 or 3:30 work for you all?

Thanks,
Felicia

Felicia H. Ellsworth
WilmerHale
617-526-6687 (o)
617-501-5676 (c)

---

**From:** Friedmann, Jared <Jared.Friedmann@weil.com>
**Sent:** Friday, November 29, 2024 12:25:27 PM
**To:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Jonathan.Polkes@weil.com <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com <MKasowitz@kasowitz.com>; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

**EXTERNAL SENDER**

Hi Felicia,

I hope you had a nice Thanksgiving. Can you please provide us with your availability to meet and confer early next week.

Thank you,
Jared



**Jared R. Friedmann**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jared.friedmann@weil.com
+1 212 310 8828 Direct
+1 917 951 8730 Mobile

---

**From:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>
**Sent:** Thursday, November 21, 2024 8:12 PM
**To:** Friedmann, Jared <Jared.Friedmann@weil.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** Re: Kestenbaum/Brandeis Center v. Harvard

Hi Jared, Sorry to be slow in responding.  Let us coordinate schedules and I'll be back in touch.

Thanks,
Felicia

Felicia H. Ellsworth
WilmerHale
617-526-6687 (o)
617-501-5676 (c)

---

**From:** Friedmann, Jared <Jared.Friedmann@weil.com>
**Sent:** Thursday, November 21, 2024 3:57:06 PM
**To:** Joshua E. Roberts <JRoberts@kasowitz.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Jonathan.Polkes@weil.com <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com <MKasowitz@kasowitz.com>; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert

<mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

**EXTERNAL SENDER**

Hi Felicia,

Sorry to chase, but I wanted to see if we could get a call on the calendar given the upcoming holiday.

Thank you,
Jared



Jared R. Friedmann
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jared.friedmann@weil.com
+1 212 310 8828 Direct
+1 917 951 8730 Mobile

---

**From:** Friedmann, Jared
**Sent:** Tuesday, November 19, 2024 2:59 PM
**To:** 'Joshua E. Roberts' <JRoberts@kasowitz.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; Berman, Shai <Shai.Berman@weil.com>; Lifton, Daniel <Daniel.Lifton@weil.com>; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

Hi Felicia,

Thanks for your patience.  We wanted to review the prior discovery and discuss with Kasowitz to make sure that we can proceed in the most efficient manner that also doesn't prejudice our respective clients.  It would be helpful if we could all discuss together.  Can you please let us know some times this week that would work on your end.

Thank you,
Jared



**Jared R. Friedmann**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jared.friedmann@weil.com
+1 212 310 8828 Direct
+1 917 951 8730 Mobile

---

**From:** Joshua E. Roberts <JRoberts@kasowitz.com>
**Sent:** Thursday, November 14, 2024 9:25 AM
**To:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Friedmann, Jared <Jared.Friedmann@weil.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Pinkert, Mark <Mark.Pinkert@weil.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; MKasowitz@kasowitz.com; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** RE: Kestenbaum/Brandeis Center v. Harvard

Felicia,

Apologies for the delay.  We will revert early next week.

Best,
Josh


Joshua E. Roberts
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.   (212) 506-1929
Fax.  (212) 500-3506

JRoberts@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>
**Sent:** Friday, November 8, 2024 3:56 PM
**To:** Friedmann, Jared <Jared.Friedmann@weil.com>; Jonathan.Polkes@weil.com; Pinkert, Mark <Mark.Pinkert@weil.com>; Joshua E. Roberts <JRoberts@kasowitz.com>; Mark P. Ressler <MRessler@kasowitz.com>; Andrew C. Bernstein <ABernstein@kasowitz.com>; Daniel R. Benson <DBenson@kasowitz.com>; Marc E. Kasowitz <MKasowitz@kasowitz.com>; Bretgoltz, Milana <Milana.Bretgoltz@weil.com>; Katzen, Alli <Alli.Katzen@weil.com>
**Cc:** Waxman, Seth <Seth.Waxman@wilmerhale.com>; Berman, Bruce <Bruce.Berman@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>
**Subject:** Kestenbaum/Brandeis Center v. Harvard

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Counsel,

I am writing in light of the Court's consolidation order and revised pretrial scheduling order that set a new pretrial schedule and imposed discovery limitations applicable to the consolidated cases.

As the Court's order supersedes the prior schedule that was entered in the *Kestenbaum* case, and imposes new limits of 30 interrogatories, 30 requests for admissions, and 30 document requests per side, we understand that the written discovery previously served by the *Kestenbaum* plaintiffs will be replaced by forthcoming combined discovery requests on behalf of all plaintiffs. We would also propose agreeing to the same understanding that the parties to *Kestenbaum* adopted, where the deadline to serve written discovery would be the date certain set in the Court's order (12/27/24), rather than having it keyed to the date on which initial disclosures are served.

Please let me know if you would like to discuss.

Thanks,
Felicia

**Felicia H. Ellsworth | WilmerHale**
she/her/hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6687 (t)
+1 617 501 5676 (c)

felicia.ellsworth@wilmerhale.com

 **One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.