IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM,<br><br>  Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>  Defendant. | Case No. 1:24-cv-10092-RGS |

**DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant President and Fellows of Harvard College ("Harvard") hereby moves under Federal Rule of Civil Procedure 37 and Local Rule 37.1 to compel Plaintiff to produce documents responsive to Harvard's Requests for Production 2-3, 5-14, 16-19, and 21-32.  The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law, include the following:

1. Harvard served its First Set of Requests for Production on Plaintiff Alexander Kestenbaum on December 27, 2024.  Under Federal Rule of Civil Procedure 34(b)(2)(A), Mr. Kestenbaum's deadline to respond to those requests came and went on January 27, 2025.

2. Mr. Kestenbaum did not respond to Harvard's First Set of Requests for Production by January 27, 2025.  As of the date of this filing, Mr. Kestenbaum has *never* responded to these requests.  Counsel for Harvard has asked counsel for Mr. Kestenbaum on multiple occasions whether and when Mr. Kestenbaum will respond to the requests, and counsel has not provided an answer.  Mr. Kestenbaum has, moreover, declined to participate in discovery

or otherwise litigate his sole remaining claim for retrospective money damages. Instead, counsel for Mr. Kestenbaum informed Harvard on February 14, 2025, that he planned to move for leave to amend his complaint for the third time and to modify this Court's scheduling order to extend discovery deadlines. Mr. Kestenbaum did not file any such motion for five weeks.

3. Mr. Kestenbaum has waived any responses and objections to Harvard's Requests for Production 2-3, 5-14, 16-19, and 21-32, each of which is plainly relevant to this litigation. Mr. Kestenbaum's delay has prejudiced Harvard. Having received none of the documents it has requested from Mr. Kestenbaum, Harvard has been unable to schedule depositions of Mr. Kestenbaum or other key witnesses or otherwise meaningfully advance the litigation. The close of fact discovery is rapidly approaching. Dkt. 101. Accordingly, this Court should compel Mr. Kestenbaum to produce the requested documents so that this case can proceed.

## CONCLUSION

Harvard respectfully requests that the Court grant the motion, as set forth in the accompanying Proposed Order, and compel Mr. Kestenbaum to produce documents as described herein.

DATED: March 21, 2025

Respectfully Submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By its attorneys,

/s/ Felicia H. Ellsworth

| | |
|---|---|
| Mark A. Kirsch (*pro hac vice*) | Felicia H. Ellsworth, BBO #665232 |
| Gina Merrill (*pro hac vice*) | WILMER CUTLER PICKERING |
| KING & SPALDING LLP |    HALE AND DORR LLP |
| 1185 Avenue of the Americas | 60 State Street |
| 34th Floor | Boston, MA 02109 |
| New York, NY 10036 | Tel: (617) 526-6000 |
| mkirsch@kslaw.com | Fax: (617) 526-5000 |
| gmerrill@kslaw.com | felicia.ellsworth@wilmerhale.com |
| Tel: (212) 790-5329 | |
| Fax: (212) 556-2222 | Seth P. Waxman (*pro hac vice*) |
| | Bruce M. Berman (*pro hac vice*) |
| Zachary Fardon (*pro hac vice*) | Jeremy W. Brinster (*pro hac vice*) |
| KING & SPALDING LLP | WILMER CUTLER PICKERING |
| 110 N. Wacker Drive |    HALE AND DORR LLP |
| Suite 3800 | 2100 Pennsylvania Avenue NW |
| Chicago, IL 60606 | Washington, DC 20037 |
| zfardon@kslaw.com | Tel: (202) 663-6000 |
| Tel: (312) 764-6960 | Fax: (202) 663-6363 |
| Fax: (312) 995-6330 | seth.waxman@wilmerhale.com |
| | bruce.berman@wilmerhale.com |
| | jeremy.brinster@wilmerhale.com |

**LOCAL RULE 7.1(a)(2) and 37.1 CERTIFICATION**

I hereby certify that Harvard complied with Local Rules 7.1(a)(2) and 37.1 before filing this motion to compel, as set out in detail in the accompanying Memorandum of Law. Counsel for Harvard conferred with counsel for Mr. Kestenbaum on March 19, 2025, and the parties were unable to resolve their disagreement over Mr. Kestenbaum's obligation to respond to Harvard's Requests for Production.  Mr. Kestenbaum opposes this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth