IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM,<br><br>                              Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br>                              Defendant. | Case No. 1:24-cv-10092-RGS |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Compel Production of Documents, the accompanying Memorandum of Law, any opposition and reply thereto, and any other supporting documents before the Court, it is hereby ORDERED that the Motion is **GRANTED** and that Plaintiff Alexander Kestenbaum is ordered to produce documents responsive to Defendant's Requests for Production No. 2-3, 5-14, 16-19, and 21-32.  It is further ORDERED that Plaintiff must begin producing documents within seven (7) days of this Order, and must complete his production within twenty-one (21) days of this Order.

       ORDERED this _____ day of _____, 2025.

                                                                                     BY THE COURT

                                                              _____
                                                              Hon. Richard G. Stearns
                                                              United States District Judge