**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ALEXANDER KESTENBAUM,

Plaintiff,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

Defendant.

Case No. 1:24-cv-10092-RGS

**DECLARATION OF FELICIA ELLSWORTH IN SUPPORT OF**
**DEFENDANT'S MOTION TO COMPEL**

I, Felicia Ellsworth, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned action. I am familiar with the facts set forth in this declaration.  I am competent and willing to testify to the matters contained in this declaration.

2.      I submit this declaration in support of Harvard's Opposed Motion to Compel Production of Documents.

3.      Attached as Exhibit 1 is a true and correct copy of Harvard's First Set of Requests For Production, served on December 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 21st day of March 2025 under the pains and penalties of perjury.

/s/   *Felicia H. Ellsworth*
Felicia H. Ellsworth