## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ALEXANDER KESTENBAUM, JOHN
DOE #1, and JOHN DOE #2,

        Plaintiffs,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

        Defendant.

Case No. 1:24-cv-10092-RGS

## PLAINTIFFS JOHN DOE #1 AND JOHN DOE #2'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

John Doe #1 and John Doe #2 respectfully move this Court for leave to proceed under pseudonyms in this matter. Under Local Rule 7.1, John Does met and conferred with Defendant Harvard, which objects to the Motion. The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law, include the following:

1.     John Does reasonably fear for their safety due to their past experiences with harassment and physical assault.

2.     John Does fear retaliation if their identities are made public.

3.     If John Does' identities are made public, students who have experienced similar incidents of harassment and violence at Harvard will be deterred from seeking judicial relief.

4.    Defendant will not be prejudiced by pseudonymity, as it is already aware of John Does' identities.

5.    Moreover, the totality of the circumstances warrants pseudonymity.

WHEREFORE, Plaintiffs John Does respectfully request that the Court grant this motion for leave to proceed pseudonymously.

Dated:  March 21, 2025                    Respectfully submitted,

*/s/ Jason Torchinsky*

Jason B. Torchinsky
John J. Cycon
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com
jcycon@holtzmanvogel.com

Mark I. Pinkert
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
119 S. Monroe Street
Suite 500
Tallahassee, FL 32301
mpinkert@holtzmanvogel.com

Jonathan Lienhard
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
jlienhard@holtzmanvogel.com

*Counsel for Plaintiffs Alexander*
*Kestenbaum, John Doe #1, and John Doe #2*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that I have conferred with Counsel for Defendant in a good faith attempt to resolve or narrow the issue. Defendant opposes the filing of this Motion.

*/s/Jason Torchinsky*
Jason B. Torchinsky

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on March 21, 2025.

*/s/Jason Torchinsky*
Jason B. Torchinsky