**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER KESTENBAUM, JOHN DOE #1, and JOHN DOE #2, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendant. | Case No. 1:24-cv-10092-RGS <br><br> **DECLARATION OF** <br> **JASON B. TORCHINSKY** |

**DECLARATION OF JASON B. TORCHINSKY IN SUPPORT OF PLAINTIFFS JOHN DOE #1 AND JOHN DOE #2'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY**

I, Jason B. Torchinsky, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Holtzman Vogel Baran Torchinsky & Josefiak PLLC.

2. I am an attorney duly licensed to practice law in the State of Virginia and Washington, D.C. I am admitted *pro hac vice* in this matter.

3. I am counsel of record for Plaintiffs Alexander Shabbos Kestenbaum, John Doe #1, and John Doe #2 in the above captioned matter.

4. I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify to them.

5. I submit this declaration in support of Plaintiffs John Doe #1 and John

Doe #2's Motion for Leave to Proceed Pseudonymously.

6.      Attached hereto as **Exhibit A** is a true and correct copy of email communications between the parties' counsel on March 6, 2025, regarding Mr. Kestenbaum's social media post.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 21st day of March 2025 under the pains and penalties of perjury.

*/s/ Jason Torchinsky*
Jason B. Torchinsky

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on March 21, 2025.

                                                              */s/Jason Torchinsky*
                                                              Jason B. Torchinsky