EXHIBIT A

| | |
|---|---|
| **From:** | Mark Kirsch <MKirsch@KSLAW.com> |
| **Sent:** | Thursday, March 6, 2025 5:00 PM |
| **To:** | Mark Pinkert |
| **Cc:** | Ellsworth, Felicia H; Zach Fardon; Gina Merrill; EXT - Will Dario; Jason Torchinsky |
| **Subject:** | RE: Update? |

Mark – Your email is misleading. I asked you to ask Mr. Kestenbaum to take down his post about Ms. Charleston, because it was highly inflammatory and personal, including name-calling and making an ugly implication about her, and concluding with an attempt to belittle her further as "DEI officer Sherri" when urging others to contact her.

You now use my request to say, wrongly, that "Harvard's position is that there is need to protect its Chief Diversity Officer from public identification, but that it remains unwilling to consent to its current students, ▮▮▮▮▮▮▮▮▮▮, proceeding anonymously in their lawsuit." You know well that the issue about the post is not one of public identification. The issue is, with Mr. Kestenbaum using such personally demeaning language in a call for action, what kind of personal responses that call may generate from some. It doesn't take a Harvard education to figure it out.

As to the other subjects we discussed, I will speak to my colleagues and our client, and we will get back to you.

Thanks.
Mark

---

**From:** Mark Pinkert <mpinkert@HoltzmanVogel.com>
**Sent:** Thursday, March 6, 2025 2:12 PM
**To:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>
**Cc:** EXT - Will Dario <Will.Dario@wilmerhale.com>; Zach Fardon <ZFardon@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>
**Subject:** RE: Update?

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Felicia, Mark:

I spoke with Mark this morning about Harvard's request for Mr. Kestenbaum to remove his tweet from March 5 in which he identifies the Chief Diversity and Inclusion Officer of Harvard, criticizes her conduct and statements as a school official, and suggests that people contact her to share their thoughts; or, otherwise for Mr. Kestenbaum to remove reference to the name of the Chief Diversity Officer in his tweet.

We are of course happy to pass that request along to Mr. Kestenbaum. But note that the subject of the tweet is a Chief Diversity Officer, a high-level and prominent position. The statement that Mr. Kestenbaum was criticizing was reported and quoted by the Harvard Crimson. https://www.thecrimson.com/article/2025/3/5/harvard-condemns-chabad-poster-removal/. Further,

the name and contact information that Mr. Kestenbaum shared are available online. All that said, we will communicate Harvard's request to Mr. Kestenbaum and get back to you shortly.

We also want to clarify that Harvard's position is that there is need to protect its Chief Diversity Officer from public identification, but that it remains unwilling to consent to its current students, ███████ ██████████, proceeding anonymously in their lawsuit.

Thanks,


**Mark Pinkert**
Partner
**Holtzman Vogel**

M 203.415.6665
O 850.270.5938

**holtzmanvogel.com**