# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM, JOHN DOE #1, and JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | Case No. 1:24-cv-10092-RGS |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Under Seal Unredacted Declarations In Support of Plaintiffs' Motion to Proceed Pseudonymously, it is hereby ORDERED that the Motion is GRANTED and that Plaintiffs may file unredacted versions of their declarations under seal with the redacted version available on the public record.

ORDERED this ___ day of March, 2025.

BY THE COURT

_____

Hon. Richard G. Stearns
United States District Judge

7