IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER KESTENBAUM, JOHN DOE #1, and JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | Case No. 1:24-cv-10092-RGS<br><br>**DECLARATION OF** ▮▮▮▮▮ |

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮ **IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY**

I, ▮▮▮▮▮▮▮▮ declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Jewish student at Harvard University, enrolled in my second year at Harvard Law School ("HLS").

2. I submit this declaration in support of Plaintiffs' Motion to Proceed Pseudonymously.

3. I, along with dozens of other Jewish and Israeli students, have experienced severe hostility, antisemitic harassment, and violence due to the rise in antisemitism at Harvard University.

4. I have personally been subjected to numerous documented instances of harassment and retaliation due to my efforts to oppose antisemitism.

5. Anti-Jewish and Anti-Israeli students, faculty, and organizations have

established encampments across large areas of campus, posted antisemitic materials, occupied student study and communal spaces, and issued threats both in-person and via social media.

6. I continue to experience antisemitic harassment on Harvard's campus, and revealing my identity in this proceeding would substantially increase this harassment and could expose me to further threats or violence.

7. I believe my experience with antisemitism at Harvard can be summarized by a November 16, 2023, email that I sent to HLS's Title IX program officer: "I'm having a really hard time attending this school as are many other Jewish students. I used to hope that the administration will do better but today I lost all hope. [The administration] should know that [its] failure to do so is deeply hurting so many of the Jewish students on this campus."

8. On October 19, 2023, just one day after the attack on John Doe #1, Harvard College Palestine Solidarity Committee ("Harvard PSC") and Harvard Graduate Students for Palestine ("Harvard GS4P") organized a protest involving hundreds of participants who marched through campus, entering and disrupting the Science Center, Harvard Law School's Caspersen Student Center and Wasserstein Hall buildings, the Harvard Kennedy School courtyard, and Harvard Square. Protesters used noisemakers, drumsticks, buckets, and megaphones to chant slogans including "from the river to the sea," accuse Israel of "genocide," and demand Harvard "divest from Israeli apartheid that is funding genocide in Gaza." The demonstrations interrupted numerous classes, causing Jewish students to flee for their safety, with some removing identifying attire out of fear of being targeted. Harvard did not take

adequate measures to prevent these disruptions.

9. During this chaos, I was in a study room on the first floor of HLS's main building with four other students, attending a small discussion session with Jason Greenblatt, a former assistant to the President during the Trump administration. Midway through our session, we heard loud drumming outside the room and discovered a mob gathered at the entrance of HLS, holding a large banner that read, "Stop the Genocide in Gaza."

10. The mob stormed the main HLS building, marched through the first-floor hallway, and blocked the corridor immediately outside the study room where Mr. Greenblatt, several other students, and I had taken refuge. Fearing a violent attack, we removed items identifying us as Jewish, such as kippot, and hid under desks.

11. Immediately following the incident, several Jewish students, including myself, went directly to the offices of the Dean of Students and Community Engagement, Equity, and Belonging ("CEEB"), only to discover that the offices were locked and staff were already securely inside. Eventually, a staff member opened the door briefly to instruct us to wait elsewhere until administrators were available. After a significant delay, Dean of Students Stephen L. Ball and Assistant Dean for CEEB Monica Monroe met with us briefly; however, they offered only a cursory apology, did not allow us an opportunity to share our experiences or concerns, and simply promised to investigate the incident.

12. In October 2023, HLS's Student Government held a Zoom meeting to discuss a resolution. The meeting was filled with antisemitic comments. Notably, the HDS student who assaulted John Doe #1 attended the Zoom meeting despite not being

enrolled at HLS, and no one present objected to his participation.

13. Portions of the conversations from the Zoom meeting's "chat" feature were provided to StopAntisemitism, a nonprofit organization dedicated to exposing and combating antisemitism in all forms. StopAntisemitism subsequently shared these screenshots online to highlight the widespread antisemitism at Harvard.

14. Individuals exposed for their antisemitic comments quickly accused me of sharing screenshots of the antisemitic chat with StopAntisemitism, falsely claiming that I had "doxed" them. I did not.

15. Still, I became the target of antisemitic students' anger. Specifically, they began demanding my expulsion, organizing a protest outside the HLS Dean's office two days after the Zoom meeting.

16. As the protest was occurring, I met with Assistant Dean for Equal Opportunity Sasha Tulgan and Assistant Dean for CEEB Monroe, who both assured me that what had taken place was not "doxxing."

17. I was so concerned for my safety walking to class on the day of the protest that Dean Tulgan personally offered to escort me.

18. At least one student posted on X calling for the expulsion of the "Zionist losers" responsible for sharing the contents of the antisemitic Zoom chat, writing "[A]nyone involved, please feel free to take a nap in a glue trap."

19. Later, the student stated on X that he "walks by [me] like every day," clearly referencing me. In that same post, he stated that he had provided "Harvard screenshots showing that a Zionist student helped dox a bunch of fellow students,

4

myself included, and they [Harvard] of course did nothing."

20. I asked administrators in the Dean of Students Office whether a Jewish student would have to be killed before Harvard would finally act to protect us. On October 12, 2023, I had filed a formal complaint with the Dean of Students, met with Director Sierra regarding my complaint, and repeatedly followed up, urging Harvard administrators to intervene and stop the ongoing antisemitic protests and other hostile activities at HLS. Despite its stated procedures, Harvard failed to take any action against those responsible.

21. On October 27, 2023, during Family Weekend—a time when students' families visit the Harvard campus—Harvard PSC and Harvard GS4P organized another protest and "die-in" demonstration outside the entrance to HLS's library, publicly inviting even non-students by advertising the event as "[o]pen to non-HUID Holders." Demonstrators lay across the entrance holding signs bearing slogans such as "Boycott Divest Sanction" and "Harvard must recognize Genocide," while chanting hostile statements including "from the river to the sea" and "hey hey, ho ho, the occupation has got to go."

22. Before the protest took place, I emailed several HLS administrators—including Dean Ball, Dean Manning, and Dean Monroe—to alert them about the event. I attached copies of the student groups' flyers advertising the protest, explicitly requested that non-HUID holders be barred from attending, and urged them: "Please protect us." None of the administrators responded to his request.

23. Three weeks after the assailant was recorded attacking John Doe #1 in October 2023, Harvard Law Professor Jim Greiner allowed the assailant to host a

5

review session for his class. I and other Jewish classmates did not attend the session out of fear for their safety.

24.    On March 5, 2024, several student organizations hosted an event in Caspersen Lounge, advertising it as promoting "radical student activism" concerning Palestine. On March 4, I reported this planned event to various Harvard administrators and the Antisemitism Task Force, reminding them that Harvard had explicitly stated that Caspersen Lounge is not a space for demonstrations.

25.    I raised specific concerns about potential disruptions to classes, but received no response, and Harvard did nothing to prevent the event. Consequently, a large group of students and faculty—including HLS Professors Nikolas Bowie and Ryan D. Doerfler—occupied Caspersen Lounge. Students openly defied Harvard's stated policies, even posing for photographs in front of signs clearly stating: "This space is for personal or small group study and conversation only." Attendees also plastered the lounge walls with sticky notes containing antisemitic messages and demands, including a call for the firing of a Jewish Israeli professor. I was present in Caspersen Lounge at the time and was unable to use the space for studying out of fear for my safety.

26.    On October 17, 2024, I contacted several HLS administrators, including HLS Dean of Students Stephen L. Ball, Interim Provost John Manning, and Dean Whitley, to alert them to an anti-Israel demonstration scheduled to take place in HLS's Langdell Library. In my message, I emphasized that the demonstration would violate Harvard's recently implemented policy prohibiting protests or demonstrations in "classrooms or other spaces of instruction," explicitly including libraries.

6

27. The demonstration, described as a "silent study-in," purported to protest Israel's "genocidal invasion," despite no evidence supporting such allegations.

28. Rather than preventing the demonstration, Harvard merely placed flyers throughout Langdell Library restating the new protest policy. As planned, the demonstration proceeded on October 18, 2024, drawing over 100 protesters, including roughly two dozen Harvard faculty members.

29. The silent "study-in" involved students occupying quiet study areas, draped in keffiyehs, displaying signs and tent cards with inflammatory messages such as "HARVARD DIVEST FROM DEATH," "FREE PALESTINE," and "No normalcy during genocide."

30. On November 4, 2024, I sent an email to the primary account managing the use of Haas Lounge on the ground floor of the Caspersen Student Center. My email, which CC'ed several Harvard deans—including Dean Tulgan and Tracey Whitley, Dean for Administration at HLS, as well as members of the Antisemitism Task Force—raised serious concerns about a recent proposal permitting Haas Lounge to host "political" events.

31. On November 27, 2024, I emailed several HLS administrators, including Dean Ball, Dean Tulgan, and Assistant Dean for CEEB Monroe, regarding the HLS Student Government's passage of two resolutions concerning the Langdell Library protest. In my email, I expressed concern that I had neither been notified by the HLS Student Government about these resolutions nor been given the opportunity to make my voice heard.

32. Despite the HLS Student Government's failure to invite public comment

or properly notify all HLS students, the HLS administration took no corrective action against the Student Government.

33. However, I could not file a formal complaint because the process would not allow me to remain anonymous, and I feared that disclosing my identity would expose me to further discrimination and harassment.

34. In sum, I have been directly targeted with antisemitism on campus, and Harvard has repeatedly demonstrated its failure to enforce its policies and adequately protect its students. The university often allows individuals and groups to blatantly disregard established rules, occupy common areas, disrupt academic spaces, and create an environment of fear and hostility.

35. Due to Harvard's persistent inaction, I fear for my personal safety and remain deeply concerned that my identity could make me a further target for harassment, retaliation, or even violence if it becomes publicly known.

36. I also know that after Plaintiff Kestenbaum filed his lawsuit, he received threats and was harassed. I am fearful that if my identity is exposed, I would be subject to the same threats and harassment.

37. Also, I believe that revealing my identity in this proceeding would deter other students affected by Harvard's pervasive antisemitic environment from coming forward to assert their rights, as they also fear physical violence, harassment, and retaliation.

38. For these reasons, I respectfully request that the Court permit me to proceed pseudonymously in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 21st day of March 2025 under the pains and penalties of perjury.

/s/