# EXHIBIT A

| | |
|---|---|
| **From:** | Ellsworth, Felicia H |
| **To:** | Jason Torchinsky; Douglas Brooks |
| **Cc:** | Mark Kirsch; zfardon@kslaw.com; Dario, Will C. |
| **Subject:** | Kestenbaum v. Harvard -- Discovery and Proposed Protective Order |
| **Date:** | Wednesday, February 12, 2025 12:27:32 PM |
| **Attachments:** | 2025.02.12 - Kestenbaum v. Harvard -Proposed Protective Order.pdf |
| | 2025.02.12 Kestenbaum v. Harvard - Harvard"s Amended R&Os to Plaintiffs" First Set of RFPs.pdf |
| | 2025.02.12 Kestenbaum v. Harvard - Harvard"s Amended Initial Disclosures.pdf |

Jason and Doug –

Now that Students Against Antisemitism has settled its claims, leaving Mr. Kestenbaum as sole plaintiff, we enclose amended Initial Disclosures and amended Responses & Objections to Mr. Kestenbaum's discovery demands, reflecting the narrower case that will be litigated.

We also enclose a proposed Protective Order which we circulated several months ago and to which we received no response. Please let us know if you have any comments so that we can finalize it and present it to the Court and the parties can begin producing documents.

We note that Mr. Kestenbaum has missed the Court's January 27, 2025 deadline to serve his Responses & Objections to Harvard's document demands. Consequently, Mr. Kestenbaum has waived any objections to those demands. We look forward to receiving all documents responsive to the demands.

Thank you,
Felicia

**Felicia H. Ellsworth | WilmerHale**
she/her/hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6687 (t)
+1 617 526 5000 (f)
felicia.ellsworth@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.