# EXHIBIT C

| | |
|---|---|
| **From:** | Ellsworth, Felicia H |
| **To:** | Jason Torchinsky; Dario, Will C.; Mark Pinkert; John Cycon; Erielle Davidson |
| **Cc:** | Tuttle Newman, Jake; Mark Kirsch; Gina Merrill; zfardon@kslaw.com |
| **Subject:** | RE: Kestenbaum v. Harvard - Notice re: Email Account |
| **Date:** | Friday, February 21, 2025 1:30:09 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png |

Thank you Jason, confirming receipt.

Best,
Felicia

**Felicia H. Ellsworth | WilmerHale**
she/her/hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6687 (o)
+1 617 501 5676 (c)
felicia.ellsworth@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>
**Sent:** Thursday, February 20, 2025 5:54 PM
**To:** Dario, Will C. <Will.Dario@wilmerhale.com>; Mark Pinkert <mpinkert@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson <edavidson@HoltzmanVogel.com>
**Cc:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <gmerrill@kslaw.com>; zfardon@kslaw.com
**Subject:** Re: Kestenbaum v. Harvard - Notice re: Email Account

**EXTERNAL SENDER**

Will,

 Thank you for this email.  Mr. Kestenbaum may have communicated with one or more lawyers at the kasowitz.com domain.  He does not recall emails with other counsel, but it is possible there are some, so we reserve the right to claw back any other counsel emails you may

identify.

Thanks,
Jason

Get Outlook for iOS

**Jason Torchinsky**
Partner • Washington, DC

M 202.302.6768
O 202.737.8808
Bio • LinkedIn



DC • VA • FL • AZ • NY
**holtzmanvogel.com** 

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Dario, Will C. <Will.Dario@wilmerhale.com>
**Sent:** Tuesday, February 18, 2025 11:10:10 PM
**To:** Mark Pinkert <mpinkert@HoltzmanVogel.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson <edavidson@HoltzmanVogel.com>
**Cc:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <gmerrill@kslaw.com>; zfardon@kslaw.com <zfardon@kslaw.com>
**Subject:** Kestenbaum v. Harvard - Notice re: Email Account

> You don't often get email from will.dario@wilmerhale.com. Learn why this is important

Counsel,

We are writing to provide you notice that, consistent with Harvard University's Policy on Access to Electronic Information, the Office of General Counsel and Harvard's outside counsel

will be accessing the following Harvard email account associated with Mr. Kestenbaum:

███████████████████████

We will be performing this collection on February 21.  If there are any communications within that email account over which your client asserts claims of privilege, please provide the names and email addresses of any attorneys involved in those communications no later than February 20 so that we may take steps to exclude them from our review.

Thank you,
Will

**Will C. Dario | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6274 (t)
+1 617 526 5000 (f)
will.dario@wilmerhale.com

  **One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.