# EXHIBIT D

| | |
|---|---|
| **From:** | Ellsworth, Felicia H |
| **To:** | Mark Pinkert; Mark Kirsch; Jason Torchinsky; John Cycon; Erielle Davidson |
| **Cc:** | Tuttle Newman, Jake; Dario, Will C.; Gina Merrill; zfardon@kslaw.com |
| **Subject:** | RE: Kestenbaum v. Harvard - Notice re: Email Accounts |
| **Date:** | Wednesday, March 5, 2025 8:22:26 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Mark,

Harvard University's Policy on Access to Information (the "Policy") is made publicly available and is communicated to students in numerous ways including through Harvard Business School's Student Handbook (*see* § 5.1); Harvard Law School's Handbook of Academic Policies (*see* § XII.J.4); and the website for Harvard University's Provost.

The Policy provides that "[t]he University may access user electronic information . . . in connection with threatened or pending litigation." Policy at 4. Harvard will be collecting your clients' emails on the basis that they have both threatened, and repeatedly confirmed their intent to bring, litigation against the University. This collection is being carried out for the purpose of identifying materials relevant to your clients' potential claims and Harvard's potential defenses, and the collection and review are being conducted in accordance with that purpose. Our collection and review are also being performed in accordance with the Policy's record-keeping provisions, which require the maintenance of "records adequate to permit effective review" by the Oversight Committee. Policy at 7.

Neither the School-level dean nor the dean's designee of Harvard Law School or Harvard Business School are required to authorize the collection of your clients' emails; the Policy explicitly states that such authorization is not required where, as here, access is requested by the Office of General Counsel in connection with threatened litigation. *See* Policy at 5. Further, the Policy does not contemplate Oversight Committee involvement in the decision to access information or in the review and use of any information collected.

We are happy to discuss potential confidentiality protections for your clients' emails. We provided a proposed protective order for this litigation more than 8 months ago, and again most recently on February 12, yet we have received no response from you on that proposal. A protective order is the most appropriate means by which to resolve confidentiality concerns. Should you wish to address the potential confidential treatment of your clients' emails, we ask that you please do so by providing us with a response to the proposed protective order.

Thank you for identifying additional email addresses of counsel with whom your clients may have had privileged communications. We will take reasonable and appropriate steps to

exclude any such communications from our review.

Thank you,
Felicia

**Felicia H. Ellsworth | WilmerHale**
she/her/hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6687 (o)
+1 617 501 5676 (c)
felicia.ellsworth@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Mark Pinkert <mpinkert@HoltzmanVogel.com>
**Sent:** Tuesday, March 4, 2025 7:02 PM
**To:** Mark Kirsch <MKirsch@KSLAW.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson <edavidson@HoltzmanVogel.com>
**Cc:** Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Dario, Will C. <Will.Dario@wilmerhale.com>; Gina Merrill <GMerrill@KSLAW.com>; zfardon@kslaw.com
**Subject:** RE: Kestenbaum v. Harvard - Notice re: Email Accounts

**EXTERNAL SENDER**

Mark, Felicia –

Just following up to ensure that you are not pulling the students' emails tomorrow, before responding to our questions below. We also have a few additional questions that we hope you could answer for us:

First, has this document pull been presented to the oversight committee, and will that committee be involved in the process going forward?

Second, is Harvard making "reasonable records and logs of the steps taken to access the information," and will you provide that log to us? We'd like to understand how the documents

are going to be pulled, how they are being stored, how the data is being protected, whether all the emails are being reviewed or filtered for search terms and date ranges, and who will have access to the emails.

Third, and relatedly, the policy provides that "access should be limited to the user electronic information needed to accomplish the purpose." What steps if any are you taking to limit access only as necessary for your stated purpose? And, as noted below, we would like to know Harvard's purpose in pulling the emails.

Again, we ask that you do not pull emails before responding to these questions. If you do pull emails tomorrow, however, ███████ may have had privileged communications with attorneys at brandeiscenter.com, weil.com, holtzmanvogel.com, and dbrooks@lhbmlegal.com. ███████ has also had privileged communications with ███████ ███████████████████████████████████████. We reserve the right to claw back other privileged emails.

Many thanks,

Mark

**Mark Pinkert**
Partner
**Holtzman Vogel**

M 203.415.6665
O 850.270.5938

holtzmanvogel.com

**From:** Mark Pinkert <mpinkert@HoltzmanVogel.com>
**Sent:** Monday, March 3, 2025 9:46 PM
**To:** Mark Kirsch <MKirsch@KSLAW.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson <edavidson@HoltzmanVogel.com>
**Cc:** Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; EXT - Will Dario <Will.Dario@wilmerhale.com>; Gina Merrill <GMerrill@KSLAW.com>; Zach Fardon <ZFardon@KSLAW.com>
**Subject:** RE: Kestenbaum v. Harvard - Notice re: Email Accounts

Mark, Felicia -

Before you collect the students' emails, we have a few questions.

First, we would like to confirm whether and how this policy is communicated to Harvard students, and whether you have records of ███████████████████ signing or acknowledging the policy.

Second, we'd like to understand Harvard's need to collect their emails at this point, given that Harvard is opposing their request to join as plaintiffs in an amended complaint.

Third, we'd like to know whether school-level deans or dean designees authorized these document pulls.

Fourth, we'd like to know whether school administrators or officials will have access to these emails, or if they will be kept highly confidential for attorneys' eyes only.

Thank you,

Mark


**Mark Pinkert**
Partner
**Holtzman Vogel**

M 203.415.6665
O 850.270.5938

holtzmanvogel.com

**From:** Mark Kirsch <MKirsch@KSLAW.com>
**Sent:** Monday, March 3, 2025 4:52 PM
**To:** Mark Pinkert <mpinkert@HoltzmanVogel.com>; Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson <edavidson@HoltzmanVogel.com>
**Cc:** Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; EXT - Will Dario <Will.Dario@wilmerhale.com>; Gina Merrill <GMerrill@KSLAW.com>; Zach Fardon <ZFardon@KSLAW.com>
**Subject:** RE: Kestenbaum v. Harvard - Notice re: Email Accounts


Thanks, Mark.

**From:** Mark Pinkert <mpinkert@HoltzmanVogel.com>
**Sent:** Monday, March 3, 2025 4:35 PM

**To:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson <edavidson@HoltzmanVogel.com>
**Cc:** Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; EXT - Will Dario <Will.Dario@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <GMerrill@KSLAW.com>; Zach Fardon <ZFardon@KSLAW.com>
**Subject:** RE: Kestenbaum v. Harvard - Notice re: Email Accounts

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Thank you.

▇▇▇▇▇▇ may have communicated with lawyers on the kasowitz.com and holtzmanvogel.com domains. He does not recall emails with other counsel, but it is possible there are some, so we reserve the right to claw back other emails to counsel that you may identify.

We will follow up regarding ▇▇▇▇▇ shortly.

Best,

**Mark Pinkert**
Partner • Tallahassee, FL

M 203.415.6665
O 850.270.5938
Bio • LinkedIn



DC • VA • FL • AZ • NY
**holtzmanvogel.com**

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Ellsworth, Felicia H <Felicia.Ellsworth@wilmerhale.com>
**Sent:** Friday, February 28, 2025 6:47 PM
**To:** Mark Pinkert <mpinkert@HoltzmanVogel.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; John Cycon <jcycon@HoltzmanVogel.com>; Erielle Davidson

<edavidson@HoltzmanVogel.com>
**Cc:** Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Dario, Will C. <Will.Dario@wilmerhale.com>; Mark Kirsch <MKirsch@KSLAW.com>; Gina Merrill <gmerrill@kslaw.com>; zfardon@kslaw.com
**Subject:** Kestenbaum v. Harvard - Notice re: Email Accounts

Counsel,

We are writing to provide you notice that, consistent with Harvard University's Policy on Access to Electronic Information, the Office of General Counsel and Harvard's outside counsel will be accessing the following Harvard email accounts associated with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮:

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

We will be performing the collections on March 5. If there are any communications within those email accounts over which your clients assert claims of privilege, please provide the names and email addresses of any attorneys involved in those communications no later than March 4 so that we may take steps to exclude them from our review.

Thank you,
Felicia

**Felicia H. Ellsworth | WilmerHale**
she/her/hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6687 (o)
+1 617 501 5676 (c)
felicia.ellsworth@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.