IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALEXANDER KESTENBAUM,

                       Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

                       Defendant.

Case No. 1:24-cv-10092-RGS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexander Kestenbaum and Defendant President and Fellows of Harvard College, hereby stipulate that all of Mr. Kestenbaum's claims asserted herein are dismissed with prejudice.

Dated: May 15, 2025

*/s/ Felicia H. Ellsworth*

Felicia H. Ellsworth, BBO #665232
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Seth P. Waxman*
Bruce M. Berman*
Jeremy W. Brinster*
2100 Pennsylvania Avenue NW
Washington, DC 20037

Respectfully submitted,

*/s/ Mark I. Pinkert*

Mark I. Pinkert
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
119 S. Monroe St.
Suite 500
Tallahassee, FL 32301
Tel: (850) 270-5938
mpinkert@holtzmanvogel.com

Jason B. Torchinsky
John J. Cycon
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Suite 645

Tel: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
bruce.berman@wilmerhale.com
jeremy.brinster@wilmerhale.com

Mark A. Kirsch*
Gina Merrill*
**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: (212) 790-5329
Fax: (212) 556-2222
mkirsch@kslaw.com
gmerrill@kslaw.com

Zachary Fardon*
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Tel: (312) 764-6960
Fax: (312) 995-6330
zfardon@kslaw.com

*Attorneys for Defendant*

Washington, DC 20037
Tel: (202) 737-8808
jtorchinsky@holtzmanvogel.com
jcycon@holtzmanvogel.com

Jonathan Lienhard
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808
jlienhard@holtzmanvogel.com

Douglas Brooks (BBO #636697)
**LIBBY HOOPES BROOKS & MULVEY P.C.**
260 Franklin Street, Suite 1920
Boston, Massachusetts 02110
Tel: (617) 338-9300
dbrooks@lhbmlegal.com

*Attorneys for Alexander Kestenbaum*

* Admitted *pro hac vice*